Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

Sheila R. Wiggins
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
srwiggins@duanemorris.com

*Attorneys for Defendant*
*Sandoz Inc.*

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway, CN 1000
Short Hills, New Jersey 07078
(973) 379-4800
ssender@budd-larner.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

Michael E. Patunas
Lite DePalma Greenberg, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000
mpatunas@litedepalma.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries, Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., *et al.*,<br><br>                Defendants. | Civil Action No. 11-5579 (MLC)(DEA)<br><br>**Hon. Mary L. Cooper, U.S.D.J.**<br>**Hon. Douglas E. Arpert, U.S.M.J.**<br><br>**JOINT REQUEST AND ORDER FOR CONSOLIDATION WITH CIVIL ACTION NO. 11-3962**<br><br>**(Filed Electronically)** |

WHEREAS, Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC initiated this action, Civil Action No. 11-5579 (MLC)(DEA), alleging infringement of United States Patent No. 7,960,424 by Defendants Dr. Reddy's Laboratories, Ltd.'s, Dr. Reddy's Laboratories, Inc.'s, Sandoz Inc.'s, Teva Pharmaceuticals USA, Inc.'s, and Teva Pharmaceutical Industries, Ltd.'s (collectively, "Defendants") submissions of Abbreviated New Drug Applications ("ANDAs") to the U.S. Food and Drug Administration ("FDA") for approval to market generic versions of Helsinn's Aloxi® brand palonosetron hydrochloride intravenous solutions;

WHEREAS, this cause of action is substantially similar to the litigation initiated by Plaintiffs in related Civil Action No. 11-3962 (MLC)(DEA), titled *Helsinn Healthcare S.A., at al. v. Dr. Reddy Laboratories, Ltd., et al.*, which is also before this Court, and concerns United States Patent Nos. 7,947,724 and 7,947,725 and Defendants' submissions of ANDAs to the FDA for approval to market generic versions of Helsinn's Aloxi® brand palonosetron hydrochloride intravenous solutions;

WHEREAS, both actions further involve the same parties and ANDAs seeking FDA approval to market generic versions of Helsinn's Aloxi® brand palonosetron hydrochloride intravenous solutions, and the parties have agreed to the consolidation of these actions;

WHEREAS, good cause exists to consolidate this action with Civil Action No. 11-3962;

WHEREFORE, Plaintiffs and Defendants, by their attorneys, respectfully request that this Court consolidate this action with Civil Action No. 11-3962, for all purposes, including discovery and trial, and that all of the papers be maintained in Civil Action No. 11-3962.

Respectfully submitted,

By: _____
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

*Of Counsel:*
Joseph M. O'Malley, Jr.
Bruce M. Wexler
Eric W. Dittmann
David M. Conca
Gary Ji
Angela C. Ni
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000
josephomalley@paulhastings.com
brucewexler@paulhastings.com
ericdittmann@paulhastings.com
davidconca@paulhastings.com
garyji@paulhastings.com
angelani@paulhastings.com

*Attorneys for Plaintiff*
*Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue

Dated: October 27, 2011

By: _____
Stuart D. Sender
Michael H. Imbacuan
H. Howard Wang
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
ssender@buddlarner.com
mimbacuan@buddlarner.com
hwang@buddlarner.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

By: _____
Sheila Raftery Wiggins
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2000
SRWiggins@duanemorris.com

*Attorneys for Defendant*
*Sandoz Inc.*

*Of Counsel:*
Richard T. Ruzich
Robert M. Gould
Elese Hanson
DUANE MORRIS LLP
190 South La Salle Street, Suite 3700
Chicago, IL 60603-344
(312) 499-6700
RTRuzich@duanemorris.com
RMGould@duanemorris.com
EHanson@duanemorris.com

New York, NY 10154
(212) 407-4127
mwaddell@loeb.com

*Attorneys for Plaintiff*
*Roche Palo Alto LLC*

Kerry B. McTigue
Barry P. Golob
W. Blake Coblentz
Aaron S. Lukas
DUANE MORRIS LLP
505 9th St., N.W. Suite 1000
Washington, DC 20004-2166
(202) 776-7800
KBMcTigue@duanemorris.com
BGolob@duanemorris.com
BCoblentz@duanemorris.com
ASLukas@duanemorris.com

By: _____
Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
(973) 623-3000
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Ltd.*

*Of Counsel:*
George C. Lombardi
Lynn MacDonald Ulrich
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
glombardi@winston.com
lulrich@winston.com

Jovial Wong
WINSTON & STRAWN LLP
1700 K Street
Washington, DC 20006
(202) 282-5000
jwong@winston.com

**SO ORDERED:**

Dated: OCT. 27, 2011

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE