```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

**TRENTON**                                     **September 7, 2012**
**OFFICE**                                      **DATE OF PROCEEDINGS**

**JUDGE MARY L. COOPER**
**COURT REPORTER:** Antonio Giaquinto, ESR
**DEPUTY CLERK:** Elizabeth Heffner


**TITLE OF CASE:**                              CV11-3962(MLC)

HELSINN HEALTHCARE S.A.
v.
DR. REDDY'S LABORATORIES, LTD.


**APPEARANCES:**

Eric Dittmann, Esq., Joseph O'Malley, Esq., and Charles Lizza, Esq.,
    for plaintiffs
Jovial Wong, Esq., Julia Johnson, Esq., and Mayra Tarantino, Esq.,
    for defendant TEVA
Stuart Sender, Esq., Michael Imbacuan, Esq., Howard Wang, Esq.,
    Kerry McTigue, Esq., Aaron Lukas, Esq.,
    and Andrew Niemeroff, Esq., for defendant DR. REDDY'S LAB


**NATURE OF PROCEEDING:**

Markman hearing held.
Decision taken under advisement.
Telephone conference to be set.



**TIME COMMENCED: 9:45am**
**TIME ADJOURNED: 11:30am**
**TOTAL TIME: 1 hour, 45 minutes**

                                            s/Elizabeth Heffner
                                            Deputy Clerk