| | |
|---|---|
| Michael E. Patunas<br>Mayra V. Tarantino<br>**LITE DEPALMA GREENBERG, LLC**<br>Two Gateway Center, Suite 1201<br>Newark, NJ 07102<br>(973) 623-3000<br>mpatunas@litedepalma.com<br>mtarantino@litedepalma.com<br><br>*Attorneys for Defendants*<br>*Teva Pharmaceuticals USA, Inc. and Teva*<br>*Pharmaceutical Industries Ltd.* | *Of Counsel:*<br>George C. Lombardi<br>Lynn MacDonald Ulrich<br>Julia M. Johnson<br>Brendan F. Barker<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>glombardi@winston.com<br>lulrich@winston.com<br>jmjohnson@winston.com<br>bbarker@winston.com<br><br>Jovial Wong<br>**WINSTON & STRAWN LLP**<br>1700 K Street<br>Washington, DC 20006<br>(202) 282-5000<br>jwong@winston.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and<br>ROCHE PALO ALTO LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DR. REDDY'S LABORATORIES, LTD.,<br>DR. REDDY'S LABORATORIES, INC.,<br>SANDOZ, INC., TEVA PHARMACEUTICALS<br>USA, INC., and TEVA PHARMACEUTICAL<br>INDUSTRIES, LTD.,<br><br>　　　　Defendants. | Civil Action No. 11-3962 (MLC)(DEA)<br>Civil Action No. 11-5579 (MLC)(DEA)<br>(consolidated)<br><br>Hon. Mary L. Cooper, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**NOTICE OF MOTION FOR LEAVE TO**<br>**AMEND INVALIDITY CONTENTIONS** |

**TO:  ALL COUNSEL IN THE CAPTIONED MATTER**

**PLEASE TAKE NOTICE** that on March 18, 2013 at 10:00 am, or as soon thereafter as counsel may be heard, Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. (collectively, "Teva") will move before the Honorable Douglas E. Arpert, U.S.M.J. at the U.S. District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, for an order pursuant to L.Pat.R. 3.7 granting Teva leave to amend its Invalidity Contentions.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Teva will rely upon the accompanying Memorandum of Law and Declaration of Mayra V. Tarantino submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order granting Teva's motion is also submitted herewith.

**LITE DEPALMA GREENBERG, LLC**

Dated: February 15, 2013

*/s/ Michael E. Patunas*
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000
mpatunas@litedepalma.com
mtarantino@litedepalma.com

**WINSTON & STRAWN LLP**
George C. Lombardi
Lynn MacDonald Ulrich
Julia M. Johnson
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
glombardi@winston.com
lulrich@winston.com
jmjohnson@winston.com

Jovial Wong
1700 K Street
Washington, DC 20006
(202) 282-5000
jwong@winston.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Ltd.*