

RECEIVED
AUG 16 2013
AT 8:30_____M
WILLIAM T WALSH CLERK

RECEIVED
AUG 09 2013
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

RECEIVED
AUG 12 2013
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

August 9, 2013

**VIA FACSIMILE (609) 989-0451**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *Helsinn Healthcare S.A., et. al. v. Dr. Reddy's Laboratories, Ltd., et al.*
          Civil Action No. 11-3962 (MLC)(DEA)

Dear Judge Arpert:

    This firm, together with Paul Hastings LLP and Loeb & Loeb LLP, represents Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC ("Plaintiffs") in the above-captioned matter.

    In accordance with the parties' conversation with Your Honor during the August 5, 2013 conference call, enclosed is a proposed amended case schedule to which the parties have agreed. Per Your Honor's request, we have included blank spaces for Your Honor to input periodic telephone status conferences with the Court. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and enter the schedule on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                  Respectfully yours,

                                  *William C. Baton*
                                William C. Baton

cc:    All Counsel (via e-mail)

SO ORDERED on this 16th day of ____August____, 2013.

                                  *signature*
                              Hon. Douglas E. Arpert, U.S.M.J.

One Riverfront Plaza, Suite 1520 • Newark, NJ 07102-5426 • Phone (973) 286-6700 • Fax (973) 286-6800
Stephen B. Genzer - Newark Managing Partner

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

*Helsinn Healthcare S.A. et al. v. Dr. Reddy's Laboratories, Ltd., et al.*
Civ. No. 11-3962-MLC-DEA (D.N.J.)
**Proposed Litigation Schedule for Remaining Events**

| Event | Current Date | Proposed New Date |
|---|---|---|
| Plaintiffs' Responses to Amended Contentions | August 19, 2013 (Sandoz and Teva)<br>August 22, 2013 (Reddy) | August 19, 2013 |
| Opening expert reports (Issues for which party bears burden of proof) | July 12, 2013 | September 9, 2013 |
| Status teleconference with the Court | | |
| Rebuttal expert reports | August 28, 2013 | October 25, 2013 |
| Reply expert reports | September 25, 2013 | November 22, 2013 |
| Close of expert discovery | November 20, 2013 | January 17, 2014 |
| Status teleconference with the Court | | |
| Deadline to file dispositive motions[1] | December 17, 2013 | January 31, 2014 |
| Opposition briefs to dispositive motions | January 27, 2014 | March 10, 2014 |
| Reply briefs to dispositive motions | February 24, 2014 | April 7, 2014 |
| Status teleconference with the Court | October 21, 2013<br>January 8, 2014 | @ 11:30 AM<br>@ 11:30 AM |

---

[1] The parties agree that any party wishing to file a motion for summary judgment prior to the close of expert discovery must seek prior written leave of court, and all parties reserve their right to oppose any such request for leave.