RECEIVED
MAY 29 2014
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

Eric I. Abraham
HILL WALLACK LLP
202 Carnegie Center
Princeton, New Jersey 08543
Telephone: (609) 924-0808
Fax: (609) 452-1888
eia@hillwallack.com

*Attorneys for Defendant*
*Sandoz Inc.*

Stuart D. Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
ssender@buddlarner.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102
(973) 623-3000 mpatunas@litedepalma.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., SANDOZ INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>Defendants. | Civil Action Nos. 11-3962/11-5579 (MLC)(DEA) (consolidated)<br>Civil Action No. 13-5815 (MLC)(DEA)<br><br>Hon. Mary L. Cooper, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CIVIL ACTION NO. 13-5815 WITH CIVIL ACTION NOS. 11-3962/11-5579 AND DISMISSING WITH PREJUDICE UNITED STATES PATENT NOS. 8,518,981 AND 8,598,218**<br><br>(Filed Electronically) |

WHEREAS, Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Plaintiffs") initiated Civil Action No. 13-5815 (MLC)(DEA) alleging infringement of United States Patent Nos. 8,518,981, 8,598,218, and 8,598,219 by Defendants Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Sandoz Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd. (collectively, "Defendants");

WHEREAS, Civil Action No. 13-5815 (MLC)(DEA) involves the same parties as well as patents sharing a common priority application with those at issue in Civil Action Nos. 11-3962 (MLC)(DEA) and 11-5579 (MLC)(DEA) (consolidated), which are also before this Court;

WHEREAS, good cause exists to consolidate Civil Action No. 13-5815 (MLC)(DEA) with Civil Action Nos. 11-3962 (MLC)(DEA) and 11-5579 (MLC)(DEA) (consolidated);

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by their undersigned counsel, as follows:

1. The parties agree to dismiss their respective claims and counterclaims concerning U.S. Patent Nos. 8,518,981 and 8,598,218, with prejudice, as well as any requests for costs and/or fees relating to these patents.

2. Plaintiffs identify the following eight (8) claims from among those at issue in the three actions to assert in the consolidated bench trial: U.S. Patent No. 7,947,724 claims 2 and 9, U.S. Patent No. 7,947,725 claim 2, U.S. Patent No. 7,960,424 claim 6, and U.S. Patent No. 8,598,219 claims 1, 2, 6, and 7.[1]

3. The parties agree to limit fact discovery to new infringement, validity and enforceability issues raised by the asserted claims of U.S. Patent No. 8,598,219.

4. Expert depositions will be limited to a maximum of four (4) hours on the record for

---

[1] Plaintiffs have not asserted claim 7 of U.S. Patent No. 8,598,219 against Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.

any expert who previously submitted a report and was deposed in Civil Action Nos. 11-3962 and 11-5579 (consolidated), and seven (7) hours for any expert who was not previously deposed in Civil Action Nos. 11-3962 and 11-5579 (consolidated).

5. The parties propose an agreed-upon schedule, attached as Exhibit A, for all remaining litigation dates for the consolidated actions; provided, however, that (a) for all pretrial filings (including without limitation filings relating to claim construction and a *Markman* hearing), Plaintiffs and Defendants reserve their respective rights to propose to the Court in the future a briefer or alternative schedule, subject to the Court's preferences, and (b) Plaintiffs and Defendants contemplate that the Court at its discretion may decide that certain claim construction or pretrial filings and proceedings are unnecessary and/or that some or all of the usual party exchanges relating to, and components of, a pretrial order are not needed. Therefore, by agreeing to dates on the proposed agreed-upon schedule, attached as Exhibit A, Plaintiffs and Defendants are not waiving their respective rights to seek the Court's leave in the future to streamline the pretrial schedule.

6. At the Court's discretion and in accordance with the Court's schedule, the parties respectfully request the Court to set an April 2015 trial date and respectfully request the Court to set an initial pretrial conference date that the Court feels is consistent with the requested April 2015 trial date and the parties' proposed schedule attached as Exhibit A.

WHEREFORE, Plaintiffs and Defendants, by their attorneys, respectfully request that this Court consolidate this action with Civil Action Nos. 11-3962 and 11-5579 (consolidated) for

trial and for all remaining pretrial purposes, including without limitation all remaining litigation dates set forth in Exhibit A, and subject to paragraphs 1-6 above, and that all of the papers be maintained in Civil Action No. 11-3962.

SO STIPULATED:

Dated: May 23, 2014

By: *s/ Charles M. Lizza*
    Charles M. Lizza
    William C. Baton
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700
    clizza@saul.com
    wbaton@saul.com

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

Of Counsel:
Joseph M. O'Malley, Jr.
Bruce M. Wexler
Eric W. Dittmann
David M. Conca
Gary Ji
Angela C. Ni
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiff*
*Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4127
mwaddell@loeb.com

*Attorneys for Plaintiff*
*Roche Palo Alto LLC*

By: *s/ Stuart D. Sender*
    Stuart D. Sender
    Michael H. Imbacuan
    H. Howard Wang
    Stephanie L. Donahue
    BUDD LARNER, P.C.
    150 John F. Kennedy Parkway
    Short Hills, New Jersey 07078
    (973) 379-4800
    ssender@buddlarner.com
    mimbacuan@buddlarner.com
    hwang@buddlarner.com
    sdonahue@buddlarner.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

By: *s/ Eric I. Abraham*
    Eric I. Abraham
    Christy L. Saveriano
    HILL WALLACK LLP
    202 Carnegie Center
    Princeton, New Jersey 08543
    Telephone: (609) 924-0808
    Fax: (609) 452-1888
    eia@hillwallack.com
    csaveriano@hillwallack.com

Of Counsel:
David C. Doyle
E. Cary Miller
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: (858) 720-5100
Fax: (858) 720-5125
DDoyle@mofo.com

EMiller@mofo.com

Matthew M. D'Amore
Jayson L. Cohen
Hui Liu
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8168
Fax: (212) 468-7900
MDAmore@mofo.com
JCohen@mofo.com
HLiu@mofo.com

*Attorneys for Defendant
Sandoz Inc.*

By: *s/Michael E. Patunas*
Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102
(973) 623-3000
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Of Counsel:*
George C. Lombardi
Lynn MacDonald Ulrich
Julia M. Johnson
Brendan F. Barker
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
glombardi@winston.com
lulrich@winston.com
jmjohnson@winston.com

Jovial Wong
WINSTON & STRAWN LLP
1700 K Street
Washington, DC 20006
(202) 282-5000
jwong@winston.com

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva*
*Pharmaceutical Industries Ltd.*

SO ORDERED on this 29th day of May, 2014.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

*Helsinn et al. v. Dr. Reddy's Labs. et al.* (D.N.J.)
Proposed Consolidated 11-03962 / 13-05815 Schedule

| Event | Dates |
|---|---|
| Deadline to amend pleadings or join parties | May 15, 2014 |
| Plaintiffs identify up to 8 asserted claims from among claims 2 and 9 of '724 patent, claim 2 of '725 patent, claims 2, 5, and 6 of '424 patent, and the claims of '219 patent | May 23, 2014 |
| Exchange identification of all intrinsic and extrinsic evidence each party intends to rely upon to oppose other party's proposed constructions | May 29, 2014 |
| Joint Claim Construction and Prehearing Statement | June 9, 2014 |
| Opening *Markman* briefs | June 19, 2014 |
| Complete expert discovery relating to claim construction | July 11, 2014 |
| Close of fact discovery | July 18, 2014 |
| Responding *Markman* briefs | July 17, 2014 |
| Meet and Confer Deadline to propose *Markman* Hearing under Local Rule 4.6 | July 22, 2014 |
| *Markman* Hearing | Subject to Court's Availability |
| Disclose any reliance on advice of counsel | 30 days after entry of *Markman* order, OR 2 weeks before Plaintiffs serve draft Pretrial Order text, whichever earlier |
| Opening expert reports (addressing claims or defenses for which a party bears the burden of proof) | July 21, 2014 |
| Rebuttal expert reports | August 21, 2014 |
| Reply expert reports | September 16, 2014 |
| Close of expert discovery | November 12, 2014 |
| Deadline to file dispositive motions ('219 patent) | On or before August 12, 2014 |
| Opposition briefs to dispositive motions | Due 4 weeks after motion filed |
| Reply briefs to dispositive motions | Due 3 weeks after opposition brief filed |
| Exchange list of legal issues | November 17, 2014 |
| Exchange fact witness lists (aside from those witnesses called for impeachment purposes, only the witnesses set forth may testify at trial) | November 24, 2014 |
| Exchange expert witness lists (no expert shall be permitted to testify at trial unless identified at this time) | November 24, 2014 |
| Exchange objections to fact and expert witness lists | December 9, 2014 |
| Exchange exhibit lists | December 19, 2014 |
| Exchange electronic collection of exhibits from parties' respective exhibit lists in a mutually acceptable format | December 19, 2014 |
| Exchange objections to the opposing party's exhibit list | January 9, 2014 |
| Exchange affirmative deposition designations | December 12, 2014 |
| Exchange deposition counter-designations and objections to affirmative designations | January 16, 2015 |
| Exchange objections to counter designations | January 30, 2015 |

## *Helsinn et al. v. Dr. Reddy's Labs. et al.* (D.N.J.)
### Proposed Consolidated 11-03962 / 13-05815 Schedule

| Event | Dates |
| --- | --- |
| Exchange stipulation of facts for the issues on which the parties have the burden of proof | December 16, 2014 |
| Exchange responses to stipulation of facts | January 9, 2015 |
| Exchange contested facts | January 30, 2015 |
| Exchange lists of the parties' contemplated motions *in limine* | December 5, 2014 |
| Meet and confer in an attempt to reach mutual resolutions regarding the parties' contemplated motions *in limine* | December 12, 2014 |
| Serve opening motions *in limine* | December 19, 2014 |
| Serve responses to motions *in limine* | January 16, 2015 |
| Plaintiffs serve draft Pretrial Order text | February 6, 2015 |
| Defendants serve rebuttal to Plaintiff's draft Pretrial Order text | February 13, 2015 |
| Proposed Final Pretrial Order Due | February 20, 2015 |
| Final Pretrial Conference | Subject to Court's availability; parties will request a date that the Judge believes is consistent with an April 2015 trial date |
| Trial Briefs and Proposed Findings of Facts and Conclusions of Law | One week after Final Pretrial Conference |
| Trial | Subject to Court's availability; parties will request an April 2015 trial date in May 2014 |

The Court will conduct telephone status Conferences:

1. On August 5th 2014 at 11:30 AM
2. On November 6th 2014 at 10:30 AM; and
3. On January 5th 2015 at 2:00 PM.

2