| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC**<br>Michael E. Patunas<br>Mayra V. Tarantino<br>Two Gateway Center, Suite 1201<br>Newark, NJ 07102<br>(973) 623-3000<br>mpatunas@litedepalma.com<br>mtarantino@litedepalma.com | **WINSTON & STRAWN LLP**<br>George C. Lombardi<br>Lynn MacDonald Ulrich<br>Julia M. Johnson<br>Brendan F. Barker<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>glombardi@winston.com<br>lulrich@winston.com<br>jmjohnson@winston.com<br>bbarker@winston.com<br><br>Jovial Wong<br>1700 K Street<br>Washington, DC 20006<br>(202) 282-5000<br>jwong@winston.com |

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and<br>ROCHE PALO ALTO LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD.,<br>DR. REDDY'S LABORATORIES, INC.,<br>SANDOZ INC., TEVA PHARMACEUTICALS<br>USA, INC., and TEVA PHARMACEUTICAL<br>INDUSTRIES, LTD.,<br><br>        Defendants. | Civil Action No. 11-3962 (MLC)(DEA)<br>Civil Action No. 11-5579 (MLC)(DEA)<br>Civil Action No. 13-5815 (MLC)(DEA)<br>(consolidated)<br><br>Hon. Mary L. Cooper, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J. |

**<u>DECLARATION OF BRENDAN F. BARKER IN SUPPORT OF</u>**
**<u>DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF</u>**

**BRENDAN F. BARKER**, of full age, hereby declares as follows:

1. I am an attorney at law and an associate with Winston & Strawn LLP, attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively, "Teva") in the above-captioned actions. As such, I have personal knowledge of the facts set forth herein.

2. This Declaration is submitted in support of Defendants Teva, Sandoz Inc., and Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.'s Opening Claim Construction Brief for U.S. Patent No. 8,598,219 pursuant to this Court's Consolidation Order [Dkt. No. 174].

3. Annexed hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,598,219.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the July 29, 2013 Office Action submitted during prosecution of U.S. Application No. 13/901,437 ("the '437 application").

5. Annexed hereto as Exhibit 3 is a true and correct copy of the July 30, 2013 Amendment and Response submitted during prosecution of the '437 application.

I declare under the penalty of perjury that the foregoing statements made by me are true and correct.

Brendan F. Barker

Dated: June 19, 2014