```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: Trenton
JUDGE: Douglas E. Arpert, U.S.M.J.    Date: July 30, 2014
ESR: D. McGrady

TITLE OF CASE:                         CIVIL 11-3962(MLC)

HELSINN HEALTHCARE S.A. et al.

vs.

DR. REDDY'S LABORATORIES, LTD. et al.

APPEARANCES:

Charles Michael Lizza, Esq. Eric W. Dittman, Esq. William C. Baton, Esq. for Plaintiffs.
Stuart D. Sender, Esq., & Michael H. Imbacuan, Esq. for Defendant Dr. Reddy's Laboratories, Ltd.
Eric I. Abraham, Esq., Matthew M. D'Amore, Esq. & Jayson L. Cohen, Esq. for Defendant Sandoz, Inc.
Mayra Velez Tarantino, Esq. for Defendant Teva Pharmaceuticals USA, Inc.

NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE HELD(On the record)

Application by Defendants to compel discovery.
Court Ordered Application is Denied.

TIME COMMENCED: 11:30
TIME ADJOURNED: 11:36
TOTAL TIME: (36)

                                    *s/Jacqueline Gore*
                                    Jacqueline Gore
                                    Deputy Clerk