07/28/2014 16:55 FAX  19732866800          SAULEWING                                    ☑002/004



RECEIVED

JUL 3 1 2014

                    _____M
W         VALSH CLERK

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

July 28, 2014

**VIA FACSIMILE (609) 989-0451**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RECEIVED**

JUL 2 9 2014

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

> Re:   *Helsinn Healthcare S.A., et. al. v. Dr. Reddy's Laboratories, Ltd., et al.*
> Civil Action No. 11-3962 (MLC)(DEA)

Dear Judge Arpert:

This firm, together with Paul Hastings LLP and Loeb & Loeb LLP, represents Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC ("Plaintiffs") in the above-captioned matter.

In light of certain pending discovery issues that the parties are still working to resolve, the parties have agreed to a modest adjustment to the schedule in this case. Accordingly, enclosed for Your Honor's consideration is the parties' proposed amended case schedule. Consistent with Your Honor's usual preference, we have included blank spaces for the insertion of dates for periodic telephone status conferences with the Court, which could displace any currently scheduled teleconferences. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and enter the schedule on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc:   All Counsel (via e-mail)

SO ORDERED on this 30ᵗʰ day of ___July___, 2014.

_____
Hon. Douglas E. Arpert, U.S.M.J.

One Riverfront Plaza, Suite 1520 ● Newark, NJ 07102-5426 ● Phone: (973) 286-6700 ● Fax: (973) 286-6800

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

07/28/2014  16:55 FAX  19732866800         SAULEWING                        ☒003/004

### *Helsinn et al. v. Dr. Reddy's Labs. et al.* (D.N.J.)
### Proposed Consolidated 11-03962 / 13-05815 Schedule

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Close of fact discovery | July 22, 2014 | July 22, 2014[1] |
| Meet and Confer Deadline to propose *Markman* Hearing under Local Rule 4.6 | July 22, 2014 | July 31, 2014 |
| *Markman* Hearing | Subject to Court's Availability | Subject to Court's Availability |
| Disclose any reliance on advice of counsel | 30 days after entry of *Markman* order, OR 2 weeks before Plaintiffs serve draft Pretrial Order text, whichever earlier | 30 days after entry of *Markman* order, OR 2 weeks before Plaintiffs serve draft Pretrial Order text, whichever earlier |
| Opening expert reports (addressing claims or defenses for which a party bears the burden of proof) | July 25, 2014 | August 15, 2014 |
| Rebuttal expert reports | August 25, 2014 | September 15, 2014 |
| Reply expert reports | September 19, 2014 | October 10, 2014 |
| Close of expert discovery | November 12, 2014 | November 26, 2014 |
| Deadline to file dispositive motions ('219 patent) | On or before August 12, 2014 | On or before September 5, 2014 |
| Opposition briefs to dispositive motions | Due 4 weeks after motion filed | Due 4 weeks after motion filed |
| Reply briefs to dispositive motions | Due 3 weeks after opposition brief filed | Due 3 weeks after opposition brief filed |
| Exchange list of legal issues | November 17, 2014 | December 3, 2014 |
| Exchange fact witness lists (aside from those witnesses called for impeachment purposes, only the witnesses set forth may testify at trial) | November 24, 2014 | December 8, 2014 |
| Exchange expert witness lists (no expert shall be permitted to testify at trial unless identified at this time) | November 24, 2014 | December 8, 2014 |
| Exchange objections to fact and expert witness lists | December 9, 2014 | December 22, 2014 |
| Exchange exhibit lists | December 19, 2014 | January 9, 2015 |
| Exchange electronic collection of exhibits from parties' respective exhibit lists in a mutually acceptable format | December 19, 2014 | January 9, 2015 |
| Exchange objections to the opposing party's exhibit list | January 9, 2015 | January 30, 2015 |

---

[1]Except as to any discovery relating to requests served before July 22, 2014, that is either agreed upon by the parties or ordered by the Court.

07/28/2014 16:55 FAX 18732866800          SAULEWING                              ☑004/004

### *Helsinn et al. v. Dr. Reddy's Labs. et al.* (D.N.J.)
### Proposed Consolidated 11-03962 / 13-05815 Schedule

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Exchange affirmative deposition designations | December 12, 2014 | December 22, 2015 |
| Exchange deposition counter-designations and objections to affirmative designations | January 16, 2015 | January 23, 2015 |
| Exchange objections to counter designations | January 30, 2015 | February 6, 2015 |
| Exchange stipulation of facts for the issues on which the parties have the burden of proof | December 16, 2014 | December 22, 2014 |
| Exchange responses to stipulation of facts | January 9, 2015 | January 16, 2015 |
| Exchange contested facts | January 30, 2015 | February 3, 2015 |
| Exchange lists of the parties' contemplated motions *in limine* | December 5, 2014 | December 12, 2014 |
| Meet and confer in an attempt to reach mutual resolutions regarding the parties' contemplated motions *in limine* | December 12, 2014 | December 19, 2015 |
| Serve opening motions *in limine* | December 19, 2014 | January 16, 2015 |
| Serve responses to motions *in limine* | January 16, 2015 | February 6, 2015 |
| Plaintiffs serve draft Pretrial Order text | February 6, 2015 | February 13, 2015 |
| Defendants serve rebuttal to Plaintiff's draft Pretrial Order text | February 13, 2015 | February 20, 2015 |
| Proposed Final Pretrial Order Due | February 20, 2015 | February 27, 2015 |
| Final Pretrial Conference ※ | Subject to Court's availability; consistent with a requested April 2015 trial date | Subject to Court's availability; consistent with a requested April 2015 trial date |
| Trial Briefs and Proposed Findings of Facts and Conclusions of Law | One week after Final Pretrial Conference | One week after Final Pretrial Conference |
| Trial | Subject to Court's availability; parties will request an April 2015 trial date | Subject to Court's availability; parties have requested an April 2015 trial date |

The Court shall conduct a teleconference on *November 6, 2014 at 10:30am.*

The Court shall conduct a teleconference on *January 5, 2015 at 2:00pm*

※ The Court shall conduct ~~a teleconference on~~ *the Final Pretrial Conference on March 2, 2015 at 11:00am*

3