UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**   **DATE: September 23, 2014**
**JUDGE MARY L. COOPER**
**COURT REPORTER: Regina Tell**

**TITLE OF CASE:**   CV11-3962(MLC)

**HELSINN HEALTHCARE S.A.**
v.
**DR. REDDY'S LABORATORIES, LTD.**

**APPEARANCES:**

Eric Dittman, Esq., Angela Ni, Esq., Charles Lizza, Esq., and William Baton, Esq., for plaintiffs
Jovial Wong, Esq., and Mayra Tarantino, Esq., for defendant TEVA
Stuart Sender, Esq., Michael Imbacuan, Esq., Matthew D'Amore, Esq., and Eric Abraham, Esq.,
    for defendant DR. REDDY'S LAB

**NATURE OF PROCEEDINGS:**

Markman hearing held.
Decision taken under advisement.

**TIME COMMENCED: 1:30pm**
**TIME ADJOURNED: 3:45pm**
**TOTAL TIME: 2 hours, 15 minutes**

<u>s/Elizabeth Heffner</u>
**Deputy Clerk**