



RECEIVED Charles M. Lizza
Phone: (973) 286-6715
NOV 2 1 2014   Fax: (973) 286-6815
clizza@saul.com
AT 8:30_____M
WILLIAM T. WALSH CLERK   www.saul.com

November 20, 2014

**VIA FACSIMILE (609) 989-0451**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *Helsinn Healthcare S.A., et. al. v. Dr. Reddy's Laboratories, Ltd., et al.*
          Civil Action No. 11-3962 (MLC)(DEA)

Dear Judge Arpert:

    This firm, together with Paul Hastings LLP and Loeb & Loeb LLP, represents Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC ("Plaintiffs") in the above-captioned matter.

    Following on the November 14, 2014 conference call with Your Honor, enclosed is a proposed amended case schedule to which the parties have agreed. Also, as directed during the teleconference, the parties conferred regarding dates for a final pretrial conference, and we have confirmed with Charmaine that all parties and Your Honor are available for a final pretrial conference on April 8, 2015 at 10:30 a.m. This date is also included in the proposed schedule. If this meets with the Your Honor's approval, we respectfully request that you sign the below form of endorsement and enter the schedule on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc:    All Counsel (via e-mail)

SO ORDERED on this 21st day of NOVEMBER, 2014.

Hon. Douglas E. Arpert, U.S.M.J.

One Riverfront Plaza, Suite 1520 • Newark, NJ 07102-5426 • Phone: (973) 286-6700 • Fax: (973) 286-6800

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

*Helsinn, et al. v. Dr. Reddy's Labs. et al.* (D.N.J.)
Proposed Consolidated 11-3962 / 13-5815 Schedule

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Close of expert discovery | November 26, 2014 | January 7, 2015 |
| Exchange list of legal issues | December 3, 2014 | January 14, 2015 |
| Exchange fact witness lists (aside from those witnesses called for impeachment purposes, only the witnesses set forth may testify at trial) | December 8, 2014 | January 21, 2015 |
| Exchange expert witness lists (no expert shall be permitted to testify at trial unless identified at this time) | December 8, 2014 | January 21, 2015 |
| Exchange objections to fact and expert witness lists | December 22, 2014 | February 4, 2015 |
| Exchange exhibit lists | January 9, 2015 | February 25, 2015 |
| Exchange electronic collection of exhibits from parties' respective exhibit lists in a mutually acceptable format | January 9, 2015 | March 3, 2015 |
| Exchange objections to the opposing party's exhibit list | January 30, 2015 | March 18, 2015 |
| Exchange affirmative deposition designations | December 22, 2015 | February 4, 2015 |
| Exchange deposition counter-designations and objections to affirmative designations | January 23, 2015 | February 25, 2015 |
| Exchange objections to counter designations | February 6, 2015 | March 11, 2015 |
| Exchange stipulation of facts for the issues on which the parties have the burden of proof | December 22, 2014 | February 4, 2015 |
| Exchange responses to stipulation of facts | January 16, 2015 | March 3, 2015 |
| Exchange contested facts | February 3, 2015 | March 20, 2015 |
| Exchange lists of the parties' contemplated motions *in limine* | December 12, 2014 | January 23, 2015 |
| Meet and confer in an attempt to reach mutual resolutions regarding the parties' contemplated motions *in limine* | December 19, 2015 | January 30, 2015 |
| Serve opening motions *in limine* | January 16, 2015 | February 27, 2015 |
| Serve responses to motions *in limine* | February 6, 2015 | March 20, 2015 |
| Plaintiffs serve draft Pretrial Order text | February 13, 2015 | March 11, 2015 |
| Defendants serve rebuttal to Plaintiff's draft Pretrial Order text | February 20, 2015 | March 18, 2015 |
| Proposed Final Pretrial Order Due | February 27, 2015 | March 25, 2015 |

2

*Helsinn, et al. v. Dr. Reddy's Labs. et al.* (D.N.J.)
Proposed Consolidated 11-3962 / 13-5815 Schedule

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Final Pretrial Conference | Subject to Court's availability; consistent with a requested April 2015 trial date | April 8, 2015 at 10:30 a.m. |
| Trial Briefs and Proposed Findings of Facts and Conclusions of Law | One week after Final Pretrial Conference | Two weeks before trial |
| Trial | Subject to Court's availability; parties have requested an April 2015 trial date | Subject to Court's availability; consistent with an April/May 2015 trial date |

The Court shall conduct a telephone status conference on **January 5, 2015 at 2:00 p.m.** Plaintiffs' shall initiate the call. If the parties agree that there are no issues to bring before the Court, they shall so advise the Court, and the conference shall be canceled.