```
                      UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

_____

HELSINN HEALTHCARE, S.A. and
ROCHE PALO ALTO, LLC,
                                          CIVIL ACTION NUMBER:
          Plaintiffs,
                                              11-3962
          -vs-

DR. REDDY'S LABORATORIES, LTD.,             TRIAL
DR. REDDY'S LABORATORIES, INC.,
TEVA PHARMACEUTICALS USA, INC.,
and TEVA PHARMACEUTICAL
INDUSTRIES, LTD.

          Defendants.
_____
          Clarkson S. Fisher United States Courthouse
          402 East State Street
          Trenton, New Jersey 08608
          June 5, 2015

B E F O R E:         THE HONORABLE MARY L. COOPER
                     UNITED STATES DISTRICT JUDGE
```

Certified as True and Correct as required by Title 28, U.S.C.,
Section 753

/S/ Regina A. Berenato-Tell, CCR, CRR, RMR, RPR
/S/ Carol Farrell, CCR, CRR, RMR, CCP, RPR, RSA

**A P P E A R A N C E S:**

PAUL HASTINGS
BY:   JOSEPH O'MALLEY, ESQUIRE
        ERIC W. DITTMANN, ESQUIRE
SAUL EWING
BY:   CHARLES M. LIZZA, ESQUIRE
Attorneys for the Plaintiffs


BUDD LARNER
BY:   STUART D. SENDER, ESQUIRE
        MICHAEL H. IMBACUAN, ESQUIRE
        HUA HOWARD WANG, ESQUIRE
        CONSTANCE S. HUTTNER, ESQUIRE
        KENNETH E. CROWELL, ESQUIRE
Attorneys for the Defendant, Dr. Reddy's Laboratories

WINSTON & STRAWN
BY:   JOVIAL WONG, ESQUIRE
        GEORGE LOMBARDI, ESQUIRE
        JULIA MANO JOHNSON, ESQUIRE
        BRENDAN F. BARKER, ESQUIRE
LITE DePALMA, GREENBERG, LLC
        BY:   MAYRA V. TARANTINO, ESQUIRE
Attorneys for the Defendant, Teva

I N D E X

| WITNESS | VOIR DIRE | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|---|
| Lee Edwin Kirsch | | | | | |
| By Mr. Wong | 5 | 18 | | | |
| By O'Malley | | | 92 | | |

Colloquy

1              (In open court.  June 5, 2015, 9:30 a.m.)

2          THE COURT:  Good morning, everyone.

3          ALL:  Good morning, your Honor.

4          THE COURT:  Shall we continue?

5          MR. WONG:  Yes.

6          THE COURT:  Call your witness, Mr. Wong.

7          MR. WONG:  Good morning, your Honor.

8          THE COURT:  Call your witness, Mr. Wong.

9          MR. WONG: Sorry.  I didn't hear you.

10      Just a bit of housekeeping.  There were some exhibits

11  that we didn't move into evidence yesterday from Dr.

12  Fruehauf's testimony.  If we can move them into evidence now.

13  Just a couple of Exhibits.  They are DTX-0015, DTX-0289 and

14  DTX-0290.

15          MR. O'MALLEY:  No objection.

16          THE COURT:  Thank you.  Those are admitted into

17  evidence.

18      Just so you know, I have conferred with the court

19  reporters and have told them not to put into the transcripts

20  the admission of individual exhibits.  Instead, we will rely

21  upon the signed list that the parties give us at the end of

22  the trial.

23          MR. WONG:  Understood.  Thank you.

24      Your Honor, today we're going to shift gears a little

25  bit and talk about the obviousness of the claim formulations.

Kirsch - Voir Dire

1    As our first witness, defendants call Dr. Lee Kirsch.

2         (Whereupon, LEE EDWIN KIRSCH, witness for the

3    Defendant Teva, sworn.)

4         THE DEPUTY CLERK:  Please state and spell your full

5    name for the record.  Have a seat.

6         THE WITNESS:  My name is Lee Edwin Kirsch,

7    K-I-R-S-C-H.

8      LEE EDWIN KIRSCH, DEFENDANT TEVA'S WITNESS, SWORN,

9    VOIR DIRE EXAMINATION BY MR. WONG:

10   Q.  Good morning, Dr. Kirsch.

11   A.  Good morning.

12   Q.  Dr. Kirsch, have you been asked to provide expert

13   opinions in this case?

14   A.  I have.

15   Q.  And, in general, what do your expert opinions relate to?

16   A.  They relate to the formulation in question and the

17   invalidity of that formulation based on obviousness.

18   Q.  Thank you.  Let's review some background.

19        Dr. Kirsch, where are you currently employed?

20   A.  I'm at the University of Iowa, faculty member at the

21   University of Iowa in the College of Pharmacy.

22   Q.  And what is your current position at the College of

23   Pharmacy?

24   A.  I'm a professor in the division of pharmaceutics and

25   translational therapeutics.

—— Kirsch - Voir Dire ——

1   Q.   And how long have you been at the University of Iowa

2   College of Pharmacy?

3   A.   A little over 20 years.

4   Q.   Dr. Kirsch, where did you attend college?

5   A.   I did my undergraduate work at Purdue University and did

6   my graduate work at Ohio State University.

7   Q.   Okay.  And at Purdue, what degree did you receive?

8   A.   I received a B.S. in science in pharmacy and pharmacal

9   sciences.

10  Q.   And at the Ohio State University, what was your degree?

11  A.   I received a Ph.D. in pharmaceutical chemistry.

12  Q.   And what year --

13       THE COURT:  How long has this general field been

14  available in academics?  You know, like when you majored in

15  science, pharmacy and pharmaceutical sciences?

16       THE WITNESS:  I think it's been around since

17  relatively early in the last century.  You know, the various

18  disciplines in pharmacy, you know, typically include

19  pharmacology and medicinal chemistry.  And pharmaceutics,

20  which is sometimes at Ohio State it was called pharmaceutical

21  chemistry, which has to do with more of the physical chemistry

22  of pharmaceutical systems.  And then there's clinical

23  pharmacy, as well.

24       THE COURT:  What is pharmacology as distinguished

25  from clinical pharmacy?

Kirsch - Voir Dire

```
 1          THE WITNESS:  So, pharmacology deals with the
 2   pharmacological or the activity of a drug substance in the
 3   body, and clinical pharmacy deals with, you know, the
 4   therapeutic use of those drug substances in a clinical
 5   setting.
 6          THE COURT:  Interesting.  I hear those words, but we
 7   don't really know what the shades of meaning are.
 8          Thank you.
 9   BY MR. WONG:
10   Q.   When did you receive your Ph.D.?
11   A.   1982.
12   Q.   And what was the thesis of your Ph.D.?
13   A.   My thesis involved the degradation kinetics and
14   mechanisms of a -- and pharmacokinetics of a cancer prodrug.
15   Q.   After you got your Ph.D., what did you do?
16   A.   I joined the parenteral products development group in the
17   pharmaceutical development division of Eli Lilly and Company.
18   Q.   And how long were you -- did you work at Eli Lilly?
19   A.   I was at Eli Lilly for 12 years as an industrial
20   scientist.
21          THE COURT:  In Indianapolis?
22          THE WITNESS:  In Indianapolis, correct.
23   BY MR. WONG:
24   Q.   You mentioned the parenteral product division.  What is a
25   parenteral product?
```

─────Kirsch - Voir Dire─────

1   A.   Parenteral products are typically injectable products, as

2   distinguished from orally administered products.

3   Q.   And what do injectable products include?

4   A.   What do they include?  So, you know, they would include

5   I.V. formulations; IM, intramuscular, formulations;

6   subcutaneous formulations.  We also did some work in topical

7   formulations.

8   Q.   And during your time at Eli Lilly, what was your role in

9   pharmaceutical development?

10        During your time at Eli Lilly, what was your role in

11   pharmaceutical development?

12   A.   Well, I was a formulation scientist.  My role was to

13   develop formulations that would be used in clinical trials

14   and, ultimately, in -- for commercial use.

15   Q.   What were some of the activities that you practiced

16   during your time at Lilly in pharmaceutical development?

17   A.   Well, the pharmaceutical scientist is involved in various

18   phases of the pharmaceutical development process, so we would

19   do chemical characterization of the active drug substance.

20        We would also develop formulations that were going to

21   be used in the clinical studies and, ultimately, in commercial

22   use.

23        And we would also assist in the clinical supply of drug

24   products for clinical studies.

25   Q.   By the end of your career at Eli Lilly, what was your

Kirsch - Voir Dire

1   title?

2   A.   I was a group leader, so I had six or so scientists and

3   technologists that reported to me, and my title was senior

4   research scientist.

5          THE COURT:  Your scientists that reported to you at

6   that time, would they have had advanced degrees or equivalent

7   experience?

8          THE WITNESS:  Yes.  So it was, you know, frequently

9   the case that new Ph.D.s would serve some time in someone

10  else's group.

11        So I would have Ph.D. scientists that reported to me,

12  as well as masters and bachelor-level scientists.  And then we

13  also had a few technicians who either had associate degrees

14  or, you know, just had a fair amount of experience in the

15  laboratory.

16        THE COURT:  These were lab tech --

17        THE WITNESS:  Yeah, lab tech individuals.

18        THE COURT:  Okay.  Any animal labs under you at that

19  time?

20        THE WITNESS:  We worked with animal labs.  We

21  collaborated with animal labs, but we didn't do animal studies

22  in our laboratory.

23  BY MR. WONG:

24  Q.   Okay.  During your 12 years at Eli Lilly, did you

25  participate in any project teams?

—— Kirsch - Voir Dire ——

1   A.   Yes.  You know, I participated in about 20 or so project

2   teams during my time at Lilly.

3   Q.   And what is a project team?

4   A.   So, a project team is a group of scientists and experts

5   or people practice in the people that come together to deal

6   with all of the requirements of developing a pharmaceutical

7   product.

8        So this group would likely include, or would include,

9   you know, clinical scientists.  It would include

10  toxicologists, process chemists, analytical chemists and

11  formulation chemists and scientists, as well.  And there would

12  also be marketing individuals that would participate in the

13  project team.

14  Q.   And, so, to be clear, who on the project team would be

15  responsible for developing the actual formulation of the drug?

16  A.   That would be the responsibility of the formulation

17  scientist.

18  Q.   And when you participated in a project team, would that

19  be yourself?

20  A.   Yes, that's correct.

21  Q.   During your time at Eli Lilly, what kind of drug products

22  or drug molecules did you work with?

23  A.   A lot of the work that I did was in the peptide and

24  peptide hormone field.  At that time, you know, recombinant

25  technologies were becoming -- they were becoming

─── Kirsch - Voir Dire ───

1  commercialized, so a lot of the compounds that I dealt with

2  were peptides, antibiotics, and hormones.

3       We also dealt with -- I also dealt with small

4  molecules, as well, small organic molecules.

5  Q.  And, so, for these compounds, what was the focus of your

6  work from a formulations perspective?

7  A.  So, the focus of my work was to -- was to evaluate these

8  compounds and then design and optimize formulations that could

9  be used, again, in the clinic and then subsequently for

10  commercial use.

11      So we would supply the necessary information and

12  background for the Investigational New Drug Applications and

13  also for the NDAs.

14  Q.  Okay.  You mention about 20 project teams you worked on

15  during your time at Lilly.

16      About how many of those projects made it to final FDA

17  approval?

18  A.  Well, there were probably six or so.

19  Q.  And out of the remaining products that didn't make it to

20  FDA approval --

21        THE COURT:  Projects?

22  BY MR. WONG:

23  Q.  -- projects, were any of those due to formulation issues?

24  A.  No.  We were always able to come up with suitable

25  formulations for those compounds.  Typically, the reason why

─────── Kirsch - Voir Dire ───────

1  compounds would fail was because of an efficacy or a safety

2  issue at some point.

3  Q.  So, after your 12 years at Lilly, what did you do?

4  A.  So, after my time at Lilly, I joined the faculty at the

5  University of Iowa, and I have been there ever since.

6  Q.  Okay.  At Iowa, are you responsible for teaching?

7  A.  Yes.  I participate in teaching both at the pharmacy,

8  professional pharmacy degree level and also in the -- in the

9  graduate school.

10  Q.  Do you also perform your own research at Iowa?

11  A.  That's correct.  A large section of my time is devoted to

12  my research laboratory.

13       I have a group of graduate students and post-docs who

14  participate in research activities under my direction in my

15  laboratory.

16       THE COURT:  The pharmacist at the local drugstore --

17       THE WITNESS:  Yes.

18       THE COURT:  I'm not talking about the helpers back

19  there.  I don't know what their credentials are, but I would

20  think that there would have to be a pharmacist in charge of

21  every, you know --

22       THE WITNESS:  That's correct.

23       THE COURT:  -- drugstore lab.

24       Do they get their education at a school of pharmacy

25  such as yours?

─────── Kirsch - Voir Dire ───────

 1          THE WITNESS:  Yes.  That's correct.  The degree that

 2     they get now is a Pharm.D.  it's a Doctor of Pharmacy.

 3          THE COURT:  Really?

 4          THE WITNESS:  Yes.  It is a four-year program.  So,

 5     typically --

 6          THE COURT:  It's a four-year undergraduate program?

 7          THE WITNESS:  No.  Typically, they would come in with

 8     two to four years of undergraduate training before they enter

 9     the College of Pharmacy, and then the pharmacy program leads

10     them to what's called a Doctor of Pharmacy, right.  So it's,

11     you know, a six- to eight-year program typically.

12          THE COURT:  Yours is a Ph.D.?

13          THE WITNESS:  Mine's a Ph.D., right.

14          Right.  And at the time, I did my -- I also was a

15     pharmacist for a few years between my undergraduate and

16     graduate education.  At that time, the degree requirement was

17     a bachelor of science in pharmacy to become a pharmacist, so

18     it was actually a five-year program rather than a four-year

19     program, but it's now gone to a Pharm.D.

20          THE COURT:  And that's for every CVS that we drive

21     by?

22          THE WITNESS:  Yes.  That's correct.

23          THE COURT:  Okay.

24     BY MR. WONG:

25     Q.  For your research, what is the primary focus of your

─ Kirsch - Voir Dire ─

1   research?

2   A.   Well, a good portion of my research is focused on

3   studying the kinetics and mechanisms of drug degradation

4   processes, and that's a major focus for my research.

5   Q.   And as part of your research, do you collaborate with

6   industry still?

7   A.   Yes.

8       So, my research is funded with a combination of

9   government funding.  Recently, I've had funding from National

10  Science Foundation and a fair amount of funding from the FDA,

11  but another portion of my funding comes from industrial

12  contracts, so we do -- we work on problems that the industry

13  brings to us.

14  Q.   Okay.  And for teaching your students, you mentioned your

15  pharmacy students and Ph.D. graduate students?

16  A.   That's correct.

17  Q.   So, for your pharmacy students, what is the degree that

18  they're getting?

19  A.   They're getting a Doctor of Pharmacy degree, professional

20  degree.

21  Q.   And what are the options for their professional practice

22  afterwards?

23  A.   So, the majority of them will go into community practice,

24  for instance, at a CVS type of situation.

25      Another substantial fraction of them will go into

—— Kirsch - Voir Dire ——

1    clinical practice in a clinical setting in a hospital setting.

2         And then a few of them will end up in the industry or

3    in a regulatory agency.

4    Q.   Okay.  And what kind of courses or subject matters do you

5    teach those professional students?

6    A.   So, the focus of my teaching there is really in two

7    areas.  I teach them about pharmaceutical products, you know,

8    what's the composition and performance characteristics of

9    pharmaceutical products, and I also teach pharmacokinetics to

10   pharmacy students.  I typically also teach a section on drug

11   stability.

12   Q.   Okay.

13        THE COURT:  Pharmacokinetics?

14        THE WITNESS:  Yeah.  So pharmacokinetics describes

15   the -- what happens to the drug molecule once it gets into the

16   or as it -- in getting into the body and then getting out of

17   the body.

18        So, you know, the major focus of the pharmacokineticist

19   is on the what's called the concentration time profile of drug

20   in the body.  So, it is a description of sort of the time

21   dependence of drug exposure in the body.

22        THE COURT:  Do you get into, you know, hardly anybody

23   takes just one drug at a time.

24        THE WITNESS:  Right.

25        THE COURT:  Do you get -- is pharmacokinetics also

─────── Kirsch - Voir Dire ───────

 1   concerned with the interaction of various drugs and

 2   substances --

 3           THE WITNESS:  Yes.

 4           THE COURT: -- in the body?

 5           THE WITNESS:  Yes.  So, you know, there are issues

 6   that arise associated with drug interactions or even food

 7   interactions that are associated with how drugs get in the

 8   body or how they're metabolized once they get into the body.

 9        So there are drug interactions that are associated

10   with -- with pharmacokinetics of drugs.

11   BY MR. WONG:

12   Q.   Now, for the other group of students that you teach, the

13   graduate students getting their Ph.D.s, what do they do after

14   they graduate?

15   A.   So, most all of our graduate students, not all of them,

16   but the vast majority of them, will go into the industry.  So,

17   you know, go into the industry as formulation scientists or as

18   pharmacokineticists in the industry.  There's some fraction of

19   them that will go into academia.

20   Q.   And, generally, what is the subject matter of courses

21   that you teach the graduate students?

22   A.   So, I teach a course in drug stability and drug

23   degradation, kinetics and mechanisms, and occasionally I teach

24   a course in pharmaceutical product development, which

25   introduces the students to the techniques that are used in the

───── Kirsch - Voir Dire ─────

1  industry to develop pharmaceutical products.

2  Q.   Now, outside the University of Iowa, do you have any

3  affiliations with organizations in the pharmaceutical field?

4  A.   Yes.  So, you know, I'm an active member of the National

5  Institute of Pharmaceutical Technology and Education NIPTE.

6      I also am involved in or have been a member of the

7  American Association of Pharmaceutical Sciences and, also, the

8  Parenteral Drug Association.

9  Q.   What has been your affiliation with the American -- AAPS?

10 A.   AAPS, American Association of Pharmaceutical Scientists?

11 For both the PDA, the Parenteral Drug Association, and AAPS,

12 I've at one time served as the editor of their peer-reviewed

13 scientific journal.

14     So for PDA, it was the PDA Journal of Science and

15 Technology and for AAPS, it was the AAPS Pharm Sci Tech, which

16 was their journal of applied pharmaceutical science.

17 Q.   And how are those two journals regarded in the field of

18 pharmaceutical technology?

19 A.   They're fairly well regarded.

20 Q.   Do you have your own publications on the research that

21 you performed while at Iowa?

22 A.   Yes.  I have 50 or so publications that I have put out,

23 both in my time in the industry and at Iowa.

24 Q.   Now, Dr. Kirsch, have you been an expert witness in a

25 patent case before?

--- Kirsch - Direct ---

1   A.   Yes, I have.

2   Q.   And in that -- was it a trial?

3   A.   Yes, it was.

4   Q.   And in that trial, what expertise did you offer?

5   A.   I offered expertise in the development of formulations.

6        MR. WONG:  Defendants tender Dr. Kirsch as an expert

7   in the field of pharmaceutical formulation development with an

8   emphasis on drug stability.

9        MR. O'MALLEY:  No objection.

10       THE COURT:  Admitted as such.  Thank you.

11  DIRECT EXAMINATION BY MR. WONG:

12  Q.   Let's get to your opinions, Dr. Kirsch.

13       Have you reviewed the asserted patents in this case?

14  A.   Yes, I have.

15  Q.   Are the asserted patents shown here on Kirsch 2?

16  A.   Yes, there are four patents that I've considered.

17  Q.   And, in general, what are the four patents about?

18  A.   Well, the four patents are directed to the development of

19  a stable formulation of the antiemetic drug palonosetron.

20  Q.   Have you also reviewed the asserted claims in this

21  litigation?

22  A.   I have.

23  Q.   And are the asserted claims up here on Kirsch 2 now?

24  A.   Yes, that's correct.

25  Q.   Have you identified a representative claim among the

─────── Kirsch - Direct ───────

1  eight asserted claims?

2  A.   Yes.  Claim 7 in the '219 patent really contains the

3  elements that are relevant.

4  Q.   And we'll get to each of these elements in a bit, but

5  what is your general opinion regarding each of the components

6  listed here for Claim 7?

7  A.   Well, it's my opinion that these elements are a

8  description or involve the description of a common -- commonly

9  used conditions and components in I.V. formulations that are

10  used for their common uses.  So, in my opinion, this patent is

11  invalid because of obviousness.

12  Q.   Now, have you considered who a person of ordinary skill

13  in the art would be with respect to the four patents?

14  A.   Yes, I have.

15  Q.   And who would that person be?

16  A.   The person of ordinary skill in the art, a POSA, would be

17  a formulation scientist typically with a Ph.D. in

18  pharmaceutics or a related field and would have a couple of

19  years of experience in developing I.V. formulations.

20  Q.   Okay.  Now, in your opinion, would this POSA have actual

21  experience preparing formulations at the bench?

22  A.   Yes.

23  Q.   And what is the scope of resources that a POSA would draw

24  upon when developing a formulation?

25  A.   Well, a POSA would have their training and background,

─────── Kirsch - Direct ───────

1   their academic training and experience.  They would draw on

2   the pharmaceutical science literature, general textbooks.

3        They would draw upon research articles and abstracts

4   and other sources of information that gave them some idea of

5   the current state of knowledge of palonosetron and related

6   compounds, compounds that had a chemical or therapeutic

7   similarity to palonosetron.

8   Q.   Okay.  And in the course of --

9        THE COURT:  And patents, of course.

10       THE WITNESS:  And patents, yes, they would certainly

11  look at patents.

12       MR. WONG:  Thank you.

13  BY MR. WONG:

14  Q.   In the course of a POSA's practice, would he or she

15  collaborate with others of ordinary skill in the art?

16  A.   Yes, certainly they would.  I mean, one of the mechanisms

17  for that interaction, of course, is a project team; but even

18  in the absence of a project team, they would draw upon the

19  knowledge and expertise of clinicians and pharmacologists and

20  other scientists in the field.

21  Q.   So, that would be the same whether the POSA is working in

22  industry or is in academia?

23  A.   Yes, absolutely.

24  Q.   Now, in forming your opinions in this case, what is the

25  relevant date that you tied your opinions to?

─ Kirsch - Direct ─

*1*  A.   So, the relevant date is January 30th, 2003.

*2*  Q.   Okay.  And as of January 30th, 2003, how would you

*3*  describe the field of pharmaceutical formulation development?

*4*  A.   Well, it was a well-established and well-trodden process

*5*  by 2000 -- by the beginning of the 21st century.  It had been

*6*  practiced for some decades before, and successfully practiced.

*7*  Q.   Okay.  Let's talk a little bit about how a POSA would

*8*  develop a pharmaceutical formulation.

*9*       Is there a standard formulation development process

*10* that a POSA would typically follow in developing a

*11* formulation?

*12* A.   Yes, there is.

*13* Q.   Have you prepared some slides to explain to the Court

*14* this process?

*15* A.   Yes, I have.

*16* Q.   Okay.  This is Kirsch Demonstrative 4.

*17*      Dr. Kirsch, please explain the product development

*18* process that's up on this demonstrative from the standpoint of

*19* a formulator.

*20* A.   Right.  So what I have tried to do in this picture is to

*21* describe the formulation development process, which is shown

*22* with these green boxes in the context of the overall

*23* development process, the clinical trial phase timeline.

*24*      And, so, you know, this is a typical -- the typical

*25* stages that the formulation scientists work through to develop

Kirsch - Direct

1   the product that's suitable for commercialization and for

2   registration.

3   Q.   We'll go through each of these boxes in a bit, but can

4   you just give a brief overview of each step?

5   A.   Sure.

6        So, the starting point is typically the product

7   profile, which is really a working document that comes to the

8   formulation scientist.  It's typically prepared by clinical

9   and marketing experts and provides sort of boundary conditions

10  in which the formulation scientist is going to work.  You

11  know, he's going to -- he's going to help define what that

12  product initially is.

13       And then -- and that's when the formulation scientist

14  basically gets involved then is in characterizing the drug

15  substance in preformulation studies to determine what sort of

16  technical issues there might be in developing a pharmaceutical

17  product with the product profile that's desired.

18       And having identified what potential problems there

19  might be, for instance, stability problems or solubility

20  problems that would be relevant for the formulation scientist,

21  then they would go into a design process where they would look

22  at what sort of remedies that they could come up with to

23  overcome these problems.

24       And then that would ultimately lead them into an

25  optimization process, which would define more specifically

Kirsch - Direct

 1   what the actual formulas were that were going to be needed to

 2   provide a suitable formulation for commercialization.

 3          THE COURT:  When do the excipients come into the

 4   picture in your schematic there?

 5          THE WITNESS:  Well, they could actually be looked at

 6   in some sort of a cursory way in preformulation studies, but

 7   more typically, there is a series of screening studies that

 8   are conducted in the product design phase to identify those

 9   formulation components which may be useful in overcoming

10   whatever issue might appear.

11          But in addition to that, there's also in the product

12   profile, there will become obvious what some of the

13   formulation components that are going to be needed based on

14   how the product is going to be used.

15   BY MR. WONG:

16   Q.   Now, when a POSA goes through these steps to develop a

17   formulation, would a POSA have any reasonable expectation of

18   success in this endeavor?

19   A.   The answer is yes.  I mean, this is, as I say, a

20   well-studied and well-practiced process, which, you know, in

21   my experience leads to a suitable product.

22   Q.   And in your experience, is that consistent with the

23   formulation teams and projects you worked on at Eli Lilly?

24   A.   That's correct.  I mean, I never worked on a project team

25   in which the project was terminated because of a failure to

───── Kirsch - Direct ─────

 1  come up with a suitable formulation.

 2  Q.   Okay.  So, let's go to the next slide, which is Kirsch 5.

 3  And let's start with the product profile.  What's involved or

 4  what goes into that?

 5  A.   So, you know, there are various features that are

 6  described as being desirable in this particular -- in a

 7  product for a particular compound.

 8       So, you know, there's an identification of what the

 9  therapeutic role of that compound is likely to be.  There's a

10  description typically of who the patients are that we're going

11  to be treating, you know, what's their condition.  Are they

12  geriatric patients?  Are they children?  Or are they, you

13  know -- whatever.

14       And then there's typically a description of what dosage

15  forms that is to say do we want to have a capsule?  Do we want

16  to have a tablet?  Do we have to have a solution?  Do we want

17  to have a topical gel?  The dosage regimen, which would be how

18  frequently is the drug going to be administered.  Is it going

19  to be a single-use administration, or will it be given over a

20  period of time, a course of therapy, for instance?

21       And then what routes of administration are going to be

22  useful.  Will it be useful to have an I.V. formulation, an

23  oral formulation, a topical formulation and so forth.  And

24  having, you know, described these desired dosage forms, then

25  that sort of imposes some -- some boundary conditions on what

─ Kirsch - Direct ─

1    the formulator is going to need to do, what issues they're

2    going to need to address.

3          It's also likely that there would be some discussion of

4    what some of the other competitors are in the marketplace.

5    Q.   Okay.  Now, if the product --

6          THE COURT:  Similar products, in other words?

7          THE WITNESS:  Yeah, exactly.

8    BY MR. WONG:

9    Q.   In the case that the product profile defined a solution

10   formulation for I.V. administration, what are the typical

11   formulation parameters that a formulator would need to

12   address?

13   A.   Well, among the most common issues that come up with a

14   solution formulation for I.V. use are issues associated with

15   solubility.  You know, can we dissolve enough of it in

16   solution that we can get the appropriate amount into the

17   patient and, also, stability.  What will its instability be in

18   a solution medium because drugs are typically more susceptible

19   to drug degradation in solution.

20         THE COURT:  And when you use the term "solution,"

21   what are you thinking of, water?

22         THE WITNESS:  Well, you know, typically I.V.

23   formulations are administered in aqueous, in water, solutions.

24   Now, sometimes those solvents are modified with a suitable

25   organic solvent if there's a solubility problem, but typically

─ Kirsch - Direct ─

```
 1   it is water.

 2          THE COURT:  What's an organic solvent?

 3          THE WITNESS:  So like ethanol might be one.  So, an

 4   alcohol might be one.

 5          THE COURT:  It stings.

 6          THE WITNESS:  Yeah.  Well, I mean, there's sort of a

 7   balancing issue, you know.

 8       In addition to that, for an I.V. solution formulation,

 9   solubility and stability I've mentioned.  Because it is going

10   to be administered intravenously, it has to be sterile, so,

11   you know, that puts certain boundary conditions on the

12   formulator.

13       It has to be isotonic, so that also puts a requirement

14   on the formulation.

15   BY MR. WONG:

16   Q.  Now, is the formulator involved or does the formulator

17   have input in this product profile definition?

18   A.  This is -- usually comes to them as the requirements of

19   the desired product or the features of the desired product.

20   Q.  Okay.

21          THE COURT:  Can they balk and say you're asking for

22   something that you need to think through again?

23          THE WITNESS:  Well, certainly there can be a

24   discussion when they have some basis on which to -- on which

25   to, you know, discuss the matter.
```

Kirsch - Direct

1         So, you know, typically the product profile comes to

2  you, and then you begin to investigate whether, you know, what

3  the technical issues might be in actually achieving what's

4  desired.

5         And this is a living document.  So, you know, there are

6  changes that are made, adaptations that are made.

7  BY MR. WONG:

8  Q.   So what happens next in the process?

9  A.   So, the next step in the process is the preformulation

10  studies, and, basically, these studies are intended to

11  identify what the critical issues that the formulator is going

12  to face, I mean, what are the major problems that they are

13  going to need to overcome.

14         And for a solution formulation, certainly among the

15  major problems that they're likely to encounter are issues of

16  solubility, is it -- can you get enough of it into solution,

17  and frequently that is the biggest problem.

18         And then, secondly, stability.  So, in the

19  preformulation studies, they would conduct stability screening

20  studies to try to identify the major degradation processes

21  that were involved in destabilizing or degrading the drug

22  substance.

23         They would look at a variety of stress conditions, high

24  pH, low pH, so alkaline and acidic conditions.  They would

25  look at photolytic, you know, whether or not light tends to

─── Kirsch - Direct ───

1  degrade the compound.

2       They would look at oxidation and whether or not the

3  compound is susceptible to oxidative stress.

4           THE COURT:   Temperatures, also?

5           THE WITNESS:   Absolutely.   Thermal stress, as well.

6  BY MR. WONG:

7  Q.   For a POSA in 2003, were preformulation studies routine?

8  A.   Yes, they were.

9  Q.   Are preformulation studies a requisite step in developing

10  a formulation for any molecule?

11  A.   Yes.   You need to know what the technical issues are

12  likely to be or are with regard to putting the API in the

13  desired dosage form.

14  Q.   And, in general, what would the expectation of a POSA be

15  regarding the stability for any molecule in solution?

16  A.   Well, the formulator is going to go into these studies,

17  assuming that there is an instability associated with the

18  compound.   I mean, they are not allowed to simply say that,

19  well, I believe the compound is stable, and, therefore, I'm

20  not going to look at it.

21       I mean, you have to prove positively that the compound

22  is stable or not stable and, in general, what are the major

23  degradation processes that are associated with the compound.

24  Q.   So, after performing the preformulation studies, what

25  does a POSA know?

─── Kirsch - Direct ───

1   A.   So, a POSA would know, you know, what the major technical

2   issues are, and then a POSA could rely on, you know, what's

3   known in the art, what's known in the science of formulation

4   development to remedy those problems.

5        And they would take that knowledge, the combination of

6   that knowledge, into the product design phase and look to see

7   what remedies may be useful to overcome whatever problems that

8   they've encountered.  So --

9   Q.   Sorry.  Before we get to the product design phase, would

10  a POSA need to determine the exact mechanism of degradation

11  before moving forward?

12  A.   No.  In my experience, the mechanisms of degradation,

13  which, you know, have to do, for instance, with how electrons

14  move in a molecule to generate a new chemical entity, that

15  type -- that level of knowledge is not typically the result or

16  not ever the result of preformulation studies.  That type of

17  knowledge comes much later on, if ever.

18       I mean, there are compounds that have been around for

19  decades where the mechanisms of degradation are still under

20  study.  Compounds like aspirin under some conditions, the

21  mechanisms of degradation are still a matter of research

22  activity, or penicillin is another one where the mechanisms of

23  degradation have been studied for many years.

24       And, you know, that's, basically, some of the work that

25  I do in my laboratory.  But in terms of the formulation

──── Kirsch - Direct ────

1   development process, what the formulator needs to know, you

2   know, what are the major degradation processes, and that will

3   help him identify what the usual and useful remedies may be

4   for overcoming those problems.

5   Q.   Okay.  And were there any standard textbooks that taught

6   a POSA the usual remedies for the different degradation

7   pathways?

8   A.   Oh, yes.  I mean, there are many references.  I list a

9   few, make reference to a few year, but, you know, this is a

10  pretty good one, a book by Wells published in 1988, which

11  describes preformulation processes and the usefulness of the

12  preformulation information.

13  Q.   Okay.  So, for the record, this is DTX-0349.  We're at

14  Page 44.

15       So, what is described here in Table 5.17?

16  A.   Right.  So this excerpt from this textbook is, you know,

17  the type of information that one would find in standard

18  references.  This describes simple strategies for improving

19  drug stability, and it says, you know, if we know what the

20  degradation process is, then there are a variety of methods of

21  protection, a variety of remedies that we might use for

22  hydrolytic degradation, for susceptibility to thermal stress,

23  to oxidation, to photolytic degradation.

24       So it gives, you know, a pretty good guidance in terms

25  of what the formulator is -- needs to consider.

Kirsch - Direct

1  Q.  And if the preformulation results show that oxidation was

2  a pathway for drug instability, what does Wells disclose as

3  the remedies here?

4  A.  So, Wells discloses, basically, four suggestions:  You

5  know, the removal of oxygen or the removal of air; pH

6  adjustment as a means of controlling oxidation; the use of an

7  antioxidant; or the use of chelating agents, such as EDTA.

8  Q.  So, what happens next after the preformulation

9  information is obtained?

10  A.  So, at that point, you know, the formulation scientist

11  has an idea of what the potential technical issues are in

12  creating a useful formulation, and then they begin to screen

13  the remedies, which, you know, are a combination of the

14  conditions and the excipients that may be useful in overcoming

15  whatever problems that they have identified.

16      So -- and they would also screen potential packaging

17  components to see whether or not there's any issues associated

18  with those.

19      So, what they're going to do is to conduct a

20  bunch of -- a series of screening studies to look to see what

21  remedies might be useful in overcoming the problem, and then

22  based on those studies, they're going to be able to select, at

23  least identify, you know, what the ingredients may need to be

24  in the formulation and what sort of packaging system is going

25  to be most appropriate.

—————————————————— Kirsch - Direct ——————————————————

**1**    Q.   For a POSA in 2003, was it routine to conduct screening

**2**    studies?

**3**    A.   Yes.

**4**    Q.   So, what happens next after the product design is

**5**    complete?

**6**    A.   So, again, at this point, the formulator has a pretty

**7**    good idea of what is likely to be in the product and how the

**8**    product is likely to be packaged; but the exact amounts, the

**9**    ingredients, the concentrations of the ingredients still need

**10**   to be defined in detail.

**11**        So, at that point, the formulation scientist would

**12**   conduct optimization studies to focus in on what the exact

**13**   combination and concentrations need to be.  That would lead to

**14**   a unit formula that described the formulation and the ranges

**15**   that are associated with those components, the specifications

**16**   that are needed.

**17**   Q.   How would a POSA conduct formulation optimization

**18**   experiments?

**19**   A.   Well, the typical way, and it has been the way for some

**20**   numbers of decades, is to use a design-of-experiments

**21**   approach, which is a -- a method of efficiently conducting

**22**   studies to lead to an optimization, to lead to an optimized

**23**   formulation.

**24**        And, you know, this was well practiced in the '80s and

**25**   '90s and beyond and would efficiently, again, lead the

─ Kirsch - Direct ─

1  formulator to obtain a final formulation.

2  Q.   Are there any standard tools to help a POSA conduct these

3  design-of-experiment studies?

4  A.   Yes, there are.  I mean, there are a number of software

5  tools that will generate experimental protocols that the

6  formulator could then use and also assist in the analysis

7  of -- the statistical analysis of the data to arrive at an

8  optimized formulation.

9  Q.   Okay.  Did you have experience at Lilly conducting --

10 using software packages to conduct the experiments?

11 A.   Right.  So when I joined Lilly in 1982, one of the very

12 first things that they did was to have me enroll and take a

13 course in statistical design of experiments and optimization

14 of formulations using statistical design of experiments.  That

15 was my initial training when I joined as an industrial

16 scientist.

17       THE COURT:  So, you had to learn how to create the

18 software, in effect?

19       THE WITNESS:  No, how to use the software.  I mean,

20 the software that we used at Lilly was SAS software, and there

21 are any number of packages that are available.  So it's really

22 a matter of knowing how to use the tools that are made

23 available.

24       THE COURT:  Can you just, you know, like when

25 somebody uses TurboTax® to do their tax return, that's a

─Kirsch - Direct─

 1  software package.

 2          THE WITNESS:  Sure.

 3          THE COURT:  It's got a lot of information already in

 4  it that tells you where to plug in your information, and then

 5  it runs and gives you the finished product.

 6      That's a clumsy example, but what would SAS provide and

 7  what would the scientists using SAS provide in the simplest

 8  sense?

 9          THE WITNESS:  Okay.  So, let's suppose that the

10  formulator decides that there are a couple of ingredients

11  that -- a couple of excipients that might be useful.  Then

12  what the formulator would do would be to make a decision about

13  what concentration ranges, for example, might bracket the

14  region that they want to -- they want to investigate.

15      And they could go to one of these software packages,

16  and they would basically input the variables, that is, the

17  excipients, and they would also include the concentration

18  range that they were interested in.

19          THE COURT:  And the API or not?

20          THE WITNESS:  If the API is a variable in this

21  experiment.  So, for instance, if concentration of the API is

22  a critical characteristic that they've identified, then that

23  could certainly be a consideration, as well, or part of the

24  program.

25      And then what the software will do will be to generate

─── Kirsch - Direct ───

1   experimental protocols that basically describe for the

2   formulator what combinations of each excipient they need to --

3   they need to put together to study what's called the design

4   space; that is, the range of concentrations and the

5   combinations of excipients that they're interested in.  So the

6   experimental protocol basically that they're going to follow

7   is then output for them.

8        Then they need to take that experimental protocol and

9   actually conduct the studies which might be, you know, looking

10  at changes in drug potency over some period of time.  They

11  would get results; for instance, a decrease in drug potency,

12  for each experimental condition.

13       They would input that into the program, and then the

14  program would do the computations that were necessary to

15  arrive at an optimized formulation.  Now, there's a lot of

16  input that the formulator has in terms of design, selecting

17  the right experimental design and the right range of

18  conditions and then conducting the experiment, so it's --

19            THE COURT:  So, and like any other software thing, it

20  could be done by hand.

21            THE WITNESS:  Yes.

22            THE COURT:  But the software just contains

23  information that's sort of standard, and also it's faster than

24  going through the variables one by one.

25            THE WITNESS:  Right.  Well, I mean, there's certainly

─── Kirsch - Direct ───

1   a big advantage in this kind of methodology over looking at

2   each excipient one by one, because in this experimental -- in

3   this approach, you can look at the interaction between

4   excipients.  So, you know, if there's a positive -- if there's

5   an interactive effect, you can also investigate that.

6           But you're right.  I mean, it simplifies a lot of the

7   computations that are necessary.  When I was trained in design

8   of experiments, the first way we went through it was by hand

9   so that we understood, you know, what the computer program was

10  actually doing, and we went through all the calculations by

11  hand.  I mean, that can be a little tedious.  It is easier to

12  do with a computer.

13          THE COURT:  Okay.

14  BY MR. WONG:

15  Q.   Now, were you in court on Tuesday, I believe, to hear Dr.

16  Calderari's testimony?

17  A.   Yes, I was.

18  Q.   And how did he characterize the optimization studies

19  carried out for palonosetron at Syntex?

20  A.   Well, I mean, he characterized it as a -- sort of a

21  computerized simulation process that was very high tech; but

22  as I said, this was not, you know, high tech in the 1980s.

23  This was the standard operating procedure for formulation

24  scientists.

25          And, actually, if you go into other manufacturing

Kirsch - Direct

1  industries, these techniques had been around since the 1950s.

2  So, you know, this is not, you know -- this is not new,

3  advanced kind of technology.

4  Q.  For a POSA in 2003, were the experiments required in

5  product optimization routine?

6  A.  Yes.

7  Q.  Okay.  Okay.  What are the other performance attributes

8  of the optimized I.V. formulation that a POSA would have to

9  consider?

10 A.  So, you  know, as I mentioned for I.V. formulations,

11 there are considerations in terms of the sterility, and they

12 would need to select a pH within some range of pHs that was

13 going to be compatible with an injection directly into the

14 vein, and they would also need to consider isotonicity as a

15 consideration again for patient comfort.

16 Q.  Okay.

17       THE COURT:  In your experience, Doctor -- I don't

18 know anything about pH except what I learn in the evidence in

19 this case.  In other words, even if I did know something about

20 it, I wouldn't expert my extrajudicial knowledge into what I'm

21 learning from the evidence here, but I think I've heard that

22 the body's pH is 7.4?

23       THE WITNESS:  That's correct, for the most part, yes.

24       THE COURT:  I mean, I've heard it in the evidence so

25 far this week.

─ Kirsch - Direct ─

1              THE WITNESS:  Uh-huh.

2              THE COURT:  And you just said that pH has at least

3    two aspects.  One is you need it to be compatible with

4    injecting it into the human body.  It's also related to

5    stability of the formulation, right?

6              THE WITNESS:  That's correct, yes.

7              THE COURT:  Okay.  So, in terms of the former, the

8    injecting into the human body, is there a standard range

9    outside of which you wouldn't want any I.V. formulation to

10   fall?

11             THE WITNESS:  Well, there's a standard range which is

12   considered acceptable, but there are exceptions to that range,

13   as well.  So, typically in the pH range of about 4 to 8, pH 4

14   to pH 8, that's usually considered acceptable for injectable

15   products.

16        I mean, what you have to remember is that, you know,

17   compared to the volume of blood in the body, you're injecting

18   a small volume of the drug solution, and the body has a

19   substantial buffering capacity, has a substantial ability to

20   take in whatever acidity is associated with that solution and

21   neutralize it, essentially, to bring it to pH 7.4.  So, you

22   know, typically there's really not an issue with having a pH

23   somewhere in the 4 to 8 range.

24             THE COURT:  Okay.

25             THE WITNESS:  There are some drug products where,

─ Kirsch - Direct ─

1    typically because of solubility issues, they need to have pHs

2    in excess of that range, and, you know, there can be some

3    issues in terms of the comfort of injection in those

4    situations.

5    BY MR. WONG:

6    Q.   Okay.  For pH and for a POSA as of 2003, was it routine

7    practice for a POSA to adjust the formulation of a pH to an

8    optimal pH?

9    A.   Yes.

10   Q.   And for sterility as of 2003, were there routine

11   practices that a POSA could follow to make an I.V. solution

12   sterile?

13   A.   Yes.

14   Q.   And tonicity, why is it important to make an I.V.

15   solution isotonic?

16   A.   Well, again, it becomes a patient comfort issue.  You

17   don't want the injection to be irritating.  You don't want to

18   cause hemolysis to have blood vessels -- or not blood vessels,

19   but red blood cells rupture because of a hypotonic or a low

20   tonicity solution.

21        So, you know, it was very common to -- it is still very

22   common to try to ensure that the solution has a tonicity

23   usually measured in terms of what's called osmolality that's

24   within an acceptable range, compatible range for injectable

25   use.

Kirsch - Direct

1   Q.   Okay.  For a POSA in 2003, was it routine -- were there

2   routine practices for making an I.V. solution isotonic?

3   A.   Yes.  I mean, it is a very simple process.  I mean,

4   basically, what's done is to measure the contribution that

5   various -- the various needed excipients in active ingredient

6   contribute to the tonicity of the solution and then to add an

7   additional tonicity-modifying agent to bring that solution to

8   what's called an isoosmotic or an isotonic condition.  And

9   there's a range of osmolality that the formulator aims for.

10  Q.   Okay.  Let's wrap up this formulation tutorial.

11       Have you prepared a slide that shows what sort of

12  resources were available to a POSA to assist in this

13  formulation development process?

14  A.   Yes.  So, you know, again, the formulator is going to

15  rely on their training and their background, but in addition

16  to that, there is a large number of basic reference sources

17  that are available to the POSA, both in terms of textbooks and

18  also in terms of review articles.

19       You know, I'm sure that there are at least 30 textbooks

20  out there that deal with the formulation process with

21  preformulation and formulation development, and we've pointed

22  to a few of those which I think are pretty good, the Wells

23  book of 1998(sic), this Swarbrick book of 2000, and, actually,

24  an article within this book by Broadhead, which is relevant to

25  injectable drug formulations.

—— Kirsch - Direct ——

1          And these would tend to inform the formulator about,

2    you know, common formulation strategies and the accepted pH

3    range and stabilizers that may be useful and

4    tonicity-modifying agents, common buffers, the volumes that

5    are appropriate and would guide them in terms of the stability

6    protocols that they need to follow.  So --

7          THE COURT:  How do you define "buffer"?  Not

8    technically, but what do you think of when you say the word

9    "buffer"?

10          THE WITNESS:  So, a buffer is a substance which

11   resists a change in pH.  So it's typically the combination of

12   a weak acid and a base which resists a change in pH.

13          THE COURT:  So, buffer connotes controlling pH.

14          THE WITNESS:  Yes.

15          MR. WONG:  And for the record, this is Kirsch

16   Demonstrative 11, and we're looking at Wells 1998, which is

17   DTX-0349, Swarbrick 2000, which is DTX-0235, and Broadhead

18   2001, which is DTX-0271?

19          MR. O'MALLEY:  And just minor, to correct the record,

20   we're just looking at pictures of their covers.

21          THE COURT:  Right.

22          MR. WONG:  Your Honor, I'm going to shift topics now.

23   I think we have taken --

24          THE COURT:  If you want to offer excerpts --

25          MR. WONG:  Sure.

─ Kirsch - Direct ─

1          THE COURT: -- from behind the covers of those, you

2     should confer later and then make your offer.

3          MR. WONG:  And we will.  And we're going to review

4     excerpts in the rest of the slides.

5          THE COURT:  Okay.

6          MR. WONG:  I'm about to move topics.  Is it a good

7     time to take a break?

8          THE COURT:  Good time for a break, yes.

9          MR. WONG:  Thank you.

10          THE COURT:  This is your first time on the stand

11     here.  Watch your step as you get down.

12                    (Brief Recess.)

13          THE COURT:  Back in session.

14          MR. WONG:  Thank you.

15     BY MR. WONG:

16     Q.  So, Dr. Kirsch, while we're on this slide, and just for

17     the record, let's review some of the excerpts from these

18     standard formulation textbooks.

19          So first let's take a look at the Wells textbook, 1988,

20     Page 16.  So, for the record, this is an excerpt from DTX-0349

21     on Page 16.

22          Dr. Kirsch, what's disclosed here in Section 5.4?

23     A.  Well, in this section, Wells is pointing out the

24     importance of pH, and, in particular, pH extremes, and the

25     instability of drug substances and solution.  And so he's made

―Kirsch - Direct―

1   the observation that many drugs are stable in the region of 4

2   to 8, that for many drugs, this is the optimum pH stability,

3   somewhere in that range.

4           THE COURT:  That's exactly what we were talking about

5   before.  And it even cites the, what's called homeostatic pH

6   of 7.4 which would be the person -- the human?  See the next

7   sentence?

8           THE WITNESS:  Right, right.  He goes -- that's

9   correct.  He goes on to say, and this is maybe a matter of

10  serendipity, but that also is the pH range where -- where the

11  blood can accommodate the pH due to a neutral pH.

12  BY MR. WONG:

13  Q.  Let's stay with Wells 1988.  And let's look at an excerpt

14  on Page 26.

15          THE COURT:  You just said neutral pH?

16          THE WITNESS:  Well, close to neutral.  7.4 is a

17  little bit -- little bit higher than neutral.  Neutral is

18  considered 7, pH 7.

19  BY MR. WONG:

20  Q.  So, for the record, this is an excerpt from DTX-0349 at

21  26.  And, Dr. Kirsch, what does Wells 1988 disclose here in

22  Section 5.8?

23  A.  Well, in this section, Wells is pointing to some

24  potentially useful chelating agents which are known in the art

25  to assist in certain stability circumstances, for instance, in

─ Kirsch - Direct ─

1   certain oxidative degradation, and points to well-known

2   chelating agents.  And, in particular, you can see that --

3   that he's pointing to EDTA as a particularly effective

4   pharmaceutical chelating agent.

5   Q.   Let's go to another textbook, Broadhead 2001, and let's

6   look at an excerpt from Page 5.  Dr. Kirsch, what does

7   Broadhead 2001 disclose here on tonicity?

8   A.   So, Dr. Broadhead had contributed a chapter in this book

9   dealing with the development of injectable drug products and

10   addresses many of the issues that we've mentioned earlier,

11   including the issue of tonicity, and here, she's pointing to

12   the osmolarity range, that 280 to 290, which is associated

13   with isotonicity.

14       And she also points to a few of the commonly used

15   excipients that are used to adjust a formulation to tonicity,

16   for example, mannitol and dextrose and other excipients, and,

17   you know, these are particularly useful, as she points out, in

18   situations where sodium chloride may have an adverse effect on

19   some attribute of the formulation.

20   Q.   Okay.  Let's go to Broadhead, Page 5 again, the next

21   slide.  And what is disclosed here in these excerpts from

22   Broadhead?

23   A.   So, in this section, she's talking about the types of

24   buffers again that are used in injectable formulations and is

25   talking about a phosphate as one of those but also lists as

─ Kirsch - Direct ─

1    some other common buffering agents used in parenteral

2    injectable drug products.  Among them is a citrate, and there

3    are a number of others listed as well.

4    Q.   In the highlighted section, does Dr. Broadhead also list

5    the common buffer concentrations that could be used in

6    formulations?

7    A.   Right.  Again, so, you know, there is a desire not to add

8    excess buffer so as to cause any problems with -- with pH upon

9    injection if the buffer is not exactly at 7.4, so, you know,

10   there's a recommendation to use 10 to a hundred millimolar

11   range as a suitable range for buffers.

12   Q.   Okay.  And, lastly, let's go back to Broadhead, Page 3.

13   What does Dr. Broadhead disclose here about volumes of

14   injectable formulations?

15   A.   Right.  So she's pointing to the definition of a small

16   volume parenteral.  An SVP is a small volume parenteral.  And

17   according to the U.S. Pharmacopeia, a small volume parenteral

18   is a product that contains less than a hundred mLs of

19   solution.

20           THE COURT:  So 5 mLs, 5 milliliters?  5 milliliters?

21           THE WITNESS:  Yes, 5 milliliters.

22           THE COURT:  Would be a vial?

23           THE WITNESS:  5 milliliters would be a small volume

24   parenteral.  So anything less than a hundred mLs is considered

25   small volume parenteral, as distinguished from what she calls

1   LVPs, which are large volume parenterals, you know, which are

2   typically the, you know, the liter bag of D5W or some other,

3   you know, some other solvent that's slowly dripped into the

4   patient.

5   BY MR. WONG:

6   Q.   Okay.   In addition to the routine formulation development

7   activities and textbooks we just reviewed, what else would a

8   POSA consider in developing an I.V. formulation?

9   A.   So, of course, as we mentioned before, their training and

10  their expertise, but they would also look to the available

11  literature, the public literature that dealt with palonosetron

12  and related compounds, therapeutically- and chemically-related

13  compounds.   So they would look to whatever is published that

14  would inform them and would assist them in the design and

15  development of their desired injectable formulation.

16  Q.   Have you reviewed the relevant literature that a POSA

17  would have considered with regard to developing palonosetron

18  formulation?

19  A.   Yes.   So this was the, you know, the first thing that I

20  did when I got involved in this -- in this situation, was to

21  attempt to put myself in the position of a POSA as of 2003 and

22  to do a search through the literature to see what -- what I

23  found that -- that I thought would be relevant to a POSA.

24  Q.   And for the record, did you only rely on publicly

25  available documents of prior art in forming your opinions on

—— Kirsch - Direct ——

1   obviousness?

2   A.   Yes.

3   Q.   Have you prepared a slide that reviews the relevant prior

4   art that a POSA would have uncovered?

5   A.   Yeah, I put together a timeline that shows the

6   publication dates of various documents and information that a

7   POSA would likely use in helping them -- helping to inform

8   them about what they need to do in the formulation development

9   process.

10  Q.   Okay.  And we'll cover these individually as we move

11  forward, but how would you characterize the prior art relevant

12  to palonosetron prior to the filing date?

13  A.   Well, there was quite a bit of information that was

14  available in various forms that described palonosetron.

15  Q.   Okay.  And would these be -- would these references,

16  these prior art, be helpful to a POSA in developing a

17  palonosetron formulation?

18  A.   Yes.

19  Q.   So what is the first piece of prior art we'll review?

20  A.   So, the first piece of art is the -- the product patent,

21  the three -- what's called here the '333 patent published in

22  1993.

23        MR. WONG:   Okay.  And for the record, we're looking

24  here at an excerpt of DTX-0343 on Page 1.

25  BY MR. WONG:

—— Kirsch - Direct ——

1   Q.   You mentioned that the '333 patent was published in 1993.

2   Who was the assignee of the '333 patent?

3   A.   So, this was a patent that was generated by Syntex, the

4   Syntex Research Group.

5   Q.   And, in general, what does the '333 patent disclose to a

6   POSA?

7   A.   So the '333 patent is again a compound patent that

8   describes an entire class of compounds of related --

9   chemically-related compounds which also they discuss some of

10   their pharmacological properties as well, but, in particular,

11   they describe the chemical structure of the -- of palonosetron

12   in this -- in this patent.

13   Q.   Let's go to the next slide.  This is pages from DTX-0343

14   at 2 and 4.

15       Dr. Kirsch, what is disclosed here?

16   A.   So, you know, this gives the general formula for the

17   compounds that they disclose in the patent and then goes on to

18   describe, you know, what chemical features at each of these

19   positions -- R3, R2, and R1, that make up the chemical

20   formulation of what later became known as palonosetron.

21       THE COURT:  This chemical drawing that contains what

22   you just said, R1, R2, and R3, as well as some actual chemical

23   names, oxygen, right, nitrogen?

24       THE WITNESS:  Right.  So --

25       THE COURT:  So R1, 2 and 3 are variables; is that

—— Kirsch - Direct ——

 1    right?

 2           THE WITNESS:  That's correct.

 3           THE COURT:  Okay.

 4    BY MR. WONG:

 5    Q.  So what does this next slide show, on Kirsch 13?

 6    A.  So this is the chemical structure, the assembled chemical

 7    structure of palonosetron, and also identifies that the -- the

 8    number that they gave it as part of the series.  So the

 9    RS-26259 is the -- is the compound number for palonosetron

10    that they refer to in the patent.

11    Q.  Okay.  And is the structure of palonosetron itself --

12    strike that.

13           The structure of palonosetron, would that be important

14    to a POSA?

15    A.  The formulator is definitely going to look at the

16    structure because it will inform him, as a starting point,

17    about potential issues with solubility.  He can make some

18    predictions about solubility based on structure.  And, also,

19    he will look at that structure to see whether or not there are

20    particular types of structures in it, what we call moieties in

21    it, which have the potential to undergo chemical instability.

22           THE COURT:  What is the -- just out of curiosity,

23    there is a two-letter abbreviation that's just sitting in the

24    space there.

25           THE WITNESS:  Right here?

─────── Kirsch - Direct ───────

1          THE COURT:  Yeah.  What is that, please?

2          THE WITNESS:  So, this particular form of

3     palonosetron is what's called the hydrochloride salt.  So,

4     basically, this is part of the structure in that it is -- it

5     is the part of hydrochloride, so the hydrochloride is this

6     proton here, HCl, and so this is the salt form.  This is just

7     the chlorine that goes with the HCl.

8          THE COURT:  What are the two letters there?

9          THE WITNESS:  This is Cl.

10         THE COURT:  With some kind of a symbol after it?

11         THE WITNESS:  A negative sign, so it has a negative

12    charge on it, whereas this function up here has a positive

13    charge.

14         THE COURT:  And the Cl is just an abbreviation for a

15    little chemical structure that's not depicted there?

16         THE WITNESS:  It is the symbol for an atom, a

17    chlorine atom.

18         THE COURT:  So you don't have the atom drawn there;

19    everybody knows that that's the chlorine atom?

20         THE WITNESS:  Right, so --

21         THE COURT:  It is attached to the -- to the

22    palonosetron molecule, right?

23         THE WITNESS:  Right.  It would be part of the

24    crystalline structure of the molecule in the solid state.  As

25    soon as we put it into an aqueous solution, then this chloride

─ Kirsch - Direct ─

1   would separate from the rest of this structure and just kind

2   of float around.  You know, sort of like if you think of

3   sodium chloride, you know, when we put salt in the solution

4   and the two parts of it kind of dissolve away and separate.

5   BY MR. WONG:

6   Q.   What, in particular, would be relevant to a POSA about

7   the structure of palonosetron in terms of potential

8   instability?

9   A.   So, one of the features that they would likely observe is

10  this, what's called quinuclidine ring which contains a --

11          THE COURT:  Could you spell that word?  I don't --

12          THE WITNESS:  I don't know if I can spell it.  Let's

13  see.  Q-U-I-N-U-C-L-I-D-I-N-E maybe, quinuclidine.

14          THE COURT:  And it's the one with the jagged line

15  through it?

16          THE WITNESS:  That's right.  This is -- this is a

17  ring structure and they're describing all -- each intersection

18  there is a carbon atom, and then up here at the top is a

19  nitrogen atom, and that nitrogen atom has three bonds that go

20  to it, so we call that a tertiary amine.  And this particular

21  structure, I mean, tertiary amines and really amines in

22  general, are potentially susceptible to oxidative degradation.

23  So a POSA formulator would look at that and potentially wonder

24  whether or not there was some potential for oxidation.

25  BY MR. WONG:

─ Kirsch - Direct ─

1   Q.   Do all tertiary -- or do all structures with tertiary

2   amines degrade by oxidation?

3   A.   No.  They don't all degrade.  That just gives an

4   indication of a possible degradation pathway, not a -- it

5   doesn't necessarily occur.

6   Q.   The fact that all tertiary amines do not degrade, would

7   that structure still be relevant to a POSA formulating

8   palonosetron?

9   A.   Yes.  It would alert them for the possibility of

10  oxidative degradation.

11  Q.   Okay.  If a POSA saw the structure of palonosetron as

12  disclosed in the '333 patent, what would a POSA suspect?  What

13  the POSA understand from this structure?

14  A.   Well, again, the POSA would glean from the structure

15  information relevant to the solubility and also potentially to

16  instability, to some possible instability pathways.

17  Q.   Let's go to the next slide.

18          THE COURT:  Could I just ask you, solubility, to a

19  chemist --

20          THE WITNESS:  Um-hum.

21          THE COURT:  -- if I've got sugar, put it in the

22  water, stir it up, with any luck I'll get it to dissolve,

23  right?

24          THE WITNESS:  (Nods head.)

25          THE COURT:  It's dissolved.

Kirsch - Direct

1          THE WITNESS:  That's correct.

2          THE COURT:  It's still in there, you can taste it.

3          THE WITNESS:  That's correct.

4          THE COURT:  So what does solubility refer to, when a

5    chemist talks about that?

6          THE WITNESS:  Right.  So, solubility, you know,

7    refers to the -- the state of the molecule in the solution, so

8    the undissolved part of that sugar is still in its solid form,

9    it's still in its solid state, but if the -- if the conditions

10   are right, molecules of that sugar will be completely

11   surrounded by solvent and will dissociate from one another so

12   there's not two sugar molecules together, they are surrounded

13   and enclosed by solvent, and so they sort of move freely in

14   the solution.

15         THE COURT:  That grain of sugar that I could see in

16   the spoon is more than one molecule of sugar?

17         THE WITNESS:  That's correct.

18         THE COURT:  And so when that grain of sugar goes into

19   the water, those molecules fall apart?

20         THE WITNESS:  The molecules separate from one

21   another --

22         THE COURT:  They separate.

23         THE WITNESS:  -- from one another, correct.

24         THE COURT:  Okay.  Thank you.

25         THE WITNESS:  Um-hum.

─ Kirsch - Direct ─

1    BY MR. WONG:

2    Q.   Next slide, we're looking at an except from DTX-0343 at

3    Page 6.

4         Dr. Kirsch, what is disclosed here on Page 6?

5    A.   So, also in the patent, the patentees describe some of

6    the potential utility of these compounds, and they

7    particularly comment on their potential use in preventing

8    emesis from various sources, radiation poisoning and radiation

9    therapy, and they also point to its potential use as -- in

10   preventing chemotherapy-induced emesis, or CINV, as we've been

11   referring to it here.

12   Q.   Let's go to Page 16 which is on the next slide, an

13   excerpt.

14        Dr. Kirsch, what is disclosed here in the '333 patent?

15   A.   So, the patentees suggest some various formulations that

16   may be useful or at least the general description of some

17   formulations that may -- that may be useful, and they point to

18   the suggestion of an intravenous formulation and, you know,

19   they give some sort of boilerplate suggestions as to what that

20   might be composed of.

21   Q.   Does the '333 patent disclose anything else about how

22   palonosetron could be administered?

23            THE COURT:  Compound of Formula I.

24            THE WITNESS:  Right here.

25            THE COURT:  Yes.  I see that.  But we looked at this

— Kirsch - Direct —

1    big, you said, class drawing.

2          THE WITNESS:  That's right.

3          THE COURT:  But then we looked also at the

4    palonosetron composition, right?

5          THE WITNESS:  Um-hum.

6          THE COURT:  How do we know that we're not talking

7    about the whole class there, that we're talking about

8    RS-252 -- whatever that number was?

9          THE WITNESS:  Right.  And I think the answer is that

10   they are referring to the whole class there.

11         THE COURT:  Okay.

12         THE WITNESS:  They are referring to compounds of

13   Formula I and not specifically to palonosetron.

14         THE COURT:  Thank you.

15   BY MR. WONG:

16   Q.  Does the '333 patent disclose anything else about how

17   compounds like palonosetron could be administered?

18   A.  Well, it also makes reference to their potential use as

19   single-use-dosage forms, so, as opposed to, you know, a

20   long-term therapy, so they also suggested it could be

21   administered as a single-use-dosage form.

22   Q.  And, for the record, this is Page 8 of DTX-0343.

23         Dr. Kirsch, did Syntex ever publish any scientific

24   articles related to palonosetron?

25   A.  Right.  So the patentees here actually, the primary --

—— Kirsch - Direct ——

1   the authors of that patent and also some other of their

2   colleagues also went on to publish their results in a

3   peer-reviewed journal, *The Journal of Medicinal Chemistry*.

4   Q.   And, for the record, this is DTX-0282, we're looking at

5   Page 1.

6        What year was -- I'm going to refer to this as Clark

7   1993.  Is that okay?

8   A.   Yes.

9   Q.   What year was Clark 1993 published?

10  A.   So the Clark article came out in 1993.

11  Q.   And, in general, what does Clark disclose?

12  A.   So, again, the Clark article is -- has a lot of the same

13  information that the patent has.  It discusses this series of

14  compounds that they've discovered.  It describes them

15  chemically and also describes some of their pharmacological

16  activity that they've -- that they've investigated.

17  Q.   Okay.  Let's look at the abstract which is on Page 1.

18       And, Dr. Kirsch, what does Clark, et al., conclude in

19  their abstract?

20  A.   So, in their abstract, they make particular reference to

21  palonosetron, and here, they identify it as *(S,S)*-37 so you

22  can see it appears a couple of times as *(S,S)*-37, that's the

23  shorthand that they use, but this chemical structure here is

24  palonosetron.

25       And they, you know, commented on its high affinity for

Kirsch - Direct

1   receptors, which sort of suggests their potency, and that is a

2   highly potent compound, and they also comment that in some of

3   the animal models where they looked at its activity, that,

4   again $(S,S)$-37, palonosetron, was the most active of the

5   groups of -- of the group of agents that they looked at and,

6   in particular, in blocking cisplatin-induced emesis in two

7   animals, in the ferret animal model and in the dog model.  And

8   the cisplatin-induced emesis is a form of CINV.

9            THE COURT:  So, referring to the actual blocking of

10  the 5-HT$_3$ receptor, they do some studies before they go into

11  animal studies where they can tell that the 5-HT$_3$ receptor is

12  being effective?

13           THE WITNESS:  That's correct.  They did binding

14  studies to see what -- you know, how -- basically, what the

15  affinity for the various molecules was to this particular

16  receptor.

17           THE COURT:  How do you get the receptor?

18           THE WITNESS:  Well, to be honest with you, that's not

19  really my area of expertise, so --

20           THE COURT:  They got tissues though?

21           THE WITNESS:  Yeah.

22           THE COURT:  They got tissues --

23           THE WITNESS:  But they have to isolate the --

24           THE COURT:  And they go into the lab with the

25  tissues, right?

───── Kirsch - Direct ─────

1          THE WITNESS:  Yeah.

2          THE COURT:  Okay.

3    BY MR. WONG:

4    Q.  Dr. Kirsch, does Clark 1993 disclose anything else that

5    would be relevant to a POSA formulating palonosetron?

6    A.   Well, they compared a whole series of compounds, so, you

7    know, there are related compounds that are discussed in the --

8    in the Clark article that are therapeutically related to

9    palonosetron.  And one of the compounds that they point to is

10   this compound RG 191 -- 12915, which was under development by

11   Rhône-Poulenc at that time.  And what they pointed to was --

12   was, you know, the therapeutic similarities and the fact that

13   it's of the same class of drugs, but then they also described

14   some relevant structural similarities between -- between 12915

15   and palonosetron, and they point in particular to the

16   confirmation of this quinuclidine -- there it is, spelled out

17   for us -- quinuclidine ring.

18          THE COURT:  But this particular RG 12915 that they're

19   talking about is not within the compounds claimed in the '333

20   patent?

21          THE WITNESS:  That's correct.

22   BY MR. WONG:

23   Q.  For the record, this is Page 5 of DTX-282.

24          And how does RG 12915 compare to palonosetron?

25   A.  So, we can look at the two structures together, and, you

1   know, there are some structural features that are similar.

2   There's a benzene ring that's contained in both.  There's what

3   we call an amide that's contained in both.  This is -- this is

4   a structure here that's called an amide, and we'd also see it

5   in -- I should say that this is palonosetron and this is the

6   Rhône-Poulenc compound.

7        And then, notably, they also see the quinuclidine ring

8   in both of those structures.

9   Q.   Does it make sense that Clark 1993 compared the

10  structures of these two compounds?

11  A.   Well, again, for the purposes of Clark, they were

12  therapeutically-related compounds, so, you know, to the extent

13  that they're investigating structure-activity relationships,

14  relationship between structure and their pharmacological

15  activity, then, yeah, it would absolutely make sense.

16       To a formulator, a POSA, what they're looking at is

17  they're looking at whatever information they can glean about

18  related compounds, compounds that are related to palonosetron

19  that may inform them about their efforts to develop a stable

20  palonosetron formulation.

21  Q.   Okay.  Was there anything else in the prior art that was

22  published specifically about RG 12915?

23  A.   Yes.  There was another study that was conducted by -- by

24  pharmaceutical, more formulation types of scientists, and was

25  published in the *International Journal of Pharmaceutics* that

─ Kirsch - Direct ─

1    discussed RG 12915.

2         THE COURT:  What year is that, can you tell?

3         THE WITNESS:  Yes.  Yes, Your Honor.  The year is

4    1995.  We've shown it up here, and -- we refer to this as Won

5    1995, so --

6         THE COURT:  Looks like Dr. Tang is in there, too.

7    But it's called Won because Won gets the first listing?

8         THE WITNESS:  You know, I don't know that that's the

9    same Dr. Tang.

10        THE COURT:  Okay.  Never mind.

11        But I did want to ask, this RG 12915, is it

12   equivalent to any of the marketed competitor drugs?

13        THE WITNESS:  I don't believe that this one was taken

14   to market.

15        THE COURT:  Okay.

16   BY MR. WONG:

17   Q.   For the record, we're looking at DTX-0345, Page 1.  So

18   what is the title of Won 1995?

19   A.   So this manuscript would have been very informative to a

20   POSA working on palonosetron or related compounds because it

21   contained information about the potential chemical instability

22   of these compounds.  In particular, it looked at photolytic,

23   that is, you know, the degradation that occurs on exposure to

24   light, and oxidative degradation of this compound.

25   Q.   Okay.  And what does Won 1995 disclose about the possible

─── Kirsch - Direct ───

1    degradation of RG 12915?

2    A.   So, they found significant evidence of both photolytic

3    and degradative -- or oxidative degradation that occurred with

4    this compound, and, you know, this is their starting material,

5    this is the 12915.  They found photolytic degradation which

6    they described simply here, and then they describe some

7    general pathways by which oxidative degradation may have

8    occurred, so, basically, what they did was to identify some of

9    the degradation products that occurred, and among those

10   degradation products was degradation at this quinuclidine

11   ring, this is the N-oxide form, in which oxygen adds to the

12   tertiary amine of the quinuclidine ring.

13   Q.   And, for the record, this is on Page 2 of Won.

14        Does Won disclose any remedies to address the oxidative

15   degradation that is reported here?

16   A.   So, in addition to identifying degradation pathways, they

17   also went on to study some of the remedies that might be

18   useful, some of the conditions and excipients that might be

19   useful in overcoming the oxidative instability of this

20   compound.

21   Q.   Let's go to the first remedy.  This is Page 8 of Won.

22   Dr. Kirsch, what is disclosed here?

23   A.   So, what we've excerpted from this article is this

24   figure, which is relevant.  What this figure does is it shows

25   the potency, that is to say, the percent of the active

─ Kirsch - Direct ─

1  ingredient, the concentration of the active ingredient, as a

2  function of time.  In general, you see this decrease in

3  potency with time, which is an indication of chemical

4  instability.

5        And what they did in this particular study was they

6  looked at how starting with different concentrations of the

7  active ingredient affects how fast and the extent to which

8  degradation occurs.  And their finding was that, at the lowest

9  concentration, at this concentration, the compound appeared to

10  be the most stable in solution.  So this informs the POSA

11  formulator that a concentration of the active may play a role

12  in these types of oxidative processes.

13  Q.  Okay.  Does Won look at any other remedies for addressing

14  instability?

15  A.  Yes.  As is very typical in these studies, they also

16  looked at the effects of pH, so once again, we have the same

17  kind of plot, potency as a function of time, and they studied

18  the instability process, the oxidative instability process,

19  under a range of pHs, and found some pHs gave rise to a much

20  more rapid rate of degradation than others.

21        And so, again, informing the POSA of that pH is likely

22  to be an important player, and in this case, the pH of 6.8

23  was -- you know, looked to be the best, at least in these

24  three conditions that they looked at.

25  Q.  Okay.  Does Won 1995 disclose any other remedies that

Kirsch - Direct

1   might be helpful to address the instability of RG 12915?

2   A.   So, they did, and they also looked at how EDTA may be

3   useful in stabilizing this compound against oxidative

4   degradation.  So, again, we see a concentration versus time

5   profile.  They showed that EDTA, which they point to as being

6   by far the most common chelating agent used, had a profound

7   effect on oxidative degradation in that the solutions with the

8   presence of EDTA essentially didn't show any degradation.

9   Q.   So a POSA considering the Won 1995 article, how would

10  that POSA interpret the disclosure here, in terms of

11  formulating palonosetron?

12  A.   So, it would -- it would alert them to the possibility of

13  oxidative degradation at the quinuclidine ring, which these

14  two compounds have in common.  It would point them to some

15  potential remedies that were worth exploring, the

16  concentration of the active substance, the active drug, pH,

17  and also potential utility of a chelating agent to overcome

18  oxidative instability.

19  Q.   Okay.  Let's get back to the palonosetron articles.

20       Did Syntex publish any other articles regarding

21  palonosetron that would have been relevant to a POSA?

22  A.   Yes.  So, part of the same group that did the '333 patent

23  also published some pharmacological characterization of

24  palonosetron, and here it's called 25259.  Remember, this is

25  the compound number for palonosetron.  And so, in this paper,

─ Kirsch - Direct ─

1  the pharmacologists and also with some chemists looked at the

2  pharmacological properties of palonosetron in particular.

3  Q.   Okay.  For the record, this is DTX-0283, Page 1.

4       So what does Eglen 1995 disclose to a POSA?

5  A.   So what a formulator POSA would get out of Eglen '95 was

6  some sense of the potency or the potential potency of

7  palonosetron and, quite relevantly, in comparison to some

8  other compounds of known potency.

9       So, in this study, for instance, they looked at the

10 potency of palonosetron as by intravenous administration, and

11 they commented that the -- that the potency of palonosetron

12 was three times greater than granisetron which -- in which the

13 active dose was already known, and 55 fold more potent than

14 ondansetron, again, a compound for which there was information

15 that a POSA could use for the actual dosage.  So this would

16 help them to understand what kinds -- what the range of doses

17 might be for palonosetron.

18 Q.   Okay.  And this is Page 5 of Eglen 1995.

19      Let's go to Page 6.  And what is disclosed here,

20 Dr. Kirsch, in Eglen 1995?

21 A.   Well, again, they comment on the potential for

22 palonosetron administered intravenously to inhibit CINV in the

23 models that they use which was the ferret and dog model.

24 Q.   And so is it fair to say that Eglen 1995 was a

25 preclinical paper?  Preclinical --

—Kirsch - Direct—

1   A.   That is correct.  That's correct, it's a preclinical

2   paper.

3   Q.   Was there anything else in the prior art that actually

4   disclosed palonosetron when administered to humans?

5   A.   There were a few papers that deal with the Phase I and a

6   few that deal with Phase II studies that were also reported in

7   the prior art.  And there were a couple of abstracts that

8   described some of the features of the Phase I studies

9   conducted by Piraccini that appeared in the -- in the prior

10  art.  And, you know, these also had some utility for -- for a

11  formulator.

12  Q.   Okay.  Let's take a look at the top excerpt.  This is an

13  abstract DTX-0272, Page 3, from the American Society of

14  Clinical Oncology in 2001.  Dr. Kirsch, what is the relevance

15  here to a POSA?

16  A.   Well, here, the POSA is informed that some of the

17  pharmacokinetic properties of palonosetron, in particular that

18  it has a very long half-life, so it stays in the body for --

19  for a long period of time, and, you know, that would be of

20  interest.  In --

21  Q.   Go ahead.

22  A.   In the second abstract that we point to here, they

23  speculate that the -- that it may have a long duration of

24  action, that results from the combination of its long

25  half-life and also the strong binding affinities that were --

—Kirsch - Direct—

1   that were shown in the preclinical studies.

2   Q.   For the record, the second abstract was DTX-1283 on

3   Page 3.

4   A.   And they also indicate in that second abstract that the

5   Phase II dose-ranging studies are underway, so, you know, that

6   would suggest to a formulator POSA that, you know, that this

7   is proceeding in the development process.

8   Q.   Were the -- were there any Phase II results of

9   palonosetron disclosed in the prior art that would have been

10  relevant to a POSA?

11  A.   There were a few reports that appeared.  There was an

12  abstract that appeared by Chelly and co-workers.  This --

13  Q.   For the record, this is DTX-0379, we're looking at Page

14  1.

15       And what year was Chelly published?

16  A.   In 1996.

17  Q.   Is it -- the abstracts we looked at were published in

18  2001.  Is that unusual, for Phase I studies to be published

19  after Phase II studies?

20  A.   I really don't know if I know the answer to that.  I

21  mean, I think it's not unusual for studies not to be published

22  chronologically.  I mean, it really depends upon, you know,

23  what the authors are doing and what they're involved in at the

24  particular time.

25  Q.   Okay.  And what is disclosed here in Chelly 1996?

—————— Kirsch - Direct ——————

1  A.   So, in this manuscript, they looked at a -- or in this

2  abstract they report looking at a range of doses, and that

3  would be of particular importance to a formulator POSA because

4  it would give them some idea of the range of doses that people

5  believed might be relevant for palonosetron, and they also

6  indicated that there was a minimally effective dose that was

7  found to be safe and effective.  In this particular study,

8  they were looking at postoperative nausea and vomiting.  But

9  in terms of what a formulator is going to get out of this is

10  they're going to -- they're going to see this range of doses,

11  and that may be a useful starting point for them in terms of

12  designing the formulation.

13         THE COURT:  I'm not sure the focus of this as Phase

14  II studies.  Were the IND Phase II studies directed toward

15  PONV and CINV, counsel?

16         MR. WONG:  My recollection is the IND was directed

17  specifically towards CINV in this case.

18         THE COURT:  Which is why I'm not sure what this

19  article, Chelly, has to do with Phase II studies under the FDA

20  IND.  The Chelly article is whatever it is.

21         MR. WONG:  Exactly.

22         THE COURT:  But I'm not sure that it correlates to

23  the IND Phase II studies that were going on with palonosetron.

24         MR. WONG:  We're just reviewing all the prior art

25  that was available on palonosetron that POSA --

─ Kirsch - Direct ─

1          THE COURT:  Right, but your heading on your slide

2     says Phase II studies.

3          MR. WONG:  These were -- and Dr. Kirsch can testify

4     to this, but I believe these were Phase II studies for PONV,

5     perhaps to support a different IND, but they were published in

6     the prior art.

7          THE COURT:  Okay.

8     BY MR. WONG:

9     Q.   Was there any other Phase II study in the prior art that

10    disclosed palonosetron being administered to humans?

11    A.   Yes.  In addition to the Chelly abstract, there was also

12    a manuscript that was published by Tang and colleagues, again,

13    for a PONV, but with a similar range of doses that they looked

14    at, 0.1 to 30 micrograms per kilogram doses, and they

15    administered -- in this study, they administered it to the

16    patients by intravenous administration with a volume of a

17    15-milliliter.  So this is going to start to give the

18    formulator some idea, not only of the dose range, but also of

19    the concentration ranges that were -- that were deemed to be

20    useful, at least in these Phase II studies.

21          THE COURT:  Is that -- they're using palonosetron

22    hydrochloride?

23          THE WITNESS:  That's correct.  That is the compound

24    that we looked at.  When we looked at the structure, we saw

25    that, that that chloride, that's the -- that's the form.

1              THE COURT:  It's described as isotonic sodium

2    chloride solution.

3              THE WITNESS:  Right.

4              THE COURT:  That's the solution.  That's not the

5    molecule form of palonosetron.

6              THE WITNESS:  That's correct.  That's correct.  They

7    dissolved this compound, this hydrochloride salt, in sodium

8    chloride.

9              THE COURT:  Okay.

10             THE WITNESS:  Isotonic sodium chloride, and then

11   administered it.

12             THE COURT:  Okay.

13             MR. WONG:  And, for the record, we're looking at

14   DTX-0276 at Pages 2 and 5.

15        And if I wasn't clear before, the Chelly reference we

16   were looking at was DTX-0379.

17   BY MR. WONG:

18   Q.  Dr. Kirsch, was there anything else in the prior art that

19   would have been relevant to a POSA formulating palonosetron?

20   A.  Well, I think the POSA would also be interested in the

21   press releases which described the progress of palonosetron's

22   development.

23   Q.  Okay.  Let's take a look at the first excerpt we have.

24   It's DTX-1227 dated September 14th, 2000.

25             Dr. Kirsch, what does this press release disclose?

Kirsch - Direct

1   A.   Well, in this press release, they point to the expected

2   utility of palonosetron as an antiemetic for use in CINV.

3   Q.   What about the next excerpt that's from DTX-1022 dated

4   January 16th, 2002, what would be relevant here for a POSA

5   developing -- developing a palonosetron formulation?

6   A.   Well, in this one, they're reporting on some of the

7   results of the Phase I trial, so some of the same information

8   that we saw in the abstracts was also presented and would also

9   be of interest to a POSA formulator.

10  Q.   And what about the last excerpt, again, that's from

11  DTX-1227, what is reported here in this abstract -- excerpt?

12  A.   So here they're describing sort of the state of the -- of

13  the development program, and they indicated that they have

14  successfully developed the finished dosage form.  So, again,

15  this would point to the likelihood of success, I guess.

16  Q.   Okay.

17        THE COURT:  When they say likely -- in that September

18  14, 2000 excerpt, it says, "The development of the I.V.

19  finished dosage form has been successfully accomplished,"

20  right?

21        THE WITNESS:  Yes, that's what they state there, Your

22  Honor.

23        THE COURT:  And does that tell -- what does that mean

24  to you or to a POSA?  That the dosage has been selected,

25  dosage range has been selected, or that all of the bells and

Kirsch - Direct

1   whistles of a formulation have also been finalized?

2         THE WITNESS:  Yeah.  To me, it indicates that they

3   have decided what the final product form is, so the packaging

4   and the end formulation, the finished dosage form.

5         THE COURT:  Including the excipients?

6         THE WITNESS:  Yes.

7   BY MR. WONG:

8   Q.   Okay.  Let's go back to the timeline.

9         So, after reviewing all of this prior art, how would

10  you characterize all of the prior art available to a POSA that

11  is trying to develop the palonosetron formulation?

12  A.   So, I think they have a substantial amount of information

13  about the chemistry of the compound, some of the potential

14  technical problems that they may encounter and some ways that

15  they may be able to overcome them.  They have a pretty good

16  idea of what the compound is going to be useful for and routes

17  of administration and modes of administration.

18  Q.   Okay.  So let's take a look at the claims now.  This here

19  is again Kirsch 21.  It's representative Claim 7.  And so

20  let's go through all of the claim limitations.

21        But, first, what is your understanding as to the real

22  dispute between you and Helsinn's experts regarding the claim

23  limitations?

24  A.   Well, as I understand it, there are two of these elements

25  that are being disputed, and those are the Element 4 relating

1   to the concentration of palonosetron, and Item 5 relating to

2   the concentration and use of EDTA.

3   Q.   Okay.  Why don't we save those for last.  Let's go

4   through the rest of the limitations first.

5        Let's start with the first three, 1, 2 and 3.  Was

6   formulating palonosetron as a single-use unit-dose formulation

7   disclosed in the prior art?

8   A.   Absolutely.  It was certainly suggested in the compound

9   patent, but then there were a number of clinical trials that

10  were conducted with single-use unit-dose formulations, so that

11  was well described in the literature.

12  Q.   What about the limitation that the formulation is an

13  intravenous formulation?  Was formulating palonosetron as an

14  intravenous formulation disclosed in the prior art?

15  A.   Again, it was suggested in the original compound patent

16  and then shown to -- and then acted on, it was used as an

17  intravenous formulation, in the -- in both in their

18  preclinical and in the early clinical studies.

19  Q.   Okay.  I'll put a check mark there.

20       What about palonosetron, the use of palonosetron for

21  reducing CINV, was that disclosed in the prior art?

22  A.   Again, it was just at the start of the -- of the patents,

23  the '333 patent, and then proceeding through, you know,

24  including in the press releases, there was all indications for

25  its potential utility in CINV.

Kirsch - Direct

1    Q.   Okay.  I'll put a check mark there.

2         THE COURT:  It might also have been okay for PONV,

3    but we're focusing on the claims of this patent at this point,

4    right?

5         THE WITNESS:  That's correct, Your Honor.

6         THE COURT:  Okay.

7    BY MR. WONG:

8    Q.   We're going to skip 4 and 5 for now.

9         Let's go to Number 6.  What about the use of mannitol,

10   was that described in the prior art as a tonicifying agent?

11   A.   Yes.  I think we saw in the Broadhead reference, for

12   example, the recommendation to use mannitol, but there are

13   many other references to the use of mannitol as a tonicifying

14   agent.

15   Q.   And what about the concentration that is described here,

16   the 41.5 milligrams?  How would a POSA arrive at that

17   concentration?

18   A.   So, again, I think we talked a little bit about this.  I

19   mean, you know, basically, you add the amount of mannitol that

20   you need to bring the solution osmolarity up to the right, the

21   proper range, so this is a fairly simple procedure.

22   Q.   Okay.  I'll put a check there.

23        We're at Number 7.  It says 20 millimolars of citrate

24   buffer.  Was citrate buffer with palonosetron disclosed in the

25   prior art?

Kirsch - Direct

1   A.    Again, citrate buffer is one of the common buffers that

2   is used with injectable drug products.

3   Q.   Okay.  And what about the concentration 20 millimolar,

4   was that also taught in the prior art?

5   A.    Yeah, that's well within the range of recommended buffer

6   concentrations, described in Broadhead and in other

7   references.

8   Q.   Okay.  I'll put a check mark there.

9        We're at Number 8.  What about the limitation that the

10  formulation has a pH of 5 or about there?  Was that taught or

11  disclosed in the prior art?

12  A.   So, that pH is within the range that is typical for

13  injectable drug products, and, you know, there would also be

14  an effort using the standard development techniques to

15  determine the optimal pH value for stability purposes.

16  Q.   Okay.  I'll put a check there.

17       We're at Number 9.  What about the stability

18  limitation?  Would a POSA have a reasonable expectation of

19  success developing an optimized formulation with this shelf

20  life?

21  A.   I believe the answer is "yes," that in the course of

22  conducting the pre-formulation -- the formulation design and

23  optimization studies, that they would have determined what the

24  optimum formulation is, and that in the course of those

25  studies, they would have determined that it was very likely to

Kirsch - Direct

1    obtain 24 months at room temperature.

2         I think it's also worth pointing out that, you know,

3    another activity that the formulator gets involved in is the

4    clinical -- the clinical trial supply, so they're involved in

5    generating batches of drug and that, you know, these batches

6    are -- in addition to being used in clinical trials, are also

7    used in developmental stability studies, so that's another

8    piece of information that they're obtaining.

9    Q.   And would it be hard for a POSA to confirm the actual

10   stability of any formulation, including the claim formulation?

11   A.   Again, there is standard protocols, and this would be

12   simply a matter of following the stability over a particular

13   period of time with a particular storage condition.  Been

14   routine.

15   Q.   Okay.  Let's go back up.  Let's start with Number 5.

16        Would it be obvious to use EDTA with palonosetron in a

17   formulation?

18   A.   So, again, the use of EDTA really hinges on the POSA's

19   understanding of the oxidative liability of this compound, the

20   potential for oxidative degradation, and the POSA would --

21   we've already -- I mean, we'll look at it again, but among the

22   knowledge that the POSA would bring to it and that the POSA

23   would look into is, you know, standard references on, you

24   know, what sort of compounds oxidize.

25        We have here an excerpt from a well-known organic

Kirsch - Direct

**1** chemistry book that describes amine oxidation and suggests

**2** that contact with air is enough to cause oxidation of amines.

**3** It also points to the appearance of amine oxides.  These are

**4** N-oxides associated with tertiary amines, so the POSA would

**5** have some prior knowledge that -- that the quinuclidine ring,

**6** a tertiary amine of that sort, might undergo oxidation.

**7** Q.  Okay.  And for the record, we're looking at Wade 1995,

**8** that's DTX-0344 at Page 36.

**9**     So what did the prior art teach about standard remedies

**10** for addressing oxidative degradation?

**11** A.  Well, again, there is -- there -- and we've seen this

**12** before, that the use of EDTA, for example, is a very common

**13** remedy that's used in preventing oxidation.  It was mentioned

**14** in Won and also in various textbooks which also, you know,

**15** provides some reasonable concentration ranges for the use, for

**16** instance, for disodium EDTA, you know, this is the most common

**17** one that's listed in this table of chelating agents, and

**18** injectable formulations and parenteral formulations, and it

**19** gives a suitable concentration range of about .01 to .1

**20** percent.  So, you know, there's ample evidence in the

**21** literature of what the suitable range would be.

**22** Q.  And for the record, does the claimed 0.5

**23** milligram-per-milliliter concentration of EDTA fall within

**24** that suitable range?

**25** A.  Right.  So the -- the range or the concentration given in

 1   the patent is .05 percent, so it falls right within this

 2   range.

 3           MR. WONG:  For the record, the top excerpt is Won

 4   1995, DTX-0235, at 6.  And the Swarbrick 2000 reference is

 5   DTX- -- I'm sorry, I got that mixed up.

 6           Won 1995 is DTX-0345 at 9, and Swarbrick excerpt is

 7   DTX-0235 at Pages 6 and 8.

 8   BY MR. WONG:

 9   Q.   So, what can we say about the limitation of 0.5

10   milligrams of EDTA in the claim formulation?

11   A.   Well, I think that there was ample evidence in the prior

12   literature to suggest the use of -- to suggest oxidative

13   degradation, to suggest the use of EDTA, and I think that the

14   formulator would -- would, by the methods that were standard

15   at the time, investigate the degradation processes, confirm

16   the oxidative instability of palonosetron, and would arrive at

17   both the use of EDTA and the concentration.

18   Q.   Let's look at the last limitation or the last limitation

19   we're dealing with, Number 4.

20           And, first, why do you have, I guess, two values here,

21   0.05 milligrams per mL or 0.25 milligrams in 5 milliliters?

22   What does that represent?

23   A.   So, in the -- you know, we've tried to make one claim

24   represent all of the claims in the four patents, and in the --

25   in the three prior patents, the concentration is what is given

Kirsch - Direct

1   for palonosetron at 0.05 milligram per mL.  In the '219

2   patent, this same concentration is expressed as an amount in a

3   volume, which is the same concentration.

4   Q.   Okay.  So did the prior art teach formulating --

5          THE COURT:  Actually, the dosage of .25 milligrams is

6   a dosage.  You could put, for example, .75 as your dosage, and

7   if you increased your volume, you could still get to the .05

8   concentration, right?

9          THE WITNESS:  That's correct, Your Honor.  You could

10   also administer, you know, a tenth of a milligram and use this

11   package and just use two mLs of it, so there is some

12   flexibility in terms of the dosages that you could use with

13   this particular -- with this particular structure of the

14   product.

15          THE COURT:  With this concentration --

16          THE WITNESS:  That's correct.

17          THE COURT:   -- of .05 concentration?

18          THE WITNESS:  That's correct.

19          THE COURT:  But when you get down to .25 milligrams,

20   now you're specifying the dosage, correct?

21          THE WITNESS:  Well, in my view --

22          THE COURT:  I'm just trying to understand.

23          THE WITNESS:  Yeah, I understand.  And in my view,

24   you could give a dosage with -- if you had .25 milligrams and

25   5 mL, you could give a dosage of .05 milligrams by

——— Kirsch - Direct ———

1    administering 1 mL.  You could give a dosage of .1 milligram

2    by administering 2 mLs.

3         You could give a dosage of .15 milligrams by

4    administering 3 mLs and so forth, up to .25.  If you needed a

5    dosage above .25, you could use a second vial and would draw

6    additional solution out of that.

7         So, you know from a formulator's point of view, I mean,

8    the -- in my view, the critical issue is what's the

9    concentration because what they're trying to do is to optimize

10   the stability.

11   BY MR. WONG:

12   Q.   So, does the 0.05 milligram concentration -- is that

13   suitable for a variety of doses to be administered?

14   A.   Yes.

15   Q.   Okay.  Did the prior art teach formulating palonosetron

16   at low concentrations?

17   A.   So, you know, again, what was contained in Won suggested

18   the role of concentration -- that concentration may play a

19   role in the stability of a palonosetron, and, you know, this

20   would be an indication to the formulator POSA to look at

21   concentration as a variable in stabilizing the compound,

22   and -- and so what the POSA would be interested in doing is

23   determining, you know, essentially what are the ranges of

24   concentration that I might want to look at in order to find

25   the optimal concentration.  That would be sort of the starting

1   point for the POSA, is, you know, what range of concentrations

2   do I want to look at.  And there, there was information in the

3   prior art that would help direct the formulator to a

4   particular range of concentration.

5   Q.   Okay.  You mentioned the Won teaching on concentration.

6   With respect to whether it's high or low, what did Won teach

7   as far as concentration effects and stability?

8   A.   Well, the Won report indicated that low concentrations,

9   in particular, were appropriate.

10  Q.   Okay.  So let's go to --

11         THE COURT:  And is this a low concentration?

12         THE WITNESS:  Yes.

13  BY MR. WONG:

14  Q.   So let's go to some of the prior art that were relevant

15  to determining concentrations.

16         Was the Eglen 1995 disclosure, would that be helpful

17  for -- would that be helpful to a POSA?

18  A.   Yes.  Again, what the POSA is going to do initially is to

19  try to figure out what range of concentrations they have to

20  operate in.  You know, if they understand that concentration

21  may be an important player in the stability of the drug

22  molecule, then they want know, well, you know, what are my --

23  what are my boundary conditions in terms of investigating

24  concentration.

25         And they could glean, they could obtain from a

1    pharmacology study, for example, some indication of what the

2    potency of the compound of interest was relative to some other

3    compounds, where the dose is known.  And so that would provide

4    them with some way to sort of find the bracket of

5    concentration that they should investigate for palonosetron.

6    Q.   Okay.  So let's walk through the calculation that a POSA

7    would do.  Have you provided some calculations for the Court?

8    A.   Right, some example calculations.

9         So, again, this is based on the Eglen study.  What

10   we're interesting in doing is determining sort of what the

11   target concentration range is for the POSA to operate within

12   to find an optimal stability.  And what they would start with

13   would be the relative potency, for instance, compared to

14   ondansetron.  And ondansetron dose was 32 milligrams -- or

15   32-milligram dose.  From Eglen, they indicate that the potency

16   of palonosetron was 55 times greater.  So that predicts for

17   them what a dose might be for palonosetron, for example, 0.6

18   milligrams.

19        So, now what they might want to do is to say, okay,

20   well, you know, we have an idea, at least a rough idea, of

21   where the dose might fall.  What sort of concentration ranges

22   would that -- would that suggest for use in a small volume

23   parenteral?  So the range of concentrations they would look at

24   for a small volume parenteral, for instance, might range from

25   1 to 100 mLs, which, you know, is the compendial upper limit

1    for -- for concentration.  So they would use that volume and

2    that amount to determine a range of concentrations.

3         And so a target concentration, again, to begin the

4    investigation of palonosetron stability might look something

5    like .006 to 0.6 milligrams per mL.  Again, that's sort of a

6    target range, and then -- and then the formulator is going to

7    bracket that range, probably going to go outside that range to

8    actually begin their studies.

9    Q.   Does this predicted target, palonosetron concentration

10   range, is that relatively a low concentration?

11   A.   Yes, that's a relatively low concentration.

12   Q.   What about the -- the relative potencies of granisetron

13   disclosed in Eglen 1995?

14   A.   So, it would be, you know, prudent for them to not just

15   base their calculation on ondansetron.  They would likely also

16   use granisetron, where the effective dose is 0.7 milligrams

17   and the relative potency increase associated with

18   palonosetron, according to the pharmacology studies, was

19   threefold, so they get a predicted dose of 0.2 milligrams,

20   using the concentration range that's attributed to small

21   volume parenterals, then they get a concentration range, which

22   is, you know, quite similar actually to the one that they

23   calculate for ondansetron of 0.002 to 0.2 milligrams per mL.

24        THE COURT:  Does that math work?  I can't do it in my

25   head.

1        THE WITNESS:  Right.  We're dividing 0.2 milligrams

2   by 100 mLs to get this number here, so this is just --

3        THE COURT:  Oh, you're dividing.

4        THE WITNESS:  Dividing, right.  And we're taking this

5   number and dividing it by 1 mL to get this concentration here.

6        MR. WONG:  Thank you.

7   BY MR. WONG:

8   Q.   Is there any other prior art that would have been helpful

9   to a POSA with respect to bracketing the concentration range

10  of palonosetron?

11  A.   Well, I think the Phase II studies might also be useful,

12  and we're looking here at the Tang study, you know, which gave

13  a range of doses.  And so, you know, this -- a POSA might

14  anticipate would be a range of doses that -- that may be

15  useful, and, again, that needs to be determined by the

16  clinician, but it gives them an idea of a range of doses and

17  also informs them about a volume that was used, at least in

18  this -- in this clinical trial.  So they could also use this

19  information.

20       So that range of doses, if we take the dose range in

21  Tang which was, you know, very similar to the dose range in

22  Chelly, and we -- and we calculate a dose for a 70-kilogram

23  patient, remembering that the doses were given in micrograms

24  per kilogram of patient weight, so if we take a typical

25  patient at 70 kilograms, then we end up with an amount, 0.007

─ Kirsch - Direct ─

1    to 2 milligrams, and that's sort of the range of doses for a

2    typical patient.

3         The volume that they used in that clinical trial was 15

4    mLs, so we divide these numbers by 15 mLs, and that gives us a

5    target concentration range of 0.05 to 0.14 milligram per mL.

6    Again, another piece of information to inform a POSA as to

7    what concentration range they need to look at.

8    Q.   And, for the record, the disclosures in Tang we're

9    looking at were on DTX-0276, Pages 2 and 5.

10        Okay.  So, Dr. Kirsch, what is here on the next slide?

11   A.   So this is just a summary of the calculations that we

12   made, basically, the target concentration ranges that the

13   formulator may glean from the -- from the Phase II and

14   pharmacology studies, and this just identifies the source of

15   the information that they're using, and basically describes a

16   range of concentrations, where they would begin their studies

17   to look at how concentration might affect stability.  And you

18   can see that, really, using all three data points, the ranges

19   are really quite similar.

20        So, you know, they might very well look at a range of 1

21   milligram per mL down to something quite low, like .001

22   milligram per mL in terms of looking at concentration ranges.

23   Q.   Okay.  So how would a POSA arrive at the claimed

24   palonosetron concentration of 0.05 milligrams per mL?

25   A.   So, from a stability standpoint, they would attempt to

─ Kirsch - Direct ─

1   optimize the concentration that provided them the appropriate

2   level of stability, the optimized level of stability.  So they

3   would use their -- their formulation design and their

4   formulation optimization studies to arrive at the appropriate

5   concentration.

6   Q.   Okay.  I'll put a check mark there.

7           MR. O'MALLEY:  Objection, Your Honor.  This

8   differs -- can you find me the slide?  Where's the one where

9   the -- I'll just object as to foundation.  It's misleading.

10  All we've heard about with respect to Number 4 is .05 mg per

11  ml, nothing about the .25 mg, and now this check mark has

12  shown up as to both.

13          THE COURT:  All right.  Understood.

14          You want to cover that, Mr. Wong?

15          MR. WONG:  Sure.

16  BY MR. WONG:

17  Q.   Does a formulator investigate the dose of palonosetron?

18  Would a formulator be in charge of doing those kind of

19  studies?

20  A.   No.  That -- deciding on the dose is the -- is the task

21  of the clinician.

22  Q.   Okay.  And so how would the formulator work with the

23  clinician in arriving at the final concentration that is going

24  to be used in the optimized product?

25  A.   They would, you know, take this dose and devise a

—— Kirsch - Direct ——

```
 1  configuration, in this case, a volume that would be consistent
 2  with the optimum concentration.
 3  Q.   Okay.  So --
 4          THE COURT:  You can cover it on cross.  I understand
 5  the caveat with the Line 4 there.
 6  BY MR. WONG:
 7  Q.   So let's look at the entire claim, Claim 7.  If a POSA
 8  were developing a palonosetron formulation as of January,
 9  2003, would a POSA have been motivated to combine the claim
10  elements listed here and have a reasonable expectation of
11  success in achieving this formulation?
12  A.   Yes.  I believe that, you know, with the information that
13  was available in the prior art and the methodologies, the
14  routine methodologies that they use, that they would.
15  Q.   And would a POSA also have a reasonable expectation of
16  success that the formulized -- that the formulation would have
17  an optimized stability of 24 months when stored at room
18  temperature?
19  A.   Yes.
20          THE COURT:  Is that a pretty typical stability
21  standard that a formulator wants to aim for in developing an
22  intravenous small volume product?
23          THE WITNESS:  I think that it's typical, but it's not
24  a requirement, by any means.  You know, there could be other
25  storage conditions and other time periods, and a product could
```

—————————— Kirsch - Direct ——————————

1    still be useful in -- for human use.

2         THE COURT:  So stability is, to some degree, a

3    function of what your active ingredient is and how stable you

4    can get it to be?

5         THE WITNESS:  That's right.

6         THE COURT:  Right?

7         THE WITNESS:  It is in some respects an inherent

8    property, yes.

9         THE COURT:  Um-hum.

10        MR. WONG:  Thank you, Your Honor.

11   BY MR. WONG:

12   Q.   Let's go back to the product development slide.

13        So let's cover one issue here.  What is your opinion of

14   plaintiffs' requirement that a POSA would need to select

15   palonosetron among other drug candidates in the first place?

16   A.   Well, in my opinion, the POSA here is a formulator, and

17   the formulator is provided with a product profile and the

18   active ingredient included in that product profile, so the

19   starting point of what the formulator does is, you know,

20   listed here as the product profile point, and that, you know,

21   decisions about what active ingredient to be -- to be used are

22   not what the formulator does.

23   Q.   Okay.

24        THE COURT:  How about the dosage?  Does that come at

25   the point where the formulator gets the assignment?  Or at

─────── Kirsch - Direct ───────

1    least the dosage range?

2            THE WITNESS:  There may be some notion of what the

3    dose range is based on preclinical studies.  I think, you

4    know, it is the -- it's the Phase II studies where the dose is

5    actually determined by the clinician, so that information may

6    come later.

7            THE COURT:  But it feeds into the formulator's work?

8            THE WITNESS:  Yeah, absolutely.  You know, they're

9    working as a project team.  They're collaborating in this

10   entire process.

11   BY MR. WONG:

12   Q.   Assuming that the selection of palonosetron is relevant,

13   would a POSA have been -- would a POSA, in fact, have been

14   motivated to develop a palonosetron I.V. formulation?

15   A.   In my reading of the -- the prior art, the history, you

16   know, there was ample suggestion that palonosetron could be

17   effectively used as an antiemetic.  So, in my estimation,

18   there is, you know, adequate evidence in the clinical trial

19   results that were reported, in the -- in the press releases

20   that were reported, in the preclinical studies which suggested

21   its use, so, in my estimation, there was adequate information

22   to pursue this.

23   Q.   Okay.  Let's wrap up.

24           Let's -- do you have opinions on plaintiffs' alleged

25   secondary considerations in this case?

─Kirsch - Direct─

1   A.   Yes, I do.

2   Q.   Okay.  So what is your opinion as to whether or not

3   treating delayed emesis was an unexpected result?

4          MR. O'MALLEY:  Objection, Your Honor.  It's beyond

5   what he's been qualified for as an expert in this case.

6          THE COURT:  Is it in his expert report or not?

7          MR. WONG:  It is.

8          THE COURT:  Okay.  But I understand that we had in

9   limine issues that I would take up at trial.

10         MR. O'MALLEY:  Yeah.  I'll just pose my objection.

11         THE COURT:  Umm --

12         MR. WONG:  I can rephrase the question.

13         THE COURT:  All right.

14  BY MR. WONG:

15  Q.   With respect to the formulation of -- the claimed

16  formulation of palonosetron, what is your opinion as to

17  whether the claimed formulation provided an unexpected result

18  in terms of delayed emesis?

19  A.   Right.  So, it's my opinion that the formulation is not a

20  contributing factor to the pharmacological or therapeutic

21  effectiveness of palonosetron, that the formulation is there

22  for stability, for maintaining a stable product, and that the

23  excipients and ingredients there are not -- are not a

24  contribution to its -- its effectiveness.

25  Q.   From a formulation perspective, do you have any

Kirsch - Direct

1  understanding of whether the inactive excipients in the

2  claimed formulation have any role in the efficacy of the API

3  palonosetron?

4  A.   I would not anticipate that any of them play any role in

5  how palonosetron acts when it's injected into the -- into the

6  vein.

7  Q.   What about -- so I'll put a "no" there.

8       What about the second bullet point?  What is your

9  opinion as to whether or not the claim formulation has an

10 unexpected pharmaceutical stability?

11 A.   I don't believe that that was unexpected result at all.

12 I mean, that was the whole purpose of the development process

13 and that there was not an unexpected result.

14 Q.   And what about the last bullet points, what are your

15 opinions as to whether the claim formulation of Aloxi®,

16 embodied in Aloxi®, was necessary to obtain regulatory

17 approval?

18       THE COURT:  Is that a factor?  I thought this nexus

19 between the FDA-approved product and public acceptance of the

20 products -- popularity of the product in the marketplace, not

21 nexus between putting an application in and getting FDA

22 approval.

23       MR. WONG:  That was our point, too, but we've seen

24 that in expert reports, and we just wanted Dr. Kirsch to

25 address it.

—— Kirsch - Direct ——

```
 1              THE COURT:  Let's pass that one by.

 2              MR. WONG:  Okay.  That's fine.

 3              THE COURT:  Do you agree, Mr. O'Malley, that we pass

 4    that one by?

 5              MR. O'MALLEY:  It's misstated something.  I don't

 6    know what that relates to in our proofs.

 7              MR. WONG:  If it comes up on -- in their case in

 8    chief, we can address it on cross.

 9              THE COURT:  Okay.

10              MR. WONG:  Thank you.  No further questions.

11              THE WITNESS:  Thank you.

12              THE COURT:  All right.  Fine.  Would you like the

13    lunch recess or would you like to do the cross?

14              MR. O'MALLEY:  Probably makes sense to do the lunch

15    recess and --

16              THE COURT:  I think so.

17              MR. O'MALLEY:  -- start this after lunch.

18              THE COURT:  Okay, good.  Thanks.  As soon as you're

19    ready, we'll resume.

20              MR. O'MALLEY:  1:00?

21              THE COURT:  That's fine.

22              (Luncheon recess taken.)

23              THE COURT:  Okay.  Let's proceed.

24              MR. O'MALLEY:  May I approach the witness, your

25    Honor?
```

Kirsch - Cross

1          THE COURT:  Sure.

2          MR. O'MALLEY:  I put a set of these exhibits on your

3    shelf over there.

4          THE COURT:  Okay.

5    CROSS-EXAMINATION BY MR. O'MALLEY:

6    Q.   And Dr. Kirsch, these exhibits, as has been occurring

7    throughout trial, will be on your screen or in the book,

8    whichever is more convenient for you to refer to.

9    A.   Okay.

10   Q.   Dr. Kirsch, you're not a marketing specialist in

11   pharmaceuticals, correct?

12   A.   That's correct.

13   Q.   And you haven't been trained to assess what market

14   attributes cause clinicians to prescribe one medicine versus

15   another, correct?

16   A.   That's correct.

17   Q.   Now, you're not an expert in pharmacology, correct?

18   A.   That's correct.

19   Q.   And you're not an expert with respect to selecting

20   compounds for development, correct?

21   A.   That's correct.

22   Q.   You haven't ever designed a clinical trial to determine

23   the efficacy of a drug product, have you?

24   A.   No, I have not.

25   Q.   And you're not an expert in antiemetics, correct?

Kirsch - Cross

1   A.   That's correct.

2   Q.   You may need to get closer to the mic.  I'm having

3   trouble hearing you.

4        You haven't made any study of the clinical pharmacology

5   of antiemetics, is that correct, outside of this litigation?

6   A.   That's correct.

7   Q.   You're not an expert in treating nausea and vomiting,

8   correct?

9   A.   That's correct.

10  Q.   And you aren't, therefore, opining or offering any

11  opinions on what would cause a physician to prescribe Aloxi®

12  over some other antiemetic drug, correct?

13  A.   That's correct.

14  Q.   You're not an expert in clinical studies, correct?

15  A.   That's correct.

16  Q.   And you're not an expert in clinical sciences, correct?

17  A.   That's correct.

18  Q.   Now, you started your work at Lilly in 1982; is that

19  correct?

20  A.   That is correct.

21  Q.   And you worked at Lilly for over 10 years?

22  A.   That's correct.

23  Q.   As I understand, you left Lilly in November of 1994?

24  A.   That's correct.

25  Q.   Now, you worked on the formulation teams for 20-some-odd

Kirsch - Cross

1  projects as I understood your testimony; is that correct?

2  A.   That's correct.

3  Q.   And only six received FDA approval out of that 20 or so

4  projects, correct?

5  A.   That was an estimate, yes.

6  Q.   And for the rest of the projects you worked on, you've

7  testified that whatever caused them to not receive approval,

8  it had nothing to do with the formulation, correct?

9  A.   That's correct.

10 Q.   So, some of those projects presumably did not receive

11 approval because they failed due to safety and efficacy

12 concerns?

13 A.   That's my recollection, yes.

14 Q.   Okay.  Would that be all of the 14 or so that did not

15 receive FDA approval?

16 A.   Um, to the best of my recollection, that's correct, yes.

17 Q.   Okay.  Did some of those 14 that didn't receive FDA

18 approval fail in Phase III?

19       THE COURT:  If you recall.

20 BY MR. O'MALLEY:

21 Q.   If you recall.

22 A.   I don't recall.  I don't recall if it was Phase II or

23 Phase III.

24 Q.   All right.  Now, you were a group leader at Lilly from

25 1987 to 1994.  Did I understand that right?

Kirsch - Cross

```
 1   A.   I think I became a group leader in '84.

 2   Q.   And that's the position you held until you left Lilly?

 3   A.   Well, that was my -- that was my functional position.

 4   My title changed over the course of --

 5   Q.   Okay.  Now, you never selected a particular active

 6   ingredient for formulation development while you were at

 7   Lilly, correct?

 8   A.   That's correct.

 9   Q.   And in connection with the formulation projects you

10   worked on while at Lilly, you never selected the active

11   ingredient dosage amount, did you?

12   A.   No.

13   Q.   "No" you agree with me?

14   A.   I do agree with you.

15   Q.   Okay.  In fact, it was members of the clinical portion of

16   the team that selected the dosage amounts when you worked on

17   drug development projects at Lilly, correct?

18   A.   That is correct.

19   Q.   Now, you do consulting work, correct?

20   A.   I'm sorry.

21   Q.   You do consulting work, correct?

22   A.   I do some, yes.

23   Q.   Okay.  You haven't ever selected a particular active

24   ingredient for formulation development as part of your

25   consulting work, correct?
```

Kirsch - Cross

1   A.   That's correct.

2   Q.   And you haven't ever advised an organization developing

3   drug products regarding what clinical dose to use in a

4   formulation; is that correct?

5   A.   Yes, that's correct.

6   Q.   Now, I'd like to talk about the universe of materials you

7   considered in forming your opinions in this case.

8        First of all, you haven't consulted with any other

9   experts in this case, correct?

10  A.   That is correct.

11  Q.   And you haven't reviewed any reports submitted by any

12  expert testing on behalf of any other defendant in this

13  litigation, correct?

14         THE COURT:  Is that question clear to you?

15         THE WITNESS:  Your question is what expert reports I

16  have seen?

17  BY MR. O'MALLEY:

18  Q.   Yeah, let me state it again and see if I can make it

19  clear.

20  A.   Okay.

21  Q.   You haven't reviewed any reports submitted by any expert

22  testifying on behalf of any defendant in this litigation,

23  correct?

24  A.   No, I don't believe that's correct.

25         MR. O'MALLEY:  Let me look at Kirsch Deposition

—————— Kirsch - Cross ——————

1   Transcript 19, Lines 18 to 22.  Eric, do we have that?  And

2   this would be the April 30, 2014 deposition transcript.

3        If I may approach?

4           THE COURT:  I don't need it.  I'll look at it on the

5   screen.

6           MR. O'MALLEY:  Okay.

7           THE COURT:  Okay.  Thanks.

8   BY MR. O'MALLEY:

9   Q.  "QUESTION:  Did you review any reports submitted by any

10  expert testifying on behalf of any defendant in this

11  litigation?

12          "ANSWER:  No."

13       Did I read that correctly?

14  A.  You read that correctly.

15  Q.  Well, let's be a little more specific in case that was

16  just a mistake.

17       You haven't reviewed the expert reports of Dr. Reddy's

18  formulation expert Dr. DeLuca, correct?

19  A.  No, I don't believe I have seen Dr. DeLuca's report.

20  Q.  Okay.  And you haven't reviewed the expert reports of

21  Reddy's formulation expert, Dr. DeLuca, correct?

22          MR. WONG:  Objection.  I think it was asked and

23  answered.

24          THE COURT:  I think that's the same question.

25          MR. O'MALLEY:  You are absolutely right.  Withdrawn.

Kirsch - Cross

 1          THE COURT:  Deposition transcript maybe?

 2          MR. O'MALLEY:  Yes, that's what I intended.

 3   BY MR. O'MALLEY:

 4   Q.  You haven't reviewed the deposition testimony of Dr.

 5   DeLuca either, have you?

 6   A.  I don't recall seeing it, no.

 7   Q.  Okay.  So, that's fair to say you haven't taken any

 8   analysis of the extent to which, if any, Dr. DeLuca's opinions

 9   conflict with your own?

10   A.  I have not conducted that analysis, no.

11   Q.  Okay.  Now, at your most recent deposition in this case,

12   do you recall going through the various references that were

13   listed on the face of the '219 patent with my associate and

14   comparing them to the references you rely on for your

15   obviousness opinion?

16   A.  I do recollect having that discussion with him, yes.

17   Q.  And do you recall him pointing out to you that each of

18   the references you rely on are cited references on the face of

19   the '219 patent?

20   A.  I do recall that, yes.

21   Q.  Okay.  Now, I would like to look at the '219 patent,

22   DTX-0248, Page 6.

23          MR. O'MALLEY:  In the right-hand column, if you can

24   find that for me, Roy.  There we go.

25   BY MR. O'MALLEY:

Kirsch - Cross

**1** Q.  Do you see that your own expert report in this litigation

**2** is among the references cited on the face of the '219 patent?

**3** A.  Yes, I do see that.

**4** Q.  And do you understand, from the date, that that was the

**5** first expert report that you submitted in this litigation?

**6** A.  I believe that's correct.

**7** Q.  Okay.

**8**      THE COURT:  There may have been a claim construction

**9** report separate from that expert report, but I'll allow you to

**10** question him.

**11** BY MR. O'MALLEY:

**12** Q.  That report, if you need to verify my question, should be

**13** in your notebook.

**14** A.  Again, DTX-0268?

**15** Q.  Yes.  So, if you'd turn to DTX-1175.

**16**      Do you see that?

**17** A.  Yes, I do see it.

**18** Q.  And let's turn to the back page for the date.  There's an

**19** appendix, actually.  There we go.

**20**      Do you see that's dated September 9?

**21** A.  Yes.  I see it's dated that.

**22** Q.  Okay.  And do you see that that's your first expert

**23** report you submitted in this litigation?

**24** A.  That is my recollection, yes.

**25** Q.  Well, you can look at the table of contents if that helps

1    you.

2         Do you see that?

3    A.   Uh-huh.

4    Q.   And do you see that this is the report whereby you

5    summarize your opinions as to obviousness at least as to the

6    first three patents-in-suit?

7    A.   Yes, that's correct.

8    Q.   Now, your opinions as to obviousness, do you have any

9    difference in the structure of your opinions with respect to

10   the '219 patent versus the first three patents-in-suit?

11   A.   In general, I don't believe so.

12   Q.   Okay.  So, now going back to '219 references cited just

13   to close the loop, Page 6, and there it is there.

14        Do you see, again, this expert report containing your

15   opinions of obviousness, at least with respect to the first

16   three patents-in-suit, is one of the references cited on the

17   face of the '219 patent.

18        Do you see that?

19   A.   Yes, sir, I do.

20   Q.   Okay.  Now, you've testified that you were first retained

21   in connection with this action roughly towards the end of 2012

22   or maybe early 2013.

23        Do you recall that?

24   A.   I believe that those dates are correct, yes.

25   Q.   Okay.  Now, let's look at Teva's invalidity contentions.

Kirsch - Cross

1   And I don't have a DTX number.  They're in your notebook while

2   we pull them up.

3         Oh, okay.  Have you located those, or do you want to

4   look at them from the screen?

5   A.   The screen, I think, will be okay.

6   Q.   Have you seen these before?

7   A.   Yes, I believe I have.

8   Q.   Okay.  Now, let's look at Page 47.

9         Do you see the date for these contentions, December 1,

10  2011?

11  A.   Yes.

12  Q.   Yeah, and that's about a year before you were retained by

13  Teva, correct?  As best you recall?

14  A.   As best as I recall, that's correct.

15  Q.   Okay.  Now, let's take a look at Page 4 of Teva's

16  invalidity contentions.

17        Do you see there's a heading on Page 4 with the title

18  "Identification of Prior Art Under L.Pat.R.3.3(a)"?

19  A.   Yes, I see that title.

20  Q.   And if you turn to Page 5, you see a list of references,

21  correct?

22        Do you see that?

23  A.   Yes, I do.

24  Q.   And do you see the first reference is what the parties

25  have been referred referring to, Eglen, 1995.

─────Kirsch - Cross─────

1          Do you see that?

2    A.   Yes.

3    Q.   And that's one of the references you relied on today as

4    part of your obviousness analysis?

5    A.   It is.

6    Q.   Now, you testified that you did a prior art search; is

7    that correct?

8    A.   That's correct.

9    Q.   Well, let's continue.  Now, the next reference is what

10   the parties have been referring to as Tang, 1998.

11         Do you see that?

12   A.   I do.

13   Q.   And, again, that's one of the references you relied on

14   for your testimony today?

15   A.   That's correct.

16   Q.   Now, the next reference is the '333 patent.

17         Do you see that?

18   A.   Yes, I do.

19   Q.   And, again, that's one of the references you relied on

20   today?

21   A.   It is.

22   Q.   And the next reference after that is Wade.

23         Do you see that?

24   A.   I do.

25   Q.   And, again, that's one of the references you relied on

Kirsch - Cross

 1  today, correct?

 2  A.   That's correct.

 3  Q.   And if you move down to No. 7, we see Won.

 4       Do you see that?

 5  A.   I do.

 6  Q.   And that's one of the references you relied on today?

 7  A.   That's correct.

 8  Q.   Now, if we turn to Page 6 of Teva's invalidity

 9  contentions and look at reference number 8, that's the Clark,

10  1993 reference.

11       Do you see that?

12  A.   It is.

13  Q.   And that's one of the references you relied on today,

14  correct?

15  A.   That's correct.

16  Q.   And if you move down to reference 10, that's the

17  Broadhead reference.

18       Do you see that?

19  A.   I do.

20  Q.   And that's one of the references you relied on today?

21  A.   That's correct.

22  Q.   If you move down to reference Number 19, that's the

23  Wells, 1998 reference, correct?

24  A.   That's correct.

25  Q.   And that's one of the references you've relied on today?

─── Kirsch - Cross ───

**1**  A.   Correct.

**2**  Q.   And if you move down to reference 20, that's the

**3**  Swarbrick reference.

**4**       Do you see that?

**5**  A.   I do.

**6**  Q.   And that's one of the references that you've relied on

**7**  today?

**8**  A.   That's correct.

**9**  Q.   Now, I would like to turn to your definition of POSA.

**10**  A.   Okay.

**11**  Q.   Now, your definition of POSA is, basically, a

**12**  pharmaceutical formulator, correct?

**13**  A.   That's correct.

**14**  Q.   So, your POSA definition does not include clinicians,

**15**  correct?

**16**  A.   That's correct.

**17**  Q.   Or pharmaceutically trained marketing people, right?

**18**  A.   That's correct.

**19**  Q.   Or pharmacologists, correct?

**20**  A.   That's correct.

**21**  Q.   The -- Well, do you recall testifying at trial in the

**22**  AstraZenica v. Anchen, A-N-C-H-E-N, case in front of Judge

**23**  Pisano?

**24**  A.   Yes, I do.

**25**  Q.   Let's look at Page 5 of Judge Pisano's AstraZenica

─────── Kirsch - Cross ───────

1   opinion, and I just want to highlight Claim 1.

2          And, basically, it was a formulation claim including a

3   sustained-release formulation of a gelling agent, a certain

4   active ingredient defined there, and a pharmaceutically

5   acceptable salt together with one or more pharmaceutically

6   acceptable excipients.

7          Do you recall that?

8   A.   Yes, I recall it.

9   Q.   And that's what you referred to as a formulation claim?

10  A.   Well, there was more specificity later on, but, yeah.

11  Q.   Okay.  And like in this case, you testified that with

12  respect to the identity of the POSA "that the '437 patent is

13  all about formulation and that no clinician is necessary in

14  the POSA definition," correct?  Do you recall that generally?

15  A.   I believe that's correct, yes.

16  Q.   Okay.  And are you aware that Judge Pisano rejected your

17  definition of a POSA and specified that a clinician was

18  included in the definition of a POSA?

19  A.   Um, I think generally what you're saying is correct.

20  Q.   Okay.  And I don't want you to take my word for it.  Why

21  don't we pull up Page 21 of the decision.  Starting with

22  "Consequently".  And this is, I'll represent to you, the

23  district court decision:  "Consequently, upon examination of

24  all of the evidence presented at trial, the Court finds that

25  the person of ordinary skill in the art pertinent to the '437

─ Kirsch - Cross ─

 1  patent would include a clinician or an antipsychotic drug

 2  researcher in addition to the formulation scientist as

 3  described earlier."

 4       Do you see that?

 5  A.   Yes, I do see that.

 6  Q.   Okay.  Now, I want to talk about -- a little bit about

 7  the '333 patent that you discussed, DTX-0343.

 8       Now, I believe you cited this for motivation -- and I'm

 9  paraphrasing, so forgive me, correct me if I have this

10  wrong -- for motivation for a POSA to pursue an I.V.

11  formulation of palonosetron; is that correct?

12  A.   Yes, I think that that's --

13  Q.   Among possible other things you cited to the Court?

14  A.   Yeah, that's a fair statement, yes.

15  Q.   Well, you would agree that the '333 patent discloses

16  other dosage forms other than I.V., correct?

17  A.   It does.

18  Q.   In fact, let's look at PTX- -- let's look at this

19  exhibit, Column 12, Lines 25 to 35.

20       And it states, "In general, compounds of Formula I will

21  be administered as pharmaceutical compositions by one of the

22  following routes:  Oral, systemic (e.g., transdermal,

23  intranasal or by suppository) or parenteral (e.g.,

24  intramuscular, intravenous, or subcutaneous.)  Compositions

25  can take the form of tablets, pills, capsules, semi-solids

─ Kirsch - Cross ─

1   powders, sustained-release formulations, solutions,

2   suspensions, elixirs, aerosols, or any other appropriate

3   composition and are considered of, in general, a compound of

4   Formula I in combination with at least one pharmaceutically

5   acceptable excipient."

6       Do you see that?

7   A.   I do see that.

8       THE COURT:  Counsel, you just misspoke when you said

9   the word "considered" the word was "comprised."

10       MR. O'MALLEY:  I'm sorry.  Thank you.

11       THE COURT:  That's okay.

12       MR. O'MALLEY:  Thank you, your Honor.

13       THE COURT:  You're welcome.  You don't have to go

14   back.

15   BY MR. O'MALLEY:

16   Q.   Now, when you were discussing the '333 patent --

17       MR. O'MALLEY:  And just give me a moment, can we put

18   up Kirsch Demo 13?

19   BY MR. O'MALLEY:

20   Q.   You were -- you provided some testimony on this structure

21   shown blown up in Kirsch Demo 33.

22       Do you recall that?

23   A.   Yes, I do.

24   Q.   And you describe what a POSA -- some of the opinions a

25   POSA would form in response to looking at that chemical

Kirsch - Cross

1    structure, correct?

2    A.   Yes.

3    Q.   Now --

4          THE COURT:  Counsel, for the record, you're referring

5    to the chemical structure for palonosetron that's depicted

6    there as RS-25259-197?

7          MR. O'MALLEY:  Thank you, your Honor.

8    BY MR. O'MALLEY:

9    Q.   Now, you realize that that structure itself as shown here

10   never appears in the '333 patent, correct?

11   A.   It's described in words.

12   Q.   It's described in words.  You don't see the structure,

13   correct?

14   A.   That's correct.

15   Q.   Now, if we can turn to Example 13, Column 29 of the '333

16   patent.  And let's back up to Column 28.  From the bottom,

17   continuing over to the top of Example 13, continuing through

18   the three formulations.

19          Now, you've provided some testimony about the

20   intravenous formulation disclosed in the '333, correct?

21   A.   Yes, I did discuss that.

22   Q.   Okay.  But there's also a disclosure of an oral

23   formulation, correct?

24   A.   There is.

25   Q.   And there's also a disclosure of a tablet formulation,

Kirsch - Cross

1    correct?

2    A.    That is correct.

3    Q.    Now, you're aware that there's no human efficacy data in

4    the '333 patent for any of the compounds encompassed with the

5    genus of the '333?

6    A.    Yes, that's correct.

7    Q.    And you understand what I mean by genus of the '333?

8    A.    The compounds that are listed in '333.

9    Q.    The '333 actually discloses quite a number of compounds,

10   correct?

11   A.    Yes, it does.

12   Q.    Now, if you look at the intravenous formulation -- and,

13   again, this is the only example of any intravenous formulation

14   in the '333; is that correct?

15   A.    Yes, that is correct.

16   Q.    And it doesn't specifically disclose a formulation of

17   palonosetron, correct?

18   A.    It does not.

19   Q.    And no efficacy data is disclosed for this formulation,

20   correct?

21   A.    That's correct.

22   Q.    And no stability data is disclosed in the patent for this

23   formulation; is that also correct?

24   A.    Yes, that's correct.

25   Q.    Now, within Example 13, it discloses a dosage for the

—Kirsch - Cross—

1  compound of the example, correct?

2  A.   Yeah, I mean, the compounds, I guess.

3  Q.   Compounds, right.

4  A.   Right.

5  Q.   It could -- this example could be very many compounds.

6  A.   That's correct.

7  Q.   And the dosage it discloses for those very many compounds

8  is from 10 to 100 milligrams; is that correct?

9  A.   The amount of the formulas in that formulation --

10        THE COURT:  Can't hear you.

11        THE WITNESS:  The amount of that -- of the compound

12  in that formulation.

13  BY MR. O'MALLEY:

14  Q.   Is 10 to 100 milligrams.

15  A.   10 to 100 milligrams.

16  Q.   Now, at the lower limit, 10 milligrams, that's 40 times

17  .25 milligrams.  Did I do that math correct?

18  A.   Yeah.  I mean, it's much, much greater.

19  Q.   Much greater than .25.

20        Now, all of the questions to you, posed to you in the

21  morning relating to your overarching opinion related to what

22  would be relevant to a POSA formulating palonosetron, correct?

23  A.   That is correct.

24        MR. O'MALLEY:  Now, I'd like to look at Kirsch

25  Demonstrative 6, please.

—— Kirsch - Cross ——

1   BY MR. O'MALLEY:

2   Q.   Now, you talked about the various steps that were

3   involved in formulation development.

4        Do you recall that?

5   A.   I do recall that.

6   Q.   And one of the steps involved in that process involved a

7   product profile, correct?

8   A.   That's correct.

9   Q.   Now, is your POSA involved in the product development at

10  that stage of developing the product profile?

11  A.   No.

12  Q.   That would be clinicians, marketing people, whom?

13  A.   Yes, clinicians and marketing people for the most part.

14  Q.   Okay.  Now, one of the things you stated that they do as

15  part of that process is discuss known or likely competitors,

16  correct?

17  A.   Yes.  That's typically part of the product profile.

18  Q.   And I believe in response to Judge Cooper's question, you

19  said that that would be -- that would involve discussions of

20  similar compounds.

21        Do you recall that?

22  A.   I don't recall my discussion.

23  Q.   Well, would that involve discussions among those persons

24  you identified, the marketing and clinicians, with respect to

25  possible competitive products in the same therapeutic

─────────── Kirsch - Cross ───────────

1  category, for example?

2  A.   Yeah, I think typically in the product profile, you know,

3  there's a list of competitor products that's included in that.

4  Q.   And it's going to include at least products in the same

5  therapeutic category, correct?

6  A.   Definitely in the same therapeutic --

7  Q.   Okay.

8  A.   -- category.

9  Q.   All right.  Now, by 2000 --

10       MR. O'MALLEY:  You can take that down, Roy.

11  BY MR. O'MALLEY:

12  Q.   By 2003 a POSA, even assuming it's a formulator, would

13  have been able to know that Roche had stopped its own

14  development of palonosetron and had out-licensed the product

15  to Helsinn, correct?

16  A.   I believe that information was publicly available,

17  correct.

18  Q.   And that POSA would have known through press releases and

19  the like that Roche subsequently purchased rights to a

20  different setron in 2000 for over a billion dollars, correct?

21  A.   I believe that that was publicly known information.  I

22  don't know whether a POSA would have -- would have picked up

23  on that or not.

24  Q.   You don't believe that a POSA, your POSA, picks up on

25  press releases relating to the progress of setrons?

──────── Kirsch - Cross ────────

 1   A.   It's conceivable.  They might be focused especially on
 2   palonosetron.

 3   Q.   I'm sorry?

 4   A.   They may be focused especially on the compound that
 5   they've been assigned to develop.

 6   Q.   Palonosetron.

 7   A.   That's right.

 8   Q.   And, indeed, in your discussion of your obviousness
 9   references, you rely on several press releases, correct?

10   A.    Yes.  Press releases related to palonosetron, right.

11   Q.   Now, let's take a look at PTX-0042.  And do you see that,
12   in part, this is relating to, and I'm going down to the second
13   paragraph, the fact that "SmithKline is also selling rights to
14   chemotherapy drug Kytril to Roche AG for $1.23 billion in
15   cash."

16        Do you see that?

17   A.   I do see that.

18   Q.   And do you see that this is a Dow Jones newswire dated
19   August 31, 2000?

20   A.   Yes, I see that.

21   Q.   And a POSA in this relevant time period would have
22   recognized that Kytril was the brand name for granisetron,
23   correct?

24   A.   They probably would have recognized that that was the
25   brand name for Kytril; that's correct.

─────Kirsch - Cross─────

**1** Q.   Now, this same press release announcing Roche's purchase

**2** had some discussion of what the analysts thought about this

**3** purchase.

**4**       Do you see that?

**5** A.   You'll have to point me to it.  I've not studied this.

**6** Q.   Do you see that it starts, "Analysts agree Roche's

**7** acquisition makes a lot of sense."

**8**       Do you see that?

**9** A.   Yes, I see that.

**10** Q.   And then down later it states that "What is true in both

**11** cases is that when you buy a drug that has already been

**12** successfully marketed, there is no risk compared to big

**13** spending on research and development for new products," said

**14** that particular analysis, correct?

**15** A.   Yes, that is what it says.

**16** Q.   Now, if you have no opinion on this, that's fine, that

**17** may be out of your bailiwick, but do you agree or disagree

**18** with that analyst's opinion as to the relative risks of buying

**19** an old, established product versus establishing your own?

**20** A.   Well, it is true that there's big spending associated

**21** with research and development.  I certainly agree with that.

**22** Q.   Okay.  So, the fact that the POSA knows that Roche's has

**23** out-licensed palonosetron in the late '90s to Helsinn and then

**24** in 2000 purchases another setron, certainly that POSA would

**25** conclude that Roche did not out-license palonosetron because

─────── Kirsch - Cross ───────

1   it was getting out of the antiemetic field; is that fair?

2   A.   I'm not sure to what extent the POSA would make that

3   analysis.

4   Q.   Okay.  Were you in the courtroom when Dr. Calderari

5   testified about a preface to the CMC summary volumes prepared

6   by Dr. Thomas Malefyt, explaining why Roche terminated its

7   palonosetron program?

8   A.   I was in the courtroom definitely.  I don't recall the

9   discussion.

10          MR. O'MALLEY:  Okay.  Let's take a look at

11   PTX-0263.0001.

12          MR. WONG:  Objection, Your Honor.  This is not prior

13   art.  There's no foundation for this witness.

14          THE COURT:  I can't hear you.

15          MR. WONG:  This reference is not prior art.  It's not

16   publicly available.  There's no foundation with this witness.

17          MR. O'MALLEY:  Well, the witness has said he wouldn't

18   know what to conclude from the publicly available prior art.

19   I'm just seeing if this shines any light on it.  I can move

20   on, though.  It's not important.  Why don't I move on.

21          THE COURT:  That's fine.

22   BY MR. O'MALLEY:

23   Q.   Now, let's take a look at PTX-0256.  Now, this is a

24   publicly available article.

25          Do you see that?

—Kirsch - Cross—

1  A.  Yes, I do see that.

2  Q.  And --

3       THE COURT:  By an economist, right?

4       MR. O'MALLEY:  By an economist, but it includes

5  discussions from Roche folks, Syntex/Roche folks.

6       THE COURT:  Okay.

7  BY MR. O'MALLEY:

8  Q.  And you considered Dr. Amidon's report?

9  A.  Yes, I did.

10 Q.  And the exhibits to Dr. Amidon's report?

11 A.  I did consider them.

12 Q.  And do you recall this is one of the exhibits to Dr.

13 Amidon's report?

14 A.  No, I'm sorry, I don't.

15 Q.  Okay.  Do you recall reviewing this article at your

16 April 30, 2014 deposition?

17 A.  Not really, no.

18 Q.  Okay.  This article is dated 1997; is that correct?

19 Probably upper right-hand corner.

20      Do you see that?

21 A.  Yes, I do.

22 Q.  And this article would have been available publicly to a

23 POSA in January 2003, correct?

24 A.  Yes, it would have.

25 Q.  Now, let's turn to Page PTX-0256.0006.  And in the right

─────────────── Kirsch - Cross ───────────────

1   side column, the second paragraph reads and begins, "Paul

2   Freiman, former chief executive of Syntex, Palo Alto,

3   California, has provided two case history examples of how

4   pharmacoeconomics have helped to shape the R&D portfolio of

5   that company (personal communication)."

6        Do you see that?

7   A.   Yes, I see that.

8   Q.   And if you turn to the next page PTX-0256.0007, it

9   discusses the second case that was being discussed with the

10  former chief executive of Syntex, correct?

11  A.   Let me look at it.

12  Q.   The paragraph begins, "The second case history," but read

13  as much as you need.

14       And I'll just read that full sentence.  You see it

15  states that "The second case history involved the development

16  of an antiemetic drug in the serotonin$_3$

17  (5-hydroxytryptamine$_3$);5-HT$_3$ receptor antagonist class."

18       Do you see that?

19  A.   Yes, I do.

20  Q.   Then it states, "This is a relatively new drug class with

21  only two products on the U.S. market in the first part of the

22  1990s, ondansetron and granisetron."

23       Do you see that?

24  A.   I see that.

25  Q.   And it continues that "Animal data suggested that the

─────── Kirsch - Cross ───────

1   proposed product would have a significant incremental gain in

2   efficacy over these existing products.  However, a specific

3   larger gain in efficacy was projected as being necessary for

4   this product to demonstrate cost effectiveness at the price

5   level that would be profitable on rate-of-return grounds."

6        Do you see that?

7   A.   I do.

8   Q.   Now, in this time period, late '90s, you aren't aware of

9   any 5-HT$_3$ antagonist antiemetic that was being developed by

10  Syntex in this time period other than palonosetron, correct?

11  A.   I'm not aware of what they were in development stages

12  with at this time.

13  Q.   Now, the paragraph concludes, "Accordingly when the

14  targeted gain in efficacy was not realized in Phase II

15  studies, this product was terminated before undertaking major

16  Phase III clinical trials."

17       Do you see that?

18  A.   I do see that.

19  Q.   So, a POSA in 2003 would be able to glean from this

20  publication that Roche terminated its palonosetron because it

21  did not meet Roche's efficacy goals, correct?

22            MR. WONG:  Objection.  Foundation.

23            THE COURT:  I'll allow it if he can answer.

24            Would your POSA be reading this article?

25            THE WITNESS:  Probably not.  You know, this doesn't

──────Kirsch - Cross──────

1   make reference to palonosetron.

2   BY MR. O'MALLEY:

3   Q.   So your POSA only --

4          THE COURT:  It may make reference to it, but it

5   doesn't say it.

6          THE WITNESS:  That's correct.

7          THE COURT:  Right?

8   BY MR. O'MALLEY:

9   Q.   So let me clarify that.  You don't believe the POSA would

10  know that this is referring to palonosetron?

11  A.   I think the POSA is focused on collecting information

12  that would be relevant in his formulation development efforts.

13  Q.   And, so, your POSA collects press releases related to

14  palonosetron, correct?

15  A.   That's correct.

16  Q.   And your POSA would know from the fact that Roche only

17  has one $5\text{-}HT_3$ in the literature at this time that this was

18  likely referring to palonosetron, correct, whether the word is

19  there.  We've seen Eglen, et cetera, all the things you've

20  shown us, Piraccini.

21  A.   Well, again, I don't know too many formulators that spend

22  time reviewing economics journals --

23  Q.   And how many --

24  A.   -- but certainly they would see press releases.  I get

25  press releases across my desk all the time.

—Kirsch - Cross—

 1  Q.  But you don't think a POSA would have seen this.

 2  A.  I don't really know.

 3  Q.  Let's take a look at PTX-0254.  And do you see this is a

 4  review article?

 5       Do you see that?

 6  A.  Yes, I do.

 7  Q.  And it's discussing, the title is "Antiemetics in

 8  Development."

 9            THE COURT:  Did you say this is a review or a

10  reviewed?

11            MR. O'MALLEY:  A review article.

12            THE COURT:  Okay.  So, it's kind of a compendium of

13  literature?

14            MR. O'MALLEY:  Yes, rather than --

15  BY MR. O'MALLEY:

16  Q.  Could you please explain to the Court what the term of

17  art "review article" means?

18  A.  Certainly.

19       So, review article discusses sort of the state of the

20  art with regard to some topic and draws on knowledge and

21  publications that have, you know, shown up prior and, you

22  know, attempts to draw some inference and understanding of the

23  state of the art.

24  Q.  And do you see that the publication date is -- I think it

25  is at the bottom of the abstract -- 2002.  It should be also

─────Kirsch - Cross─────

1   at the bottom of the page there.

2   A.   Yes, I saw that.

3   Q.   Okay.  Let's turn to Page PTX-0254.0003 at the bottom of

4   the page under Section 5.  And I want to focus first on the

5   second sentence.

6        Well, let me back up to the beginning.  "The role of

7   $5-HT_3$ receptor antagonists in various N and V states is well

8   established and has been discussed.  Numerous agents in this

9   class are currently marketed worldwide, and their efficacy and

10  safety are indistinguishable."

11       Do you see that?

12  A.   I see that, yes.

13           THE COURT:  What is N and V?

14  BY MR. O'MALLEY:

15  Q.   Do you know what N and V means?

16  A.   Nausea and vomiting.

17  Q.   Now, would your POSA read this article?

18  A.   Yes, I believe they would.

19  Q.   Okay.  Certainly, clinicians and marketing people

20  developing a drug in a field of antiemetics would -- this is

21  the type of material they would review to, as you put it, see

22  what the known competition landscape was out there, correct?

23  A.   I think that's correct, yes.

24  Q.   Now, this statement with respect to the $5-HT_3$s being

25  indistinguishable in their efficacy and safety, you have no

─ Kirsch - Cross ─

1  reason to disagree that this statement was accurate as of

2  2002?

3  A.   No, I have no reason to disagree with that statement.

4  Q.   Okay.  Let's turn to Page 0254.0004 under Heading 8,

5  Expert Opinion and Conclusions.  It states that "The NK-1

6  receptor antagonists are the most promising and vigorously

7  studied agents in development for the managing of nausea and

8  vomiting," and it should have been management.

9       Do you see that?

10 A.   Yes, I see that.

11 Q.   And you did not have any basis to disagree with that

12 statement as to the state of the art as of 2000, do you?

13 A.   I have no basis to -- to comment on it.

14 Q.   Now, do you recall in your AstraZenica testimony you

15 testified that "Marketing drivers would be among the things

16 that would motivate a formulation scientist to a particular

17 type of formulation?"

18      Do you recall that generally?

19 A.   You know, I believe that there was some discussion about

20 that.

21 Q.   You don't recall that?

22 A.   Not specifically.

23 Q.   Now, in preparing your expert opinions in this case, you

24 reviewed the expert reports of Dr. Gordon Amidon, correct?

25 A.   I did.

───── Kirsch - Cross ─────

 1          THE COURT:  That's one of your experts?

 2          MR. O'MALLEY:  Yes, your Honor.  That's our primary

 3  formulation and obviousness expert.

 4          His report's in your binder if you need it, but we'll

 5  put it up on the screen.  Paragraph 58 of his rebuttal report,

 6  please.  And, first of all, let's go to the front page before

 7  we go to this.

 8  BY MR. O'MALLEY:

 9  Q.   This is the rebuttal expert report of Gordon Amidon.

10          Do you see that?

11  A.   Yes, I do.

12  Q.   And let's go to the date, for the record.  And you see

13  it's dated October 25th, 2013?

14  A.   Yes.

15  Q.   And you recall reviewing this expert report, correct?

16  A.   Yes, I recall reviewing it.

17  Q.   And do you recall that this report provided Dr. Amidon's

18  rebuttal opinions to your opinions in your first expert report

19  that we discussed earlier, September 9, I think it was.

20  A.   Yes.

21  Q.   Do you recall that?

22  A.   Yes, I recall that.

23  Q.   Now, if we can go back to Paragraph 58 of Dr. Amidon's

24  report, he states that "By 2002, enthusiasm had actually faded

25  for 5-HT$_3$ compounds as a class."  And then he goes on to cite

Kirsch - Cross

1    Dr. Saab and various publications.

2         Do you see that?

3    A.   Yes, I see that, uh-huh.

4    Q.   Okay.  Now, you testified at your deposition that you

5    have no reason to disagree with Dr. Amidon's conclusion in

6    Paragraph 58, correct?

7    A.   I don't recall that I said that, but I agree that I don't

8    have any reason to disagree.

9    Q.   And turning to Paragraph 59 of Dr. Amidon's October 25,

10   2013, report it states at the beginning of the paragraph, "The

11   lack of enthusiasm for 5-HT$_3$ compounds was compounded by the

12   fact that multiple versions of three different 5-HT$_3$ compounds

13   were available in the U.S. market alone by 2002."

14        Do you see that?

15        MR. WONG:  Objection, Your Honor, to the extent

16   counsel is just reading from one of their own expert reports.

17        THE COURT:  I'll allow some latitude here on cross.

18   BY MR. O'MALLEY:

19   Q.   Do you see that?

20   A.   Yes.

21        MR. O'MALLEY:  And for the record, it is a matter of

22   convenience to read from the report.  I obviously could just

23   ask him if he disagrees with that proposition, but the words

24   are here for me.

25   BY MR. O'MALLEY:

──── Kirsch - Cross ────

1   Q.   And you don't disagree with that statement either,

2   correct?

3   A.   I don't have a reason to disagree with that statement.  I

4   don't really have an opinion about it.

5   Q.   Okay.  And then later in the paragraph, it states --

6          THE COURT:  So you're not adopting that as part of

7   your opinion.

8          THE WITNESS:  That's correct.

9          THE COURT:  Okay.  Fine.

10  BY MR. O'MALLEY:

11  Q.   It states, "By the filing date of the patents-in-suit in

12  2003, the economic prospects associated with potentially

13  bringing another 5-HT$_3$ compound to the market would have grown

14  particularly dim in light of the knowledge that ondansetron

15  would be going generic around 2005."

16       You have no basis to disagree with that opinion,

17  correct?

18  A.   I have no basis to disagree with that opinion.

19  Q.   Now, these are the type of factors that in your

20  formulation development process that that first group of

21  folks, the clinicians and the marketing folks, these are the

22  type of factors that they would have to consider in choosing

23  an active ingredient for development.  Can we agree on that?

24  A.   We can agree on that.

25  Q.   Now, earlier today you testified that the Piraccini

─ Kirsch - Cross ─

 1   abstracts would provide a motivation to develop palonosetron,

 2   correct?

 3          And if I misunderstood you, please correct me.

 4   A.   Well, I think the Piraccini abstracts that were Phase I

 5   studies provided information about the pharmacokinetics of

 6   palonosetron --

 7   Q.   Okay.

 8   A.   -- which was distinct from other setrons.

 9   Q.   So, you're not offering an opinion that the Piraccini

10   abstracts would provide a motivation to develop palonosetron

11   in the 2003 period, as opposed to other antiemetics; is that

12   fair?

13   A.   Well, there's certain aspects in the Piraccini abstracts

14   that would be useful to a palonosetron (sic) developing I.V.

15   formulations.

16   Q.   Would be useful to a POSA who was already assigned to

17   develop a formulation of palonosetron?

18   A.   Yes, that's correct.

19   Q.   Okay.  That's --

20          THE COURT:  Hold on just a minute.

21          When you said there's certain -- Doctor, when you said

22   that there's certain aspects in the Piraccini abstracts that

23   would be useful to, you said to a "palonosetron" instead of to

24   a POSA.

25          THE WITNESS:  I'm sorry.  Did I say that?  I

─── Kirsch - Cross ───

1    apologize.

2            THE COURT:  You meant POSA, right?

3            THE WITNESS:  Yeah, I did mean POSA.  Thank you.

4            THE COURT:  Okay.

5    BY MR. O'MALLEY:

6    Q.  So you would believe they would be useful to this POSA

7    who's already assigned the project of developing a

8    palonosetron formulation.

9    A.  Well, I think that that contains some information in the

10   Piraccini abstracts that would be useful in the development of

11   palonosetron by a formulator.  The sequence of when that

12   occurs is -- I don't know if that's the issue.

13   Q.  Thank you.

14           Taking a step back in the development process to the --

15   what did we call that first box that involved the clinicians

16   and the marketing people?

17   A.  We didn't actually call --

18           THE COURT:  Product profile?

19           THE WITNESS:  Product profile, that's correct.

20   BY MR. O'MALLEY:

21   Q.  Product profile.  Thank you.

22           Returning to the product profile portion of the product

23   development, do you have an opinion whether the Piraccini

24   abstracts would have been useful to those people in selecting

25   palonosetron over other antiemetics?

Kirsch - Cross

1      I mean, if you have no opinion, that's fine.

2  A.   Yeah, I don't really have an opinion about that.

3  Q.   Okay.  Now, the Piraccini abstracts taken as a group

4  relate to pharmacology and the clinical sciences, correct?

5  A.   No, I don't believe so.

6  Q.   You don't believe so?

7  A.   No.

8  Q.   What would you characterize that they pertain to?

9  A.   Well, the Piraccini abstracts deal with Phase I clinical

10 trials, which are typically safety trials where you also

11 collect pharmacokinetic data; but they don't deal with the

12 pharmacology of the compound, per se.  They may give you some

13 inference about the toxicology of the compound.

14 Q.   My question was they relate to the pharmacology or

15 clinical science.  I might have said it in the opposite

16 direction.  Correct?  They relate to clinical sciences?

17 A.   Well, certainly.  They're clinical studies.

18 Q.   Okay.  And, again, that's not your area of expertise,

19 correct?  The clinical sciences?

20 A.   Well, I'm not an expert in clinical sciences; that's

21 correct.

22 Q.   Okay.  Now, abstracts don't go through the rigorous

23 peer-review process that a full publication would go through,

24 correct?

25 A.   They do not.  They usually go through a review process,

—— Kirsch - Cross ——

 1   but it's not --

 2   Q.   It's not as rigorous.

 3   A.   It's not as rigorous, no.

 4   Q.   And the Piraccini abstracts were never published as a

 5   full, peer-reviewed paper with the complete results of those

 6   Phase I trials, correct?

 7   A.   I was unable to find them.

 8   Q.   You looked for that?

 9   A.   I looked over all the literature I could find for

10   palonosetron.

11   Q.   Okay.  Now, don't you agree that in the absence of a

12   later complete peer-reviewed publication discussed in the data

13   presented in the abstract "one's ability to draw any

14   conclusion from abstracts is extremely limited."

15   A.   Yeah, I think abstracts have the value that they have.

16   I'm not sure by what you mean by any conclusion.

17   Q.   So, you can't -- you don't disagree -- agree or disagree

18   that one's ability to draw any conclusion from abstracts

19   particularly that do not become full, peer-reviewed papers

20   later is extremely limited?

21   A.   Well, again, they have the value that they have.  It's

22   not the same value that a full, peer-reviewed paper would

23   have.

24   Q.   Well, let me ask it this way:  Would you agree that there

25   are a number of reasons why abstracts are unreliable?

─ Kirsch - Cross ─

 1   A.   I don't know that I would characterize them as

 2   unreliable.  That's not the word I would use.

 3        MR. O'MALLEY:  Can we put up the Spilker declaration,

 4   please.  And this is also in your book, but it's also on the

 5   screen.

 6   BY MR. O'MALLEY:

 7   Q.   Do you understand that Dr. Spilker is an expert,

 8   testifying expert, for defendants in this litigation?

 9   A.   I'm not aware of Dr. Spilker.

10   Q.   Okay.  I'll represent to you that he is such.

11        And do you see in Paragraph 15 -- and, first of all,

12   before we go there, do you see this is -- you've been an

13   expert before in this and other litigations, correct?

14   A.   I've been an expert in other litigations, correct.

15   Q.   Okay.  And do you see that this is a declaration prepared

16   for the United States District Court for the District of

17   Delaware?

18   A.   That's what it says there, yes.

19   Q.   And you may not know this, but -- you may or may not

20   recognize that the stamp on its side in the right-hand column

21   indicates that this declaration was, in fact, filed with the

22   District Court of Delaware.  Do you know that?

23        MR. WONG:  Objection, your Honor.

24        THE WITNESS:  I don't know that.

25        MR. O'MALLEY:  That's fine.

──────── Kirsch - Cross ────────

1  BY MR. O'MALLEY:

2  Q.   Now -- and let's turn to the last page.  And you see that

3  this was executed by Dr. Spilker?

4  A.   Yes.

5  Q.   Okay.  Now, you see it in Paragraph 15 that it states

6  that, second sentence, "Abstracts are well known to have

7  serious limitations as to their validity and reliability in

8  terms of accuracy and overall credibility."

9       Do you have any opinion one way or the other, do you

10  agree with that?

11  A.   I have no basis to agree with that.

12  Q.   Do you have any basis to disagree with that?

13  A.   I think that that's not the words that I would use to

14  describe abstracts.

15  Q.   Okay.  Fair enough.

16       And if we turn to Paragraph 16, do you see where,

17  beginning in Paragraph 16 Dr. Spilker opines that there are a

18  number of reasons why abstracts are unreliable, and he goes on

19  to articulate what those reasons in his view are.

20       Do you see that?

21  A.   I see that he's -- I see that, yes.

22  Q.   And do you agree or disagree or have any opinion with

23  respect to Dr. Spilker's view why abstracts are unreliable?

24  A.   No, I have no opinion.  I haven't read it.

25  Q.   You have no opinion one way or the other?

Kirsch - Cross

1    A.   That's correct.

2    Q.   So, you don't necessarily disagree with him, correct?

3    A.   I have no opinion.

4    Q.   Okay.  Now, you testified about four Piraccini abstracts,

5    is that correct?

6         MR. WONG:  Judge, objection to the accuracy.  There

7    were three.

8         MR. O'MALLEY:  Okay.

9    BY MR. O'MALLEY:

10   Q.   Three or four.  You testified about several Piraccini

11   abstracts.

12   A.   I testified about three, yes.

13   Q.   And the Piraccini abstracts were published several times

14   in slightly different forms, correct?  The data was published

15   in several different forms?

16   A.   Well, I seem to remember that there were different data

17   associated with some of them, yes.

18   Q.   Okay.

19   A.   There were various studies that were reported.

20   Q.   Taken as a whole, the Piraccini abstracts do not contain

21   any actual data demonstrating efficacy of the palonosetron

22   compounds as an antiemetic, correct?

23   A.   To the best of my recollection they commented on that as

24   an intended use for their compound.

25   Q.   They don't contain, though, any actual efficacy data; is

1    that correct?

2    A.   To the best of my recollection, that's correct.

3    Q.   Now, you also testified as to certain of Helsinn's press

4    releases.

5         Do you recall that?

6    A.   Yes.

7    Q.   And you recall that, taken as a group, none of the press

8    releases make reference to specific doses, volumes, or

9    concentrations with respect to any palonosetron formulation,

10   correct?

11   A.   That's correct.

12   Q.   Now, you've testified in deposition that you personally

13   would have no purpose to rely on a press release in attempting

14   to determine whether or not a drug product has efficacy; is

15   that correct?

16   A.   I don't recall saying that.

17   Q.   Well, does that accurately reflect your view --

18   A.   I'm sorry --

19   Q.   -- that you would have no purpose in turning to press

20   releases to determine whether a drug product has efficacy?

21   A.   I don't know that that's true.  I don't -- I don't

22   necessarily agree with that.

23            THE COURT:  Do you concern yourself with efficacy as

24   a formulator?

25            THE WITNESS:  Well, I mean, it's of interest to me.

Kirsch - Cross

1    I mean, it's not -- and certainly there is a utility in

2    knowing what someone reports as being efficacious doses.

3    That's useful information.

4    BY MR. O'MALLEY:

5    Q.   Let's turn to the 4/30/2014 Kirsch Deposition Transcript,

6    193:6-12.

7              "QUESTION:  Understood.  But I'm asking specifically

8    whether you've ever relied on a press release in attempting to

9    determine whether or not a drug product has efficacy.

10             "ANSWER:  I'm not sure for what purpose I would do

11   that."

12        Did that accurately reflect your opinion at the time?

13        MR. WONG:  Objection, Your Honor.  I don't think

14   that's impeachment.

15             THE COURT:  I'll allow it.

16   BY MR. O'MALLEY:

17   Q.   Did that accurately reflect your opinion at the time?

18   A.   I believe so.

19   Q.   Okay.  Now, I'd like to talk to you about what we have

20   been referring to Eglen, 1995, and that's DTX-0283.

21        Now, I want to make sure we understand precisely why --

22   what you're using this article for with respect to your

23   opinions.  You use it, in part, to support the obviousness of

24   the claim concentration, correct?

25   A.   That's correct.

Kirsch - Cross

1  Q.   Okay.  Do you assert that Eglen, 1995 would provide a

2  clinician or marketing person a motivation to develop

3  palonosetron as opposed to any other antiemetic compound?  Is

4  that part of your opinion regarding Eglen, 1995?

5  A.   I don't have any opinion.

6  Q.   You don't have an opinion on that.

7  A.   No.

8  Q.   So, is the only reason you're using Eglen, 1995 in

9  support of your opinions -- to support your opinion regarding

10  concentration?

11  A.   Well, I mean, I think that that is part of the -- of what

12  a POSA, a formulator, would understand from this manuscript.

13  It would be useful for him in terms of defining concentration

14  ranges.

15       I think the fact that Eglen and his colleagues were

16  able to find potency and substantial potency would also be

17  informative to a POSA with regard to the value of developing a

18  palonosetron formulation.

19  Q.   Okay.  Okay.  Now, concentration --

20       THE COURT:  But the formulator that you're describing

21  is not making the decision about whether it is valuable to

22  make a formulation of a given drug or not.  That formulator

23  has the assignment to do it.

24       THE WITNESS:  That -- that is correct.  But it still

25  would be of substantial interest.

─ Kirsch - Cross ─

1          MR. O'MALLEY:  I'm sorry.  I didn't hear the end of

2    that answer.  It would still be --

3          THE WITNESS:  Of substantial, substantial interest to

4    the formulator.

5    BY MR. O'MALLEY:

6    Q.  Let me clarify.  What would be of substantial interest to

7    the formulator?

8    A.  The pharmacology results that were seen with

9    palonosetron.

10   Q.  Okay.  Now, again --

11         THE COURT:  Why?  Why?  Because he wants to keep his

12   job and wants to make sure that the project that he's on has a

13   useful output, right?

14         THE WITNESS:  Yes.  I mean --

15         THE COURT:  Outcome.

16         THE WITNESS:  Yeah, as a member of a project team,

17   you're always interested in what the clinicians and what the

18   pharmacologists have to say and what -- you know, you get as

19   excited about the compound as anybody does, so it's of

20   considerable interest.

21         THE COURT:  But when you're formulating, what you

22   want to know is what are the characteristics of this drug that

23   you're working with.  That's what you're really looking for,

24   right?

25         THE WITNESS:  That's correct, your Honor.  And also

Kirsch - Cross

1    the limitations in which you're going to be operating to

2    manipulate the formulation.

3            THE COURT:  Okay.

4    BY MR. O'MALLEY:

5    Q.  Now, you referred to the POSA -- I'm paraphrasing --

6    wanting to know what the pharmacologists are looking at; is

7    that correct?

8    A.  Yes, correct.

9    Q.  This is, in fact, an article that primarily deals with

10   pharmacology, correct?

11   A.  That's correct.

12   Q.  And, again, you're not an expert in pharmacology,

13   correct?

14   A.  That's correct.

15   Q.  Now, in terms of your obviousness opinions with respect

16   to concentrations, first of all, concentration is just dosage

17   divided by volume just to review, correct?

18   A.  It is an amount divided by a volume.

19   Q.  Amount of dose divided by the volume of that dose,

20   correct?

21   A.  Well, in terms of the concentration of the active drug

22   ingredient, that's correct, yes.

23   Q.  Okay.  Now, again, in your career, you've never

24   personally been responsible for selecting the active

25   ingredient dosage amount in any drug product, correct?

─────Kirsch - Cross─────

1   A.   I don't recall ever doing that, no.

2   Q.   And this is more than pharmacology, it's actually

3   preclinical pharmacology, correct?

4   A.   Yes.  This went as far as animal studies.

5   Q.   Okay.  And, again, preclinical pharmacology is not part

6   of your expertise, correct?

7   A.   I'm not a pharmacologist.  That's correct.

8   Q.   All right.  Now, to determine the data that you referred

9   to, in part, the authors of Eglen, 1995 conducted a so-called

10  Bezold, B-E-Z-O-L-D -Jarisch, J-A-R-I-S-C-H, Reflex Test,

11  correct?

12  A.   Yes, I recall that.

13  Q.   Do you recall that?

14  A.   I recall that that's one of the tests that they

15  conducted, yes.

16  Q.   And in addition, the authors also conducted a

17  chemotherapy-induced emesis ferret model test, correct?

18  A.   Yes.  Ferrets and dogs they conducted.

19  Q.   And you anticipated my next question.  They also used a

20  chemotherapy-induced emesis dog model, correct?

21  A.   Yes, that's correct.

22  Q.   Now, the conclusions in Eglen, 1995 are that -- and this

23  is DTX-0283.0006.  Let's find the conclusions.  And starting

24  at "In animal models."

25        And it states, I'll start at the beginning of that

 1   sentence, "The present study has shown that at least in animal

 2   models, RS-25259-197 represents a significant improvement over

 3   ondansetron as an antiemetic agent with respect to potency and

 4   degradation of action."

 5       Do you see that?

 6   A.   I do see that.

 7   Q.   And, again, all of the conclusions and data from this

 8   publication are based on animal studies, correct?

 9   A.   That is correct.

10   Q.   Now, Eglen also --

11       THE COURT:  Counsel, if you don't mind, just -- I

12   know it's your cross, but could you just read on a little bit

13   more so that the thing is in context?

14       MR. O'MALLEY:  Sure.

15   BY MR. O'MALLEY:

16   Q.   Continuing, "It should be noted that granisetron has also

17   been reported to possess some" --

18       THE COURT:  The same.

19   BY MR. O'MALLEY:

20   Q.   -- "the same advantages over ondansetron," citing Andrews

21   et. al. 1992.

22       Do you see that?

23   A.   Yes, I do.

24   Q.   I was intending to read the next sentence, so I'll just

25   continue.

─Kirsch - Cross─

1  A.   Okay.

2  Q.   "As the present study lacks extensive antiemetic efficacy

3  data with granisetron, it is unclear as to how RS-25259-197

4  would compare with granisetron.  Further studies should,

5  therefore, be aimed at a direct comparison of the two drugs."

6       Do you see that?

7  A.   Yes, I do see that.

8  Q.   Now, when you went through your concentration

9  calculation, you directly compared the two drugs, palonosetron

10 and granisetron, using data from this article, correct?

11 A.   For the limited purpose that we used that comparison,

12 yes.

13 Q.   So, you used this article for the purpose that the

14 authors caution you that you should not.

15      Do you understand that?

16 A.   No, I disagree with that characterization.  The authors

17 are simply saying that to nail down the relative value of

18 those two compounds, there needs to be a side-by-side

19 comparison.

20      The purposes that a POSA would use this study for were

21 just to do some broad ranging of what concentrations might be

22 useful to conduct their formulation studies.  It was not to

23 make a definitive decision about what the relative potency of

24 the two compounds was.

25 Q.   Well, in fairness, your POSA would not be making

—————— Kirsch - Cross ——————

1  decisions about dosages to take into the clinics, correct?

2  A.   That's correct.

3  Q.   Now, let's turn to PTX-0251.  And this is a Minton

4  publication dated 1994.

5       Do you see that?

6  A.   Yes, I do.

7  Q.   And it's entitled, "Volunteer Models For Predicting

8  Antiemetic Activity of 5-HT$_3$ Receptor Antagonists."

9       Do you see that?

10 A.   Yes.

11 Q.   And do you see that it's from, or at least Dr. Minton is

12 from the clinical pharmacology division of Glaxo Group

13 Research.

14      Do you see that?

15 A.   Yes.

16 Q.   And, again, do you understand Glaxo is the group that

17 developed granisetron?

18 A.   I really didn't pay any attention to that.

19 Q.   Okay.  Now, ondansetron was the first 5-HT$_3$ antiemetic in

20 the market.  Do you know that?

21 A.   I believe that's correct.

22 Q.   Okay.  Let's look at the last sentence of the first

23 paragraph in the introduction.  It states, "However, due to

24 species' differences in pharmacokinetics and dynamic response,

25 these methods may not give an accurate indication of the

─Kirsch - Cross─

1   antiemetic dose range of $5\text{-HT}_3$ receptor antagonists in

2   patients."

3        Do you see that?

4   A.   I do see that.

5   Q.   And we can go through this painstakingly if need be or if

6   you don't recall, but do you recall that when the authors are

7   referring to these methods, they're referring to the precise

8   methods that Eglen, 1995 authors used to generate their data?

9   A.   Um, it appears as though they were referring to some of

10  the methods that were used, yes.

11  Q.   Some of the same methods?

12  A.   Some of the same methods.  That's correct.

13        THE COURT:  I see that Bezold-Jarisch up there.

14        MR. O'MALLEY:  Right.

15        THE WITNESS:  Yes, that's correct.

16  BY MR. O'MALLEY:

17  Q.   And that's the rat test from Eglen, 1995, right?

18  A.   That's correct.

19  Q.   And they talk about ferret models, correct?

20  A.   Yes.

21  Q.   Now, you have no basis to comment on the authors'

22  conclusion about the relative drawbacks of certain animal

23  models they're referring to because you're not a

24  pharmacologist, correct?

25  A.   That is correct.

Kirsch - Cross

1  Q.   Now, let's go back to Eglen, 1995 for a moment.

2       First of all, Eglen, 1995 was published about eight

3  years before the 2003 filing date of the patents-in-suit,

4  correct?  The filing date being 2003, roughly eight years?

5  A.   Yes.

6  Q.   You agree?

7  A.   Yes.

8  Q.   Okay.  Now, Eglen, 1995 is a publication by several

9  Syntex authors, correct?

10 A.   Yes, that's correct.

11      MR. O'MALLEY:  Now, let's look at Eglen, 1996,

12 DTX-0318, and let's go to the article itself.  First page.

13 Keep going.  Okay.  Let's go up the top, please.

14 BY MR. O'MALLEY:

15 Q.   And you see at the top, this is a publication about a

16 year later from the Eglen article that we were discussing

17 earlier?

18 A.   I see that Eglen is one of the authors of this article,

19 yes.

20 Q.   And you see it is dated 1996?

21 A.   That's correct.

22 Q.   And I'll read or actually paraphrase the title.  It's

23 "5-HT$_3$ Receptors:Molecular Biology, Pharmacology, and

24 Therapeutic Importance."

25      Do you see that?

Kirsch - Cross

1   A.   I do.

2   Q.   And you understand this to be another publication by

3   Syntex scientists?

4   A.   Yes.  It appears to be a review paper.

5   Q.   And it's about one year after the article you relied on

6   this morning?

7   A.   That's correct.

8   Q.   Now, let's look at DTX-0318-0008, and let's find the --

9   that sentence beginning "While."  And I'll read it into the

10  record:  "While it's possible that their enhanced

11  bioavailability and duration of action may afford some

12  advantages, the use of higher affinity and longer acting 5-HT$_3$

13  receptor antagonists, as well as repeated administration of

14  the antagonists, has only moderately improved the efficacy of

15  5-HT$_3$ receptor antagonists."

16       Do you see that?

17  A.   Yes, I do see that.

18  Q.   And do you have any basis to disagree with the authors'

19  conclusion as to that class of compounds?

20  A.   I think that's more of a speculation.  I mean, I'm not

21  sure it's a conclusion.

22  Q.   As to their opinion, do you have any basis to agree or

23  disagree with their opinion --

24  A.   No.

25  Q.   -- of that class of compounds?

──── Kirsch - Cross ────

1   A.   No.

2   Q.   I'm sorry?

3   A.   No, I don't have any basis to disagree.

4   Q.   Okay.  Now, let's look at 0318.0009.  In the first

5   paragraph of the conclusions.

6         THE COURT:  What article are we looking at?

7         MR. O'MALLEY:  This is what's been referred to as

8   Eglen, 1996.  It's the article by the Syntex scientists,

9   including Eglen as first-named author, a year after the

10  article that was discussed this morning.

11        THE COURT:  So, we're still in the same article that

12  you just read from.

13        MR. O'MALLEY:  Oh, yes, I'm sorry.  That's correct.

14        THE COURT:  Now we're to the conclusions page.

15        MR. O'MALLEY:  Yes.

16      And let's find the sentence regarding NK-1 antagonists.

17  Let's see.  Let's go up to the first paragraph, first full

18  paragraph.

19  BY MR. O'MALLEY:

20  Q.   Okay.  And it states that "Novel approaches to emesis,

21  such as selective NK-1 antagonists, including CP-99,994, may

22  prove to have greater efficacy in treating either delayed or

23  $5\text{-}HT_3$ receptor antagonist-resistant forms of emesis."

24        Again, it is the author's opinion, correct?

25  A.   Yes, uh-huh.

─Kirsch - Cross─

1   Q.   This is the opinion of Eglen one year after Eglen

2   published that animal data.  Did you see that?

3   A.   Yes, it is a speculation.  He says "may prove."  So, he

4   is speculating.

5   Q.   He's speculating at this point in time in 1996 that NK-1s

6   may have some advantages over the class of 5-HT$_3$s.

7         Do you see that?

8   A.   That's what he's speculating, yes.

9            MR. O'MALLEY:  Your Honor, this is a good time for

10  the afternoon break if it's good for you.

11           THE COURT:  Fine.  Good suggestion.  Thank you.

12                   (Brief Recess.)

13           THE COURT:  That's fine.  Thank you.

14  BY MR. O'MALLEY:

15  Q.   Dr. Kirsch, I want to back up a little bit to something I

16  couldn't find earlier.

17        In terms of what would motivate a POSA, I believe

18  you've testified that with respect to marketing or economic

19  reasons, those might provide motivations to the product

20  profile people but not to the POSA formulator, correct?

21  A.   Yeah.  Typically, the product profile is developed by

22  marketing and clinical people.

23  Q.   Okay.  And those marketing or economic reasons would not

24  typically motivate the work of a pharmaceutical formulator; is

25  that correct?

─ Kirsch - Cross ─

1   A.   Well, they might consider that motivation, but, you know,

2   typically they're assigned the task.

3   Q.   They're assigned the active ingredient, correct?

4   A.   And the product profile, correct.

5   Q.   And usually the dosage form, correct?

6   A.   They are typically assigned a proposed profile for the

7   dosage form so, you know --

8   Q.   So --

9   A.   -- as we described before.

10   Q.   So, for example, whether it's going to be a tablet or an

11   I.V., that would be assigned to them, correct?

12   A.   Typically, yes, um-hum.

13   Q.   And if a tablet, whether it's going to be immediate

14   release or sustained release, that would be assigned to the

15   pharmaceutical formulator, correct?

16   A.   That would be a typical scenario, yes.

17   Q.   Okay.  Now, I asked you before, do you recall testifying

18   in the Astra case that, among the motivations that would have

19   motivated the POSA in that case from your perspective which,

20   again, was a pharmaceutical formulator, those motivations

21   included marketing or economic reasons.  I believe you

22   testified you didn't recall; is that correct?

23   A.   I didn't recall my testimony or --

24   Q.   Now, if we could pull up the Astra decision, please.

25   Let's look at the first page first.

Kirsch - Cross

1          And you may or may not recognize the format of this

2    document.  I'll represent to you it's a legal decision,

3    *AstraZeneca v. Anchen*, and specifically, you see it's an

4    opinion, scrolling down the left-hand column, by Judge Pisano.

5    Do you see that?

6    A.   Yes, I do.

7    Q.   Do you recognize this document?

8    A.   I was shown this document at one of my depositions, I

9    believe.

10   Q.   Okay.  You didn't -- you hadn't seen it before that?

11   A.   I don't recall seeing it before that.

12   Q.   All right.  Fair enough.

13        Let's turn to Page 24 in the upper right-hand corner,

14   and first paragraph.  And you were providing a opinion

15   regarding the motivation that a POSA would have had to try a

16   sustained-release version of a existing drug product.  Do you

17   recall that?

18   A.   I think -- you know, what I recall is largely described

19   here, that a motivation existed for a sustained-release

20   formulation.

21   Q.   Because of marketing or economic reasons; do you recall

22   providing that testimony?

23   A.   Again, pharmaceutical companies sometimes either need to

24   find a product to compete in a one-a-day market or to extend

25   the life -- the product's life cycle.

─ Kirsch - Cross ─

**1** Q.   But, again, the POSA that you were testifying about in

**2** that case, like this case was -- the POSA was the

**3** pharmaceutical formulator, correct?

**4** A.   I was -- I was putting forward that definition, that's

**5** correct.  I was putting forward that definition, that's

**6** correct.

**7** Q.   Okay.  Let's --

**8**        THE COURT:  Maybe, though, he was speaking about what

**9** pharmaceutical companies do in that portion of testimony

**10** rather than what the formulator POSA person focuses on.  Do

**11** you recall, Doctor?

**12**        THE WITNESS:  That's my recollection.  I mean, you

**13** know, I was talking about what motivates a company to pursue a

**14** sustained-release dosage form.

**15** BY MR. O'MALLEY:

**16** Q.   And was that part of your obviousness opinion in that

**17** case?

**18** A.   You know, I don't -- I don't recall the details.

**19** Q.   Do you believe in this case that what would motivate a

**20** company as a whole to pursue a specific drug product would be

**21** relevant to the obviousness issue in this case?

**22** A.   I think the obviousness issue in this case goes to what

**23** would have motivated the POSA in this case.

**24** Q.   Which is just your formulator?

**25** A.   That's correct.

Kirsch - Cross

1  Q.   Okay.  Now, let's talk -- we were talking about your

2  dosage opinions.  Let's turn to Tang DTX-0276.  Now, before we

3  get into the details, let's just review.

4        Let's look at Kirsch Demo 24.

5        Now, help me out.  Is this the slide that has your --

6  no, no, no.  I have the wrong demo.

7  A.   I think it's the next one.

8  Q.   Let's look at Kirsch Demo 25.  Okay.  This is the slide

9  where you provided your obviousness position as to

10 concentration based on the teachings, as you understand them,

11 of Tang, correct?

12 A.   Yes, this is where I describe how one would use the

13 information in Tang to begin their investigation of

14 concentration ranges.

15 Q.   Okay.  And, as you state in the heading there, Tang is a

16 PONV Phase II study, correct?

17 A.   Yes, that's correct.

18 Q.   And that has clinical data, correct?

19 A.   It does have clinical data.

20 Q.   And, again, you're not an expert in reviewing clinical

21 data, correct?

22 A.   I'm not sure what you mean by reviewing clinical data.

23 Q.   You testified --

24 A.   I do review clinical data.

25 Q.   Fair enough.  Let me refine my question.

─────── Kirsch - Cross ───────

1      You've testified you're not a expert in clinical

2   sciences, correct?

3   A.   That's correct.

4   Q.   Now, in this slide, you have a lower limit to the dose

5   taught by Tang of .007.  Do you see that?

6   A.   I do.

7   Q.   Now, you've provided four expert reports in this case,

8   correct?

9           THE COURT:  To the claim construction and two --

10          MR. O'MALLEY:  No, not in claim construction.  Let me

11   help do the accounting.

12   BY MR. O'MALLEY:

13   Q.   Two on the first three patents and two on the '219, all

14   with respect to obviousness; is that right?

15   A.   Yes, I believe that is correct, yes.

16   Q.   Okay.  And if there's more on claim construction, I don't

17   recall those, but I'm just thinking about those four for the

18   moment.

19      Now, in your final expert report, you provided some

20   opinions about why Tang taught some efficacy for dosages lower

21   than two mgs.  Do you recall that?

22   A.   Yeah, vaguely, I recall there was a section that

23   discussed that, yeah.

24   Q.   Do you recall by contrast that in your expert reports, up

25   to that last one, the only dose that you discussed in your

─ Kirsch - Cross ─

1   expert reports as being effective from Tang, the teachings of

2   Tang, was 2 milligrams?

3   A.   Yeah, I -- I think that's true.  I don't remember what

4   the context of that discussion was exactly.

5   Q.   Well, fair enough.  Let's take a look at it.  Let's look

6   at the Kirsch 9-9-13 report, Paragraph 78.

7        Well, in fairness, let me read the bottom sentence.

8   "Thus, a POSA would understand that targeted palonosetron

9   concentrations from about .02 mg per mL to about 2 mg per mL

10  would be suitable."  So in fairness, I misspoke.  You did talk

11  about other concentrations.  Do you see that?

12  A.   Yes.

13  Q.   Okay.

14       However, you state that the data in Tang, "demonstrated

15  that the I.V. administration of palonosetron, 30 microgram per

16  kilogram, 20 to 30 minutes before the end of surgery was

17  effective in decreasing emesis in women undergoing major

18  gynecologic surgery."  Do you recall that?

19  A.   I believe that that's what Tang said.  This is a quote

20  from Tang.

21  Q.   In fact, Tang concludes, the authors conclude that that's

22  the only dose that's effective in decreasing emesis.  Do you

23  recall that?

24  A.   Yeah, in the limited context of Tang, in terms of the

25  condition he was treating and the population he was treating,

─ Kirsch - Cross ─

1   that's what he concluded.

2   Q.   That's what he concluded, that only that highest dose was

3   effective, correct?

4   A.   Right, within the context of the study he did, yes.

5   Q.   Yeah.

6        THE COURT:  Are we equating that dosage with the 2

7   milligram per milliliter figure in the last sentence?

8        MR. O'MALLEY:  Oh.

9        THE COURT:  In other words, the 30 figure --

10       MR. O'MALLEY:  Yeah, yeah.

11       THE COURT:  -- above is the same as the 2 milligram

12   per milliliter.

13       MR. O'MALLEY:  Thank you, Your Honor.  I see where

14   you're headed and you're correct.

15   BY MR. O'MALLEY:

16   Q.   That, in fact, the only dose you picked out in this

17   paragraph from the teachings of Tang as being effective is 30

18   micrograms per kilogram, correct?

19   A.   Right.  I base this calculation on that dose, that's

20   correct, that's correct.

21   Q.   Right.  That's the only one --

22   A.   That's correct.

23   Q.   -- you cite to as being effective, right?

24   A.   That's correct.

25   Q.   And then you observe that --

—— Kirsch - Cross ——

 1 | A.   Well --

 2 | Q.   -- small volume parenterals could be from 1 milliliter up

 3 | to a hundred milliliters.  Do you see that?

 4 | A.   Yes.

 5 | Q.   And so then you divide that 30-microgram-per-kilogram --

 6 | which corresponds to a 2-milligram dose, approximately,

 7 | correct?  Correct?

 8 | A.   That's correct.

 9 | Q.   -- by those 2 milliliters to get your effective range of

10 | concentrations, right?

11 | A.   That does provide a range of concentrations.

12 | Q.   Okay.  Well, that's what you believe the POSA would have

13 | targeted based on Tang, correct?

14 | A.   Well, I think the POSA might have anticipated that,

15 | ultimately, they would fall into that concentration range.  I

16 | think for the purposes of understanding how concentration

17 | affects stability, they would have chosen a much wider

18 | concentration range than that --

19 | Q.   But again --

20 | A.   -- to begin their studies.

21 | Q.   -- getting back to my first point, the only dosage you

22 | seize on in your discussion of Tang here at least as being

23 | effective is the 2-milligram dosage, correct?

24 | A.   Well, again, this is a data point, so, yes, that's

25 | correct.

─────── Kirsch - Cross ───────

1  Q.   And you're aware that Tang 1998 is the only peer-reviewed

2  nonabstract publication containing human clinical data for the

3  efficacy of I.V. solutions of palonosetron as of 2003?

4  A.   Yes.

5  Q.   Okay.  And this dose, 2 milligrams, is eight times .25

6  milligrams, correct?

7  A.   That's correct.

8  Q.   And then let's go to your reply report, November 22,

9  2013.  It's in your notebook if you need it, Paragraph 16.

10       And then in your summary discussion of Tang, once

11 again, you state that "At least for PONV, Tang 1998 concludes

12 that palonosetron 30 micrograms per kilogram I.V. was

13 effective in reducing the incidence of PONV after major

14 gynecologic surgery."

15       And, again, that was the only dosage in this report

16 that you gleaned from Tang as being effective; is that

17 correct?

18 A.   No, I simply quoted what Tang said.

19 Q.   Okay.  But you didn't quote any other dosage from Tang as

20 being effective in this report, correct?

21 A.   No, I simply quoted Tang.

22       THE COURT:  I'm sorry, counsel.  Did you finish your

23 answer?

24       THE WITNESS:  Yes, I did.

25       THE COURT:  Mr. O'Malley, would you please just give

Kirsch - Cross

1    the exhibit number?  This is not in evidence.  It's an expert

2    report.  It won't go into evidence but --

3              MR. O'MALLEY:  That's correct.

4              THE COURT:  -- I can't find it in your binder.

5              MR. O'MALLEY:  Okay.

6              THE COURT:  And so would you state the number for the

7    record?

8              MR. O'MALLEY:  Do you have that, Eric?  It could very

9    well be that --

10             THE WITNESS:  I think it's on the screen.

11             MR. O'MALLEY:  Oh, I wondered why they were

12   gesticulating wildly.  It's DTX-1006.  Is it in the notebooks?

13   Okay.  Are you able to find it, Your Honor?

14             THE COURT:  It's not in my binder that I've got, but

15   I take your word for it.  That's fine, and I'm not going to

16   keep the binder anyway.  I just wanted the citation --

17             MR. O'MALLEY:  Okay.

18             THE COURT:  -- because there are two reply expert

19   reports from Dr. Kirsch.

20             MR. O'MALLEY:  Correct.

21             THE COURT:  The other one is in the binder.

22             MR. O'MALLEY:  Okay.  I can hand it up if it's of any

23   use.

24             THE COURT:  No, I'm following you.

25             MR. O'MALLEY:  Thank you.

─── Kirsch - Cross ───

1  BY MR. O'MALLEY:

2  Q.   This would be the reply expert report regarding the first

3  three patents.  Do you understand that, Dr. Kirsch?

4  A.  Yes, I do.

5  Q.   Okay.  And in your deposition, do you recall agreeing

6  that, "In the context of Tang's results," close quote, that

7  the effective dose to treat emesis was on the order of about 2

8  milligrams?  Do you recall that?

9  A.   Yes, I believe that that's correct.

10  Q.   Okay.  And to get from the 2-milligram dose of Tang to

11  the .05 mg per mL concentration of our early patent claims,

12  you would have to use a minimum vial volume of about 40

13  milliliters, correct?  I have a calculator if it helps.

14  A.   Well, no, I don't need a calculator.

15       If you have 2 milligrams and you have a .05 milligram

16  per mL concentration, then that statement is correct, that's

17  true.

18  Q.   Okay.  Now, your opinion that small volume parenterals --

19  you call them SVPs; is that right?

20  A.   Yeah, that's what they are called in the literature,

21  correct.

22  Q.   Okay.  Can typically include volumes up from 1 milliliter

23  up to a hundred milliliters, right?

24  A.   Yes.

25  Q.   And in your deposition, in discussing your opening expert

Kirsch - Cross

1   report, your first expert report, you testified that you rely

2   on a reference by Dr. DeLuca for that teaching as to the range

3   of typical volumes of SVPs.  Do you remember that?

4   A.   You know, I don't remember what reference we used.

5   Certainly, that's not an uncommon value.

6   Q.   Well, let's look at Paragraph 78 of your opening report,

7   and the second-to-last sentence on Page 42.  "For example,"

8   I'm quoting, "intravenous formulations, e.g. small volume

9   parenterals, can typically include volumes from 1 milliliter

10  up to 100 milliliters."  And there is a Footnote 104.  Do you

11  see that?

12  A.   Yes, I do.

13  Q.   Let's go to Footnote 104.  And do you see that you are

14  citing -- your first cite is to a DeLuca reference.  Do you

15  see that?

16  A.   I see that, yes.

17  Q.   And you know Dr. DeLuca, correct?

18  A.   I do know him, yes.

19  Q.   He's had a distinguished career as a pharmaceutical

20  scientist, correct?

21  A.   Yes, he has.

22  Q.   You consider Dr. DeLuca to be an expert in I.V.

23  solutions, correct?

24  A.   Yes, I do.

25  Q.   And are you aware that Dr. DeLuca has been retained by

Kirsch - Cross

1  defendant Reddy's in this case?

2  A.   I am aware of that.

3  Q.   And are you aware of Dr. DeLuca's opinion on volume in

4  this case?

5  A.   I don't recall seeing that.

6  Q.   And are you aware that he testified that if you want just

7  a single use, then you're going to try to keep the volume low,

8  1 milliliter, 2 milliliters, up to 5.  Are you familiar with

9  the fact that he testified to that?

10  A.   No.

11  Q.   And are you aware that he also testified, "I wouldn't

12  want to have somebody inject me intravenously directly with 5

13  mLs"?  Are you aware of that testimony?

14  A.   No, I'm not aware of that testimony.

15  Q.   Are you aware, though, that the majority of the 5-HT$_3$

16  products that were available on the market in the 2002 and

17  2003 time period had volumes of roughly 1 to 2 milliliters?

18  A.   I recall looking at the volumes that were associated with

19  the other setrons that were on the market.

20  Q.   And they were 1 to 2 milliliters; do you recall that?

21  A.   Yeah, they were -- they were in that range, yes.

22  Q.   Okay.

23       THE COURT:  This raises just a passing question that

24  I have had which is whether the formulators anticipate that if

25  they create a vial for I.V. administration, it's going to go

─Kirsch - Cross─

1    directly into the blood vessel or it's going to go into the

2    I.V. line that is already in the patient.

3            MR. O'MALLEY:  Right.

4            THE COURT:  I don't know.

5            MR. O'MALLEY:  This isn't me, but previewing, I

6    believe we will present evidence to the fact that most -- most

7    physicians want a so-called single bolus injection.  It's not

8    often right into the vein, but they want to be able to draw it

9    out, plunger it in.

10           THE COURT:  Into what?

11           MR. O'MALLEY:  Into that I.V. thing.

12           THE WITNESS:  It's usually in a Y-site is usually --

13           THE COURT:  In a what?

14           THE WITNESS:  What's called a Y-site.  They usually

15   have a -- like a butter -- what's called a butterfly catheter

16   that goes into a vein, and usually there's a Y-site there

17   where there's two ports, one port that's open and the other

18   port goes to a large volume parenteral to keep the vein open.

19   And then what they would typically do is to inject the drug

20   into the Y-site, which then goes directly into the vein, and

21   that would be a typical way to administer these medicines.

22           THE COURT:  So they don't -- they're not inserting it

23   into the I.V. line that comes from the bag that's hanging on

24   the hook?  They're inserting it into a separate prong --

25           THE WITNESS:  Right.

─Kirsch - Cross─

 1          THE COURT:  -- that's in the shape of a Y?

 2          THE WITNESS:  Well, that's correct.  But the -- the

 3   I.V. line itself is also draining, so, you know, where they

 4   come together, so it --

 5          THE COURT:  They come together just before it enters

 6   the patient?

 7          THE WITNESS:  Yeah, a little ways, that's correct,

 8   Your Honor.

 9          THE COURT:  Okay.

10   BY MR. O'MALLEY:

11   Q.   Now, the Tang authors were testing the --

12          THE COURT:  But it was apropos of your comment that I

13   wouldn't want 5 milliliters injected into me.  If it's in an

14   I.V. line, you don't know that it's flowing in, and it's

15   diluted by the -- by the whatever --

16          MR. O'MALLEY:  Yeah, I don't want to misstate what

17   the doctors are going to say, but you're going to hear a lot

18   more about that, just by way of --

19          THE COURT:  But bolus does not refer just to putting

20   a needle in somebody's arm.  It refers to, that it is all

21   being -- the vial is being emptied in one operation.

22          THE WITNESS:  The distinction is typically the time

23   period that it takes to inject, you know, so an infusion would

24   be something that would occur over a longer period of time.

25   They have what are called short-term infusions which may occur

Kirsch - Cross

 1  over 30 minutes or even a little bit more, and then the bolus

 2  which occurs in a matter of minutes or even seconds.

 3          THE COURT:  Okay.  That's good enough for now.  Thank

 4  you.

 5          MR. O'MALLEY:  All right.  Thank you.  This is way

 6  beyond my knowledge.

 7          THE COURT:  And it may not come up, but you were

 8  talking about volumes.

 9          MR. O'MALLEY:  Yeah.

10  BY MR. O'MALLEY:

11  Q.  Getting back to Tang, the Tang authors are testing --

12  were testing the efficacy of palonosetron to treat PONV,

13  right?

14  A.  That's correct.

15  Q.  And you don't have any basis to dispute that the doses

16  required for 5-HT$_3$ antagonists to treat CINV were usually

17  greater than those required to fully treat PONV, correct?

18  A.  I have no opinion.

19  Q.  Because, again, you're not a pharmacologist or expert in

20  clinical sciences, correct?

21  A.  That's correct.

22  Q.  Now, I want to talk to you about your opinions regarding

23  chelating agents in the EDTA in particular.  Now, nowhere in

24  the publicly available prior art is there a disclosure of any

25  instability problem specific to palonosetron, correct?

Kirsch - Cross

1    A.    That's correct.

2    Q.    And, likewise, the prior art does not disclose any

3    formulation of palonosetron to which EDTA has been added for

4    any purpose, correct?

5    A.    No, there's no formulation, information in the prior

6    literature about palonosetron specifically.

7    Q.    Now, a formulator's goal will always be to develop the

8    simplest formulation with the fewest excipients possible,

9    correct?

10   A.    In -- yes.  I mean, that's correct.  Any excipient that's

11   placed in an injectable product has to be justified.

12   Q.    It has to be justified.

13   A.    That's correct.

14   Q.    And a chelating agent would be such an excipient,

15   correct?  You would have to justify its presence in your

16   injectable formulation?

17   A.    Yes, you would.

18   Q.    And by justify, you would have to show that it

19   demonstrates some positive effect, correct?

20   A.    That's correct.  Or you would have to make the case that

21   it's showing a positive effect.

22   Q.    Now, it's true that, in some circumstances, chelating

23   agents like EDTA can destabilize certain I.V. formulations,

24   correct?

25   A.    Well, to be honest, I don't know of any specific

─── Kirsch - Cross ───

1   instances, but it's conceivable to me that that could happen.

2   Q.   Okay.   Fair enough.

3        Now, before I get into Won, I want to drop back and

4   talk about a couple more of your concentration-related

5   demonstratives.

6        If we can go to Kirsch Demonstrative 23, please.   Now,

7   again, this slide is based on Eglen 1995, correct?

8   A.   That is correct.

9   Q.   And you're making a comparison based on predicted

10  palonosetron to effective ondansetron dose, employing data

11  from that article?

12  A.   That is correct.

13  Q.   And you recall by -- just to refresh our recollection,

14  that the authors caution against using their data for

15  comparisons of ondansetron and palonosetron.   Do you recall

16  that?

17  A.   For the purposes of efficacy, yes.

18  Q.   Okay.   You're making a comparison for the purpose of what

19  a POSA would predict as a concentration range for efficacy.

20  A.   No, I'm not.   I'm making a determination of what

21  concentration range the POSA would investigate in terms of

22  stabilizing the compound in the formulation.

23  Q.   You believe that the dose of palonosetron is relevant

24  only to stabilization?

25  A.   Absolutely not.   But the purpose of the POSA's

Kirsch - Cross

1   investigation at this point is to determine how best to

2   stabilize a solution formulation.  When the information

3   becomes available about the effective dose, then that has to

4   be worked in to the design of the formulation.

5   Q.   So this dose that -- dose range that you've cited on this

6   demonstrative has nothing to do with any expectation as to

7   efficacy.  Is that fair?

8        MR. WONG:  Objection, Your Honor, on his

9   concentration range.  This slide is on the concentration.

10        MR. O'MALLEY:  Let me -- fair enough.  Let me restate

11   the question.

12   BY MR. O'MALLEY:

13   Q.   So the concentration range set forth -- set forth on your

14   slide is based on your POSA's view of that range that would

15   maximize stability and has nothing to do with expectations as

16   to efficacy.  Is that fair?

17        THE COURT:  Excuse me.  Just -- I'm really sorry, but

18   I've been distracted and I can't follow the question.

19        MR. O'MALLEY:  Okay.  Let me try again.

20        THE COURT:  No, we can just read back the question.

21   But I think I need to be able to concentrate on it.  And I was

22   looking at the screen, also.  And I do see that there is a .6

23   milligram predicted palonosetron dose on Kirsch Demo 23 that

24   you're talking about.  So it's not only concentration that the

25   hypothetical calculation contains.

─── Kirsch - Cross ───

 1        MR. O'MALLEY:  So, I forget where we are now.  Did

 2   you want to hear the question back, Your Honor?

 3        THE COURT:  Could the reporter read the question, the

 4   pending question?

 5        (Question read back.)

 6   BY MR. O'MALLEY:

 7   A.   And my answer to that question is, no, that the way in

 8   which the POSA is going to determine what the target

 9   concentration range is on some prediction of what the efficacy

10   may be.  But he's not making a decision about what the

11   efficacy or the dose is.  He's -- well, he's making a

12   prediction, but he's not -- he's not making a decision about

13   what the predicted dose is.  He wants to be sure that he can

14   get a concentration range that would cover what likely doses

15   might be.

16   Q.   Now, that gets me back to my first question.  You're

17   using to -- the Tang data -- let's go back to the line that

18   Judge Cooper pointed out -- to predict the .6 milligram

19   palonosetron dose for efficacy, correct?

20   A.   To anticipate what the dose may be, right.

21   Q.   For efficacy?

22   A.   Right.

23   Q.   And in doing that comparison between palonosetron and

24   ondansetron, using the Eglen 1995 data, you're making a

25   comparison that the authors expressly cautioned against.  Do

─ Kirsch - Cross ─

1   you understand that?

2   A.   No, I don't understand that.  I think that the purposes

3   of this -- of this exercise are not to make predictions about

4   what the relative dose is.  The purposes are to try to bracket

5   what could potentially be the -- a dose.  And they're using

6   Eglen and Tang and whatever other information they have to try

7   to come up with an idea of where to start.

8   Q.   Okay.  Now, again, you understand, and Eglen's based on

9   animal models, correct?

10  A.   I do understand that.

11  Q.   And as of the time relevant to these patents, Tang is

12  out, peer-reviewed, full publication with human data, correct?

13  A.   Yes.

14  Q.   Now, with respect to this range that you glean target

15  palonosetron concentration range from Eglen, the bottom number

16  is .006 mg per mL, right?

17  A.   Correct.

18  Q.   And that's about 10 times lower than .05 mg per mL,

19  right?

20  A.   Correct.

21  Q.   And then the top of the range is about 10 times higher

22  than .05 mg per mL, right?

23  A.   Correct.

24  Q.   So to go from this teaching to .05 mg per mL, you would

25  have to select .05 out of that range.

Kirsch - Cross

1   A.   You would have to optimize the concentration that

2   provides a reasonable level of stability.

3   Q.   And you don't argue that there's any teaching in Eglen,

4   albeit animal data, to select .05 specifically out of that

5   range, correct?

6   A.   No, there's no teaching in Eglen that says to pick .05.

7   Q.   Okay.  Let's go to Demo Slide 24.  And this is again a

8   slide, if I understood it correctly, based on the teachings of

9   Eglen 1995 animal data; is that correct?

10  A.   That's correct.

11  Q.   And you predict -- or you glean from the teachings, these

12  teachings of Eglen 1995, that the target palonosetron

13  concentration range should be .002 to .2 mg per mL; is that

14  correct?  That's what you have set forth on this

15  demonstrative.

16  A.   I'm sorry.  Could you restate the question?

17  Q.   Yeah.  I'm just trying to summarize what I see here.

18       You've gleaned from the teachings of -- these

19  particular teachings of Eglen 1995 you referred to, that they

20  would target a palonosetron concentration range of .002 to .2

21  mg per mL, correct?

22  A.   Yeah, they would use that as a -- as an approximate

23  guide, that's correct.

24  Q.   And the lower limit of this range is about 25 times less

25  than .05 mg per mL?

Kirsch - Cross

1    A.   That is correct.

2    Q.   And the upper limit's about four times greater than .05

3    mg per mL?

4    A.   That's correct.

5    Q.   And you don't offer an opinion that there's any teaching

6    in Eglen 1995 that would suggest in particular .05 to be

7    selected within that range; is that correct?

8    A.   That's correct.

9    Q.   And then let's look at Kirsch Demonstrative 21.  And I

10   just wanted to clean this up to follow up on my objection.

11        Your opinions offered today with respect to four --

12   Point 4 in your slide have all been with respect to the

13   concentration of .05 mg per mL and have not related to .25

14   mgs, correct?

15   A.   Well, I think they relate to .25 mgs and 5 mLs.

16   Q.   Well, then let me ask specifically, your opinions today,

17   you understand that in the '219 patent, that .25 mgs is a

18   separate limitation?  Do you see that on the left?

19   A.   I really don't read it that way, as a formulation patent

20   that goes to stability.  I see it as --

21   Q.   Well, let's assume for the sake of argument or a

22   hypothetical that the .25 mg is, in fact, a separate

23   limitation of that claim.  The teachings that you've offered

24   opinions about today, you don't offer them for any opinion

25   that .25 mg, in and of itself, would have been obvious to your

─── Kirsch - Cross ───

1   POSA; is that fair?

2   A.   Yeah, I think -- taking your hypothetical, I think I

3   would agree, yes.

4   Q.   Okay.  Thank you.

5        Now, let's turn to Won in DTX -- DTX-0315 is it?  Yeah,

6   345.  Okay?

7        You provided testimony about the Won reference,

8   correct?

9   A.   Yes, I did.

10  Q.   Now, the date of this reference is 1994, correct?

11  A.   I thought it was later -- yes, 1994, you're correct.

12  Q.   And this is a setron that, for whatever reason, never

13  made it through FDA approval, correct?

14  A.   That's my understanding, yes.

15  Q.   And in your search of the literature, did you see that

16  there were a number of setron molecules in the 90 -- 1990s to

17  2000 period that never made it through FDA approval?

18  A.   Yeah.  I don't know how to characterize it.  There

19  were -- there was a long list of compounds that were in this

20  class.  Whether or not they were pursued as -- as -- whether

21  or not project teams are formed and they went through a

22  development process, I really don't know.

23  Q.   Yeah.  My question was whatever happened, they didn't

24  make it to approval?

25  A.   That's correct.

1    Q.   Yeah.

2           THE COURT:  I noticed -- I didn't mention it, but I

3    noticed in one of these excerpts that Dr. Kirsch was shown

4    that there was a list of about ten names of setrons that

5    actually got names.  Do you remember seeing that?  You don't

6    have to find it.

7           THE WITNESS:  Yeah, I don't recall, Your Honor.

8           THE COURT:  Yeah, there were about -- almost ten

9    names --

10          THE WITNESS:  Oh, really?

11          THE COURT:  -- with setron in it.  So I guess some of

12   them got named and were not just numbers.

13          THE WITNESS:  Oh, that could be, yeah.

14          MR. O'MALLEY:  Dr. Amidon's going to be talking about

15   that next week at some length.

16   BY MR. O'MALLEY:

17   Q.   Let's take a look at the Won compound compared to

18   palonosetron, and why don't we turn to the Amidon, October 25,

19   '13 report, Paragraph 109.  And if we can highlight the

20   structures for -- maybe I have the wrong thing.

21          Why don't we go to your slide regarding the Won

22   compound versus -- ah, thank you.

23          You see this is Kirsch Demo 14?

24   A.   Yes, I do.

25   Q.   And you've set forth here the -- a representation of the

———— Kirsch - Cross ————

1   molecular structure of palonosetron versus the Won molecule;

2   is that correct?

3   A.   Yes, that's correct.

4   Q.   And, for the record, can you indicate again which is

5   which?

6   A.   So, the molecule that Won and his colleagues studied is

7   RG 12915.  Palonosetron is the 26259 compound.

8   Q.   Okay.  So the Won molecule is on the left; is that right?

9   A.   That's correct.

10           THE COURT:  Sometimes that's read as 25259, right?

11           THE WITNESS:  I'm sorry, did I -- yeah, I

12   think that --

13           THE COURT:  It's hard to read.

14           THE WITNESS:  Yeah, I'm not sure what that is.

15           MR. LOMBARDI:  Just for the record, Your Honor, it is

16   25, just so that it's consistent in the record.

17           MR. WONG:  The representation on Kirsch Demo 14, the

18   right side, underneath does say RS-25259.  The witness was

19   having a hard time reading that.

20           THE WITNESS:  Thank you.

21           MR. O'MALLEY:  Okay.

22   BY MR. O'MALLEY:

23   Q.   Now, why don't we leave that up.

24       Now, you agree that small changes in a molecule

25   structure can affect its stability in solution, correct?

─────Kirsch - Cross─────

1   A.   Yes, I agree with that.

2   Q.   Now, you'll agree that the overall differences in

3   structure between the Won compound and palonosetron are

4   anything but small.  Do you agree with that?  They're large.

5   A.   Well, I mean, there are obviously structural differences

6   between the molecules.  They have some chemical moieties that

7   are similar.

8   Q.   But if you had to characterize the similarity or lack

9   thereof overall, they're rather dissimilar, correct?

10  A.   Again, you know, that's a very relative thing, dissimilar

11  to what?  I mean, as compared to what?

12          THE COURT:  Are they both setrons?

13          THE WITNESS:  They are both setrons.

14          THE COURT:  Why are they both setrons?

15          THE WITNESS:  Because they have the same

16  pharmacological activity.

17  BY MR. O'MALLEY:

18  Q.   Now, do you recall providing expert testimony in the

19  *Protonix* litigation, pantoprazole?

20  A.   Vaguely, yes.

21  Q.   Okay.  Well, we'll get back to that.

22          Now, in your discussion of the Won molecule, you've

23  focused on two sites of possible oxidative attack.  Do you

24  recall that?

25  A.   I'm sorry.  Say that again, please.

—— Kirsch - Cross ——

**1**  Q.  In your discussion of the Won molecule, for example, in

**2**  your expert reports and in your deposition testimony, you

**3**  discussed two possible sites of oxidative attack at the

**4**  molecule.  Do you recall that?

**5**  A.  No, I don't recall that.

**6**  Q.  Do you recall that you testified that one site of the

**7**  oxidative attack could be with respect to the benzofuran

**8**  moiety?

**9**  A.  I think that that is something that Won reported, yes.

**10**  Q.  Okay.

**11**  A.  I'm not sure that I reported that.

**12**  Q.  Okay.  But you recognize that Won reports that that's

**13**  another site of possible oxidative attack?

**14**  A.  Yes.

**15**  Q.  Okay.  And palonosetron does not have a benzofuran

**16**  moiety, correct?

**17**  A.  No, it doesn't.

**18**  Q.  And you testified about the teachings that a POSA might

**19**  glean from Won generally, correct?

**20**  A.  Yes.

**21**  Q.  And among those teachings, you testified to the effect

**22**  that Won teaches that smaller concentrations are generally

**23**  more stable.  Did I get that correct?

**24**  A.  Yes, that's correct.

**25**  Q.  Okay.  And in your expert report, when discussing that

Kirsch - Cross

1   conclusion -- why don't we go to Kirsch 9-9-13 report,

2   Paragraph 100.

3        You state, "Specifically, with respect to the effects

4   of drug concentration on the stability of RG-12195" -- and

5   that's the Won compound, correct?

6   A.   That's correct.

7   Q.   -- "Won 1995 confirmed the general principle that the

8   rate of autooxidation is proportional to the substrate

9   concentration."  Correct?

10  A.   I believe that that's what Won stated in their article.

11  Q.   And in, I guess, my lay terms, that means it's more

12  stable at lower concentrations; is that a fair interpretation

13  of that statement?

14            THE COURT:  Well, it says it in the next sentence.

15            MR. O'MALLEY:  Yeah, thank you.

16  BY MR. O'MALLEY:

17  Q.   "As shown quantitatively in Fig. 4, the higher

18  concentration oxidizes faster and levels off at a lower

19  percent, whereas the lower one oxidizes slower and levels off

20  at a higher percent."  Do you see that?

21  A.   I do.

22  Q.   But going back to this general principle of the rate of

23  oxidation being proportional to the substrate concentration,

24  first of all, you have a footnote there, 129.  Do you see

25  that?

 1   A.   Yes.

 2   Q.   And if we drop down to Footnote 129 with respect to the

 3   discussion of that general principle, you -- you have in your

 4   footnote -- you're referring to Won 1995 at 102, citing

 5   Bateman, 1954; Betts, 1971; and Connors, 1986.  Do you see

 6   that?

 7   A.   Yes, I do.

 8   Q.   And let's look at DTX-0345-0008.  And let's find that

 9   passage we've been referring to.  "It's been stated that the

10   rate of autooxidation is proportional to the substrate

11   concentration," and there's the same citation from your

12   footnote.  Do you see?

13   A.   Yes, I do see it.

14   Q.   And the Won authors cite Connors 1986 among those

15   references, correct?

16   A.   They do.

17   Q.   And if you turn to the references section at

18   DTX-0345-0011, the Connors 1986 reference is the book that is

19   being referred to with respect to that section on substrate

20   concentration.  Do you see that?

21   A.   That's one of the books, correct.

22   Q.   And are you familiar with that book?

23   A.   Yes, I am.

24   Q.   Have you employed that book in your research?

25   A.   Yeah, I mean, I've referred to that book.

Kirsch - Cross

1  Q.  And do you see Dr. Amidon is one of the authors of that

2  book?

3  A.  Yes, I do.

4  Q.  Okay.  Now, getting back to this notion of structural

5  similarity with respect to the Won and palonosetron

6  molecules --

7      MR. O'MALLEY:  Can we put those molecules back up

8  from the Kirsch demonstrative, please.

9  BY MR. O'MALLEY:

10  Q.  Now, it's true, isn't it, that a POSA can't know in

11  advance without testing a formulation whether it will have the

12  same or different stability as a formulation having a compound

13  with a similar structure.  That's true, isn't it?

14  A.  Yes, that is true.

15      THE COURT:  And do you test stability in your

16  formulation research?

17      THE WITNESS:  Yes, I do.  That's a focus of my

18  research.

19  BY MR. O'MALLEY:

20  Q.  Now, let's take a look back at Amidon 10-25-13 report,

21  Page 51, Paragraph 108, and let's go to the next page.  Now,

22  you see -- let's blow up those four structures.

23      You see that Dr. Amidon, in his report, discussed four

24  setrons that I think were either on the market in the United

25  States or in Europe.  Do you recall that?

Kirsch - Cross

1  A.   Yes, I do recall that he discussed these four compounds.

2  Q.   And you reviewed his rebuttal report, I believe you

3  testified to that.

4  A.   I have reviewed it, yes.

5  Q.   And, for the record, what's shown here are the chemical

6  structures of tropisetron, dolasetron, azasetron, and

7  granisetron, given the mispronunciations; do you see that?

8  A.   Yes, I do.

9  Q.   And you would agree with me that all four of these

10 compounds have tertiary amines, correct?

11 A.   Yes, they do.

12        THE COURT:  They're shaped funny, aren't they?

13        THE WITNESS:  Well, some of the -- you know, some of

14 the -- some of the structures are a little different, some of

15 them are simply drawn differently.  I mean, they're certainly

16 not identical.

17        THE COURT:  And those -- but those are the -- sort of

18 the uppermost appendages on these drawings, right?

19        THE WITNESS:  Right.  So we're looking at, you know,

20 that is a tertiary amine.  It has those two bonds and then

21 this bond to what's a methyl group.  This is a tertiary amine

22 that's within that bicyclic ring structure, and then this one

23 as well is within the ring, and then this one is also a

24 tertiary amine, again, with the methyl group too.

25 Q.   And for the transcript reader, Dr. Kirsch, you were just

─ Kirsch - Cross ─

1   identifying where the tertiary amine is located in each of

2   these four setrons from this paragraph of Dr. Amidon's report,

3   correct?

4   A.   That's correct.

5   Q.   Now, you're not aware of any literature or other evidence

6   reporting any oxidation issues with respect to these four

7   setrons, correct?

8   A.   I think there is a report for granisetron where they did

9   some oxidative stress tests and found some degradation

10  products.

11  Q.   Now, do you recall that in your deposition, you stated,

12  "I don't recall seeing any literature on their instability"?

13  A.   That's correct.

14  Q.   So this is literature you've uncovered since your

15  deposition?

16  A.   Yes.  When I saw these compounds earlier when you gave

17  your opening remarks, I took a look in the literature, and

18  there's a recent report.

19  Q.   In any event, this recent report is not among the

20  materials you've disclosed in connection with the opinions you

21  offered in this case; is that correct?

22  A.   Yes, that's correct.

23          THE COURT:  And it wouldn't be prior art to these

24  patents anyway.

25          THE WITNESS:  It wouldn't be, yes.  But I understood

1   his statement that it doesn't occur.

2           MR. O'MALLEY:  That's a fair enough response.

3   BY MR. O'MALLEY:

4   Q.   Now, I want to get into your reasonable expectations of

5   success testimony.  And that was your Demo Slide 27.

6           Now, you have a rather large "no" next to "Treating

7   delayed emesis was an unexpected result."  Do you see that?

8   A.   Yes.

9   Q.   And I believe you testified to the effect that -- I'm

10  paraphrasing and please correct me -- that any delayed phase

11  benefit would be due to the molecule and not what you view as

12  the claimed invention; is that correct?

13  A.   Yes, that's correct.

14  Q.   And you're aware that there is an oral form of

15  palonosetron on the market?

16  A.   I -- yes, I am aware of that.

17  Q.   Were you aware that it did not receive an indication for

18  delayed phase emesis?

19  A.   No, I'm not aware of that.

20  Q.   Now, with respect to the second bullet, you were asked,

21  "What about the second bullet," and I'm reading from the

22  transcript, "What is your opinion as to whether or not the

23  claim formulation has an unexpected pharmaceutical stability?"

24          And the answer was, "I don't believe that was

25  unexpected result at all.  I mean, that was the whole purpose

─── Kirsch - Cross ───

1   of the development process and that there was not an

2   unexpected result."

3        Do you recall that?

4   A.   Yes, I do.

5   Q.   And that was the sum of your testimony with respect to

6   that bullet.  Do you recall that?

7   A.   I believe it was, yes.

8            THE COURT:  You're referring to this morning?

9            MR. O'MALLEY:  Yes.

10           THE COURT:  Direct, here?

11           MR. O'MALLEY:  Yes.

12  BY MR. O'MALLEY:

13  Q.   But, of course, the whole purpose of any development

14  process will be to develop a pharmaceutical product with

15  satisfactory stability; we can agree on that, correct?

16  A.   Yes.

17  Q.   And yet many fail, correct?

18  A.   Not that I'm aware of.

19  Q.   You're not aware of that?

20       Now, we discussed the opinions you gave in the

21  *AstraZeneca v. Anchen* case earlier.  Do you recall that?  For

22  example, your definition of POSA, et cetera.

23  A.   Yes, yes.

24  Q.   And you offered opinions in that case that the claims

25  were invalid as obvious.  Do you recall that?

Kirsch - Cross

1  A.   That's correct.

2  Q.   And at your deposition, my colleague discussed with you

3  how Judge Pisano rejected your POSA definition, first of all.

4  Do you recall that?

5  A.   I recall our discussion of that, yes.

6  Q.   And Judge Pisano also rejected your obviousness opinions

7  as well, didn't he?

8  A.   I believe that's correct.

9  Q.   I'm sorry?

10  A.   I said, I believe that's correct.

11  Q.   In fact, the Court rejected your testimony because it was

12  based primarily on hindsight, correct?

13       MR. WONG:  Objection, foundation.  I'm not sure the

14  witness knows.

15       MR. O'MALLEY:  Well, fair enough.  Why don't we pull

16  up the decision at star 40.  And the Court finds that -- okay.

17  So -- all right.  Yeah, let's go back to that.

18       So the Court found, "However, the Court finds that such

19  a conclusion" -- and, actually, let's back up so there's

20  context to this.

21  BY MR. O'MALLEY:

22  Q.   And towards the middle of the paragraph, "The Court finds

23  that defendants have not met that burden.  Defendants' experts

24  testified that a POSA easily would have been able to make a

25  HPMC-based gel system sustained-release formulation of

─────────── Kirsch - Redirect ───────────

1  quetiapine in May, 1997.  However, the Court finds that such a

2  conclusion was based primarily upon hindsight and, further,

3  failed to consider certain obstacles that a POSA would have

4  faced in trying to develop any kind of a sustained-release

5  form of a drug with the physical and biological properties of

6  quetiapine."

7       Do you see that?

8  A.   Yes, that is what it says there.

9  Q.   And so you understand that the Court rejected you and the

10  other defendants' opinions on the basis of hindsight?

11  A.   That's what the statement says, that's correct.

12  Q.   Thank you.

13       MR. O'MALLEY:  I have no further questions.

14       MR. WONG:  I'll try to be short, Your Honor, but I do

15  have to cover a couple of issues.

16       THE COURT:  Take whatever time you require, counsel.

17  REDIRECT EXAMINATION BY MR. WONG:

18  Q.   Dr. Kirsch, do you recall Mr. O'Malley asking you about

19  the *AstraZeneca* opinion in which you offered expert opinions?

20  A.   Yes.

21  Q.   Do you recall how many experts the defendants had in that

22  case?

23  A.   There were two experts, as I recall, that testified with

24  regard to the formulation.

25  Q.   So it wasn't just yourself that was offering expert

─────────────── Kirsch - Redirect ───────────────

1   testimony on the formulation; is that right?

2   A.   That's correct.

3   Q.   And do you stand by your opinions in the *AstraZeneca*

4   case?

5   A.   Yes, I do.

6   Q.   Did the *AstraZeneca* case cover the asserted patents in

7   this case?

8   A.   No, that was a much different case, where they were

9   looking at the development of a sustained release oral form of

10  a drug which was already on the market and an

11  immediate-release form, and you know, in that circumstance,

12  the excipients and formulations were really controlling the

13  rate at which the drug appeared in the bloodstream, and so the

14  conditions and the circumstances were much different than --

15  than for this simple I.V. solution formulation.

16  Q.   Was palonosetron at issue in the *AstraZeneca* case?

17  A.   No, it wasn't.

18  Q.   And an intravenous formulation was not at issue in the

19  *AstraZeneca* case?

20  A.   No, it wasn't.

21  Q.   With regard to marketing or economic drivers, was your

22  opinion on those issues different than anything that you have

23  here?

24  A.   I don't believe so.

25  Q.   What were the market and economic drivers that you opined

Kirsch - Redirect

1  on in the *AstraZeneca* case?

2  A.   Well, I think that I made the comments that a

3  pharmaceutical company may seek to develop add-on formulations

4  for product life extension, and obviously ones that have a

5  therapeutic value or that they suppose has a therapeutic value

6  and, you know, this is a typical process that's used in

7  pharmaceutical companies to extend their product line.

8  Q.   Is that inconsistent with your opinions in this case?

9  A.   I don't believe so.

10  Q.   Let's go to the '333 patent, DTX-0343.

11        THE COURT:  Did you say extend the product line or

12  extend the product life right now?

13        THE WITNESS:  Well, the product line.  The product

14  life in a broad sense, right.  Right.  The life in that case,

15  quetiapine products.  Thank you, Your Honor.

16  BY MR. WONG:

17  Q.   I want to follow up on a couple questions Mr. O'Malley

18  asked you.

19        Do you recall Mr. O'Malley asking you to read off the

20  list of possible dosage forms that could be used with the

21  $5-HT_3$ class disclosed in the '333 patent?

22  A.   Yes, I recall that.

23  Q.   And do you recall Mr. O'Malley also taking you to Example

24  13?

25  A.   Yes, I do.

——— Kirsch - Redirect ———

1          MR. WONG:  If we can go to Example 13, which is on

2    Page 15 and also continues onto Page 16.  That's fine.

3    BY MR. WONG:

4    Q.   Example 13 contains how many possible dosage forms?

5    A.   There are three dosage forms there.

6    Q.   And is one of the dosage forms an intravenous

7    formulation?

8    A.   Yes, one is an intravenous formulation.

9    Q.   If you look at Example 13, Mr. O'Malley directed you to

10   the amount of the Formula I compound in there?

11   A.   Yes.

12   Q.   And he made the analogy that there are -- sorry, it's the

13   intravenous form -- 10 to 100 milligrams.  Do you recall that?

14   A.   Yes, I do.

15   Q.   And he made the analogy that that was much higher than

16   the claimed dosage of .25 milligrams.  Do you recall that?

17          MR. O'MALLEY:  Object to the form of the question.  I

18   don't know what an analogy means.

19          MR. WONG:  A comparison.

20          THE COURT:  Okay.  That's fine.

21   BY MR. WONG:

22   Q.   Does the '333 patent disclose anything about identifying

23   the dose for the compounds disclosed in the patent?

24   A.   No, it does not.

25   Q.   Let me direct your attention to Page 7, and on Column 12,

─── Kirsch - Redirect ───

1   the upper right-hand corner, the entire paragraph including

2   the heading.

3   A.   Oh, yes.

4   Q.   What's the heading on the column?

5   A.   So, this describes administration and pharmaceutical

6   composition.

7   Q.   Okay.  And can you read that last paragraph starting at

8   Line 19?

9   A.   It says, "One of ordinary skill in the art of treating

10  such diseases will be able, without undue experimentation and

11  in reliance upon personal knowledge and the disclosure of this

12  application, to ascertain a therapeutically effective amount

13  of a compound of Formula I for a given disease."

14  Q.   Do you agree with that?

15          THE COURT:  Counsel, the text immediately before that

16  has a whole lot of numbers in it.

17          MR. WONG:  Correct.

18  BY MR. WONG:

19  Q.   Dr. Kirsch, can you give -- can you explain that last

20  sentence of the first paragraph starting "therefore"?

21          THE COURT:  No, it's -- before that, it's

22  therapeutically effective amounts -- Dr. Kirsch has just, in

23  answer to your prior question, said there aren't any dosages

24  suggested in the '333 patent.

25          MR. WONG:  Right.

—— Kirsch - Redirect ——

1          THE COURT:  And I'm just wondering whether those are

2   dosages in that --

3          THE WITNESS:  Yes, I misremembered.  There is this

4   section that relates to a effective -- potentially effective

5   amounts of the compounds in Formulation I which, you know,

6   they describe broadly as ranging from 1 nanogram per kilogram

7   to 1 milligram per kilogram, so they do refer to potential

8   doses.

9   BY MR. WONG:

10  Q.   And after that disclosure of potential doses, the '333

11  patent includes a paragraph starting -- that you just read

12  starting, "one of ordinary skill in the art."

13  A.   That's correct.

14  Q.   One last thing on the '333 patent.  Mr. O'Malley

15  suggested that the structure of palonosetron was not actually

16  disclosed or contained in the '333 patent.  Do you recall

17  that?

18  A.   Yes, I recall that.

19  Q.   Can we turn to Column 9 which is on Page 6.

20          THE COURT:  You said it was described in words, just

21  not drawn.

22          THE WITNESS:  Yes, that's correct.

23  BY MR. WONG:

24  Q.   We can see at Lines 23 to 26, of Column 9.  Dr. Kirsch,

25  can you read that disclosure?

─────── Kirsch - Redirect ───────

1   A.   Yes, it says, "Of most interest are the compounds of

2   Formula 1 in which p, q and u are 0, and R3 is the"

3   quinuclidine, that's another name for it -- "in particular

4   wherein one or, when present, both chiral centers possess an S

5   configuration," which again just describes the three

6   dimensional structure of the molecule.

7            THE COURT:  If you say so.

8            THE WITNESS:  Yeah.

9   BY MR. WONG:

10  Q.   In this passage that you just read, does that describe

11  palonosetron as of most interest?

12  A.   Yes, it does.

13  Q.   Do you recall Mr. O'Malley asking you about or showing

14  you disclosures in the prior art regarding how 5-HT$_3$ receptors

15  antagonists are generally regarded as the same?  Do you recall

16  that line of questioning?

17  A.   State that again, please.

18  Q.   Any disclosures that Mr. O'Malley showed you referencing

19  an assertion that all 5-HT$_3$ receptor antagonists were the same

20  in terms of efficacy?

21  A.   Right, yes, I recall that.

22  Q.   Can we go to Kirsch Demonstrative 19.  And we reviewed

23  this this morning, Dr. Kirsch, and I think the Blood abstract

24  by Piraccini from 2001, can you read the highlighted sentence?

25  A.   So, it says, that "Similarly, a long duration of action

──── Kirsch - Redirect ────

1    may result from the long half-life and strong binding

2    affinity," and it says that "a Phase II dose ranging study was

3    initiated."

4    Q.   Okay.  How would that disclosure inform a POSA?

5         MR. O'MALLEY:  Objection, Your Honor.  If you recall

6    as we went through those sections on the NK-1s, the sameness,

7    he testified he had no basis to agree or disagree because

8    that's not his specialty.  So he has no foundation to do the

9    same determination here.

10        MR. WONG:  I believe the questioning -- I believe the

11   questioning was on NK-1s.  Dr. Kirsch has done an analysis on

12   palonosetron and does have opinions.

13        THE COURT:  If there are references in these

14   references to equating the efficacy of various setrons, you

15   would have to ask Dr. Kirsch something more specific to get

16   back to that area of questioning, because he says all he knows

17   about efficacy is what he reads on the page.  He's not an

18   expert in efficacy.  Is that right?

19        THE WITNESS:  I think that's fair, Your Honor.

20        MR. WONG:  We can let another expert -- we'll have

21   another expert on this issue.

22        THE COURT:  Sure.

23        MR. WONG:  We can move on.

24        THE COURT:  Does that meet your objection, counsel?

25        MR. O'MALLEY:  Yes, thank you, Your Honor.

Kirsch - Redirect

1   BY MR. WONG:

2   Q.   At some point this afternoon, Mr. O'Malley showed you a

3   deposition -- transcripts from your deposition where I'm going

4   to paraphrase a little bit, regarding press releases, and I

5   think the question was:  Have you ever relied on a press

6   release in attempting to determine whether or not a drug

7   product has efficacy?  And your answer was:  I'm not sure for

8   what purpose I would do that.  Do you recall that?

9   A.   I recall that, yes.

10  Q.   In your practice -- or would a POSA, in a POSA's

11  practice, would they -- would he or she rely on a press

12  release for some other reason besides efficacy?

13  A.   Well, I think that the press release has some value,

14  and -- inasmuch as it summarizes some of the work that's being

15  done, so, and I think it shows, you know, a level of interest

16  that -- that companies may have in a particular -- particular

17  compound so, I mean, yeah, I think that it would typically

18  have some value.

19  Q.   And with respect to abstracts and the reliability of

20  abstracts, have you in your own work relied on abstracts in

21  performing formulation work?

22  A.   Well, I have relied on abstracts and press releases, you

23  know, you have to understand that in the pharmaceutical

24  development world, there are not a lot of disclosures that are

25  out there.  And so you rely on the information that you can --

Kirsch - Redirect

1    that you can obtain.

2              THE COURT:  And then you test it all.

3              THE WITNESS:  Yes.

4              THE COURT:  Right?

5              THE WITNESS:  That's correct.

6    BY MR. WONG:

7    Q.   Okay.  Do you recall Mr. O'Malley showing you a Minton

8    reference, which is PTX-0257, I believe?  Minton 1994.  For

9    the suggestion that the animal testing procedures in Eglen

10   '95, including the Bezold-Jarisch reflex were unreliable?

11   A.   Yes, I do.

12   Q.   Do you recall that the Minton article was published in

13   1994?

14   A.   I believe that's correct.

15   Q.   And what was the date of the Eglen article?

16   A.   The Eglen was in 1995.

17   Q.   Okay.  Let's go to Eglen 1995 which is DTX-0263 and let's

18   look at the same two portions that you relied on in your

19   direct which is on Page 5, in the upper right-hand corner.

20        This is the rat study that we relied on; is that

21   correct?

22   A.   That's correct.

23   Q.   And Eglen, in fact, did do this study; isn't that right?

24   A.   Yes.

25   Q.   Okay.  And we relied on that last sentence starting with,

─────────── Kirsch - Redirect ───────────

1  "by the intravenous route"?

2  A.   That's correct.

3  Q.   We've seen this over and over again.

4       Dr. Kirsch, can you read the first sentence under this

5  paragraph starting -- which is entitled "Studies on the Von

6  Bezold reflex"?

7  A.   The first sentence says --

8            THE COURT:  Read it slowly, please.

9            THE WITNESS:  Yes.  "The inhibition of 2-methyl-5HT

10 induced bradycardia is a useful test for the evaluation of

11 5-HT$_3$ receptor antagonists in vivo."

12 BY MR. WONG:

13 Q.   So --

14 A.   They make reference to this Von Bezold-Jarisch reflex.

15 Q.   So would a POSA understand that at least the Eglen

16 authors understood this test to be a useful test?

17           MR. O'MALLEY:  Objection, Your Honor, foundation

18 again.  Dr. Kirsch was very forthcoming in testifying that his

19 POSA couldn't really offer a separate opinion on these

20 pharmacological tests.

21           THE COURT:  He's not offering his opinion.  The only

22 question pending is, would this formulating POSA understand at

23 least that the Eglen -- people who wrote the Eglen article

24 understood this particular type of test to be useful.  You may

25 answer.

─── Kirsch - Redirect ───

1            THE WITNESS:  Okay, Your Honor.

2        I think that that's correct, that a formulating POSA

3    would take the statement at face value and take it as an

4    indication that the authors felt that it was a useful test.

5            THE COURT:  Including the point that it makes in that

6    paragraph which is that the palonosetron that they were

7    studying appeared to be approximately threefold more potent

8    than granisetron and 55-fold more potent than ondansetron,

9    correct?

10           THE WITNESS:  That's correct, Your Honor.

11   BY MR. WONG:

12   Q.   Let's go to the other parts of the Eglen disclosure that

13   you relied on in your direct.  That would be on Page 6, the

14   next page, the left-hand column, under the heading "Antiemetic

15   Studies."

16       And do you recall that, in your slides, you relied on a

17   sentence five or six lines down starting with, "The present

18   study"?

19   A.   Yes, I recall that, um-hum.

20   Q.   And this study was done in the ferret and the dog model?

21   A.   That's correct.

22   Q.   And Eglen, et al., actually did this study.  Is that your

23   understanding?

24   A.   Yes, it is my understanding.

25   Q.   And what does the first sentence before this sentence

—— Kirsch - Redirect ——

1    read?

2    A.   So, the description of the method -- oh, the first

3    sentence?

4    Q.   Yes.

5    A.   So, "The emetogenic effects of anticancer drugs is most

6    pronounced with platinum drugs such as cisplatin."

7    Q.   Can you read the next sentence?

8    A.   Yes.  "Cisplatin, when administered to dogs and ferrets,

9    produces an emetic and behavioral profile which most closely

10   resembles the clinical symptoms."

11   Q.   So would a POSA reading Eglen also take that sentence at

12   face value with regard to the veracity of the ferret and dog

13   model tests?

14   A.   I believe that they would, yes.

15        THE COURT:  Veracity means truthfulness.  Is that

16   your question?

17        MR. WONG:  Yes.

18        THE COURT:  Not validity or anything like that?

19        MR. WONG:  I believe I'm using it correctly.

20        THE COURT:  Okay.  Fine.

21   BY MR. WONG:

22   Q.   Almost done.

23        Mr. O'Malley discussed volumes that you have used in

24   your analysis this morning.  Do you recall that?

25   A.   That's correct.  That's correct.

Kirsch - Redirect

1    Q.   And in your direct slides, you relied on the Broadhead

2    reference?

3    A.   Yes.  That's correct.

4    Q.   And what did you rely on the Broadhead reference for?

5    A.   Well, one of the things that we relied on, in terms of

6    the calculations, we relied on it as indicating that the

7    pharmacopeial definition of a small volume parenteral was less

8    than 100 milliliters.

9    Q.   Okay.  And in the excerpt from your expert reports that

10   Mr. O'Malley showed you, you cited DeLuca --

11   A.   Yes.

12   Q.   -- again for the same proposition?

13   A.   I did.

14   Q.   Is that a standard definition for what a small volume

15   parenteral is, 1 to 100 milliliters?

16   A.   Yes, that's pretty standard.

17   Q.   Okay.  And can 100 milliliters be administered as a

18   single-use unit-dose?

19   A.   It can.  You know, that's at the upper range, but it can.

20   Q.   And why would a POSA consider volumes of --

21        THE COURT:  What would that container look like?

22        THE WITNESS:  Yes.  Well, it could be a syringe pump,

23   for instance, a very large syringe that was attached to a pump

24   and go into the Y-site.  So it -- it is certainly not the most

25   convenient small volume parenteral, yes.

Kirsch - Redirect

1   BY MR. WONG:

2   Q.   Why would a POSA consider volumes between 1 and 100

3   milliliters when formulating an I.V. formulation of

4   palonosetron that we discussed this morning?

5   A.   So, you know, at this stage, they're looking for a broad

6   range, and obviously they're going to try to narrow it down

7   and they'll try to narrow it down so that it's the most

8   convenient that it can be, but they're going to balance that

9   with, you know, what they need to achieve stability.

10          THE COURT:  Is there any standard kind of vial size

11   for intravenous drugs?

12          THE WITNESS:  Well, drugs come in, you know, for

13   instance 1, 5, 20, 50 mL vials, and all of those sizes are

14   found, are available.

15   BY MR. WONG:

16   Q.   Let's talk about EDTA very quickly.

17   A.   Yes.

18   Q.   So does Won have a specific teaching as far as the

19   commonality of EDTA as a chelating agent?

20   A.   Yes, it does.

21   Q.   And what does Won say?

22   A.   Well, Won says that it's the most common chelating agent

23   used in parenteral drug formulations or something to that

24   effect.

25   Q.   Okay.  And in your own experience, when you suspect

─────── Kirsch - Redirect ───────

1    oxidative degradation of a molecule in solution, do you

2    typically screen for EDTA as a remedy?

3    A.   Yes, we do.

4    Q.   Have you ever not screened for EDTA in such situations?

5    A.   In a formulation development process, no.  Where we see

6    evidence of oxidation, we always screen.  That's one of the

7    screens that we look at.

8    Q.   Okay.  Mr. O'Malley asked you about the 0.25 milligram

9    dose --

10   A.   Yes.

11   Q.   -- in Claim 7 of the '219 patent?

12   A.   Yes.

13   Q.   Would a POSA rely on a person of skill, ordinary skill in

14   the clinical sciences, with respect to the 0.25 milligram

15   dose?

16   A.   Yes, that's where they would -- that's what they would

17   rely on to --

18   Q.   Do you understand that in this case --

19   A.   That's what they would rely on to settle on that dose.

20   Q.   Do you understand that in this case, defendants have

21   other experts that will provide testimony as to the 0.25

22   milligram dose in Claim 7 of the '219 patent?

23   A.   That's my understanding.

24            MR. WONG:  No questions.

25            MR. O'MALLEY:  If we can put up DTX-0343 again,

─────────── Kirsch - Recross ───────────

1   Column 12.  And let's go to that portion of the disclosure, I

2   think it was around Line 16 to 18 that Mr. Wong was focused

3   on.  Let's go up a little bit.  Just make it bigger.  I need

4   the stuff below that, too.  Smaller, I suppose.  Yeah, there

5   you go.

6   RECROSS EXAMINATION BY MR. O'MALLEY:

7   Q.   Now, you were just directed to this section of the

8   disclosure starting at Line 19 that says, "One of ordinary

9   skill in the art of treating such diseases will be able,

10  without undue experimentation and in reliance on personal

11  knowledge and the disclosure of this application, to ascertain

12  a therapeutically effective amount of a compound of Formula I

13  for a given disease."  Do you see that?

14  A.   I do see that.

15  Q.   That person of ordinary skill isn't a pharmaceutical

16  formulator, correct?

17  A.   That's correct.

18  Q.   Now, going above to the specific ranges that are

19  disclosed here as therapeutically effective amounts, it starts

20  at about Line 11, and they have successively narrower ranges.

21  Do you see that?

22  A.   Yes, I do.  Excuse me.

23  Q.   And the narrowest range of so-called therapeutic

24  effective amounts is at the bottom, preferably, 700 nanograms

25  per day to 7 milligrams per day.  Do you see that?

─────── Kirsch - Recross ───────

1   A.   Yes, I do.

2   Q.   And how does that compare to, at both ends of that range,

3   to .25 milligrams?

4   A.   It's greater.  It's greater than .25 milligrams.

5   Q.   It's greater.

6   A.   Oh -- yes.

7   Q.   At the bottom, let's start with the bottom.  How does

8   that compare to .25?  Nanograms is to the minus 9?

9   A.   Oh, right, so maybe I misspoke.  So that's .1, .7 --

10        MR. WONG:  Your Honor --

11        THE COURT:  I'm not going to hear an objection in the

12   middle of the answer.  Let him answer.

13   BY MR. O'MALLEY:

14   Q.   How does 700 nanograms per day compare to .25 milligrams?

15   A.   So, I have to go through the calculations, but that's .7

16   micrograms --

17   Q.   Would you like a calculator?  I can help you.

18   A.   No, that's okay.  I think I can do it in my head.

19        THE COURT:  Do it in your head and then talk.

20        THE WITNESS:  Okay.

21   BY MR. O'MALLEY:

22   Q.   I have a calculator here if it helps.

23        (Pause.)

24   A.   So I get about .05 milligrams per patient, assuming a

25   70-kilogram patient.

———— Kirsch - Recross ————

**1**  Q.  I'm sorry.  It's per day, sir.

**2**  A.  Oh, you wanted to do it in days?

**3**  Q.  Well, it's not per kilogram.  Do you see the units?

**4**  A.  Let's see.  Oh, that's -- they've already adjusted for

**5**  the patients.

**6**  Q.  Yeah.

**7**  A.  Wait, I'm sorry.  I didn't see that.  Right.

**8**  Q.  It's .7 milligram, that lower number.  Do you see that?

**9**  A.  It's .7 micrograms.

**10**  Q.  Well --

**11**  A.  It's .7 micrograms.

**12**  Q.  Why don't we conclude this failing exercise.  It's a huge

**13**  range.  Would we agree on that?

**14**  A.  Yes.

**15**  Q.  And there's no particular teaching of .25 to the extent

**16**  it falls within that range.  Could we agree on that?

**17**        THE COURT:  .25 milligrams.

**18**  BY MR. O'MALLEY:

**19**  Q.  .25 milligrams, can we agree on that?

**20**  A.  .25 milligrams falls within that range.

**21**  Q.  There's no particular teaching as to pick out .25

**22**  milligrams out of that huge range as opposed to any other?

**23**  A.  No, it just --

**24**  Q.  Okay.

**25**  A.  It just falls within the range.

—————— Kirsch - Recross ——————

1    Q.   Okay.  Thank you.

2              MR. O'MALLEY:  I have nothing further.

3              MR. WONG:  That's all we have for today, Your Honor.

4              THE COURT:  Okay, fine.  Thank you very much.  Thank

5    you for traveling all this way, and safe travels home.

6              THE WITNESS:  Thank you, Your Honor.

7              MR. WONG:  Your Honor, we have a list of exhibits.

8    Can I hand it up to the Court?

9              THE COURT:  Sure.

10             Mr. Wong, on behalf of defendants, has offered a list

11   of exhibit numbers and they are admitted into evidence without

12   objection, correct?

13             MR. O'MALLEY:  And we -- no objection, Your Honor.

14             THE COURT:  Thank you.

15             What do we -- I think we're ready to adjourn for the

16   week.  Yes?

17             MR. LOMBARDI:  We certainly are, Your Honor.

18             THE COURT:  Fine, wonderful.

19             MR. O'MALLEY:  Agreed, Your Honor.

20             THE COURT:  And we'll see you back here on Monday

21   morning.

22             (The proceedings adjourned at 4:11 p.m.)

23                        -  -  -  -  -

24

25

**$**

**$1.23** [1] - 113:14

**'**

**'13** [1] - 171:19
**'219** [13] - 19:2, 78:1, 98:13, 98:19, 98:21, 99:2, 100:10, 100:12, 100:17, 151:13, 169:17, 198:11, 198:22
**'333** [32] - 47:21, 48:1, 48:2, 48:5, 48:7, 52:12, 54:14, 54:21, 55:16, 58:19, 63:22, 72:23, 102:16, 106:7, 106:15, 107:16, 108:10, 108:15, 108:20, 109:4, 109:5, 109:7, 109:8, 109:9, 109:14, 185:10, 185:21, 186:22, 187:24, 188:10, 188:14, 188:16
**'437** [2] - 105:12, 105:25
**'80s** [1] - 32:24
**'84** [1] - 95:1
**'90s** [3] - 32:25, 114:23, 118:8
**'95** [2] - 64:5, 192:10

**/**

**/S** [2] - 1:24, 1:25

**0**

**0** [1] - 189:2
**0.002** [1] - 82:23
**0.007** [1] - 83:25
**0.05** [5] - 77:21, 78:1, 79:12, 84:5, 84:24
**0.1** [1] - 68:14
**0.14** [1] - 84:5
**0.2** [3] - 82:19, 82:23, 83:1
**0.25** [4] - 77:21, 198:8, 198:14, 198:21
**0.5** [2] - 76:22, 77:9
**0.6** [2] - 81:17, 82:5
**0.7** [1] - 82:16
**001** [1] - 84:21
**02** [1] - 152:9
**0254.0004** [1] - 122:4
**0318.0009** [1] - 145:4
**05** [18] - 77:1, 78:7, 78:17, 78:25, 85:10, 157:11, 157:15, 167:18, 167:22, 167:24, 167:25, 168:4, 168:6, 168:25, 169:2, 169:6,

169:13, 200:24
**08608** [1] - 1:12

**1**

**1** [28] - 47:24, 56:5, 56:17, 60:17, 64:3, 66:14, 72:5, 76:19, 79:1, 81:25, 83:5, 84:20, 101:9, 105:1, 154:2, 157:22, 158:9, 159:8, 159:17, 159:20, 188:6, 188:7, 189:2, 196:15, 197:2, 197:13, 200:9
**10** [10] - 45:10, 93:21, 103:16, 110:8, 110:14, 110:15, 110:16, 167:18, 167:21, 186:13
**10-25-13** [1] - 177:20
**100** [12] - 81:25, 83:2, 110:8, 110:14, 110:15, 158:10, 175:2, 186:13, 196:8, 196:15, 196:17, 197:2
**102** [1] - 176:4
**104** [2] - 158:10, 158:13
**108** [1] - 177:21
**109** [1] - 171:19
**11** [2] - 41:16, 199:20
**11-3962** [1] - 1:6
**12** [6] - 7:19, 9:24, 12:3, 106:19, 186:25, 199:1
**129** [2] - 175:24, 176:2
**12915** [11] - 58:10, 58:14, 58:18, 58:24, 59:22, 60:1, 60:11, 61:1, 61:5, 63:1, 172:7
**13** [9] - 49:5, 107:18, 108:15, 108:17, 109:25, 185:24, 186:1, 186:4, 186:9
**14** [5] - 70:18, 94:14, 94:17, 171:23, 172:17
**14th** [1] - 69:24
**15** [6] - 79:3, 84:3, 84:4, 130:11, 131:5, 186:2
**15-milliliter** [1] - 68:17
**16** [8] - 42:20, 42:21, 54:12, 131:16, 131:17, 155:9, 186:2, 199:2
**16th** [1] - 70:4
**18** [3] - 3:6, 97:1, 199:2
**19** [5] - 97:1, 103:22, 187:8, 189:22, 199:8
**191** [1] - 58:10
**193:6-12** [1] - 134:6
**1950s** [1] - 37:1
**1954** [1] - 176:5
**1971** [1] - 176:5
**1980s** [1] - 36:22
**1982** [3] - 7:11, 33:11, 93:18
**1986** [3] - 176:5, 176:14,

176:18
**1987** [1] - 94:25
**1988** [4] - 30:10, 42:19, 43:13, 43:21
**1990s** [2] - 117:22, 170:16
**1992** [1] - 139:21
**1993** [8] - 47:22, 48:1, 56:7, 56:9, 56:10, 58:4, 59:9, 103:10
**1994** [7] - 93:23, 94:25, 141:4, 170:10, 170:11, 192:8, 192:13
**1995** [37] - 60:4, 60:5, 60:18, 60:25, 62:25, 63:9, 64:4, 64:18, 64:20, 64:24, 76:7, 77:4, 77:6, 80:16, 82:13, 101:25, 134:20, 135:1, 135:4, 135:8, 138:9, 138:22, 142:8, 142:17, 143:1, 143:2, 143:8, 164:7, 166:24, 168:9, 168:12, 168:19, 169:6, 175:7, 176:4, 192:16, 192:17
**1996** [6] - 66:16, 66:25, 143:11, 143:20, 145:8, 146:5
**1997** [2] - 116:18, 183:1
**1998** [5] - 41:16, 102:10, 103:23, 155:1, 155:11
**1998(sic** [1] - 40:23
**1:00** [1] - 91:20

**2**

**2** [23] - 18:15, 18:23, 48:14, 48:25, 61:13, 69:14, 72:5, 79:2, 84:1, 84:9, 152:2, 152:9, 153:6, 153:11, 154:9, 155:5, 157:7, 157:15, 159:8, 159:17, 159:20, 168:13, 168:20
**2-methyl-5HT** [1] - 193:9
**20** [9] - 6:3, 10:1, 11:14, 73:23, 74:3, 94:3, 104:2, 152:16, 197:13
**20-some-odd** [1] - 93:25
**2000** [2] - 21:5, 40:23, 41:17, 69:24, 70:18, 77:4, 112:9, 112:20, 113:19, 114:24, 122:12, 170:17
**2001** [6] - 41:18, 44:5, 44:7, 65:14, 66:18, 189:24
**2002** [6] - 70:4, 120:25, 122:2, 123:24, 124:13, 159:16
**2003** [19] - 21:1, 21:2, 28:7, 32:1, 37:4, 39:6, 39:10, 40:1, 46:21, 86:9, 112:12, 116:23, 118:19, 125:12, 126:11, 143:3, 143:4, 155:3, 159:17
**2005** [1] - 125:15

**2011** [1] - 101:10
**2012** [1] - 100:21
**2013** [4] - 100:22, 123:13, 124:10, 155:9
**2014** [2] - 97:2, 116:16
**2015** [2] - 1:13, 4:1
**21** [3] - 71:19, 105:21, 169:9
**21st** [1] - 21:5
**22** [2] - 97:1, 155:8
**23** [3] - 164:6, 165:23, 188:24
**24** [5] - 75:1, 86:17, 148:13, 150:4, 168:7
**25** [30] - 78:5, 78:19, 78:24, 79:4, 79:5, 85:11, 106:19, 110:17, 110:19, 124:9, 150:8, 155:5, 168:24, 169:13, 169:15, 169:17, 169:22, 169:25, 171:18, 172:16, 186:16, 200:3, 200:4, 200:8, 200:14, 201:15, 201:17, 201:19, 201:20, 201:21
**25259** [2] - 63:24, 172:10
**25th** [1] - 123:13
**26** [3] - 43:14, 43:21, 188:24
**26259** [1] - 172:7
**27** [1] - 180:5
**28** [2] - 1:23, 108:16
**280** [1] - 44:12
**29** [1] - 108:15
**290** [1] - 44:12
**2-milligram** [3] - 154:6, 154:23, 157:10

**3**

**3** [6] - 45:12, 48:25, 65:13, 66:3, 72:5, 79:4
**30** [10] - 40:19, 68:14, 97:2, 116:16, 152:15, 152:16, 153:9, 153:17, 155:12, 162:1
**30-microgram-per-kilogram** [1] - 154:5
**30th** [2] - 21:1, 21:2
**31** [1] - 113:19
**32** [1] - 81:14
**32-milligram** [1] - 81:15
**33** [1] - 107:21
**345** [1] - 170:6
**35** [1] - 106:19
**36** [1] - 76:8

**4**

**4** [15] - 21:16, 38:13, 38:23, 43:1, 48:14, 71:25, 73:8, 77:19, 85:10, 86:5, 101:15,

101:17, 169:12, 175:17
**4/30/2014** [1] - 134:5
**40** [3] - 110:16, 157:12, 182:16
**402** [1] - 1:12
**41.5** [1] - 73:16
**42** [1] - 158:7
**44** [1] - 30:14
**47** [1] - 101:8
**4:11** [1] - 202:22

## 5

**5** [30] - 1:13, 3:6, 4:1, 24:2, 44:6, 44:20, 45:20, 45:21, 45:23, 58:23, 64:18, 69:14, 72:1, 73:8, 74:10, 75:15, 77:21, 78:25, 84:9, 101:20, 104:25, 121:4, 159:8, 159:12, 161:13, 169:15, 192:19, 197:13
**5-HT3** [22] - 57:10, 57:11, 118:9, 119:17, 121:7, 123:25, 124:11, 124:12, 125:13, 141:8, 141:19, 142:1, 143:23, 144:12, 144:15, 145:23, 159:15, 162:16, 185:21, 189:14, 189:19, 193:11
**5-HT3s** [2] - 121:24, 146:6
**5-hydroxytryptamine3);5-HT3** [1] - 117:17
**5.17** [1] - 30:15
**5.4** [1] - 42:22
**5.8** [1] - 43:22
**50** [2] - 17:22, 197:13
**51** [1] - 177:21
**55** [2] - 64:13, 81:16
**55-fold** [1] - 194:8
**58** [3] - 123:5, 123:23, 124:6
**59** [1] - 124:9

## 6

**6** [14] - 54:3, 54:4, 64:19, 73:9, 77:4, 77:7, 98:22, 100:13, 103:8, 110:25, 165:22, 166:18, 188:19, 194:13
**6.8** [1] - 62:22

## 7

**7** [17] - 19:2, 19:6, 43:18, 71:19, 73:23, 86:7, 103:3, 186:25, 198:11, 198:22, 199:25, 200:9, 200:15, 201:8, 201:9, 201:11
**7.4** [5] - 37:22, 38:21, 43:6,

43:16, 45:9
**70** [1] - 83:25
**700** [2] - 199:24, 200:14
**70-kilogram** [1] - 83:22, 200:25
**75** [1] - 78:6
**753** [1] - 1:23
**78** [2] - 152:6, 158:6

## 8

**8** [10] - 38:13, 38:14, 38:23, 43:2, 55:22, 61:21, 74:9, 77:7, 103:9, 122:4

## 9

**9** [7] - 74:17, 77:6, 90:20, 123:19, 188:19, 188:24, 200:8
**9-9-13** [2] - 152:6, 175:1
**90** [1] - 170:16
**92** [1] - 3:6
**9:30** [1] - 4:1

## A

**a.m** [1] - 4:1
**AAPS** [5] - 17:9, 17:10, 17:11, 17:15
**abbreviation** [2] - 49:23, 50:14
**ability** [3] - 38:19, 129:13, 129:18
**able** [12] - 11:24, 31:22, 71:15, 112:13, 118:19, 135:16, 156:13, 160:8, 165:21, 182:24, 187:10, 199:9
**absence** [2] - 20:18, 129:11
**absolutely** [7] - 20:23, 28:5, 59:15, 72:8, 88:8, 97:25, 164:25
**abstract** [14] - 56:17, 56:19, 56:20, 65:13, 65:22, 66:2, 66:4, 66:12, 67:2, 68:11, 70:11, 120:25, 129:13, 189:23
**abstracts** [30] - 20:3, 65:7, 66:17, 70:8, 126:1, 126:4, 126:10, 126:13, 126:22, 127:10, 127:24, 128:3, 128:9, 128:22, 129:4, 129:14, 129:15, 129:18, 129:25, 131:14, 131:18, 131:23, 132:4, 132:11, 132:13, 132:20, 191:19, 191:20, 191:22
**Abstracts** [1] - 131:6
**academia** [2] - 16:19, 20:22

**academic** [1] - 20:1
**academics** [1] - 6:14
**acceptable** [6] - 38:12, 38:14, 39:24, 105:5, 105:6, 107:5
**acceptance** [1] - 90:19
**accepted** [1] - 41:2
**accommodate** [1] - 43:11
**accomplished** [1] - 70:19
**according** [2] - 45:17, 82:18
**Accordingly** [1] - 118:13
**accounting** [1] - 151:11
**accuracy** [2] - 131:8, 132:6
**accurate** [2] - 122:1, 141:25
**accurately** [2] - 133:17, 134:12, 134:17
**achieve** [1] - 197:9
**achieving** [2] - 27:3, 86:11
**acid** [1] - 41:12
**acidic** [1] - 27:24
**acidity** [1] - 38:20
**acquisition** [1] - 114:7
**acted** [1] - 72:16
**acting** [1] - 144:12
**action** [6] - 65:24, 100:21, 139:4, 144:11, 189:25
**ACTION** [1] - 1:5
**active** [22] - 8:19, 17:4, 40:5, 57:4, 61:25, 62:1, 62:7, 62:11, 63:16, 64:13, 87:3, 87:18, 87:21, 95:5, 95:10, 95:23, 105:4, 125:23, 137:21, 137:24, 147:3
**activities** [3] - 8:15, 12:14, 46:7
**activity** [7] - 7:2, 29:22, 56:16, 57:3, 59:15, 75:3, 173:16
**Activity** [1] - 141:8
**acts** [1] - 90:5
**actual** [9] - 10:15, 19:20, 23:1, 48:22, 57:9, 64:15, 75:9, 132:21, 132:25
**adaptations** [1] - 27:6
**add** [4] - 40:6, 45:7, 73:19, 185:3
**add-on** [1] - 185:3
**added** [1] - 163:3
**addition** [9] - 23:11, 26:8, 40:15, 46:6, 61:16, 68:11, 75:6, 106:2, 138:16
**additional** [2] - 40:7, 79:6
**address** [6] - 25:2, 25:12, 61:14, 63:1, 90:25, 91:8
**addresses** [1] - 44:10
**addressing** [2] - 62:13, 76:10
**adds** [1] - 61:11
**adequate** [2] - 88:18, 88:21

**adjourn** [1] - 202:15
**adjourned** [1] - 202:22
**adjust** [2] - 39:7, 44:15
**adjusted** [1] - 201:4
**adjustment** [1] - 31:6
**administer** [2] - 78:10, 160:21
**administered** [17] - 8:2, 24:18, 25:23, 26:10, 54:22, 55:17, 55:21, 64:22, 65:4, 68:10, 68:15, 69:11, 79:13, 106:21, 195:8, 196:17
**administering** [3] - 79:1, 79:2, 79:4
**administration** [11] - 24:19, 24:21, 25:10, 64:10, 68:16, 71:17, 144:13, 152:15, 159:25, 187:5
**admission** [1] - 4:20
**admitted** [3] - 4:16, 18:10, 202:11
**adopting** [1] - 125:6
**advance** [1] - 177:11
**advanced** [2] - 9:6, 37:3
**advantage** [1] - 36:1
**advantages** [3] - 139:20, 144:12, 146:6
**adverse** [1] - 44:18
**advised** [1] - 96:2
**aerosols** [1] - 107:2
**affect** [2] - 84:17, 172:25
**affects** [2] - 62:7, 154:17
**affiliation** [1] - 17:9
**affiliations** [1] - 17:3
**affinities** [1] - 65:25
**affinity** [4] - 56:25, 57:15, 144:12, 190:2
**afford** [1] - 144:11
**afternoon** [2] - 146:10, 191:2
**afterwards** [1] - 14:22
**AG** [1] - 113:14
**agency** [1] - 15:3
**agent** [11] - 40:7, 44:4, 63:6, 63:17, 73:10, 73:14, 105:3, 139:3, 163:14, 197:19, 197:22
**agents** [11] - 31:7, 41:4, 43:24, 44:2, 45:1, 57:5, 76:17, 121:8, 122:7, 162:23, 163:23
**agree** [31] - 91:3, 95:13, 95:14, 106:15, 114:6, 114:17, 114:21, 124:7, 125:23, 125:24, 129:11, 129:17, 129:24, 131:10, 131:11, 131:22, 133:22, 143:6, 144:22, 170:3, 172:24, 173:1, 173:2, 173:4, 178:9, 181:15, 187:14,

190:7, 201:13, 201:16, 201:19
**agreed** [1] - 202:19
**agreeing** [1] - 157:5
**ahead** [1] - 65:21
**aim** [1] - 86:21
**aimed** [1] - 140:5
**aims** [1] - 40:9
**air** [2] - 31:5, 76:2
**al** [3] - 56:18, 139:21, 194:22
**albeit** [1] - 168:4
**alcohol** [1] - 26:4
**alert** [2] - 52:9, 63:12
**alkaline** [1] - 27:24
**ALL** [1] - 4:3
**alleged** [1] - 88:24
**allow** [4] - 99:9, 118:23, 124:17, 134:15
**allowed** [1] - 28:18
**almost** [2] - 171:8, 195:22
**alone** [1] - 124:13
**Aloxi®** [3] - 90:15, 90:16, 93:11
**Alto** [1] - 117:2
**ALTO** [1] - 1:4
**American** [4] - 17:7, 17:9, 17:10, 65:13
**amide** [2] - 59:3, 59:4
**Amidon** [6] - 122:24, 123:9, 171:18, 177:1, 177:20, 177:23
**Amidon's** [9] - 116:8, 116:10, 116:13, 123:17, 123:23, 124:5, 124:9, 171:14, 179:2
**amine** [9] - 51:20, 61:12, 76:1, 76:3, 76:6, 178:20, 178:21, 178:24, 179:1
**amines** [7] - 51:21, 52:2, 52:6, 76:2, 76:4, 178:10
**amount** [17] - 9:14, 14:10, 25:16, 71:12, 73:19, 78:2, 82:2, 83:25, 95:11, 110:9, 110:11, 137:18, 137:19, 137:25, 186:10, 187:12, 199:12
**amounts** [6] - 32:8, 95:16, 187:22, 188:5, 199:19, 199:24
**ample** [3] - 76:20, 77:11, 88:16
**analogy** [3] - 186:12, 186:15, 186:18
**analysis** [9] - 33:6, 33:7, 98:8, 98:10, 102:4, 114:14, 115:3, 190:11, 195:24
**analyst's** [1] - 114:18
**analysts** [1] - 114:2
**Analysts** [1] - 114:6

**analytical** [1] - 10:10
**Anchen** [3] - 104:22, 148:3, 181:21
**ANCHEN** [1] - 104:22
**Andrews** [1] - 139:20
**animal** [17] - 9:18, 9:20, 9:21, 57:3, 57:7, 57:11, 138:4, 138:24, 139:1, 139:8, 142:22, 146:2, 167:9, 168:4, 168:9, 192:9
**Animal** [1] - 117:25
**animals** [1] - 57:7
**announcing** [1] - 114:1
**answer** [14] - 23:19, 55:9, 66:20, 74:21, 118:23, 136:2, 155:23, 166:7, 180:24, 187:23, 191:7, 193:25, 200:12
**ANSWER** [2] - 97:12, 134:10
**answered** [1] - 97:23
**antagonist** [3] - 117:17, 118:9, 145:23
**antagonist-resistant** [1] - 145:23
**Antagonists** [1] - 141:8
**antagonists** [12] - 121:7, 122:6, 142:1, 144:13, 144:14, 144:15, 145:16, 145:21, 162:16, 189:15, 189:19, 193:11
**antibiotics** [1] - 11:2
**anticancer** [1] - 195:5
**anticipate** [4] - 83:14, 90:4, 159:24, 166:20
**anticipated** [2] - 138:19, 154:14
**antiemetic** [13] - 18:19, 70:2, 88:17, 93:12, 115:1, 117:16, 118:9, 132:22, 135:3, 139:3, 140:2, 141:19, 142:1
**Antiemetic** [2] - 141:8, 194:14
**antiemetics** [5] - 92:25, 93:5, 121:20, 126:11, 127:25
**Antiemetics** [1] - 120:7
**antioxidant** [1] - 31:7
**antipsychotic** [1] - 106:1
**anyway** [2] - 156:16, 179:24
**apart** [1] - 53:19
**API** [5] - 28:12, 34:19, 34:20, 34:21, 90:2
**apologize** [1] - 127:1
**appear** [1] - 23:10
**appearance** [1] - 76:3
**appeared** [6] - 62:9, 65:9, 66:11, 66:12, 184:13, 194:7
**appendages** [1] - 178:18
**appendix** [1] - 99:19

**application** [3] - 90:21, 187:12, 199:11
**Applications** [1] - 11:12
**applied** [1] - 17:16
**approach** [4] - 32:21, 36:3, 91:24, 97:3
**approaches** [1] - 145:20
**appropriate** [7] - 25:16, 31:25, 41:5, 80:9, 85:1, 85:4, 107:2
**approval** [12] - 11:17, 11:20, 90:17, 90:22, 94:3, 94:7, 94:11, 94:15, 94:18, 170:13, 170:17, 170:24
**approximate** [1] - 168:22
**April** [2] - 97:2, 116:16
**apropos** [1] - 161:12
**aqueous** [2] - 25:23, 50:25
**area** [3] - 57:19, 128:18, 190:16
**areas** [1] - 15:7
**argue** [1] - 168:3
**argument** [1] - 169:21
**arise** [1] - 16:6
**arm** [1] - 161:20
**arrive** [6] - 33:7, 35:15, 73:16, 77:16, 84:23, 85:4
**arriving** [1] - 85:23
**Art** [1] - 101:18
**art** [53] - 19:13, 19:16, 20:15, 29:3, 43:24, 46:25, 47:4, 47:11, 47:16, 47:19, 47:20, 59:21, 65:3, 65:7, 65:10, 66:9, 67:24, 68:6, 68:9, 69:18, 71:9, 71:10, 72:7, 72:14, 72:21, 73:10, 73:25, 74:4, 74:11, 76:9, 78:4, 79:15, 80:3, 80:14, 83:8, 86:13, 88:15, 102:6, 105:25, 115:13, 115:15, 115:18, 120:17, 120:20, 120:23, 122:12, 162:24, 163:2, 179:23, 187:9, 188:12, 189:14, 199:9
**article** [35] - 40:24, 56:10, 56:12, 58:8, 61:23, 63:9, 67:19, 67:20, 115:24, 116:15, 116:18, 116:22, 118:24, 120:4, 120:11, 120:17, 120:19, 121:17, 134:22, 137:9, 140:10, 140:13, 143:12, 143:16, 143:18, 144:5, 145:6, 145:8, 145:10, 145:11, 164:11, 175:10, 192:12, 192:15, 193:23
**articles** [5] - 20:3, 40:18, 55:24, 63:19, 63:20
**articulate** [1] - 131:19
**ascertain** [2] - 187:12,

199:11
**aspects** [3] - 38:3, 126:13, 126:22
**aspirin** [1] - 29:20
**assembled** [1] - 49:6
**assert** [1] - 135:1
**asserted** [6] - 18:13, 18:15, 18:20, 18:23, 19:1, 184:6
**assertion** [1] - 189:19
**assess** [1] - 92:13
**assigned** [8] - 113:5, 126:16, 127:7, 147:2, 147:3, 147:6, 147:11, 147:14
**assignee** [1] - 48:2
**assignment** [2] - 87:25, 135:23
**assist** [5] - 8:23, 33:6, 40:12, 43:25, 46:14
**associate** [2] - 9:13, 98:13
**associated** [16] - 16:6, 16:7, 16:9, 25:14, 28:17, 28:23, 31:17, 32:15, 38:20, 44:12, 76:4, 82:17, 114:20, 125:12, 132:17, 159:18
**Association** [4] - 17:7, 17:8, 17:10, 17:11
**assume** [1] - 169:21
**assuming** [4] - 28:17, 88:12, 112:12, 200:24
**Astra** [2] - 147:18, 147:24
**AstraZeneca** [8] - 148:3, 181:21, 183:19, 184:3, 184:6, 184:16, 184:19, 185:1
**AstraZenica** [3] - 104:22, 104:25, 122:14
**atom** [7] - 50:16, 50:17, 50:18, 50:19, 51:18, 51:19
**attached** [2] - 50:21, 196:23
**attack** [4] - 173:23, 174:3, 174:7, 174:13
**attempt** [2] - 46:21, 84:25
**attempting** [3] - 133:13, 134:8, 191:6
**attempts** [1] - 120:22
**attend** [1] - 6:4
**attention** [2] - 141:18, 186:25
**Attorneys** [3] - 2:5, 2:9, 2:14
**attribute** [1] - 44:19
**attributed** [1] - 82:20
**attributes** [2] - 37:7, 92:14
**August** [1] - 113:19
**author** [1] - 145:9
**author's** [1] - 145:24
**authors** [19] - 56:1, 66:23, 138:9, 138:16, 140:14, 140:16, 142:6, 142:8, 143:9, 143:18, 152:21, 161:11, 162:11, 164:14, 166:25,

176:14, 177:1, 193:16, 194:4
**authors'** [2] - 142:21, 144:18
**autooxidation** [2] - 175:8, 176:10
**available** [21] - 6:14, 33:21, 33:23, 40:12, 40:17, 46:10, 46:25, 47:14, 67:25, 71:10, 86:13, 112:16, 115:16, 115:18, 115:24, 116:22, 124:13, 159:16, 162:24, 165:3, 197:14
**aware** [21] - 105:16, 109:3, 118:8, 118:11, 130:9, 155:1, 158:25, 159:2, 159:3, 159:6, 159:11, 159:13, 159:14, 159:15, 179:5, 180:14, 180:16, 180:17, 180:19, 181:18, 181:19
**azasetron** [1] - 178:6

**B**

**B.S** [1] - 6:8
**bachelor** [2] - 9:12, 13:17
**bachelor-level** [1] - 9:12
**background** [4] - 5:18, 11:12, 19:25, 40:15
**bag** [2] - 46:2, 160:23
**bailiwick** [1] - 114:17
**balance** [1] - 197:8
**balancing** [1] - 26:7
**balk** [1] - 26:21
**BARKER** [1] - 2:12
**base** [3] - 41:12, 82:15, 153:19
**based** [17] - 5:17, 23:13, 31:22, 49:18, 81:9, 88:3, 139:8, 150:10, 154:13, 164:7, 164:9, 165:14, 167:8, 168:8, 182:12, 182:25, 183:2
**basic** [1] - 40:16
**basis** [14] - 26:24, 122:11, 122:13, 125:16, 125:18, 131:11, 131:12, 142:21, 144:18, 144:22, 145:3, 162:15, 183:10, 190:7
**batches** [2] - 75:5
**Bateman** [1] - 176:5
**became** [2] - 48:20, 95:1
**become** [3] - 13:17, 23:12, 129:19
**becomes** [2] - 39:16, 165:3
**becoming** [2] - 10:25
**begin** [7] - 27:2, 31:12, 82:3, 82:8, 84:16, 150:13, 154:20
**beginning** [6] - 21:5, 121:6, 124:10, 131:17, 138:25, 144:9

**begins** [2] - 117:1, 117:12
**behalf** [4] - 96:12, 96:22, 97:10, 202:10
**behavioral** [1] - 195:9
**behind** [1] - 42:1
**bells** [1] - 70:25
**below** [1] - 199:4
**bench** [1] - 19:21
**benefit** [1] - 180:11
**benzene** [1] - 59:2
**benzofuran** [2] - 174:7, 174:15
**Berenato** [1] - 1:24
**Berenato-Tell** [1] - 1:24
**best** [7] - 62:23, 94:16, 101:13, 101:14, 132:23, 133:2, 165:1
**Betts** [1] - 176:5
**between** [12] - 13:15, 36:3, 58:14, 59:14, 71:22, 90:19, 90:21, 166:23, 173:3, 173:6, 197:2
**beyond** [3] - 32:25, 89:4, 162:6
**Bezold** [5] - 138:10, 142:13, 192:10, 193:6, 193:14
**BEZOLD** [1] - 138:10
**Bezold-Jarisch** [3] - 142:13, 192:10, 193:14
**bicyclic** [1] - 178:22
**big** [4] - 36:1, 55:1, 114:12, 114:20
**bigger** [1] - 199:3
**biggest** [1] - 27:17
**billion** [2] - 112:20, 113:14
**binder** [5] - 123:4, 156:4, 156:14, 156:16, 156:21
**binding** [3] - 57:13, 65:25, 190:1
**bioavailability** [1] - 144:11
**biological** [1] - 183:5
**Biology** [1] - 143:23
**bit** [15] - 4:10, 4:25, 19:4, 21:7, 22:3, 43:17, 47:13, 73:18, 106:6, 139:12, 146:15, 162:1, 191:4, 199:3
**blocking** [2] - 57:6, 57:9
**Blood** [1] - 189:23
**blood** [6] - 38:17, 39:18, 39:19, 43:11, 160:1
**bloodstream** [1] - 184:13
**blow** [1] - 177:22
**blown** [1] - 107:21
**body** [6] - 7:3, 15:16, 15:17, 15:20, 15:21, 16:4, 16:8, 38:4, 38:8, 38:17, 38:18, 65:18
**body's** [1] - 37:22
**boilerplate** [1] - 54:19
**bolus** [3] - 160:7, 161:19,

162:1
**bond** [1] - 178:21
**bonds** [2] - 51:19, 178:20
**book** [13] - 30:10, 40:23, 40:24, 44:8, 76:1, 92:7, 130:4, 176:18, 176:22, 176:24, 176:25, 177:2
**books** [1] - 176:21
**bottom** [9] - 108:16, 120:25, 121:1, 121:3, 152:7, 167:15, 199:24, 200:7
**boundary** [4] - 22:9, 24:25, 26:11, 80:23
**box** [1] - 127:15
**boxes** [2] - 21:22, 22:3
**bracket** [4] - 34:13, 81:4, 82:7, 167:4
**bracketing** [1] - 83:9
**bradycardia** [1] - 193:10
**brand** [2] - 113:22, 113:25
**break** [3] - 42:7, 42:8, 146:10
**BRENDAN** [1] - 2:12
**Brief** [2] - 42:12, 146:12
**brief** [1] - 22:4
**bring** [4] - 38:21, 40:7, 73:20, 75:22
**bringing** [1] - 125:13
**brings** [1] - 14:13
**broad** [3] - 140:21, 185:14, 197:5
**Broadhead** [15] - 40:24, 41:17, 44:5, 44:7, 44:8, 44:20, 44:22, 45:4, 45:12, 45:13, 73:11, 74:6, 103:17, 196:1, 196:4
**broadly** [1] - 188:6
**BUDD** [1] - 2:6
**buffer** [11] - 41:7, 41:9, 41:10, 41:13, 45:5, 45:8, 45:9, 73:24, 74:1, 74:5
**buffering** [2] - 38:19, 45:1
**buffers** [4] - 41:4, 44:24, 45:11, 74:1
**bullet** [5] - 90:8, 90:14, 180:20, 180:21, 181:6
**bunch** [1] - 31:20
**burden** [1] - 182:23
**butter** [1] - 160:15
**butterfly** [1] - 160:15
**buy** [1] - 114:11
**buying** [1] - 114:18
**BY** [120] - 2:3, 2:4, 2:7, 2:13, 5:9, 7:9, 7:23, 9:23, 11:22, 13:24, 16:11, 18:11, 20:13, 23:15, 25:8, 26:15, 27:7, 28:6, 36:14, 39:5, 42:15, 43:12, 43:19, 46:5, 47:25, 49:4, 51:5, 51:25, 54:1, 55:15, 58:3, 58:22,

60:16, 68:8, 69:17, 71:7, 73:7, 77:8, 79:11, 80:13, 83:7, 85:16, 86:6, 87:11, 88:11, 89:14, 92:5, 94:20, 96:17, 97:8, 98:3, 98:25, 99:11, 107:15, 107:19, 108:8, 110:13, 111:1, 112:11, 115:22, 116:7, 119:2, 119:8, 120:15, 121:14, 123:8, 124:18, 124:25, 125:10, 127:5, 127:20, 130:6, 131:1, 132:9, 134:4, 134:16, 136:5, 137:4, 139:15, 139:19, 142:16, 143:14, 145:19, 146:14, 149:15, 151:12, 153:15, 157:1, 161:10, 162:10, 165:12, 166:6, 171:16, 172:22, 173:17, 175:16, 177:9, 177:19, 180:3, 181:12, 182:21, 183:17, 185:16, 186:3, 186:21, 187:18, 188:9, 188:23, 189:9, 191:1, 192:6, 193:12, 194:11, 195:21, 197:1, 197:15, 199:6, 200:13, 200:21, 201:18

**C**

**calculate** [2] - 82:23, 83:22
**calculation** [5] - 81:6, 82:15, 140:9, 153:19, 165:25
**calculations** [6] - 36:10, 81:7, 81:8, 84:11, 196:6, 200:15
**calculator** [4] - 157:13, 157:14, 200:17, 200:22
**Calderari** [1] - 115:4
**Calderari's** [1] - 36:16
**California** [1] - 117:3
**cancer** [1] - 7:14
**candidates** [1] - 87:15
**capacity** [1] - 38:19
**capsule** [1] - 24:15
**capsules** [1] - 106:25
**carbon** [1] - 51:18
**career** [3] - 8:25, 137:23, 158:19
**Carol** [1] - 1:25
**carried** [1] - 36:19
**case** [52] - 5:13, 9:9, 17:25, 18:13, 20:24, 25:9, 37:19, 62:22, 67:17, 86:1, 88:25, 89:5, 91:7, 96:7, 96:9, 97:15, 98:11, 104:22, 105:11, 117:3, 117:9, 117:12, 117:15, 122:23, 147:18, 147:19, 149:2, 149:17, 149:19, 149:21, 149:22,

149:23, 151:7, 159:1, 159:4, 163:20, 179:21, 181:21, 181:24, 183:22, 184:4, 184:6, 184:7, 184:8, 184:16, 184:19, 185:1, 185:8, 185:14, 198:18, 198:20
**cases** [1] - 114:11
**cash** [1] - 113:15
**category** [3] - 112:1, 112:5, 112:8
**catheter** [1] - 160:15
**caused** [1] - 94:7
**caution** [2] - 140:14, 164:14
**cautioned** [1] - 166:25
**caveat** [1] - 86:5
**CCP** [1] - 1:25
**CCR** [2] - 1:24, 1:25
**cells** [1] - 39:19
**centers** [1] - 189:4
**century** [2] - 6:17, 21:5
**certain** [11] - 26:11, 43:25, 44:1, 105:3, 126:13, 126:21, 126:22, 133:3, 142:22, 163:23, 183:3
**certainly** [18] - 20:10, 20:16, 26:23, 27:14, 34:23, 35:25, 72:8, 114:21, 114:24, 119:24, 120:18, 121:19, 128:17, 134:1, 158:5, 178:15, 196:24, 202:17
**Certified** [1] - 1:23
**cetera** [2] - 119:19, 181:22
**change** [2] - 41:11, 41:12
**changed** [1] - 95:4
**changes** [3] - 27:6, 35:10, 172:24
**chapter** [1] - 44:8
**characteristic** [1] - 34:22
**characteristics** [2] - 15:8, 136:22
**characterization** [3] - 8:19, 63:23, 140:16
**characterize** [7] - 36:18, 47:11, 71:10, 128:8, 130:1, 170:18, 173:8
**characterized** [1] - 36:20
**characterizing** [1] - 22:14
**charge** [4] - 12:20, 50:12, 50:13, 85:18
**CHARLES** [1] - 2:4
**check** [7] - 72:19, 73:1, 73:22, 74:8, 74:16, 85:6, 85:11
**chelating** [12] - 31:7, 43:24, 44:2, 44:4, 63:6, 63:17, 76:17, 162:23, 163:14, 163:22, 197:19, 197:22
**Chelly** [8] - 66:12, 66:15, 66:25, 67:19, 67:20, 68:11, 69:15, 83:22

**chemical** [19] - 8:19, 20:6, 29:14, 48:11, 48:18, 48:19, 48:21, 48:22, 49:6, 49:21, 50:15, 56:23, 60:21, 62:3, 107:25, 108:5, 173:6, 178:5
**chemically** [1] - 56:15
**chemically-related** [2] - 46:12, 48:9
**chemist** [2] - 52:19, 53:5
**chemistry** [6] - 6:11, 6:19, 6:21, 71:13, 76:1
**Chemistry** [1] - 56:3
**chemists** [4] - 10:10, 10:11, 64:1
**chemotherapy** [4] - 54:10, 113:14, 138:17, 138:20
**chemotherapy-induced** [2] - 54:10, 138:17, 138:20
**chief** [3] - 91:8, 117:2, 117:10
**children** [1] - 24:12
**chiral** [1] - 189:4
**chloride** [7] - 44:18, 50:25, 51:3, 68:25, 69:2, 69:8, 69:10
**chlorine** [3] - 50:7, 50:17, 50:19
**choosing** [1] - 125:22
**chosen** [1] - 154:17
**chronologically** [1] - 66:22
**CINV** [5] - 54:10, 57:8, 64:22, 67:15, 67:17, 70:2, 72:21, 72:25, 162:16
**circumstance** [1] - 184:11
**circumstances** [3] - 43:25, 163:22, 184:14
**cisplatin** [4] - 57:6, 57:8, 195:6, 195:8
**cisplatin-induced** [2] - 57:6, 57:8
**citation** [2] - 156:16, 176:11
**cite** [4] - 123:25, 153:23, 158:14, 176:14
**cited** [6] - 98:18, 99:2, 100:12, 100:16, 106:8, 106:13, 165:5, 196:10
**cites** [1] - 43:5
**citing** [3] - 139:20, 158:14, 176:4
**citrate** [4] - 45:2, 73:23, 73:24, 74:1
**CIVIL** [1] - 1:5
**Cl** [2] - 50:9, 50:14
**Claim** [1] - 19:2, 19:6, 71:19, 86:7, 105:1, 198:11, 198:22
**claim** [20] - 4:25, 18:25, 71:20, 71:22, 75:10, 77:10, 77:23, 86:7, 86:9, 90:9, 90:15, 99:8, 105:2, 105:9,

134:24, 151:9, 151:10, 151:16, 169:23, 180:23
**claimed** [8] - 58:19, 76:22, 84:23, 89:15, 89:17, 90:2, 180:12, 186:16
**claims** [8] - 18:20, 18:23, 19:1, 71:18, 73:3, 77:24, 157:11, 181:24
**clarify** [2] - 119:9, 136:6
**Clark** [11] - 56:6, 56:9, 56:10, 56:11, 56:12, 56:18, 58:4, 58:8, 59:9, 59:11, 103:9
**Clarkson** [1] - 1:11
**class** [14] - 48:8, 55:1, 55:7, 55:10, 58:13, 117:17, 117:20, 121:9, 123:25, 144:19, 144:25, 146:6, 170:20, 185:21
**clean** [1] - 169:10
**clear** [4] - 10:14, 69:15, 96:14, 96:19
**CLERK** [1] - 5:4
**clinic** [1] - 11:9
**Clinical** [1] - 65:14
**clinical** [47] - 6:22, 6:25, 7:3, 7:4, 8:13, 8:21, 8:23, 8:24, 10:9, 15:1, 21:23, 22:8, 72:9, 72:18, 75:4, 75:6, 83:18, 84:3, 88:18, 92:22, 93:4, 93:14, 93:16, 95:15, 96:3, 118:16, 128:4, 128:9, 128:15, 128:16, 128:17, 128:19, 128:20, 141:12, 146:22, 150:18, 150:19, 150:20, 150:22, 150:24, 151:1, 155:2, 162:20, 195:10, 198:14
**clinician** [8] - 83:16, 85:21, 85:23, 88:5, 105:13, 105:17, 106:1, 135:2
**clinicians** [10] - 20:19, 92:14, 104:14, 111:12, 111:13, 111:24, 121:19, 125:21, 127:15, 136:17
**clinics** [1] - 141:1
**close** [3] - 43:16, 100:13, 157:6
**closely** [1] - 195:9
**closer** [1] - 93:2
**clumsy** [1] - 34:6
**CMC** [1] - 115:5
**co** [1] - 66:12
**co-workers** [1] - 66:12
**collaborate** [2] - 14:5, 20:15
**collaborated** [1] - 9:21
**collaborating** [1] - 88:9
**colleague** [1] - 182:2
**colleagues** [4] - 56:2,

68:12, 135:15, 172:6
**collect** [1] - 128:11
**collecting** [1] - 119:11
**collects** [1] - 119:13
**College** [4] - 5:21, 5:22, 6:2, 13:9
**college** [1] - 6:4
**Column** [1] - 106:19, 108:15, 108:16, 186:25, 188:19, 188:24, 199:1
**column** [6] - 98:23, 117:1, 130:20, 148:4, 187:4, 194:14
**combination** [7] - 14:8, 29:5, 31:13, 32:13, 41:11, 65:24, 107:4
**combinations** [2] - 35:2, 35:5
**combine** [1] - 86:9
**comfort** [3] - 37:15, 39:3, 39:16
**comment** [6] - 54:7, 57:2, 64:21, 122:13, 142:21, 161:12
**commented** [3] - 56:25, 64:11, 132:23
**comments** [1] - 185:2
**commercial** [3] - 8:14, 8:21, 11:10
**commercialization** [2] - 22:1, 23:2
**commercialized** [1] - 11:1
**common** [15] - 19:8, 19:10, 25:13, 39:21, 39:22, 41:2, 41:4, 45:1, 45:5, 63:6, 63:14, 74:1, 76:12, 76:16, 197:22
**commonality** [1] - 197:19
**commonly** [2] - 19:8, 44:14
**communication** [1] - 117:5
**community** [1] - 14:23
**companies** [4] - 148:23, 149:9, 185:7, 191:16
**Company** [1] - 7:17
**company** [4] - 117:5, 149:13, 149:20, 185:3
**compare** [5] - 58:24, 140:4, 200:2, 200:8, 200:14
**compared** [8] - 38:17, 58:6, 59:9, 81:13, 114:12, 140:9, 171:17, 173:11
**comparing** [1] - 98:14
**comparison** [9] - 64:7, 140:5, 140:11, 140:19, 164:9, 164:18, 166:23, 166:25, 186:19
**comparisons** [1] - 164:15
**compatible** [3] - 37:13, 38:3, 39:24
**compendial** [1] - 81:25
**compendium** [1] - 120:12
**compete** [1] - 148:24

**competition** [1] - 121:22
**competitive** [1] - 111:25
**competitor** [2] - 60:12, 112:3
**competitors** [2] - 25:4, 111:15
**complete** [3] - 32:5, 129:5, 129:12
**completely** [1] - 53:10
**components** [6] - 19:5, 19:9, 23:9, 23:13, 31:17, 32:15
**composed** [1] - 54:20
**composition** [4] - 15:8, 55:4, 107:3, 187:6
**compositions** [1] - 106:21
**Compositions** [1] - 106:24
**compound** [51] - 24:7, 24:9, 28:1, 28:3, 28:18, 28:19, 28:21, 28:23, 48:7, 49:9, 54:23, 57:2, 58:10, 59:6, 60:24, 61:4, 61:20, 62:9, 63:3, 63:25, 64:14, 68:23, 69:7, 71:13, 71:16, 72:8, 72:15, 75:19, 79:21, 81:2, 107:3, 110:1, 110:11, 113:4, 125:13, 128:12, 128:13, 132:24, 135:3, 136:19, 164:22, 171:17, 171:22, 172:7, 173:3, 175:5, 177:12, 186:10, 187:13, 191:17, 199:12
**compounded** [1] - 124:11
**compounds** [57] - 11:1, 11:5, 11:8, 11:25, 12:1, 20:6, 29:18, 29:20, 46:12, 46:13, 48:8, 48:9, 48:17, 54:6, 55:12, 55:17, 56:14, 58:6, 58:7, 58:9, 58:19, 59:10, 59:12, 59:18, 60:20, 60:22, 63:14, 64:8, 75:24, 81:3, 92:20, 106:20, 109:4, 109:8, 109:9, 110:2, 110:3, 110:5, 110:7, 111:20, 123:25, 124:11, 124:12, 132:22, 140:18, 140:24, 144:19, 144:25, 170:19, 178:1, 178:10, 179:16, 186:23, 188:5, 189:1
**comprised** [1] - 107:9
**computations** [2] - 35:14, 36:7
**computer** [2] - 36:9, 36:12
**computerized** [1] - 36:21
**conceivable** [2] - 113:1, 164:1
**concentrate** [1] - 165:21
**concentration** [96] - 15:19, 34:13, 34:17, 34:21, 62:1, 62:9, 62:11, 63:4, 63:16,

68:19, 72:1, 72:2, 73:15, 73:17, 74:3, 76:15, 76:19, 76:23, 76:25, 77:17, 77:25, 78:2, 78:3, 78:8, 78:15, 78:17, 79:9, 79:12, 79:18, 79:21, 79:24, 79:25, 80:4, 80:5, 80:7, 80:11, 80:20, 80:24, 81:5, 81:11, 81:21, 82:1, 82:3, 82:9, 82:10, 82:11, 82:20, 82:21, 83:5, 83:9, 84:5, 84:7, 84:12, 84:17, 84:22, 84:24, 85:1, 85:5, 85:23, 86:2, 134:24, 135:10, 135:13, 135:19, 137:16, 137:21, 140:8, 150:10, 150:14, 154:15, 154:16, 154:18, 157:11, 157:16, 164:4, 164:19, 164:21, 165:9, 165:13, 165:24, 166:9, 166:14, 167:15, 168:1, 168:13, 168:20, 169:13, 175:4, 175:9, 175:18, 175:23, 176:11, 176:20
**concentration-related** [1] - 164:4
**concentrations** [23] - 32:9, 32:13, 35:4, 45:5, 62:6, 74:6, 79:16, 80:1, 80:8, 80:15, 80:19, 81:23, 82:2, 84:16, 133:9, 137:16, 140:21, 152:9, 152:11, 154:10, 154:11, 174:22, 175:12
**concern** [1] - 133:23
**concerned** [1] - 16:1
**concerns** [1] - 94:12
**conclude** [5] - 56:18, 114:25, 115:18, 152:21, 201:12
**concluded** [2] - 153:1, 153:2
**concludes** [3] - 118:13, 152:21, 155:11
**conclusion** [10] - 124:5, 129:14, 129:16, 129:18, 142:22, 144:19, 144:21, 175:1, 182:19, 183:2
**conclusions** [5] - 138:22, 138:23, 139:7, 145:5, 145:14
**Conclusions** [1] - 122:5
**condition** [5] - 24:11, 35:12, 40:8, 75:13, 152:25
**conditions** [15] - 19:9, 22:9, 24:25, 26:11, 27:23, 27:24, 29:20, 31:14, 35:18, 53:9, 61:18, 62:24, 80:23, 86:25, 184:14
**conduct** [9] - 27:19, 31:19, 32:1, 32:12, 32:17, 33:2, 33:10, 35:9, 140:22

**conducted** [9] - 23:8, 59:23, 65:9, 72:10, 98:10, 138:9, 138:15, 138:16, 138:18
**conducting** [4] - 32:21, 33:9, 35:18, 74:22
**confer** [1] - 42:2
**conferred** [1] - 4:18
**configuration** [2] - 86:1, 189:5
**confirm** [2] - 75:9, 77:15
**confirmation** [1] - 58:16
**confirmed** [1] - 175:7
**conflict** [1] - 98:9
**connection** [3] - 95:9, 100:21, 179:20
**Connors** [3] - 176:5, 176:14, 176:18
**connotes** [1] - 41:13
**consequently** [1] - 105:23
**Consequently"** [1] - 105:22
**consider** [11] - 30:25, 37:9, 37:14, 46:8, 116:11, 125:22, 147:1, 158:22, 183:3, 196:20, 197:2
**considerable** [1] - 136:20
**consideration** [2] - 34:23, 37:15
**considerations** [2] - 37:11, 88:25
**considered** [11] - 18:16, 19:12, 38:12, 38:14, 43:18, 45:24, 46:17, 96:7, 107:3, 107:9, 116:8
**considering** [1] - 63:9
**consistent** [3] - 23:22, 86:1, 172:16
**CONSTANCE** [1] - 2:8
**construction** [4] - 99:8, 151:9, 151:10, 151:16
**consulted** [1] - 96:8
**consulting** [3] - 95:19, 95:21, 95:25
**contact** [1] - 76:2
**contain** [2] - 132:20, 132:25
**contained** [5] - 59:2, 59:3, 60:21, 79:17, 188:16
**container** [1] - 196:21
**containing** [2] - 100:14, 155:2
**contains** [8] - 19:2, 35:22, 45:18, 48:21, 51:10, 127:9, 165:25, 186:4
**contentions** [4] - 100:25, 101:9, 101:16, 103:9
**contents** [1] - 99:25
**context** [7] - 21:22, 139:13, 152:4, 152:24, 153:4, 157:6, 182:20
**continue** [3] - 4:4, 102:9,

139:25
**continues** [2] - 117:25, 186:2
**continuing** [3] - 108:17, 139:16
**contracts** [1] - 14:12
**contrast** [1] - 151:24
**contribute** [1] - 40:6
**contributed** [1] - 44:8
**contributing** [1] - 89:20
**contribution** [2] - 40:4, 89:24
**controlling** [3] - 31:6, 41:13, 184:12
**convenience** [1] - 124:22
**convenient** [2] - 92:8, 196:25, 197:8
**COOPER** [1] - 1:14
**Cooper** [1] - 166:18
**Cooper's** [1] - 111:18
**corner** [4] - 116:19, 148:13, 187:1, 192:19
**correct** [360] - 7:22, 10:20, 12:11, 12:22, 13:1, 13:22, 14:16, 18:24, 23:24, 37:23, 38:6, 41:19, 43:9, 49:2, 53:1, 53:3, 53:17, 53:23, 57:13, 58:21, 65:1, 68:23, 69:6, 73:5, 78:9, 78:16, 78:18, 78:20, 92:11, 92:12, 92:15, 92:16, 92:17, 92:18, 92:20, 92:21, 92:25, 93:1, 93:5, 93:6, 93:8, 93:9, 93:12, 93:13, 93:14, 93:15, 93:16, 93:17, 93:19, 93:20, 93:22, 93:24, 94:1, 94:2, 94:4, 94:8, 94:9, 94:16, 95:7, 95:8, 95:17, 95:18, 95:19, 95:21, 95:25, 96:1, 96:4, 96:5, 96:9, 96:10, 96:13, 96:23, 96:24, 97:18, 97:21, 99:6, 100:7, 100:24, 101:13, 101:14, 101:21, 102:7, 102:8, 102:15, 103:1, 103:2, 103:7, 103:14, 103:15, 103:21, 103:23, 103:24, 104:1, 104:8, 104:12, 104:13, 104:15, 104:16, 104:18, 104:19, 104:20, 105:14, 105:15, 105:19, 106:9, 106:11, 106:16, 108:1, 108:10, 108:13, 108:14, 108:20, 108:23, 109:1, 109:2, 109:6, 109:10, 109:14, 109:15, 109:17, 109:20, 109:21, 109:23, 109:24, 110:1, 110:6, 110:8, 110:17, 110:22, 110:23, 111:7, 111:8, 111:16, 112:5, 112:15, 112:17, 112:20,

113:9, 113:23, 113:25,
114:14, 116:18, 116:23,
117:10, 118:10, 118:21,
119:6, 119:14, 119:15,
119:18, 121:22, 121:23,
122:24, 123:15, 124:6,
125:2, 125:8, 125:17, 126:2,
126:3, 126:18, 127:19,
128:4, 128:16, 128:19,
128:21, 128:24, 129:6,
130:13, 130:14, 132:1,
132:2, 132:5, 132:14,
132:22, 133:1, 133:2,
133:10, 133:11, 133:15,
134:24, 134:25, 135:24,
136:25, 137:7, 137:8,
137:10, 137:11, 137:13,
137:14, 137:17, 137:20,
137:22, 137:25, 138:3,
138:6, 138:7, 138:11,
138:17, 138:20, 138:21,
139:8, 139:9, 140:10, 141:1,
141:2, 141:21, 142:12,
142:15, 142:18, 142:19,
142:24, 142:25, 143:4,
143:9, 143:10, 143:21,
144:7, 145:13, 145:24,
146:20, 146:25, 147:3,
147:4, 147:5, 147:11,
147:15, 147:22, 149:3,
149:5, 149:6, 149:25,
150:11, 150:16, 150:17,
150:18, 150:21, 151:2,
151:3, 151:8, 151:15, 153:3,
153:14, 153:18, 153:20,
153:22, 153:24, 154:7,
154:8, 154:13, 154:23,
154:25, 155:6, 155:7,
155:17, 155:20, 156:3,
156:20, 157:9, 157:13,
157:16, 157:21, 158:17,
158:20, 158:23, 161:2,
161:7, 162:14, 162:17,
162:20, 162:21, 162:25,
163:1, 163:4, 163:9, 163:10,
163:13, 163:15, 163:19,
163:20, 163:24, 164:7,
164:8, 164:12, 166:19,
167:9, 167:12, 167:17,
167:20, 167:23, 168:5,
168:9, 168:10, 168:14,
168:21, 168:23, 169:1,
169:4, 169:7, 169:8, 169:14,
170:8, 170:10, 170:11,
170:13, 170:25, 172:2,
172:3, 172:9, 172:25, 173:9,
174:16, 174:19, 174:23,
174:24, 175:5, 175:6, 175:9,
176:15, 176:21, 178:10,
179:3, 179:4, 179:7, 179:13,
179:21, 179:22, 180:10,

180:12, 180:13, 181:15,
181:17, 182:1, 182:8,
182:10, 182:12, 183:11,
184:2, 187:17, 188:13,
188:22, 192:5, 192:14,
192:21, 192:22, 193:2,
194:2, 194:9, 194:10,
194:21, 195:25, 196:3,
199:16, 199:17, 202:12
   **Correct** [1] - 1:23
   **correctly** [4] - 97:13, 97:14,
168:8, 195:19
   **correlates** [1] - 67:22
   **corresponds** [1] - 154:6
   **cost** [1] - 118:4
   **counsel** [9] - 67:15, 107:8,
108:4, 124:16, 139:11,
155:22, 183:16, 187:15,
190:24
   **couple** [9] - 4:13, 19:18,
34:10, 34:11, 56:22, 65:7,
164:4, 183:15, 185:17
   **course** [13] - 16:22, 16:24,
20:8, 20:9, 20:14, 20:17,
24:20, 33:13, 46:9, 74:21,
74:24, 95:4, 181:13
   **courses** [2] - 15:4, 16:20
   **COURT** [260] - 1:1, 4:2, 4:4,
4:6, 4:8, 4:16, 6:13, 6:24,
7:6, 7:21, 9:5, 9:16, 9:18,
11:21, 12:16, 12:18, 12:23,
13:3, 13:6, 13:12, 13:20,
13:23, 15:13, 15:22, 15:25,
16:4, 18:10, 20:9, 23:3, 25:6,
25:20, 26:2, 26:5, 26:21,
28:4, 33:17, 33:24, 34:3,
34:19, 35:19, 35:22, 36:13,
37:17, 37:24, 38:2, 38:7,
38:24, 41:7, 41:13, 41:21,
41:24, 42:1, 42:5, 42:8,
42:10, 42:13, 43:4, 43:15,
45:20, 45:22, 48:21, 48:25,
49:3, 49:22, 50:1, 50:8,
50:10, 50:14, 50:18, 50:21,
51:11, 51:14, 52:18, 52:21,
52:25, 53:2, 53:4, 53:15,
53:18, 53:22, 53:24, 54:23,
54:25, 55:3, 55:6, 55:11,
55:14, 57:9, 57:17, 57:20,
57:22, 57:24, 58:2, 58:18,
60:2, 60:6, 60:10, 60:15,
67:13, 67:18, 67:22, 68:1,
68:7, 68:21, 69:1, 69:4, 69:9,
69:12, 70:17, 70:23, 71:5,
73:2, 73:6, 78:5, 78:15,
78:17, 78:19, 78:22, 80:11,
82:24, 83:3, 85:13, 86:4,
86:20, 87:2, 87:6, 87:9,
87:24, 88:7, 89:6, 89:8,
89:11, 89:13, 90:18, 91:1,

91:3, 91:9, 91:12, 91:16,
91:18, 91:21, 91:23, 92:1,
92:4, 94:19, 96:14, 97:4,
97:7, 97:24, 98:1, 99:8,
107:8, 107:11, 107:13,
108:4, 110:10, 115:14,
115:21, 116:3, 116:6,
118:23, 119:4, 119:7, 120:9,
120:12, 121:13, 123:1,
124:17, 125:6, 125:9,
126:20, 127:2, 127:4,
127:18, 133:23, 134:15,
135:20, 136:11, 136:15,
136:21, 137:3, 139:11,
139:18, 142:13, 145:6,
145:11, 145:14, 146:11,
146:13, 149:8, 151:9, 153:6,
153:9, 153:11, 155:22,
155:25, 156:4, 156:6,
156:14, 156:18, 156:21,
156:24, 159:23, 160:4,
160:10, 160:13, 160:22,
161:1, 161:5, 161:9, 161:12,
161:19, 162:3, 162:7,
165:17, 165:20, 166:3,
171:2, 171:8, 171:11,
172:10, 172:13, 173:12,
173:14, 175:14, 177:15,
178:12, 178:17, 179:23,
181:8, 181:10, 183:16,
185:11, 186:20, 187:15,
187:21, 188:1, 188:20,
189:7, 190:13, 190:22,
190:24, 192:2, 192:4, 193:8,
193:21, 194:5, 195:15,
195:18, 195:20, 196:21,
197:10, 200:11, 200:19,
201:17, 202:4, 202:9,
202:14, 202:18, 202:20
   **court** [4] - 4:1, 4:18, 36:15,
105:23
   **Court** [15] - 21:13, 81:7,
105:24, 106:13, 120:16,
130:16, 130:22, 182:11,
182:16, 182:18, 182:22,
183:1, 183:9, 202:8
   **Courthouse** [1] - 1:11
   **courtroom** [2] - 115:4,
115:8
   **cover** [7] - 47:10, 85:14,
86:4, 87:13, 166:14, 183:15,
184:6
   **covers** [2] - 41:20, 42:1
   **CP-99,994** [1] - 145:21
   **create** [2] - 33:17, 159:25
   **creating** [1] - 31:12
   **credentials** [1] - 12:19
   **credibility** [1] - 131:8
   **critical** [3] - 27:11, 34:22,
79:8

   **cross** [5] - 86:4, 91:8,
91:13, 124:17, 139:12
   **CROSS** [2] - 3:4, 92:5
   **CROSS-EXAMINATION** [1]
- 92:5
   **CROWELL** [1] - 2:9
   **CRR** [2] - 1:24, 1:25
   **crystalline** [1] - 50:24
   **curiosity** [1] - 49:22
   **current** [2] - 5:22, 20:5
   **cursory** [1] - 23:6
   **CVS** [2] - 13:20, 14:24
   **cycle** [1] - 148:25

**D**

   **D5W** [1] - 46:2
   **data** [33] - 33:7, 84:18,
109:3, 109:19, 109:22,
117:25, 128:11, 129:12,
132:14, 132:16, 132:21,
132:25, 138:8, 139:7, 140:3,
140:10, 142:8, 146:2,
150:18, 150:19, 150:21,
150:22, 150:24, 152:14,
154:24, 155:2, 164:10,
164:14, 166:17, 166:24,
167:12, 168:4, 168:9
   **date** [13] - 20:25, 21:1,
47:12, 99:4, 99:18, 101:9,
120:24, 123:12, 125:11,
143:3, 143:4, 170:10, 192:15
   **dated** [9] - 69:24, 70:3,
99:20, 99:21, 113:18,
116:18, 123:13, 141:4,
143:20
   **dates** [2] - 47:6, 100:24
   **days** [1] - 201:2
   **deal** [6] - 10:5, 40:20, 65:5,
65:6, 128:9, 128:11
   **dealing** [2] - 44:9, 77:19
   **deals** [3] - 7:1, 7:3, 137:9
   **dealt** [4] - 11:1, 11:3, 46:11
   **decades** [3] - 21:6, 29:19,
32:20
   **December** [1] - 101:9
   **decided** [1] - 71:3
   **decides** [1] - 34:10
   **deciding** [1] - 85:20
   **decision** [10] - 34:12,
105:21, 105:23, 135:21,
140:23, 147:24, 148:2,
166:10, 166:12, 182:16
   **decisions** [2] - 87:21, 141:1
   **declaration** [3] - 130:3,
130:15, 130:21
   **decrease** [2] - 35:11, 62:2
   **decreasing** [2] - 152:17,
152:22
   **deemed** [1] - 68:19

DEFENDANT [1] - 5:8
defendant [4] - 96:12,
96:22, 97:10, 159:1
Defendant [3] - 2:9, 2:14,
5:3
defendants [7] - 5:1, 18:6,
130:8, 182:23, 183:21,
198:20, 202:10
Defendants [1] - 1:10
defendants' [2] - 182:23,
183:10
define [3] - 22:11, 22:25,
41:7
defined [3] - 25:9, 32:10,
105:4
defining [1] - 135:13
definitely [3] - 49:15, 112:6,
115:8
definition [14] - 26:17,
45:15, 104:9, 104:11,
104:14, 105:14, 105:17,
105:18, 149:4, 149:5,
181:22, 182:3, 196:7, 196:14
definitive [1] - 140:23
degradation [44] - 7:13,
14:3, 16:23, 25:19, 27:20,
28:23, 29:10, 29:12, 29:19,
29:21, 29:23, 30:2, 30:6,
30:20, 30:22, 30:23, 44:1,
51:22, 52:4, 52:10, 60:23,
60:24, 61:1, 61:3, 61:5, 61:7,
61:9, 61:10, 61:15, 61:16,
62:8, 62:20, 63:4, 63:7, 63:8,
63:13, 75:20, 76:10, 77:13,
77:15, 139:4, 179:9, 198:1
degradative [1] - 61:3
degrade [4] - 28:1, 52:2,
52:3, 52:6
degrading [1] - 27:21
degree [9] - 6:7, 6:10, 12:8,
13:1, 13:16, 14:17, 14:19,
14:20, 87:2
degrees [2] - 9:6, 9:13
Delaware [2] - 130:17,
130:22
delayed [6] - 89:3, 89:18,
145:22, 180:7, 180:10,
180:18
DeLuca [9] - 97:18, 97:21,
98:5, 158:2, 158:14, 158:17,
158:22, 158:25, 196:10
DeLuca's [3] - 97:19, 98:8,
159:3
Demo [9] - 107:18, 107:21,
150:4, 150:8, 165:23, 168:7,
171:23, 172:17, 180:5
demo [1] - 150:6
demonstrate [1] - 118:4
demonstrated [1] - 152:14
demonstrates [1] - 163:19

demonstrating [1] - 132:21
Demonstrative [6] - 21:16,
41:16, 110:25, 164:6, 169:9,
189:22
demonstrative [4] - 21:18,
165:6, 168:15, 177:8
demonstratives [1] - 164:5
DePALMA [1] - 2:13
dependence [1] - 15:21
depicted [2] - 50:15, 108:5
Deposition [2] - 96:25,
134:5
deposition [15] - 97:2, 98:1,
98:4, 98:11, 116:16, 124:4,
133:12, 157:5, 157:25,
174:2, 179:11, 179:15,
182:2, 191:3
depositions [1] - 148:8
DEPUTY [1] - 5:4
describe [12] - 21:3, 21:21,
35:1, 48:11, 48:18, 54:5,
61:6, 107:24, 131:14,
150:12, 188:6, 189:10
described [20] - 24:6,
24:24, 30:15, 32:14, 47:14,
58:13, 61:6, 65:8, 69:1,
69:21, 72:11, 73:10, 73:15,
74:6, 106:3, 108:11, 108:12,
147:9, 148:18, 188:20
describes [10] - 15:14,
30:11, 30:18, 48:8, 56:14,
56:15, 76:1, 84:15, 187:5,
189:5
describing [3] - 51:17,
70:12, 135:20
description [7] - 15:20,
19:8, 24:10, 24:14, 54:16,
195:2
design [18] - 11:8, 22:21,
23:8, 29:6, 29:9, 32:4, 32:20,
33:3, 33:13, 33:14, 35:3,
35:16, 35:17, 36:7, 46:14,
74:22, 85:3, 165:4
design-of-experiment [1] -
33:3
design-of-experiments [1]
- 32:20
designed [1] - 92:22
designing [1] - 67:12
desirable [1] - 24:6
desire [1] - 45:7
desired [7] - 22:17, 24:24,
26:19, 27:4, 28:13, 46:15
desk [1] - 119:25
destabilize [1] - 163:23
destabilizing [1] - 27:21
detail [1] - 32:10
details [2] - 149:18, 150:3
determination [2] - 164:20,
190:9

determine [12] - 22:15,
29:10, 74:15, 82:2, 92:22,
133:14, 133:20, 134:9,
138:8, 165:1, 166:8, 191:6
determined [4] - 74:23,
74:25, 83:15, 88:5
determining [3] - 79:23,
80:15, 81:10
develop [18] - 8:13, 8:20,
17:1, 21:8, 21:25, 23:16,
59:19, 71:11, 88:14, 113:5,
126:1, 126:10, 126:17,
135:2, 163:7, 181:14, 183:4,
185:3
developed [4] - 70:14,
118:9, 141:17, 146:21
developing [1] - 10:6,
10:15, 19:19, 19:24, 21:10,
22:16, 28:9, 46:8, 46:17,
47:16, 70:5, 74:19, 86:8,
86:21, 96:2, 111:10, 121:20,
126:14, 127:7, 135:17
Development [1] - 120:8
development [55] - 7:16,
7:17, 8:9, 8:11, 8:16, 8:18,
16:24, 18:5, 18:7, 18:18,
21:3, 21:9, 21:17, 21:21,
21:23, 29:4, 30:1, 40:13,
40:21, 44:9, 46:6, 46:15,
47:8, 58:10, 66:7, 69:22,
70:13, 70:18, 74:14, 87:12,
90:12, 92:20, 95:6, 95:17,
95:24, 111:3, 111:9, 112:14,
114:13, 114:21, 117:15,
118:11, 119:12, 122:7,
125:20, 125:23, 127:10,
127:14, 127:23, 170:22,
181:1, 181:13, 184:9,
191:24, 198:5
developmental [1] - 75:7
devise [1] - 85:25
devoted [1] - 12:11
dextrose [1] - 44:16
difference [1] - 100:9
differences [3] - 141:24,
173:2, 173:5
different [13] - 30:6, 62:6,
68:5, 112:20, 124:12,
132:14, 132:15, 132:16,
177:12, 178:14, 184:8,
184:14, 184:22
differently [1] - 178:15
differs [1] - 85:8
diluted [1] - 161:15
dim [1] - 125:14
dimensional [1] - 189:6
DIRE [2] - 3:5, 5:9
direct [7] - 80:3, 140:5,
181:10, 186:25, 192:19,
194:13, 196:1

DIRECT [2] - 3:4, 18:11
directed [5] - 18:18, 67:14,
67:16, 186:9, 199:7
direction [2] - 12:14,
128:16
directly [5] - 37:13, 140:9,
159:12, 160:1, 160:20
disagree [20] - 114:17,
122:1, 122:3, 122:11, 124:5,
124:8, 125:1, 125:3, 125:16,
125:18, 129:17, 131:12,
131:22, 132:2, 140:16,
144:18, 144:23, 145:3, 190:7
disagrees [1] - 124:23
disciplines [1] - 6:18
disclose [18] - 31:2, 43:21,
44:7, 45:13, 48:5, 48:17,
54:21, 55:16, 56:11, 58:4,
60:25, 61:14, 62:25, 64:4,
69:25, 109:16, 163:2, 186:22
disclosed [26] - 42:22,
44:21, 48:15, 52:12, 54:4,
54:14, 61:22, 64:19, 65:4,
66:9, 66:25, 68:10, 72:7,
72:14, 72:21, 73:24, 74:11,
82:13, 108:20, 109:19,
109:22, 179:20, 185:21,
186:23, 188:16, 199:19
discloses [5] - 31:4,
106:15, 109:9, 109:25, 110:7
disclosure [13] - 63:10,
80:16, 108:22, 108:25,
162:24, 187:11, 188:10,
188:25, 190:4, 194:12,
199:1, 199:8, 199:11
disclosures [4] - 84:8,
189:14, 189:18, 191:24
discovered [1] - 56:14
discuss [4] - 26:25, 48:9,
108:21, 111:15
discussed [17] - 58:7, 60:1,
106:7, 117:9, 121:8, 123:19,
129:12, 145:10, 151:23,
151:25, 174:3, 177:23,
178:1, 181:20, 182:2,
195:23, 197:4
discusses [3] - 56:13,
117:9, 120:19
discussing [5] - 107:16,
120:7, 143:16, 157:25,
174:25
discussion [15] - 25:3,
26:24, 98:16, 111:22, 113:8,
114:2, 115:9, 122:19, 152:4,
154:22, 155:10, 173:22,
174:1, 176:3, 182:5
discussions [3] - 111:19,
111:23, 116:5
disease [2] - 187:13,
199:13

**diseases** [2] - 187:10, 199:9

**disodium** [1] - 76:16

**dispute** [2] - 71:22, 162:15

**disputed** [1] - 71:25

**dissimilar** [2] - 173:9, 173:10

**dissociate** [1] - 53:11

**dissolve** [3] - 25:15, 51:4, 52:22

**dissolved** [2] - 52:25, 69:7

**distinct** [1] - 126:8

**distinction** [1] - 161:22

**distinguished** [4] - 6:24, 8:2, 45:25, 158:19

**distracted** [1] - 165:18

**DISTRICT** [3] - 1:1, 1:2, 1:14

**District** [3] - 130:16, 130:22

**district** [1] - 105:23

**DITTMANN** [1] - 2:3

**divide** [2] - 84:4, 154:5

**divided** [3] - 137:17, 137:18, 137:19

**dividing** [4] - 83:1, 83:3, 83:4, 83:5

**division** [4] - 5:24, 7:17, 7:24, 141:12

**docs** [1] - 12:13

**Doctor** [6] - 13:2, 13:10, 14:19, 37:17, 126:21, 149:11

**doctors** [1] - 161:17

**document** [5] - 22:7, 27:5, 148:2, 148:7, 148:8

**documents** [2] - 46:25, 47:6

**dog** [5] - 57:7, 64:23, 138:20, 194:20, 195:12

**dogs** [2] - 138:18, 195:8

**dolasetron** [1] - 178:6

**dollars** [1] - 112:20

**done** [6] - 35:20, 40:4, 190:11, 191:15, 194:20, 195:22

**dosage** [44] - 24:14, 24:17, 24:24, 28:13, 55:19, 55:21, 64:15, 70:14, 70:19, 70:24, 70:25, 71:4, 78:5, 78:6, 78:20, 78:24, 78:25, 79:1, 79:3, 79:5, 87:24, 88:1, 95:11, 95:16, 106:16, 109:25, 110:7, 137:16, 137:25, 147:5, 147:7, 149:14, 150:2, 153:6, 154:21, 154:23, 155:15, 155:19, 185:20, 186:4, 186:5, 186:6, 186:16

**dosages** [5] - 78:12, 141:1, 151:20, 187:23, 188:2

**dose** [54] - 64:13, 66:5,

67:6, 68:18, 72:6, 72:10, 81:3, 81:14, 81:15, 81:17, 81:21, 82:16, 82:19, 83:20, 83:21, 83:22, 85:17, 85:20, 85:25, 88:3, 88:4, 96:3, 137:19, 142:1, 151:4, 151:25, 152:22, 153:2, 153:16, 153:19, 154:6, 155:5, 157:7, 157:10, 164:10, 164:23, 165:3, 165:5, 165:23, 166:11, 166:13, 166:19, 166:20, 167:4, 167:5, 186:23, 190:2, 196:18, 198:9, 198:15, 198:19, 198:22

**dose-ranging** [1] - 66:5

**doses** [19] - 64:16, 67:2, 67:4, 67:10, 68:13, 68:14, 79:13, 83:13, 83:14, 83:16, 83:20, 83:23, 84:1, 133:8, 134:2, 162:15, 166:14, 188:8, 188:10

**Dow** [1] - 113:18

**down** [16] - 42:11, 78:19, 84:21, 103:3, 103:16, 103:22, 104:2, 112:10, 113:12, 114:10, 140:17, 148:4, 176:2, 194:17, 197:6, 197:7

**DR** [2] - 1:7, 1:8

**Dr** [83] - 2:9, 4:11, 5:1, 5:10, 5:12, 5:19, 6:4, 17:24, 18:6, 18:12, 21:17, 36:15, 42:16, 42:22, 43:21, 44:6, 44:8, 45:4, 45:13, 48:15, 54:4, 54:14, 55:23, 56:18, 58:4, 60:6, 60:9, 61:22, 64:20, 65:14, 68:3, 69:18, 69:25, 84:10, 90:24, 92:6, 92:10, 97:17, 97:18, 97:19, 97:21, 98:4, 98:8, 115:4, 115:6, 116:8, 116:10, 116:12, 122:24, 123:17, 123:23, 124:1, 124:5, 124:9, 130:7, 130:9, 131:3, 131:17, 131:23, 141:11, 146:15, 156:19, 157:3, 158:2, 158:17, 158:22, 158:25, 159:3, 171:3, 171:14, 177:1, 177:23, 178:25, 179:2, 183:18, 187:19, 187:22, 188:24, 189:23, 190:11, 190:15, 193:4, 193:18

**draining** [1] - 161:3

**draw** [9] - 19:23, 20:1, 20:3, 20:18, 79:5, 120:22, 129:13, 129:18, 160:8

**drawbacks** [1] - 142:22

**drawing** [2] - 48:21, 55:1

**drawings** [1] - 178:18

**drawn** [3] - 50:18, 178:15, 188:21

**draws** [1] - 120:20

**dripped** [1] - 46:3

**drive** [1] - 13:20

**drivers** [2] - 122:15, 184:21, 184:25

**drop** [2] - 164:3, 176:2

**drug** [65] - 7:2, 7:4, 8:19, 8:23, 10:15, 10:21, 10:22, 14:3, 15:10, 15:15, 15:19, 15:21, 15:23, 16:6, 16:9, 16:22, 18:8, 18:19, 22:14, 24:18, 25:19, 27:21, 30:19, 31:2, 35:10, 35:11, 38:18, 38:25, 40:25, 42:25, 44:9, 45:2, 63:16, 74:2, 74:13, 75:5, 80:21, 87:15, 92:23, 93:12, 95:17, 96:3, 106:1, 113:14, 114:11, 117:16, 117:20, 121:20, 133:14, 133:20, 134:9, 135:22, 136:22, 137:21, 137:25, 148:16, 149:20, 160:19, 175:4, 183:5, 184:10, 184:13, 191:6, 197:23

**Drug** [3] - 11:12, 17:8, 17:11

**drugs** [14] - 16:1, 16:7, 16:10, 25:18, 43:1, 43:2, 58:13, 60:12, 140:5, 140:9, 195:5, 195:6, 197:11, 197:12

**drugstore** [2] - 12:16, 12:23

**DTX** [3] - 77:5, 101:1, 170:5

**DTX-0015** [1] - 4:13

**DTX-0235** [3] - 41:17, 77:4, 77:7

**DTX-0248** [1] - 98:22

**DTX-0263** [1] - 192:17

**DTX-0268** [1] - 99:14

**DTX-0271** [1] - 41:18

**DTX-0272** [1] - 65:13

**DTX-0276** [3] - 69:14, 84:9, 150:2

**DTX-0282** [1] - 56:4

**DTX-0283** [2] - 64:3, 134:20

**DTX-0283.0006** [1] - 138:23

**DTX-0289** [1] - 4:13

**DTX-0290** [1] - 4:14

**DTX-0315** [1] - 170:5

**DTX-0318** [1] - 143:12

**DTX-0318-0008** [1] - 144:8

**DTX-0343** [7] - 47:24, 48:13, 54:2, 55:22, 106:7, 185:10, 198:25

**DTX-0344** [1] - 76:8

**DTX-0345** [2] - 60:17, 77:6

**DTX-0345-0008** [1] - 176:8

**DTX-0345-0011** [1] - 176:18

**DTX-0349** [4] - 30:13,

41:17, 42:20, 43:20

**DTX-0379** [2] - 66:13, 69:16

**DTX-1006** [1] - 156:12

**DTX-1022** [1] - 70:3

**DTX-1175** [1] - 99:15

**DTX-1227** [2] - 69:24, 70:11

**DTX-1283** [1] - 66:2

**DTX-282** [1] - 58:23

**due** [5] - 11:23, 43:11, 94:11, 141:23, 180:11

**duration** [3] - 65:23, 144:11, 189:25

**during** [7] - 8:8, 8:10, 8:16, 9:24, 10:2, 10:21, 11:15

**dynamic** [1] - 141:24

---

**E**

---

**e.g** [3] - 106:22, 106:23, 158:8

**early** [4] - 6:17, 72:18, 100:22, 157:11

**easier** [1] - 36:11

**easily** [1] - 182:24

**East** [1] - 1:12

**economic** [7] - 125:12, 146:18, 146:23, 147:21, 148:21, 184:21, 184:25

**economics** [1] - 119:22

**economist** [2] - 116:3, 116:4

**editor** [1] - 17:12

**EDTA** [1] - 31:7, 44:3, 63:2, 63:5, 63:8, 72:2, 75:16, 75:18, 76:12, 76:16, 76:23, 77:10, 77:13, 77:17, 162:23, 163:3, 163:23, 197:16, 197:19, 198:2, 198:4

**Education** [1] - 17:5

**education** [2] - 12:24, 13:16

**Edwin** [2] - 3:5, 5:6

**EDWIN** [2] - 5:2, 5:8

**effect** [9] - 33:18, 36:5, 44:18, 63:7, 163:19, 163:21, 174:21, 180:9, 197:24

**effective** [26] - 44:3, 57:12, 67:6, 67:7, 82:16, 152:1, 152:17, 152:22, 153:3, 153:17, 153:23, 154:9, 154:23, 155:13, 155:16, 155:20, 157:7, 164:10, 165:3, 187:12, 187:22, 188:4, 199:12, 199:19, 199:24

**effectively** [1] - 88:17

**effectiveness** [3] - 89:21, 89:24, 118:4

**effects** [4] - 62:16, 80:7, 175:3, 195:5

**efficacious** [1] - 134:2
**efficacy** [38] - 12:1, 90:2, 92:23, 94:11, 109:3, 109:19, 118:2, 118:3, 118:14, 118:21, 121:9, 121:25, 132:21, 132:25, 133:14, 133:20, 133:23, 134:9, 140:2, 144:14, 145:22, 151:20, 155:3, 162:12, 164:17, 164:19, 165:7, 165:16, 166:9, 166:11, 166:19, 166:21, 189:20, 190:14, 190:17, 190:18, 191:7, 191:12
**efficiently** [2] - 32:21, 32:25
**effort** [1] - 74:14
**efforts** [2] - 59:19, 119:12
**Eglen** [52] - 64:4, 64:5, 64:18, 64:20, 64:24, 80:16, 81:9, 81:15, 82:13, 101:25, 119:19, 134:20, 135:1, 135:4, 135:8, 135:15, 138:9, 138:22, 139:10, 142:8, 142:17, 143:1, 143:2, 143:8, 143:11, 143:16, 143:18, 145:8, 145:9, 146:1, 164:7, 166:24, 167:6, 167:15, 168:3, 168:6, 168:9, 168:12, 168:19, 169:6, 192:9, 192:15, 192:16, 192:17, 192:23, 193:15, 193:23, 194:12, 194:22, 195:11
**Eglen's** [1] - 167:8
**eight** [5] - 13:11, 19:1, 143:2, 143:4, 155:5
**eight-year** [1] - 13:11
**either** [6] - 9:13, 98:5, 125:1, 145:22, 148:23, 177:24
**electrons** [1] - 29:13
**Element** [1] - 71:25
**elements** [5] - 19:3, 19:4, 19:7, 71:24, 86:10
**Eli** [9] - 7:17, 7:18, 7:19, 8:8, 8:10, 8:25, 9:24, 10:21, 23:23
**elixirs** [1] - 107:2
**embodied** [1] - 90:16
**emesis** [15] - 54:8, 54:10, 57:6, 57:8, 89:3, 89:18, 138:17, 138:20, 145:20, 145:23, 152:17, 152:22, 157:7, 180:7, 180:18
**emetic** [1] - 195:9
**emetogenic** [1] - 195:5
**emphasis** [1] - 18:8
**employed** [2] - 5:19, 176:24
**employing** [1] - 164:10
**emptied** [1] - 161:21
**enclosed** [1] - 53:13

**encompassed** [1] - 109:4
**encounter** [2] - 27:15, 71:14
**encountered** [1] - 29:8
**end** [8] - 4:21, 8:25, 15:2, 71:4, 83:25, 100:21, 136:1, 152:16
**endeavor** [1] - 23:18
**ends** [1] - 200:2
**enhanced** [1] - 144:10
**enroll** [1] - 33:12
**ensure** [1] - 39:22
**enter** [1] - 13:8
**enters** [1] - 161:5
**enthusiasm** [2] - 123:24, 124:11
**entire** [4] - 48:8, 86:7, 88:10, 187:1
**entitled** [2] - 141:7, 193:5
**entity** [1] - 29:14
**equating** [2] - 153:6, 190:14
**equivalent** [2] - 9:6, 60:12
**ERIC** [1] - 2:3
**Eric** [2] - 97:1, 156:8
**especially** [2] - 113:1, 113:4
**ESQUIRE** [13] - 2:3, 2:3, 2:4, 2:7, 2:7, 2:8, 2:8, 2:9, 2:11, 2:11, 2:12, 2:12, 2:13
**essentially** [3] - 38:21, 63:8, 79:23
**established** [3] - 21:4, 114:19, 121:8
**establishing** [1] - 114:19
**estimate** [1] - 94:5
**estimation** [2] - 88:17, 88:21
**et** [5] - 56:18, 119:19, 139:21, 181:22, 194:22
**ethanol** [1] - 26:3
**Europe** [1] - 177:25
**evaluate** [1] - 11:7
**evaluation** [1] - 193:10
**event** [1] - 179:19
**evidence** [17] - 4:11, 4:12, 4:17, 37:18, 37:21, 37:24, 61:2, 76:20, 77:11, 88:18, 105:24, 156:1, 156:2, 160:6, 179:5, 198:6, 202:11
**EWING** [1] - 2:4
**exact** [3] - 29:10, 32:8, 32:12
**exactly** [5] - 25:7, 43:4, 45:9, 67:21, 152:4
**EXAMINATION** [5] - 5:9, 8:11, 92:5, 183:17, 199:6
**examination** [1] - 105:23
**example** [17] - 34:6, 34:13, 44:16, 73:12, 76:12, 78:6,

81:1, 81:8, 81:17, 109:13, 110:1, 110:5, 112:1, 147:10, 158:7, 174:1, 181:22
**Example** [7] - 108:15, 108:17, 109:25, 185:23, 186:1, 186:4, 186:9
**examples** [1] - 117:3
**except** [2] - 37:18, 54:2
**exceptions** [1] - 38:12
**excerpt** [17] - 30:16, 42:20, 43:13, 43:20, 44:6, 47:24, 54:13, 65:12, 69:23, 70:3, 70:10, 70:11, 70:18, 75:25, 77:3, 77:6, 196:9
**excerpted** [1] - 61:23
**excerpts** [5] - 41:24, 42:4, 42:17, 44:21, 171:3
**excess** [2] - 39:2, 45:8
**excipient** [5] - 35:2, 36:2, 107:5, 163:10, 163:14
**excipients** [16] - 23:3, 31:14, 34:11, 34:17, 35:5, 36:4, 40:5, 44:15, 44:16, 61:18, 71:5, 89:23, 90:1, 105:6, 163:8, 184:12
**excited** [1] - 136:19
**excuse** [2] - 165:17, 199:22
**executed** [1] - 131:3
**executive** [2] - 117:2, 117:10
**exercise** [2] - 167:3, 201:12
**exhibit** [3] - 106:19, 156:1, 202:11
**exhibits** [7] - 4:10, 4:20, 92:2, 92:6, 116:10, 116:12, 202:7
**Exhibits** [1] - 4:13
**existed** [1] - 148:19
**existing** [2] - 118:2, 148:16
**expectation** [6] - 23:17, 28:14, 74:18, 86:10, 86:15, 165:6
**expectations** [2] - 165:15, 180:4
**expected** [1] - 70:1
**experience** [11] - 9:7, 9:14, 19:19, 19:21, 20:1, 23:21, 23:22, 29:12, 33:9, 37:17, 197:25
**experiment** [3] - 33:3, 34:21, 35:18
**experimental** [7] - 33:5, 35:1, 35:6, 35:8, 35:12, 35:17, 36:2
**experimentation** [2] - 187:10, 199:10
**experiments** [7] - 32:18, 32:20, 33:10, 33:13, 33:14, 36:8, 37:4
**expert** [62] - 5:12, 5:15,

17:24, 18:6, 37:20, 89:5, 89:6, 90:24, 92:17, 92:19, 92:25, 93:7, 93:14, 93:16, 96:12, 96:15, 96:21, 97:10, 97:17, 97:18, 97:20, 97:21, 99:1, 99:5, 99:9, 99:22, 100:14, 122:23, 122:24, 123:3, 123:9, 123:15, 123:18, 124:16, 128:20, 130:7, 130:8, 130:13, 130:14, 137:12, 150:20, 151:1, 151:7, 151:19, 151:24, 152:1, 156:1, 156:18, 157:2, 157:25, 158:1, 158:22, 162:19, 173:18, 174:2, 174:25, 183:19, 183:25, 190:18, 190:20, 190:21, 196:9
**Expert** [1] - 122:5
**expertise** [7] - 18:4, 18:5, 20:19, 46:10, 57:19, 128:18, 138:6
**experts** [9] - 10:4, 22:9, 71:22, 96:9, 123:1, 182:23, 183:21, 183:23, 198:21
**explain** [4] - 21:13, 21:17, 120:16, 187:19
**explaining** [1] - 115:6
**exploring** [1] - 63:15
**exposure** [2] - 15:21, 60:23
**expressed** [1] - 78:2
**expressly** [1] - 166:25
**extend** [4] - 148:24, 185:7, 185:11, 185:12
**extension** [1] - 185:4
**extensive** [1] - 140:2
**extent** [6] - 59:12, 62:7, 98:8, 115:2, 124:15, 201:15
**extrajudicial** [1] - 37:20
**extremely** [2] - 129:14, 129:20
**extremes** [1] - 42:24

**F**

**face** [7] - 27:12, 98:13, 98:18, 99:2, 100:17, 194:3, 195:12
**faced** [1] - 183:4
**fact** [19] - 52:6, 58:12, 88:13, 95:15, 106:18, 113:13, 114:22, 119:16, 124:12, 130:21, 135:15, 137:9, 152:21, 153:16, 159:9, 160:6, 169:22, 182:11, 192:23
**factor** [2] - 89:20, 90:18
**factors** [2] - 125:19, 125:22
**faculty** [2] - 5:20, 12:4
**faded** [1] - 123:24

**fail** [3] - 12:1, 94:18, 181:17
**failed** [2] - 94:11, 183:3
**failing** [1] - 201:12
**failure** [1] - 23:25
**fair** [20] - 9:14, 14:10, 64:24, 98:7, 106:14, 115:1, 126:12, 131:15, 148:12, 150:25, 152:5, 164:2, 165:7, 165:10, 165:16, 170:1, 175:12, 180:2, 182:15, 190:19
**fairly** [2] - 17:19, 73:21
**fairness** [3] - 140:25, 152:7, 152:10
**fall** [5] - 38:10, 53:19, 76:23, 81:21, 154:15
**falls** [4] - 77:1, 201:16, 201:20, 201:25
**familiar** [2] - 159:8, 176:22
**far** [5] - 37:25, 63:6, 80:7, 138:4, 197:18
**Farrell** [1] - 1:25
**fast** [1] - 62:7
**faster** [2] - 35:23, 175:18
**FDA** [10] - 11:16, 11:20, 14:10, 67:19, 90:21, 94:3, 94:15, 94:17, 170:13, 170:17
**FDA-approved** [1] - 90:19
**features** [6] - 24:5, 26:19, 48:18, 51:9, 59:1, 65:8
**feeds** [1] - 88:7
**felt** [1] - 194:4
**ferret** [6] - 57:7, 64:23, 138:17, 142:19, 194:20, 195:12
**ferrets** [2] - 138:18, 195:8
**few** [10] - 9:13, 13:15, 15:2, 30:9, 40:22, 44:14, 65:5, 65:6, 66:11
**fewest** [1] - 163:8
**field** [10] - 6:13, 10:24, 17:3, 17:17, 18:7, 19:18, 20:20, 21:3, 115:1, 121:20
**Fig** [1] - 175:17
**figure** [5] - 61:24, 80:19, 153:7, 153:9
**filed** [1] - 130:21
**filing** [3] - 47:12, 125:11, 143:3, 143:4
**final** [5] - 11:16, 33:1, 71:3, 85:23, 151:19
**finalized** [1] - 71:1
**fine** [16] - 91:2, 91:12, 91:21, 114:16, 115:21, 125:9, 128:1, 130:25, 146:11, 146:13, 156:15, 186:2, 186:20, 195:20, 202:4, 202:18
**finish** [1] - 155:22
**finished** [4] - 34:5, 70:14,

70:19, 71:4
**first** [54] - 5:1, 33:12, 36:8, 42:10, 42:19, 46:19, 47:19, 47:20, 60:7, 61:21, 69:23, 71:21, 72:4, 72:5, 77:20, 87:15, 99:5, 99:22, 100:6, 100:10, 100:15, 100:20, 101:24, 117:21, 121:4, 123:6, 123:18, 125:20, 127:15, 130:11, 137:16, 141:19, 141:22, 143:12, 145:4, 145:9, 145:17, 147:25, 148:14, 151:13, 154:21, 157:2, 158:1, 158:14, 166:16, 175:24, 182:3, 187:20, 193:4, 193:7, 194:25, 195:2
**First** [2] - 96:8, 143:2
**first-named** [1] - 145:9
**Fisher** [1] - 1:11
**five** [2] - 13:18, 194:17
**five-year** [1] - 13:18
**flexibility** [1] - 78:12
**float** [1] - 51:2
**flowing** [1] - 161:14
**focus** [10] - 11:5, 11:7, 13:25, 14:4, 15:6, 15:18, 32:12, 67:13, 121:4, 177:17
**focused** [6] - 14:2, 113:1, 113:4, 119:11, 173:23, 199:2
**focuses** [1] - 149:10
**focusing** [1] - 73:3
**fold** [1] - 64:13
**folks** [4] - 116:5, 125:21
**follow** [7] - 21:10, 35:6, 39:11, 41:6, 165:18, 169:10, 185:17
**following** [3] - 75:12, 106:22, 156:24
**food** [1] - 16:6
**Footnote** [3] - 158:10, 158:13, 176:2
**footnote** [3] - 175:24, 176:4, 176:12
**FOR** [1] - 1:2
**forget** [1] - 166:1
**forgive** [1] - 106:9
**form** [24] - 28:13, 50:2, 50:6, 53:8, 55:21, 57:8, 61:11, 68:25, 69:5, 70:14, 70:19, 71:3, 71:4, 106:25, 107:25, 147:5, 147:7, 149:14, 180:14, 183:5, 184:9, 184:11, 186:13, 186:17
**format** [1] - 148:1
**formed** [1] - 170:21
**former** [3] - 38:7, 117:2, 117:10
**forming** [3] - 20:24, 46:25,

96:7
**forms** [12] - 24:15, 24:24, 47:14, 55:19, 106:16, 132:14, 132:15, 145:23, 185:20, 186:4, 186:5, 186:6
**Formula** [8] - 54:23, 55:13, 106:20, 107:4, 186:10, 187:13, 189:2, 199:12
**formula** [2] - 32:14, 48:16
**formulas** [2] - 23:1, 110:9
**formulating** [13] - 52:7, 58:5, 63:11, 69:19, 72:6, 72:13, 78:4, 79:15, 110:22, 136:21, 193:22, 194:2, 197:3
**Formulation** [1] - 188:5
**formulation** [167] - 5:16, 5:17, 8:12, 10:11, 10:15, 10:16, 11:23, 16:17, 18:7, 18:19, 19:17, 19:24, 21:3, 21:8, 21:9, 21:11, 21:21, 21:25, 22:8, 22:10, 22:13, 22:20, 23:2, 23:9, 23:13, 23:17, 23:23, 24:1, 24:22, 24:23, 25:10, 25:11, 25:14, 26:8, 26:14, 27:14, 28:10, 29:3, 29:25, 31:10, 31:12, 31:24, 32:11, 32:14, 32:17, 32:23, 33:1, 33:8, 35:15, 36:23, 37:8, 38:5, 38:9, 39:7, 40:10, 40:13, 40:20, 40:21, 41:2, 42:18, 44:15, 44:19, 46:6, 46:8, 46:15, 46:18, 47:8, 47:17, 48:20, 54:18, 59:20, 59:24, 67:12, 70:5, 71:1, 71:4, 71:11, 72:6, 72:12, 72:13, 72:14, 72:17, 74:10, 74:19, 74:22, 74:24, 75:10, 75:17, 77:10, 85:3, 85:4, 86:8, 86:11, 86:16, 88:14, 89:15, 89:16, 89:17, 89:19, 89:21, 89:25, 90:2, 90:9, 90:15, 93:25, 94:8, 95:6, 95:9, 95:24, 96:4, 97:18, 97:21, 105:2, 105:3, 105:9, 105:13, 106:2, 106:11, 108:20, 108:23, 108:25, 109:12, 109:13, 109:16, 109:19, 109:23, 110:9, 110:12, 111:3, 119:12, 122:16, 122:17, 123:3, 125:20, 126:17, 127:8, 133:9, 135:18, 135:22, 137:2, 140:22, 148:20, 163:3, 163:5, 163:8, 163:16, 164:22, 165:2, 165:4, 169:19, 177:11, 177:12, 177:16, 180:23, 182:25, 183:24, 184:1, 184:15, 184:18, 186:7, 186:8, 191:21, 197:3, 198:5

**formulations** [34] - 4:25, 8:5, 8:6, 8:7, 8:13, 8:20, 11:6, 11:8, 11:25, 18:5, 19:9, 19:19, 19:21, 25:23, 33:14, 37:10, 40:25, 44:24, 45:6, 45:14, 54:15, 54:17, 72:10, 76:18, 107:1, 108:18, 126:15, 158:8, 163:23, 184:12, 185:3, 197:23
**formulator** [63] - 21:19, 25:1, 25:11, 26:12, 26:16, 27:11, 28:16, 30:1, 30:25, 32:6, 33:1, 33:6, 34:10, 34:12, 35:2, 35:16, 40:9, 40:14, 41:1, 49:15, 51:23, 59:16, 62:11, 64:5, 65:11, 66:6, 67:3, 67:9, 68:18, 70:9, 75:3, 77:14, 79:20, 80:3, 82:6, 84:13, 85:17, 85:18, 85:22, 86:21, 87:16, 87:17, 87:19, 87:22, 87:25, 104:12, 112:12, 127:11, 133:24, 135:12, 135:20, 135:22, 136:4, 136:7, 146:20, 146:24, 147:15, 147:20, 149:3, 149:10, 149:24, 199:16
**formulator's** [3] - 79:7, 88:7, 163:7
**formulators** [2] - 119:21, 159:24
**formulized** [1] - 86:16
**forth** [6] - 24:23, 79:4, 165:13, 168:14, 171:25
**forthcoming** [1] - 193:18
**forward** [4] - 29:11, 47:11, 149:4, 149:5
**foundation** [7] - 85:9, 115:13, 115:16, 118:22, 182:13, 190:8, 193:17
**Foundation** [1] - 14:10
**four** [22] - 13:4, 13:6, 13:8, 13:18, 18:16, 18:17, 18:18, 19:13, 31:4, 77:24, 132:4, 132:10, 151:7, 151:17, 169:2, 169:11, 177:22, 177:23, 178:1, 178:9, 179:2, 179:6
**four-year** [3] - 13:4, 13:6, 13:18
**fraction** [2] - 14:25, 16:18
**freely** [1] - 53:13
**Freiman** [1] - 117:2
**frequently** [3] - 9:8, 24:18, 27:17
**front** [2] - 104:22, 123:6
**Fruehauf's** [1] - 4:12
**full** [8] - 5:4, 117:14, 128:23, 129:5, 129:19, 129:22, 145:17, 167:12

**fully** [1] - 162:17
**function** [4] - 50:12, 62:2, 62:17, 87:3
**functional** [1] - 95:3
**funded** [1] - 14:8
**funding** [4] - 14:9, 14:10, 14:11
**funny** [1] - 178:12

## G

**gain** [3] - 118:1, 118:3, 118:14
**gears** [1] - 4:24
**gel** [2] - 24:17, 182:25
**gelling** [1] - 105:3
**general** [20] - 5:15, 6:13, 18:17, 19:5, 20:2, 28:14, 28:22, 48:5, 48:16, 51:22, 54:16, 56:11, 61:7, 62:2, 100:11, 106:20, 107:3, 175:7, 175:22, 176:3
**generally** [7] - 16:20, 105:14, 105:19, 122:18, 174:19, 174:22, 189:15
**generate** [4] - 29:14, 33:5, 34:25, 142:8
**generated** [1] - 48:3
**generating** [1] - 75:5
**generic** [1] - 125:15
**genus** [2] - 109:5, 109:7
**GEORGE** [1] - 2:11
**geriatric** [1] - 24:12
**gesticulating** [1] - 156:12
**given** [8] - 24:19, 76:25, 77:25, 83:23, 135:22, 178:7, 187:13, 199:13
**Glaxo** [2] - 141:12, 141:16
**glean** [8] - 52:14, 59:17, 80:25, 84:13, 118:19, 167:14, 168:11, 174:19
**gleaned** [2] - 155:16, 168:18
**goal** [1] - 163:7
**goals** [1] - 118:21
**Gordon** [2] - 122:24, 123:9
**government** [1] - 14:9
**graduate** [9] - 6:6, 12:9, 12:13, 13:16, 14:15, 16:13, 16:14, 16:15, 16:21
**grain** [2] - 53:15, 53:18
**granisetron** [13] - 64:12, 82:12, 82:16, 113:22, 117:22, 139:16, 140:3, 140:4, 140:10, 141:17, 178:7, 179:8, 194:8
**greater** [10] - 64:12, 81:16, 110:18, 110:19, 145:22, 162:17, 169:2, 200:4, 200:5
**green** [1] - 21:22

**GREENBERG** [1] - 2:13
**grounds** [1] - 118:5
**group** [17] - 7:16, 9:2, 9:10, 10:4, 10:8, 12:13, 16:12, 57:5, 63:22, 94:24, 95:1, 125:20, 128:3, 133:7, 141:16, 178:21, 178:24
**Group** [2] - 48:4, 141:12
**groups** [1] - 57:5
**grown** [1] - 125:13
**guess** [5] - 70:15, 77:20, 110:2, 171:11, 175:11
**guidance** [1] - 30:24
**guide** [2] - 41:5, 168:23
**gynecologic** [2] - 152:18, 155:14

## H

**half** [3] - 65:18, 65:25, 190:1
**half-life** [3] - 65:18, 65:25, 190:1
**hand** [11] - 35:20, 36:8, 36:11, 98:23, 116:19, 130:20, 148:13, 156:22, 187:1, 192:19, 202:8
**hanging** [1] - 160:23
**hard** [3] - 75:9, 172:13, 172:19
**hardly** [1] - 15:22
**HASTINGS** [1] - 2:2
**HCl** [2] - 50:6, 50:7
**head** [4] - 52:24, 82:25, 200:18, 200:19
**headed** [1] - 153:14
**heading** [6] - 68:1, 101:17, 150:15, 187:2, 187:4, 194:14
**Heading** [1] - 122:4
**HEALTHCARE** [1] - 1:4
**hear** [4] - 4:9, 7:6, 36:15, 110:10, 115:14, 136:1, 161:17, 166:2, 200:11
**heard** [3] - 37:21, 37:24, 85:10
**hearing** [1] - 93:3
**held** [1] - 95:2
**help** [8] - 22:11, 30:3, 33:2, 64:16, 80:3, 150:5, 151:11, 200:17
**helped** [1] - 117:4
**helpers** [1] - 12:18
**helpful** [5] - 47:16, 63:1, 80:16, 80:17, 83:8
**helping** [2] - 47:7
**helps** [3] - 99:25, 157:13, 200:22
**Helsinn** [2] - 112:15, 114:23
**HELSINN** [1] - 1:4

**Helsinn's** [2] - 71:22, 133:3
**hemolysis** [1] - 39:18
**high** [5] - 27:23, 36:21, 36:22, 56:25, 80:6
**higher** [6] - 43:17, 144:12, 167:21, 175:17, 175:20, 186:15
**highest** [1] - 153:2
**highlight** [2] - 105:1, 171:19
**highlighted** [2] - 45:4, 189:24
**highly** [1] - 57:2
**hindsight** [3] - 182:12, 183:2, 183:10
**hinges** [1] - 75:18
**history** [4] - 88:15, 117:3, 117:12, 117:15
**hold** [1] - 126:20
**home** [1] - 202:5
**homeostatic** [1] - 43:5
**honest** [2] - 57:18, 163:25
**Honor** [43] - 4:3, 4:7, 4:24, 41:22, 60:3, 70:22, 73:5, 78:9, 85:7, 87:10, 89:4, 91:25, 107:12, 108:7, 115:12, 123:2, 124:15, 130:23, 134:13, 136:25, 146:9, 153:13, 156:13, 161:8, 165:8, 166:2, 171:7, 172:15, 183:14, 185:15, 190:5, 190:19, 190:25, 193:17, 194:1, 194:10, 200:10, 202:3, 202:6, 202:7, 202:13, 202:17, 202:19
**HONORABLE** [1] - 1:14
**hook** [1] - 160:24
**hormone** [1] - 10:24
**hormones** [1] - 11:2
**hospital** [1] - 15:1
**housekeeping** [1] - 4:10
**HOWARD** [1] - 2:8
**HPMC** [1] - 182:25
**HPMC-based** [1] - 182:25
**HUA** [1] - 2:8
**huge** [2] - 201:12, 201:22
**hum** [6] - 52:20, 53:25, 55:5, 87:9, 147:12, 194:19
**human** [7] - 38:4, 38:8, 43:6, 87:1, 109:3, 155:2, 167:12
**humans** [2] - 65:4, 68:10
**hundred** [5] - 45:10, 45:18, 45:24, 154:3, 157:23
**HUTTNER** [1] - 2:8
**hydrochloride** [5] - 50:3, 50:5, 68:22, 69:7
**hydrolytic** [1] - 30:22
**hypothetical** [3] - 165:25, 169:22, 170:2

**hypotonic** [1] - 39:19

## I

**I.V** [34] - 8:5, 19:9, 19:19, 24:22, 25:10, 25:14, 25:22, 26:8, 37:8, 37:10, 38:9, 39:11, 39:14, 40:2, 46:8, 70:18, 88:14, 106:10, 106:16, 126:14, 147:11, 152:15, 155:3, 155:12, 158:22, 159:25, 160:2, 160:11, 160:23, 161:3, 161:14, 163:23, 184:15, 197:3
**idea** [10] - 20:4, 31:11, 32:7, 67:4, 68:18, 71:16, 81:20, 83:16, 167:7
**identical** [1] - 178:16
**Identification** [1] - 101:18
**identification** [1] - 24:8
**identified** [5] - 18:25, 22:18, 31:15, 34:22, 111:24
**identifies** [2] - 49:7, 84:14
**identify** [7] - 23:8, 27:11, 27:20, 30:3, 31:23, 56:21, 61:8
**identifying** [3] - 61:16, 179:1, 186:22
**identity** [1] - 105:12
**II** [19] - 65:6, 66:5, 66:8, 66:19, 67:14, 67:19, 67:23, 68:2, 68:4, 68:9, 68:20, 83:11, 84:13, 88:4, 94:22, 118:14, 150:16, 190:2
**III** [3] - 94:18, 94:23, 118:16
**IM** [1] - 8:5
**IMBACUAN** [1] - 2:7
**immediate** [1] - 147:13
**immediately** [1] - 187:15
**immediate-release** [1] - 184:11
**impeachment** [1] - 134:14
**Importance** [1] - 143:24
**importance** [2] - 42:24, 67:3
**important** [5] - 39:14, 49:13, 62:22, 80:21, 115:20
**imposes** [1] - 24:25
**improved** [1] - 144:14
**improvement** [1] - 139:2
**improving** [1] - 30:18
**inactive** [1] - 90:1
**inasmuch** [1] - 191:14
**INC** [2] - 1:8, 1:8
**incidence** [1] - 155:13
**include** [3] - 6:18, 8:3, 8:4, 10:8, 10:9, 34:17, 104:14, 106:1, 112:4, 157:22, 158:9
**included** [4] - 87:18,

105:18, 112:3, 147:21
**includes** [2] - 116:4, 188:11
**including** [10] - 44:11, 71:5, 72:24, 75:10, 105:2, 145:9, 145:21, 187:1, 192:10, 194:5
**inconsistent** [1] - 185:8
**increase** [1] - 82:17
**increased** [1] - 78:7
**incremental** [1] - 118:1
**IND** [5] - 67:14, 67:16, 67:20, 67:23, 68:5
**indeed** [1] - 113:8
**Indianapolis** [2] - 7:21, 7:22
**indicate** [3] - 66:4, 81:15, 172:4
**indicated** [3] - 67:6, 70:13, 80:8
**indicates** [2] - 71:2, 130:21
**indicating** [1] - 196:6
**indication** [7] - 52:4, 62:3, 79:20, 81:1, 141:25, 180:17, 194:4
**indications** [1] - 72:24
**indistinguishable** [2] - 121:10, 121:25
**individual** [1] - 4:20
**individually** [1] - 47:10
**individuals** [2] - 9:17, 10:12
**induced** [6] - 54:10, 57:6, 57:8, 138:17, 138:20, 193:10
**industrial** [3] - 7:19, 14:11, 33:15
**industries** [1] - 37:1
**INDUSTRIES** [1] - 1:9
**industry** [9] - 14:6, 14:12, 15:2, 16:16, 16:17, 16:18, 17:1, 17:23, 20:22
**inference** [2] - 120:22, 128:13
**inform** [7] - 41:1, 46:14, 47:7, 49:16, 59:19, 84:6, 190:4
**information** [36] - 11:11, 20:4, 30:12, 30:17, 31:9, 34:3, 34:4, 35:23, 47:6, 47:13, 52:15, 56:13, 59:17, 60:21, 64:14, 70:7, 71:12, 75:8, 80:2, 83:19, 84:6, 84:15, 86:12, 88:5, 88:21, 112:16, 112:21, 119:11, 126:5, 127:9, 134:3, 150:13, 163:5, 165:2, 167:6, 191:25
**informative** [2] - 60:19, 135:17
**informed** [1] - 65:16
**informing** [1] - 62:21
**informs** [2] - 62:10, 83:17
**infusion** [1] - 161:23
**infusions** [1] - 161:25

**ingredient** [15] - 40:5, 62:1, 62:7, 87:3, 87:18, 87:21, 95:6, 95:11, 95:24, 105:4, 125:23, 137:22, 137:25, 147:3
**ingredients** [5] - 31:23, 32:9, 34:10, 89:23
**inherent** [1] - 87:7
**inhibit** [1] - 64:22
**inhibition** [1] - 193:9
**initial** [1] - 33:15
**initiated** [1] - 190:3
**inject** [3] - 159:12, 160:19, 161:23
**injectable** [15] - 8:1, 8:3, 38:14, 39:24, 40:25, 44:9, 44:24, 45:2, 45:14, 46:15, 74:2, 74:13, 76:18, 163:11, 163:16
**injected** [2] - 90:5, 161:13
**injecting** [3] - 38:4, 38:8, 38:17
**injection** [5] - 37:13, 39:3, 39:17, 45:9, 160:7
**input** [4] - 26:17, 34:16, 35:13, 35:16
**inserting** [2] - 160:22, 160:24
**instability** [19] - 25:17, 28:17, 31:2, 42:25, 49:21, 51:8, 52:16, 60:21, 61:19, 62:4, 62:14, 62:18, 63:1, 63:18, 77:16, 162:25, 179:12
**instance** [13] - 14:24, 22:19, 24:20, 29:13, 34:21, 35:11, 43:25, 64:9, 76:16, 81:13, 81:24, 196:23, 197:13
**instances** [1] - 164:1
**instead** [2] - 4:20, 126:23
**Institute** [1] - 17:5
**intended** [3] - 27:10, 98:2, 132:24
**intending** [1] - 139:24
**interaction** [3] - 16:1, 20:17, 36:3
**interactions** [3] - 16:6, 16:7, 16:9
**interactive** [1] - 36:5
**interest** [11] - 65:20, 70:9, 81:2, 133:25, 135:25, 136:3, 136:6, 136:20, 189:1, 189:11, 191:15
**interested** [5] - 34:18, 35:5, 69:20, 79:22, 136:17
**interesting** [2] - 7:6, 81:10
**International** [1] - 59:25
**interpret** [1] - 63:10
**interpretation** [1] - 175:12
**intersection** [1] - 51:17
**intramuscular** [2] - 8:5,

106:24
**intranasal** [1] - 106:23
**intravenous** [18] - 54:18, 64:10, 68:16, 72:13, 72:14, 72:17, 86:22, 106:24, 108:20, 109:12, 109:13, 158:8, 184:18, 186:6, 186:8, 186:13, 193:1, 197:11
**intravenously** [3] - 26:10, 64:22, 159:12
**introduces** [1] - 16:25
**introduction** [1] - 141:23
**invalid** [2] - 19:11, 181:25
**invalidity** [4] - 5:17, 100:25, 101:16, 103:8
**invention** [1] - 180:12
**investigate** [7] - 27:2, 34:14, 36:5, 77:15, 81:5, 85:17, 164:21
**investigated** [1] - 56:16
**investigating** [2] - 59:13, 80:23
**investigation** [3] - 82:4, 150:13, 165:1
**Investigational** [1] - 11:12
**involve** [3] - 19:8, 111:19, 111:23
**involved** [17] - 7:13, 8:17, 17:6, 22:14, 24:3, 26:16, 27:21, 46:20, 66:23, 75:3, 75:4, 111:3, 111:6, 111:9, 117:15, 127:15
**Iowa** [9] - 5:20, 5:21, 6:1, 12:5, 12:6, 12:10, 17:2, 17:21, 17:23
**irritating** [1] - 39:17
**isolate** [1] - 57:23
**isoosmotic** [1] - 40:8
**isotonic** [6] - 26:13, 39:15, 40:2, 40:8, 69:1, 69:10
**isotonicity** [2] - 37:14, 44:13
**issue** [14] - 12:2, 23:10, 26:7, 38:22, 39:16, 44:11, 79:8, 87:13, 127:12, 149:21, 149:22, 184:16, 184:18, 190:21
**issues** [21] - 11:23, 16:5, 22:16, 25:1, 25:13, 25:14, 27:3, 27:11, 27:15, 28:11, 29:2, 31:11, 31:17, 39:1, 39:3, 44:10, 49:17, 89:9, 179:6, 183:15, 184:22
**Item** [1] - 72:1
**itself** [5] - 49:11, 108:9, 143:12, 161:3, 169:25

**J**

**jagged** [1] - 51:14

**January** [5] - 21:1, 21:2, 70:4, 86:8, 116:23
**Jarisch** [4] - 138:10, 142:13, 192:10, 193:14
**JARISCH** [1] - 138:10
**JERSEY** [1] - 1:2
**Jersey** [1] - 1:12
**job** [1] - 136:12
**JOHNSON** [1] - 2:12
**joined** [4] - 7:16, 12:4, 33:11, 33:15
**Jones** [1] - 113:18
**JOSEPH** [1] - 2:3
**journal** [3] - 17:13, 17:16, 56:3
**Journal** [3] - 17:14, 56:3, 59:25
**journals** [2] - 17:17, 119:22
**JOVIAL** [1] - 2:11
**Judge** [9] - 104:22, 104:25, 105:16, 111:18, 132:6, 148:4, 166:18, 182:3, 182:6
**JUDGE** [1] - 1:14
**JULIA** [1] - 2:12
**June** [2] - 1:13, 4:1
**justified** [2] - 163:11, 163:12
**justify** [2] - 163:15, 163:18

**K**

**K-I-R-S-C-H** [1] - 5:7
**keep** [5] - 136:11, 143:13, 156:16, 159:7, 160:18
**KENNETH** [1] - 2:9
**kilogram** [8] - 68:14, 83:24, 152:16, 153:18, 155:12, 188:6, 188:7, 201:3
**kilograms** [1] - 83:25
**kind** [12] - 10:21, 15:4, 36:1, 37:3, 50:10, 51:1, 51:4, 62:17, 85:18, 120:12, 183:4, 197:10
**kinds** [1] - 64:16
**kinetics** [3] - 7:13, 14:3, 16:23
**Kirsch** [68] - 3:5, 5:1, 5:6, 5:10, 5:12, 5:19, 6:4, 17:24, 18:6, 18:12, 18:15, 18:23, 21:16, 21:17, 24:2, 41:15, 42:16, 42:22, 43:21, 44:6, 48:15, 49:5, 54:4, 54:14, 55:23, 56:18, 58:4, 61:22, 64:20, 65:14, 68:3, 69:18, 69:25, 71:19, 84:10, 90:24, 92:6, 92:10, 96:25, 107:18, 107:21, 110:24, 134:5, 146:15, 150:4, 150:8, 152:6, 156:19, 157:3, 164:6, 165:23, 169:9, 171:3,

171:23, 172:17, 175:1,
177:8, 178:25, 183:18,
187:19, 187:22, 188:24,
189:22, 189:23, 190:1,
190:15, 193:4, 193:18
**KIRSCH** [2] - 5:2, 5:8
**knowing** [2] - 33:22, 134:2
**knowledge** [14] - 20:5,
20:19, 29:5, 29:6, 29:15,
29:17, 37:20, 75:22, 76:5,
120:20, 125:14, 162:6,
187:11, 199:11
**known** [14] - 29:3, 43:24,
44:1, 48:20, 64:8, 64:13,
75:25, 81:3, 111:15, 112:18,
112:21, 121:22, 131:6
**knows** [4] - 50:19, 114:22,
182:14, 190:16
**Kytril** [3] - 113:14, 113:22,
113:25

## L

**L.Pat.R.3.3(a** [1] - 101:18
**lab** [4] - 9:16, 9:17, 12:23,
57:24
**Laboratories** [1] - 2:9
**LABORATORIES** [2] - 1:7,
1:8
**laboratory** [5] - 9:15, 9:22,
12:12, 12:15, 29:25
**labs** [3] - 9:18, 9:20, 9:21
**lack** [2] - 124:11, 173:8
**lacks** [1] - 140:2
**landscape** [1] - 121:22
**large** [7] - 12:11, 40:16,
46:1, 160:18, 173:4, 180:6,
196:23
**largely** [1] - 148:18
**larger** [1] - 118:3
**LARNER** [1] - 2:6
**last** [15] - 6:17, 70:10, 72:3,
77:18, 90:14, 131:2, 141:22,
151:25, 153:7, 158:7, 187:7,
187:19, 188:14, 192:25
**lastly** [1] - 45:12
**late** [2] - 114:23, 118:8
**latitude** [1] - 124:17
**lay** [1] - 175:11
**lead** [5] - 22:24, 32:13,
32:22, 32:25
**leader** [3] - 9:2, 94:24, 95:1
**leads** [2] - 13:9, 23:21
**learn** [2] - 33:17, 37:18
**learning** [1] - 37:21
**least** [19] - 31:23, 38:2,
40:19, 54:16, 62:23, 68:20,
81:20, 83:17, 88:1, 100:5,
100:15, 107:4, 112:4, 139:1,
141:11, 154:22, 155:11,

193:15, 193:23
**leave** [1] - 172:23
**Lee** [3] - 3:5, 5:1, 5:6
**LEE** [2] - 5:2, 5:8
**left** [4] - 93:23, 95:2,
169:18, 172:8
**left-hand** [2] - 148:4,
194:14
**legal** [1] - 148:2
**length** [1] - 171:15
**less** [4] - 45:18, 45:24,
168:24, 196:7
**letters** [1] - 50:8
**level** [8] - 9:12, 12:8, 29:15,
85:2, 118:5, 168:2, 191:15
**levels** [2] - 175:18, 175:19
**liability** [1] - 75:19
**license** [1] - 114:25
**licensed** [2] - 112:14,
114:23
**life** [10] - 65:18, 65:25,
74:20, 148:25, 185:4,
185:12, 185:14, 190:1
**light** [4] - 27:25, 60:24,
115:19, 125:14
**likelihood** [1] - 70:15
**likely** [16] - 10:8, 24:9, 25:3,
27:15, 28:12, 32:7, 32:8,
47:7, 51:9, 62:21, 70:17,
74:25, 82:15, 111:15,
119:18, 166:14
**likewise** [1] - 163:2
**Lilly** [25] - 7:17, 7:18, 7:19,
8:8, 8:10, 8:16, 8:25, 9:24,
10:2, 10:21, 11:15, 12:3,
12:4, 23:23, 33:9, 33:11,
33:20, 93:18, 93:21, 93:23,
94:24, 95:2, 95:7, 95:10,
95:17
**limine** [1] - 89:9
**limit** [4] - 81:25, 110:16,
151:4, 168:24
**limit's** [1] - 169:2
**limitation** [8] - 72:12, 74:9,
74:18, 77:9, 77:18, 169:18,
169:23
**limitations** [5] - 71:20,
71:23, 72:4, 131:7, 137:1
**limited** [4] - 129:14, 129:20,
140:11, 152:24
**line** [10] - 51:14, 160:2,
160:23, 161:3, 161:14,
166:17, 185:7, 185:11,
185:13, 189:16
**Line** [5] - 86:5, 187:8,
199:2, 199:8, 199:20
**lines** [1] - 194:17
**Lines** [3] - 97:1, 106:19,
188:24
**list** [10] - 4:21, 30:8, 45:4,

101:20, 112:3, 170:19,
171:4, 185:20, 202:7, 202:10
**listed** [7] - 19:6, 45:3,
76:17, 86:10, 87:20, 98:13,
109:8
**listing** [1] - 60:7
**lists** [1] - 44:25
**LITE** [1] - 2:13
**liter** [1] - 46:2
**literature** [18] - 20:2, 46:11,
46:16, 46:22, 72:11, 76:21,
77:12, 119:17, 120:13,
129:9, 157:20, 163:6,
170:15, 179:5, 179:12,
179:14, 179:17
**litigation** [10] - 18:21, 93:5,
96:13, 96:22, 97:11, 99:1,
99:5, 99:23, 130:8, 173:19
**litigations** [2] - 130:13,
130:14
**living** [1] - 27:5
**LIZZA** [1] - 2:4
**LLC** [2] - 1:4, 2:13
**local** [1] - 12:16
**located** [2] - 101:3, 179:1
**LOMBARDI** [3] - 2:11,
172:15, 202:17
**long-term** [1] - 55:20
**look** [73] - 20:11, 22:21,
27:23, 27:25, 28:2, 28:20,
29:6, 31:20, 36:3, 42:19,
43:13, 44:6, 46:10, 46:13,
49:15, 49:19, 51:23, 56:17,
58:25, 62:13, 65:12, 69:23,
71:18, 75:21, 75:23, 77:18,
79:20, 79:24, 80:2, 81:23,
82:4, 84:7, 84:17, 84:20,
86:7, 96:25, 97:4, 98:21,
99:25, 100:25, 101:4, 101:8,
101:15, 103:9, 104:25,
106:18, 109:12, 110:24,
113:11, 115:10, 115:23,
117:11, 120:3, 141:22,
143:11, 144:8, 145:4,
147:25, 150:4, 150:8, 152:5,
158:6, 169:9, 171:17, 176:8,
177:20, 179:17, 186:9,
192:18, 196:21, 196:7, 198:7
**looked** [20] - 23:5, 54:25,
55:3, 57:3, 57:5, 60:22, 62:6,
62:16, 62:23, 62:24, 63:2,
64:1, 64:9, 66:17, 67:1,
68:13, 68:24, 129:8, 129:9
**looking** [28] - 35:9, 36:1,
41:16, 41:20, 47:23, 54:2,
56:4, 59:16, 59:17, 60:17,
66:13, 67:2, 67:8, 69:13,
69:16, 76:7, 83:12, 84:9,
84:22, 107:25, 136:23,
137:6, 145:6, 159:18,

165:22, 178:19, 184:9, 197:5
**looks** [1] - 60:6
**loop** [1] - 100:13
**low** [10] - 27:24, 39:19,
79:16, 80:6, 80:8, 80:11,
82:10, 82:11, 84:21, 159:7
**lower** [9] - 110:16, 151:4,
151:20, 167:18, 168:24,
175:12, 175:18, 175:19,
201:8
**lowest** [1] - 62:8
**LTD** [2] - 1:7, 1:9
**luck** [1] - 52:22
**lunch** [3] - 91:13, 91:14,
91:17
**Luncheon** [1] - 91:22
**LVPs** [1] - 46:1

## M

**maintaining** [1] - 89:22
**major** [11] - 14:4, 15:18,
27:12, 27:15, 27:20, 28:22,
29:1, 30:2, 118:15, 152:17,
155:13
**majored** [1] - 6:14
**majority** [3] - 14:23, 16:16,
159:15
**Malefyt** [1] - 115:6
**management** [1] - 122:8
**managing** [1] - 122:7
**manipulate** [1] - 137:2
**mannitol** [5] - 44:16, 73:9,
73:12, 73:13, 73:19
**MANO** [1] - 2:12
**manufacturing** [1] - 36:25
**manuscript** [4] - 60:19,
67:1, 68:12, 135:12
**mark** [5] - 72:19, 73:1, 74:8,
85:6, 85:11
**market** [13] - 60:14, 92:13,
117:21, 124:13, 125:13,
141:20, 148:24, 159:16,
159:19, 177:24, 180:15,
184:10, 184:25
**marketed** [3] - 60:12,
114:12, 121:9
**Marketing** [1] - 122:15
**marketing** [17] - 10:12,
22:9, 92:10, 104:17, 111:12,
111:13, 111:24, 121:19,
125:21, 127:16, 135:2,
146:18, 146:22, 146:23,
147:21, 148:21, 184:21
**marketplace** [2] - 25:4,
90:20
**MARY** [1] - 1:14
**masters** [1] - 9:12
**material** [2] - 61:4, 121:21
**materials** [2] - 96:6, 179:20

**math** [2] - 82:24, 110:17
**matter** [8] - 16:20, 26:25, 29:21, 33:22, 43:9, 75:12, 124:21, 162:2
**matters** [1] - 15:4
**maximize** [1] - 165:15
**MAYRA** [1] - 2:13
**mean** [47] - 20:16, 23:19, 23:24, 26:6, 27:12, 28:18, 28:21, 29:18, 30:8, 33:4, 33:19, 35:25, 36:6, 36:11, 36:20, 37:24, 38:16, 40:3, 51:21, 66:21, 66:22, 70:23, 73:19, 75:21, 79:7, 90:12, 109:7, 110:2, 110:18, 127:3, 128:1, 129:16, 133:25, 134:1, 135:11, 136:14, 144:20, 149:12, 150:22, 163:10, 173:5, 173:11, 176:25, 178:15, 180:25, 191:17
**meaning** [1] - 7:7
**means** [7] - 31:6, 86:24, 120:17, 121:15, 175:11, 186:18, 195:15
**meant** [1] - 127:2
**measure** [1] - 40:4
**measured** [1] - 39:23
**mechanism** [1] - 29:10
**mechanisms** [8] - 7:14, 14:3, 16:23, 20:16, 29:12, 29:19, 29:21, 29:22
**Medicinal** [1] - 56:3
**medicinal** [1] - 6:19
**medicine** [1] - 92:14
**medicines** [1] - 160:21
**medium** [1] - 25:18
**meet** [2] - 118:21, 190:24
**member** [4] - 5:20, 17:4, 17:6, 136:16
**members** [1] - 95:15
**mention** [2] - 11:14, 171:2
**mentioned** [9] - 7:24, 14:14, 26:9, 37:10, 44:10, 46:9, 48:1, 76:13, 80:5
**met** [1] - 182:23
**metabolized** [1] - 16:8
**method** [2] - 32:21, 195:2
**methodologies** [2] - 86:13, 86:14
**methodology** [1] - 36:1
**methods** [8] - 30:20, 77:14, 141:25, 142:7, 142:8, 142:10, 142:11, 142:12
**methyl** [2] - 178:21, 178:24
**mg** [16] - 85:10, 85:11, 152:9, 157:11, 167:16, 167:18, 167:22, 167:24, 168:13, 168:21, 168:25, 169:3, 169:13, 169:22,

169:25
**mgs** [4] - 151:21, 169:14, 169:15, 169:17
**mic** [1] - 93:2
**MICHAEL** [1] - 2:7
**microgram** [1] - 152:15
**micrograms** [7] - 68:14, 83:23, 153:18, 155:12, 200:16, 201:9, 201:11
**middle** [2] - 182:22, 200:12
**might** [37] - 22:16, 22:19, 23:10, 26:3, 26:4, 27:3, 30:21, 31:21, 34:11, 34:13, 35:9, 54:20, 61:17, 61:18, 63:1, 64:17, 67:5, 73:2, 76:6, 79:24, 81:17, 81:19, 81:21, 81:24, 82:4, 83:11, 83:13, 84:17, 84:20, 113:1, 128:15, 140:21, 146:19, 147:1, 154:14, 166:15, 174:18
**milligram** [58] - 76:23, 78:1, 78:10, 79:1, 79:12, 84:5, 84:21, 84:22, 153:7, 153:11, 157:15, 165:23, 166:18, 188:7, 198:8, 198:14, 198:22, 201:8
**milligram-per-milliliter** [1] - 76:23
**milligrams** [39] - 73:16, 77:10, 77:21, 78:5, 78:19, 78:24, 78:25, 79:3, 81:14, 81:18, 82:5, 82:16, 82:19, 82:23, 83:1, 84:1, 84:24, 110:8, 110:14, 110:15, 110:16, 110:17, 152:2, 155:5, 155:6, 157:8, 157:15, 186:13, 186:16, 199:25, 200:3, 200:4, 200:14, 200:24, 201:17, 201:19, 201:20, 201:22
**milliliter** [7] - 76:23, 153:7, 153:12, 154:2, 157:22, 158:9, 159:8
**milliliters** [18] - 45:20, 45:21, 45:23, 77:21, 154:3, 154:9, 157:13, 157:23, 158:10, 159:8, 159:17, 159:20, 161:13, 196:8, 196:15, 196:17, 197:3
**millimolar** [2] - 45:10, 74:3
**millimolars** [1] - 73:23
**mind** [2] - 60:10, 139:11
**mine's** [1] - 13:13
**minimally** [1] - 67:6
**minimum** [1] - 157:12
**minor** [1] - 41:19
**Minton** [5] - 141:3, 141:11, 192:7, 192:8, 192:12
**minus** [1] - 200:8
**minute** [1] - 126:20

**minutes** [3] - 152:16, 162:1, 162:2
**misleading** [1] - 85:9
**mispronunciations** [1] - 178:7
**misremembered** [1] - 188:3
**misspoke** [3] - 107:8, 152:10, 200:9
**misstate** [1] - 161:16
**misstated** [1] - 91:5
**mistake** [1] - 97:16
**misunderstood** [1] - 126:3
**mixed** [1] - 77:5
**ml** [26] - 77:21, 78:1, 78:25, 79:1, 82:5, 82:23, 83:5, 84:5, 84:21, 84:22, 84:24, 85:11, 152:9, 157:11, 157:16, 167:16, 167:18, 167:22, 167:24, 168:13, 168:21, 168:25, 169:3, 169:13, 197:13
**mLs** [12] - 45:18, 45:20, 45:24, 78:11, 79:2, 79:4, 81:25, 83:2, 84:4, 159:13, 169:15
**model** [7] - 57:7, 64:23, 138:17, 138:20, 194:20, 195:13
**Models** [1] - 141:7
**models** [7] - 57:3, 64:23, 138:24, 139:2, 142:19, 142:23, 167:9
**moderately** [1] - 144:14
**modes** [1] - 71:17
**modified** [1] - 25:24
**modifying** [2] - 40:7, 41:4
**moieties** [2] - 49:20, 173:6
**moiety** [2] - 174:8, 174:16
**molecular** [1] - 172:1
**molecule** [20] - 15:15, 28:10, 28:15, 29:14, 50:22, 50:24, 53:7, 53:16, 69:5, 80:22, 172:1, 172:6, 172:8, 172:24, 173:22, 174:1, 174:4, 180:11, 189:6, 198:1
**molecules** [12] - 10:22, 11:4, 53:10, 53:12, 53:19, 53:20, 57:15, 170:16, 173:6, 177:6, 177:7
**moment** [3] - 107:17, 143:1, 151:18
**Monday** [1] - 202:20
**months** [2] - 75:1, 86:17
**morning** [13] - 4:2, 4:3, 4:7, 5:10, 5:11, 110:21, 144:6, 145:10, 181:8, 189:23, 195:24, 197:4, 202:21
**most** [20] - 16:15, 25:13, 31:25, 37:23, 57:4, 62:10, 63:6, 76:16, 98:11, 111:13,

122:6, 160:6, 189:1, 189:11, 195:5, 195:9, 196:24, 197:7, 197:22
**motivate** [4] - 122:16, 146:17, 146:24, 149:19
**motivated** [4] - 86:9, 88:14, 147:19, 149:23
**motivates** [1] - 149:13
**motivation** [8] - 106:8, 106:10, 126:1, 126:10, 135:2, 147:1, 148:15, 148:19
**motivations** [3] - 146:19, 147:18, 147:20
**move** [13] - 4:11, 4:12, 29:14, 42:6, 47:10, 53:13, 103:3, 103:16, 103:22, 104:2, 115:19, 115:20, 190:23
**moving** [1] - 29:11
**MR** [251] - 4:5, 4:7, 4:9, 4:15, 4:23, 5:9, 7:9, 7:23, 9:23, 11:22, 13:24, 16:11, 18:6, 18:9, 18:11, 20:12, 20:13, 23:15, 25:8, 26:15, 27:7, 28:6, 36:14, 39:5, 41:15, 41:19, 41:22, 41:25, 42:3, 42:6, 42:9, 42:14, 42:15, 43:12, 43:19, 46:5, 47:23, 47:25, 49:4, 51:5, 51:25, 54:1, 55:15, 58:3, 58:22, 60:16, 67:16, 67:21, 67:24, 68:3, 68:8, 69:13, 69:17, 71:7, 73:7, 77:3, 77:8, 79:11, 80:13, 83:6, 83:7, 85:7, 85:15, 85:16, 86:6, 87:10, 87:11, 88:11, 89:4, 89:7, 89:10, 89:12, 89:14, 90:23, 91:2, 91:5, 91:7, 91:10, 91:14, 91:17, 91:20, 91:24, 92:2, 92:5, 94:20, 96:17, 96:25, 97:6, 97:8, 97:22, 97:25, 98:2, 98:3, 98:23, 98:25, 99:11, 107:10, 107:12, 107:15, 107:17, 107:19, 108:7, 108:8, 110:13, 110:24, 111:1, 112:10, 112:11, 115:10, 115:12, 115:15, 115:17, 115:22, 116:4, 116:7, 118:22, 119:2, 119:8, 120:11, 120:14, 120:15, 121:14, 123:2, 123:8, 124:15, 124:18, 124:21, 124:25, 125:10, 127:5, 127:20, 130:3, 130:6, 130:23, 130:25, 131:1, 132:6, 132:8, 132:9, 134:4, 134:13, 134:16, 136:1, 136:5, 137:4, 139:14, 139:15, 139:19, 142:14,

142:16, 143:11, 143:14, 145:7, 145:13, 145:15, 145:19, 146:9, 146:14, 149:15, 151:10, 151:12, 153:8, 153:10, 153:13, 153:15, 156:3, 156:5, 156:8, 156:11, 156:17, 156:20, 156:22, 156:25, 157:1, 160:3, 160:5, 160:11, 161:10, 161:16, 162:5, 162:9, 162:10, 165:8, 165:10, 165:12, 165:19, 166:1, 166:6, 171:14, 171:16, 172:15, 172:17, 172:21, 172:22, 173:17, 175:15, 175:16, 177:7, 177:9, 177:19, 180:2, 180:3, 181:9, 181:11, 181:12, 182:13, 182:15, 182:21, 183:13, 183:14, 183:17, 185:16, 186:1, 186:3, 186:17, 186:19, 186:21, 187:17, 187:18, 187:25, 188:9, 188:23, 189:9, 190:5, 190:10, 190:20, 190:23, 190:25, 191:1, 192:6, 193:12, 193:17, 194:11, 195:17, 195:19, 195:21, 197:1, 197:15, 198:24, 198:25, 199:6, 200:10, 200:13, 200:21, 201:18, 202:2, 202:3, 202:7, 202:13, 202:17, 202:19

**multiple** [1] - 124:12

## N

**N-oxide** [1] - 61:11
**nail** [1] - 140:17
**name** [5] - 5:5, 5:6, 113:22, 113:25, 189:3
**named** [2] - 145:9, 171:12
**names** [4] - 48:23, 171:4, 171:5, 171:9
**nanogram** [1] - 188:6
**nanograms** [3] - 199:24, 200:8, 200:14
**narrow** [2] - 197:6, 197:7
**narrower** [1] - 199:20
**narrowest** [1] - 199:23
**National** [2] - 14:9, 17:4
**nausea** [4] - 67:8, 93:7, 121:16, 122:7
**NDAs** [1] - 11:13
**necessarily** [2] - 52:5, 132:2, 133:22
**necessary** [6] - 11:11, 35:14, 36:7, 90:16, 105:13, 118:3
**need** [34] - 25:1, 25:2,

25:11, 26:22, 27:13, 28:11, 29:10, 31:23, 32:9, 32:13, 35:2, 35:3, 35:8, 37:12, 37:14, 38:3, 39:1, 41:6, 47:8, 73:20, 84:7, 87:14, 93:2, 97:4, 99:12, 117:13, 123:4, 142:5, 148:23, 155:9, 157:14, 165:21, 197:9, 199:3
**needed** [5] - 23:1, 23:13, 32:16, 40:5, 79:4
**needle** [1] - 161:20
**needs** [4] - 30:1, 30:25, 83:15, 140:18
**negative** [2] - 50:11
**neutral** [5] - 43:11, 43:15, 43:16, 43:17
**neutralize** [1] - 38:21
**never** [9] - 23:24, 60:10, 95:5, 95:10, 108:10, 129:4, 137:23, 170:12, 170:17
**NEW** [1] - 1:2
**new** [5] - 9:9, 29:14, 37:2, 114:13, 117:20
**New** [2] - 1:12, 11:12
**newswire** [1] - 113:18
**next** [27] - 24:2, 27:8, 27:9, 31:8, 32:4, 43:6, 44:20, 48:13, 49:5, 52:17, 54:2, 54:12, 70:3, 84:10, 102:9, 102:16, 102:22, 117:8, 138:19, 139:24, 150:7, 171:15, 175:14, 177:21, 180:6, 194:14, 195:7
**nexus** [2] - 90:18, 90:21
**NIPTE** [1] - 17:5
**nitrogen** [3] - 48:23, 51:19
**NK-1** [3] - 122:5, 145:16, 145:21
**NK-1s** [3] - 146:5, 190:6, 190:11
**nonabstract** [1] - 155:2
**none** [1] - 133:7
**notably** [1] - 59:7
**notebook** [3] - 99:13, 101:1, 155:9
**notebooks** [1] - 156:12
**noted** [1] - 139:16
**nothing** [5] - 85:11, 94:8, 165:6, 165:15, 202:2
**noticed** [2] - 171:2, 171:3
**notion** [2] - 88:2, 177:4
**Novel** [1] - 145:20
**November** [2] - 93:23, 155:8
**nowhere** [1] - 162:23
**NUMBER** [1] - 1:5
**number** [21] - 33:4, 33:21, 40:16, 45:3, 49:8, 49:9, 55:8, 63:25, 72:9, 83:2, 83:5, 101:1, 103:9, 109:9, 129:25,

131:18, 156:1, 156:6, 167:15, 170:16, 201:8
**Number** [8] - 73:9, 73:23, 74:9, 74:17, 75:15, 77:19, 85:10, 103:22
**numbers** [5] - 32:20, 84:4, 171:12, 187:16, 202:11
**numerous** [1] - 121:8
**N-oxides** [1] - 76:4

## O

**O'MALLEY** [139] - 2:3, 4:15, 18:9, 41:19, 85:7, 89:4, 89:10, 91:5, 91:14, 91:17, 91:20, 91:24, 92:2, 92:5, 94:20, 96:17, 96:25, 97:6, 97:8, 97:25, 98:2, 98:3, 98:23, 98:25, 99:11, 107:10, 107:12, 107:15, 107:17, 107:19, 108:7, 108:8, 110:13, 110:24, 111:1, 112:10, 112:11, 115:10, 115:17, 115:22, 116:4, 116:7, 119:2, 119:8, 120:11, 120:14, 120:15, 121:14, 123:2, 123:8, 124:18, 124:21, 124:25, 125:10, 127:5, 127:20, 130:3, 130:6, 130:25, 131:1, 132:8, 132:9, 134:4, 134:16, 136:1, 136:5, 137:4, 139:14, 139:15, 139:19, 142:14, 142:16, 143:11, 143:14, 145:7, 145:13, 145:15, 145:19, 146:9, 146:14, 149:15, 151:10, 151:12, 153:8, 153:10, 153:13, 153:15, 156:3, 156:5, 156:8, 156:11, 156:17, 156:20, 156:22, 156:25, 157:1, 160:3, 160:5, 160:11, 161:10, 161:16, 162:5, 162:9, 162:10, 165:8, 165:10, 165:12, 165:19, 166:1, 166:6, 171:14, 171:16, 172:21, 172:22, 173:17, 175:16, 177:7, 177:9, 177:19, 180:2, 180:3, 181:9, 181:11, 181:12, 182:15, 182:21, 183:13, 186:17, 190:5, 190:25, 193:17, 198:25, 199:6, 200:13, 200:21, 201:18, 202:2, 202:13, 202:19
**O'Malley** [16] - 3:6, 91:3, 155:25, 183:18, 185:17, 185:19, 185:23, 186:9, 188:14, 189:13, 189:18, 191:2, 192:7, 195:23, 196:10, 198:8

**object** [2] - 85:9, 186:17
**objection** [21] - 4:15, 18:9, 85:7, 89:4, 89:10, 97:22, 115:12, 118:22, 124:15, 130:23, 132:6, 134:13, 165:8, 169:10, 182:13, 190:5, 190:24, 193:17, 200:11, 202:12, 202:13
**observation** [1] - 43:1
**observe** [2] - 51:9, 153:25
**obstacles** [1] - 183:3
**obtain** [5] - 33:1, 75:1, 80:25, 90:16, 192:1
**obtained** [1] - 31:9
**obtaining** [1] - 75:8
**obvious** [4] - 23:12, 75:16, 169:25, 181:25
**obviously** [4] - 124:22, 173:5, 185:4, 197:6
**obviousness** [19] - 4:25, 5:17, 19:11, 47:1, 98:15, 100:5, 100:8, 100:15, 102:4, 113:8, 123:3, 134:23, 137:15, 149:16, 149:21, 149:22, 150:9, 151:14, 182:6
**occasionally** [1] - 16:23
**occur** [4] - 52:5, 161:24, 161:25, 180:1
**occurred** [3] - 61:3, 61:8, 61:9
**occurring** [1] - 92:6
**occurs** [4] - 60:23, 62:8, 127:12, 162:2
**October** [3] - 123:13, 124:9, 171:18
**OF** [1] - 1:2
**offer** [6] - 18:4, 41:24, 42:2, 169:5, 169:24, 193:19
**offered** [7] - 18:5, 169:11, 169:23, 179:21, 181:24, 183:19, 202:10
**offering** [4] - 93:10, 126:9, 183:25, 193:21
**often** [1] - 160:8
**Ohio** [3] - 6:6, 6:10, 6:20
**old** [1] - 114:19
**once** [4] - 15:15, 16:8, 62:16, 155:10
**Oncology** [1] - 65:14
**ondansetron** [14] - 64:14, 81:14, 82:15, 82:23, 117:22, 125:14, 139:3, 139:20, 141:19, 164:10, 164:15, 166:24, 194:8
**one** [82] - 15:23, 17:12, 20:16, 26:3, 26:4, 29:22, 30:10, 30:17, 33:11, 34:15, 35:24, 36:2, 38:3, 44:25, 51:9, 51:14, 53:11, 53:16, 53:20, 53:23, 58:9, 60:13,

70:6, 74:1, 76:17, 77:23, 82:22, 85:8, 87:13, 91:1, 91:4, 92:14, 100:16, 102:3, 102:13, 102:19, 102:25, 103:6, 103:13, 103:20, 103:25, 104:6, 105:5, 106:21, 107:4, 111:6, 111:14, 116:12, 119:17, 123:1, 124:16, 131:9, 131:25, 138:14, 143:18, 144:5, 146:1, 148:8, 148:24, 150:7, 150:12, 151:25, 153:21, 156:21, 160:17, 161:21, 171:3, 174:6, 175:19, 176:21, 177:1, 178:22, 178:23, 186:6, 186:8, 188:12, 188:14, 189:4, 196:5, 198:6
**One** [2] - 187:9, 199:8
**one's** [2] - 129:13, 129:18
**one-a-day** [1] - 148:24
**ones** [1] - 185:4
**open** [3] - 4:1, 160:17, 160:18
**opening** [3] - 157:25, 158:6, 179:17
**operate** [2] - 80:20, 81:11
**operating** [2] - 36:23, 137:1
**operation** [1] - 161:21
**opined** [1] - 184:25
**opines** [1] - 131:17
**opining** [1] - 93:10
**opinion** [51] - 19:5, 19:7, 19:10, 19:20, 87:13, 87:16, 89:2, 89:16, 89:19, 90:9, 98:15, 105:1, 110:21, 114:16, 114:18, 125:4, 125:7, 125:16, 125:18, 126:9, 127:23, 128:1, 128:2, 131:9, 131:22, 131:24, 131:25, 132:3, 134:12, 134:17, 135:4, 135:5, 135:6, 135:9, 144:22, 144:23, 145:24, 146:1, 148:4, 148:14, 149:16, 157:18, 159:3, 162:18, 169:5, 169:24, 180:22, 183:19, 184:22, 193:19, 193:21
**Opinion** [1] - 122:5
**opinions** [37] - 5:13, 5:15, 18:12, 20:24, 20:25, 46:25, 88:24, 90:15, 93:11, 96:7, 98:8, 100:5, 100:8, 100:9, 100:15, 107:24, 122:23, 123:18, 134:23, 135:9, 137:15, 150:2, 151:20, 162:22, 169:11, 169:16, 169:24, 179:20, 181:20, 181:24, 182:6, 183:10, 183:19, 184:3, 185:8, 190:12

**opposed** [4] - 55:19, 126:11, 135:3, 201:22
**opposite** [1] - 128:15
**optimal** [4] - 39:8, 74:15, 79:25, 81:12
**optimization** [9] - 22:25, 32:12, 32:17, 32:22, 33:13, 36:18, 37:5, 74:23, 85:4
**optimize** [4] - 11:8, 79:9, 85:1, 168:1
**optimized** [8] - 32:22, 33:8, 35:15, 37:8, 74:19, 85:2, 85:24, 86:17
**optimum** [3] - 43:2, 74:24, 86:2
**options** [1] - 14:21
**oral** [5] - 24:23, 106:22, 108:22, 180:14, 184:9
**orally** [1] - 8:2
**order** [2] - 79:24, 157:7
**ordinary** [9] - 19:12, 19:16, 20:15, 105:25, 187:9, 188:12, 198:13, 199:8, 199:15
**organic** [4] - 11:4, 25:25, 26:2, 75:25
**organization** [1] - 96:2
**organizations** [1] - 17:3
**original** [1] - 72:15
**osmolality** [2] - 39:23, 40:9
**osmolarity** [2] - 44:12, 73:20
**out-license** [1] - 114:25
**out-licensed** [2] - 112:14, 114:23
**outcome** [1] - 136:15
**output** [2] - 35:7, 136:13
**outside** [4] - 17:2, 38:9, 82:7, 93:5
**overall** [4] - 21:22, 131:8, 173:2, 173:9
**overarching** [1] - 110:21
**overcome** [5] - 22:23, 27:13, 29:7, 63:17, 71:15
**overcoming** [5] - 23:9, 30:4, 31:14, 31:21, 61:19
**overview** [1] - 22:4
**own** [9] - 12:10, 17:20, 98:9, 99:1, 112:13, 114:19, 124:16, 191:20, 197:25
**oxidation** [13] - 28:2, 30:23, 31:1, 31:6, 51:24, 52:2, 76:1, 76:2, 76:6, 76:13, 175:23, 179:6, 198:6
**oxidative** [26] - 28:3, 44:1, 51:22, 52:10, 60:24, 61:3, 61:7, 61:14, 61:19, 62:12, 62:18, 63:3, 63:7, 63:13, 63:18, 75:19, 75:20, 76:10, 77:12, 77:16, 173:23, 174:3,

174:7, 174:13, 179:9, 198:1
**oxide** [1] - 61:11
**oxides** [1] - 76:3
**oxidize** [1] - 75:24
**oxidizes** [2] - 175:18, 175:19
**oxygen** [3] - 31:5, 48:23, 61:11

**P**

**p.m** [1] - 202:22
**package** [2] - 34:1, 78:11
**packaged** [1] - 32:8
**packages** [3] - 33:10, 33:21, 34:15
**packaging** [3] - 31:16, 31:24, 71:3
**Page** [46] - 30:14, 42:20, 42:21, 43:14, 44:6, 44:20, 45:12, 47:24, 54:3, 54:4, 54:12, 55:22, 56:5, 56:17, 58:23, 60:17, 61:13, 61:21, 64:3, 64:18, 64:19, 65:13, 66:3, 66:13, 76:8, 98:22, 100:13, 101:8, 101:15, 101:17, 101:20, 103:8, 104:25, 105:21, 116:25, 121:3, 122:4, 148:13, 158:7, 177:21, 186:2, 186:25, 188:19, 192:19, 194:13
**page** [12] - 99:18, 117:8, 121:1, 121:4, 123:6, 131:2, 143:12, 145:14, 147:25, 177:21, 190:17, 194:14
**Pages** [6] - 69:14, 77:7, 84:9
**pages** [1] - 48:13
**painstakingly** [1] - 142:5
**PALO** [1] - 1:4
**Palo** [1] - 117:2
**palonosetron** [152] - 18:19, 20:5, 20:7, 36:19, 46:11, 46:17, 47:12, 47:14, 47:17, 48:11, 48:20, 49:7, 49:9, 49:11, 49:13, 50:3, 50:22, 51:7, 52:8, 52:11, 54:22, 55:4, 55:13, 55:17, 55:24, 56:21, 56:24, 57:4, 58:5, 58:9, 58:15, 58:24, 59:5, 59:18, 59:20, 60:20, 63:11, 63:19, 63:21, 63:24, 63:25, 64:2, 64:7, 64:10, 64:11, 64:17, 64:22, 65:4, 65:17, 66:9, 67:5, 67:23, 67:25, 68:10, 68:21, 69:5, 69:19, 70:2, 70:5, 71:11, 72:1, 72:6, 72:13, 72:20, 73:24, 75:16, 77:16, 78:1, 79:15, 79:19, 81:5, 81:16, 81:17, 82:4,

82:9, 82:18, 83:10, 84:24, 85:17, 86:8, 87:15, 88:12, 88:14, 88:16, 89:16, 89:21, 90:3, 90:5, 106:11, 108:5, 109:17, 110:22, 112:14, 113:2, 113:6, 113:10, 114:23, 114:25, 115:7, 118:10, 118:20, 119:1, 119:10, 119:14, 119:18, 126:1, 126:6, 126:10, 126:14, 126:17, 126:23, 127:8, 127:11, 127:25, 129:10, 132:21, 133:9, 135:3, 135:18, 136:9, 140:9, 152:8, 152:15, 155:3, 155:12, 162:12, 162:25, 163:3, 163:6, 164:10, 164:15, 164:23, 165:23, 166:19, 166:23, 167:15, 168:12, 168:20, 171:18, 172:1, 172:7, 173:3, 174:15, 177:5, 180:15, 184:16, 188:15, 189:11, 190:12, 194:6, 197:4
**palonosetron's** [1] - 69:21
**pantoprazole** [1] - 173:19
**paper** [6] - 63:25, 64:25, 65:2, 129:5, 129:22, 144:4
**papers** [2] - 65:5, 129:19
**Paragraph** [14] - 123:5, 123:23, 124:6, 124:9, 130:11, 131:5, 131:16, 131:17, 152:6, 155:9, 158:6, 171:19, 175:2, 177:21
**paragraph** [20] - 113:13, 117:1, 117:12, 118:13, 124:10, 125:5, 141:23, 145:5, 145:17, 145:18, 148:14, 153:17, 179:2, 182:22, 187:1, 187:7, 187:20, 188:11, 193:5, 194:6
**parameters** [1] - 25:11
**paraphrase** [2] - 143:22, 191:4
**paraphrasing** [3] - 106:9, 137:5, 180:10
**Parenteral** [2] - 17:8, 17:11
**parenteral** [19] - 7:16, 7:24, 7:25, 8:1, 45:1, 45:16, 45:17, 45:24, 45:25, 76:18, 81:23, 81:24, 106:23, 160:18, 196:7, 196:15, 196:25, 197:23
**parenterals** [5] - 46:1, 82:21, 154:2, 157:18, 158:9
**part** [23] - 14:5, 34:23, 37:23, 49:8, 50:4, 50:5, 50:23, 53:8, 63:22, 95:24, 102:4, 111:13, 111:15, 111:17, 113:12, 117:21,

125:6, 134:23, 135:4, 135:11, 138:5, 138:9, 149:16
**participate** [4] - 9:25, 10:12, 12:7, 12:14
**participated** [2] - 10:1, 10:18
**particular** [40] - 24:6, 24:7, 42:24, 44:2, 48:10, 49:20, 50:2, 51:6, 51:20, 56:20, 57:6, 57:15, 58:15, 58:18, 60:22, 62:5, 64:2, 65:17, 66:24, 67:3, 67:7, 75:12, 75:13, 78:13, 80:4, 80:9, 95:5, 95:23, 114:14, 122:16, 162:23, 168:19, 169:6, 189:3, 191:16, 193:24, 201:15, 201:21
**particularly** [5] - 44:3, 44:17, 54:7, 125:14, 129:19
**parties** [3] - 4:21, 101:24, 102:10
**parts** [2] - 51:4, 194:12
**pass** [2] - 91:1, 91:3
**passage** [2] - 176:9, 189:10
**passing** [1] - 159:23
**patent** [58] - 17:25, 19:2, 19:10, 47:20, 47:21, 48:1, 48:2, 48:3, 48:5, 48:7, 48:12, 48:17, 49:10, 52:12, 54:5, 54:14, 54:21, 55:16, 56:1, 56:13, 58:20, 63:22, 72:9, 72:15, 72:23, 73:3, 77:1, 78:2, 98:13, 98:19, 98:21, 99:2, 100:10, 100:17, 102:16, 105:12, 106:1, 106:7, 106:15, 107:16, 108:10, 108:16, 109:4, 109:22, 157:11, 169:17, 169:19, 185:10, 185:21, 186:22, 186:23, 187:24, 188:11, 188:14, 188:16, 198:11, 198:22
**patentees** [3] - 54:5, 54:15, 55:25
**patents** [22] - 18:13, 18:15, 18:16, 18:17, 18:18, 19:13, 20:9, 20:10, 20:11, 72:22, 77:24, 77:25, 100:6, 100:10, 100:16, 125:11, 143:3, 151:13, 157:3, 167:11, 179:24, 184:6
**patents-in-suit** [5] - 100:6, 100:10, 100:16, 125:11, 143:3
**pathway** [2] - 31:2, 52:4
**pathways** [4] - 30:7, 52:16, 61:7, 61:16
**patient** [12] - 25:17, 37:15, 39:16, 46:4, 83:23, 83:24, 83:25, 84:2, 160:2, 161:6,

200:24, 200:25
**patients** [5] - 24:10, 24:12, 68:16, 142:2, 201:5
**Paul** [1] - 117:1
**PAUL** [1] - 2:2
**pause** [1] - 200:23
**pay** [1] - 141:18
**PDA** [3] - 17:11, 17:14
**peer** [7] - 17:12, 128:23, 129:5, 129:12, 129:19, 129:22, 167:12
**peer-review** [1] - 128:23
**peer-reviewed** [6] - 17:12, 129:5, 129:12, 129:19, 129:22, 167:12
**peer-reviewed** [2] - 56:3, 155:1
**pending** [2] - 166:4, 193:22
**penicillin** [1] - 29:22
**people** [12] - 10:5, 67:4, 104:17, 111:12, 111:13, 121:19, 127:16, 127:24, 146:20, 146:22, 193:23
**peptide** [2] - 10:23, 10:24
**peptides** [1] - 11:2
**per** [39] - 68:14, 76:23, 77:21, 78:1, 82:5, 82:23, 83:24, 84:5, 84:21, 84:22, 84:24, 85:10, 128:12, 152:9, 152:15, 153:7, 153:12, 153:18, 155:12, 157:11, 157:16, 167:16, 167:18, 167:22, 167:24, 168:13, 168:21, 168:25, 169:3, 169:13, 188:6, 188:7, 199:25, 200:14, 200:24, 201:1, 201:3
**percent** [5] - 61:25, 76:20, 77:1, 175:19, 175:20
**perform** [1] - 12:10
**performance** [2] - 15:8, 37:7
**performed** [1] - 17:21
**performing** [2] - 28:24, 191:21
**perhaps** [1] - 68:5
**period** [12] - 24:20, 35:10, 65:19, 75:13, 113:21, 118:8, 118:10, 126:11, 159:17, 161:23, 161:24, 170:17
**periods** [1] - 86:25
**person** [9] - 19:12, 19:15, 19:16, 43:6, 105:25, 135:2, 149:10, 198:13, 199:15
**personal** [3] - 117:5, 187:11, 199:10
**personally** [2] - 133:12, 137:24
**persons** [1] - 111:23
**perspective** [3] - 11:6,

89:25, 147:19
**pertain** [1] - 128:8
**pertinent** [1] - 105:25
**pH** [36] - 27:24, 31:5, 37:12, 37:18, 37:22, 38:2, 38:13, 38:14, 38:21, 38:22, 39:6, 39:7, 39:8, 41:2, 41:11, 41:12, 41:13, 42:24, 43:2, 43:5, 43:10, 43:11, 43:15, 43:18, 45:8, 62:16, 62:21, 62:22, 63:16, 74:10, 74:12, 74:15
**Ph.D** [9] - 6:11, 7:10, 7:12, 7:15, 9:11, 13:12, 13:13, 14:15, 19:17
**Ph.D.s** [2] - 9:9, 16:13
**Pharm** [1] - 17:15
**Pharm.D** [2] - 13:2, 13:19
**pharmacal** [1] - 6:8
**PHARMACEUTICAL** [1] - 1:9
**Pharmaceutical** [3] - 17:5, 17:7, 17:10
**pharmaceutical** [42] - 6:11, 6:15, 6:20, 6:22, 7:17, 8:9, 8:11, 8:16, 8:17, 8:18, 10:6, 15:7, 15:9, 16:24, 17:1, 17:3, 17:16, 17:18, 18:7, 20:2, 21:3, 21:8, 22:16, 44:4, 59:24, 90:10, 104:12, 106:21, 146:24, 147:15, 147:20, 148:23, 149:3, 149:9, 158:19, 180:23, 181:14, 185:3, 185:7, 187:5, 191:23, 199:15
**pharmaceutically** [4] - 104:17, 105:4, 105:5, 107:4
**PHARMACEUTICALS** [1] - 1:8
**pharmaceuticals** [1] - 92:11
**Pharmaceutics** [1] - 59:25
**pharmaceutics** [3] - 5:24, 6:19, 19:18
**pharmacist** [4] - 12:16, 12:20, 13:15, 13:17
**pharmacoeconomics** [1] - 117:4
**pharmacokinetic** [2] - 65:17, 128:11
**pharmacokineticist** [1] - 15:18
**pharmacokineticists** [1] - 16:18
**pharmacokinetics** [8] - 7:14, 15:9, 15:13, 15:14, 15:25, 16:10, 126:5, 141:24
**pharmacological** [7] - 42:10, 56:15, 59:14, 63:23, 64:2, 89:20, 173:16, 193:20

**pharmacologist** [3] - 138:7, 142:24, 162:19
**pharmacologists** [5] - 20:19, 64:1, 104:19, 136:18, 137:6
**Pharmacology** [1] - 143:23
**pharmacology** [18] - 6:19, 6:24, 7:1, 81:1, 82:18, 84:14, 92:17, 93:4, 128:4, 128:12, 128:14, 136:8, 137:10, 137:12, 138:2, 138:3, 138:5, 141:12
**Pharmacopeia** [1] - 45:17
**pharmacopeial** [1] - 196:7
**Pharmacy** [7] - 5:21, 5:23, 6:2, 13:2, 13:9, 13:10, 14:19
**pharmacy** [14] - 6:8, 6:15, 6:18, 6:23, 6:25, 7:3, 12:7, 12:8, 12:24, 13:9, 13:17, 14:15, 14:17, 15:10
**phase** [6] - 21:23, 23:8, 29:6, 29:9, 180:10, 180:18
**Phase** [29] - 65:5, 65:6, 65:8, 66:5, 66:8, 66:18, 66:19, 67:13, 67:14, 67:19, 67:23, 68:2, 68:4, 68:9, 68:20, 70:7, 83:11, 84:13, 88:4, 94:18, 94:22, 94:23, 118:14, 118:16, 126:4, 128:9, 129:6, 150:16, 190:2
**phases** [1] - 8:18
**phosphate** [1] - 44:25
**photolytic** [5] - 27:25, 30:23, 60:22, 61:2, 61:5
**pHs** [4] - 37:12, 39:1, 62:19
**physical** [2] - 6:21, 183:5
**physician** [1] - 93:11
**physicians** [1] - 160:7
**pick** [2] - 168:6, 201:21
**picked** [2] - 112:22, 153:16
**picks** [1] - 112:24
**picture** [2] - 21:20, 23:4
**pictures** [1] - 41:20
**piece** [4] - 47:19, 47:20, 75:8, 84:6
**pills** [1] - 106:25
**Piraccini** [17] - 65:9, 119:20, 125:25, 126:4, 126:9, 126:13, 126:22, 127:10, 127:23, 128:3, 128:9, 129:4, 132:4, 132:10, 132:13, 132:20, 189:24
**Pisano** [5] - 104:23, 105:16, 148:4, 182:3, 182:6
**Pisano's** [1] - 104:25
**place** [1] - 87:15
**placed** [1] - 163:11
**Plaintiffs** [1] - 1:5, 2:5
**plaintiffs'** [2] - 87:14, 88:24
**platinum** [1] - 195:6

**play** [3] - 62:11, 79:18, 90:4
**player** [2] - 62:22, 80:21
**plot** [1] - 62:17
**plug** [1] - 34:4
**plunger** [1] - 160:9
**Point** [1] - 169:12
**point** [31] - 12:2, 22:6, 31:10, 32:6, 32:11, 49:16, 54:9, 54:17, 58:9, 58:15, 63:5, 63:14, 65:22, 67:11, 70:1, 70:15, 73:3, 79:7, 80:1, 87:19, 87:20, 87:25, 90:8, 90:23, 114:5, 146:5, 154:21, 154:24, 165:1, 191:2, 194:5
**pointed** [3] - 40:21, 58:11, 166:18
**pointing** [7] - 42:23, 43:23, 44:3, 44:11, 44:15, 75:2, 98:17
**points** [6] - 44:1, 44:14, 44:17, 76:3, 84:18, 90:14
**poisoning** [1] - 54:8
**PONV** [9] - 67:15, 68:4, 68:13, 73:2, 150:16, 155:11, 155:13, 162:12, 162:17
**popularity** [1] - 90:20
**population** [1] - 152:25
**port** [2] - 160:17, 160:18
**portfolio** [1] - 117:4
**portion** [6] - 14:2, 14:11, 95:15, 127:22, 149:9, 199:1
**portions** [1] - 192:18
**ports** [1] - 160:17
**POSA** [163] - 19:16, 19:20, 19:23, 19:25, 20:21, 21:7, 21:10, 23:16, 23:17, 28:7, 28:14, 28:25, 29:1, 29:2, 29:10, 30:6, 32:1, 32:17, 33:2, 37:4, 37:8, 39:6, 39:7, 39:11, 40:1, 40:12, 40:17, 46:8, 46:16, 46:21, 46:23, 47:4, 47:7, 47:16, 48:6, 49:14, 51:6, 51:23, 52:7, 52:11, 52:12, 52:13, 52:14, 58:5, 59:16, 60:20, 62:10, 62:21, 63:9, 63:10, 63:21, 64:4, 64:5, 64:15, 65:15, 65:16, 66:6, 66:10, 67:3, 67:25, 69:19, 69:20, 70:4, 70:9, 70:24, 71:10, 73:16, 74:18, 75:9, 75:20, 75:22, 76:4, 79:20, 79:22, 80:1, 80:17, 80:18, 81:6, 81:11, 83:9, 83:13, 84:6, 84:23, 86:7, 86:9, 86:15, 87:14, 87:16, 88:13, 104:9, 104:11, 104:14, 105:12, 105:14, 105:17, 105:18, 106:10, 107:24, 107:25, 110:22, 111:9, 112:12, 112:18,

112:22, 114:24, 113:21, 114:22, 114:24, 115:2, 116:23, 118:19, 118:24, 119:3, 119:9, 119:11, 119:13, 119:16, 120:1, 121:17, 126:16, 126:24, 127:2, 127:3, 127:6, 135:12, 135:17, 137:5, 140:20, 140:25, 146:17, 146:20, 147:19, 148:15, 149:1, 149:2, 149:10, 149:23, 152:8, 154:12, 154:14, 164:19, 164:21, 166:8, 170:1, 174:18, 177:10, 181:22, 182:3, 182:24, 183:3, 190:4, 191:10, 193:15, 193:19, 193:22, 194:2, 195:11, 196:20, 197:2, 198:13
**POSA's** [5] - 20:14, 75:18, 164:25, 165:14, 191:10
**pose** [1] - 89:10
**posed** [1] - 110:20
**position** [5] - 5:22, 46:21, 95:2, 95:3, 150:9
**positions** [1] - 48:19
**positive** [4] - 36:4, 50:12, 163:19, 163:21
**positively** [1] - 28:21
**possess** [2] - 139:17, 189:4
**possibility** [2] - 52:9, 63:12
**possible** [12] - 52:4, 52:16, 60:25, 106:13, 111:25, 144:10, 163:8, 173:23, 174:3, 174:13, 185:20, 186:4
**post** [1] - 12:13
**post-docs** [1] - 12:13
**postoperative** [1] - 67:8
**potencies** [1] - 82:12
**potency** [19] - 35:10, 35:11, 57:1, 61:25, 62:3, 62:17, 64:6, 64:8, 64:10, 64:11, 81:2, 81:13, 81:15, 82:17, 135:16, 139:3, 140:23
**potent** [4] - 57:2, 64:13, 194:7, 194:8
**potential** [21] - 22:18, 31:11, 31:16, 49:17, 49:21, 51:7, 51:24, 54:6, 54:7, 54:9, 55:18, 60:21, 63:15, 63:17, 64:6, 64:21, 71:13, 72:25, 75:20, 188:7, 188:10
**potentially** [7] - 43:24, 51:22, 51:23, 52:15, 125:12, 167:5, 188:4
**Poulenc** [2] - 58:11, 59:6
**powders** [1] - 107:1
**practice** [8] - 10:5, 14:21, 14:23, 15:1, 20:14, 39:7, 191:10, 191:11

**practiced** [5] - 8:15, 21:6, 23:20, 32:24
**practices** [2] - 39:11, 40:2
**pre** [1] - 74:22
**pre-formulation** [1] - 74:22
**precise** [1] - 142:7
**precisely** [1] - 134:21
**preclinical** [9] - 64:25, 65:1, 66:1, 72:18, 88:3, 88:20, 138:3, 138:5
**predict** [3] - 164:19, 166:18, 168:11
**predicted** [5] - 82:9, 82:19, 164:9, 165:23, 166:13
**Predicting** [1] - 141:7
**prediction** [2] - 166:9, 166:12
**predictions** [2] - 49:18, 167:3
**predicts** [1] - 81:16
**preface** [1] - 115:5
**preferably** [1] - 199:24
**preformulation** [13] - 22:15, 23:6, 27:9, 27:19, 28:7, 28:9, 28:24, 29:16, 30:11, 30:12, 31:1, 31:8, 40:21
**prepared** [6] - 21:13, 22:8, 40:11, 47:3, 115:5, 130:15
**preparing** [2] - 19:21, 122:23
**prescribe** [2] - 92:14, 93:11
**presence** [2] - 63:8, 163:15
**present** [5] - 139:1, 140:2, 160:6, 189:4, 194:17
**presented** [3] - 70:8, 105:24, 129:13
**press** [23] - 69:21, 69:25, 70:1, 72:24, 88:19, 112:18, 112:25, 113:9, 113:10, 114:1, 119:13, 119:24, 119:25, 133:3, 133:7, 133:13, 133:19, 134:8, 191:4, 191:5, 191:11, 191:13, 191:22
**presumably** [1] - 94:10
**pretty** [7] - 30:10, 30:24, 32:6, 40:22, 71:15, 86:20, 196:16
**preventing** [3] - 54:7, 54:10, 76:13
**previewing** [1] - 160:5
**price** [1] - 118:4
**primarily** [3] - 137:9, 182:12, 183:2
**primary** [3] - 13:25, 55:25, 123:2
**principle** [3] - 175:7, 175:22, 176:3
**problem** [4] - 25:25, 27:17,

31:21, 162:25
**problems** [13] - 14:12, 22:18, 22:19, 22:20, 22:23, 27:12, 27:15, 29:4, 29:7, 30:4, 31:15, 45:8, 71:14
**procedure** [2] - 36:23, 73:21
**procedures** [1] - 192:9
**proceed** [1] - 91:23
**proceeding** [2] - 66:7, 72:23
**proceedings** [1] - 202:22
**process** [36] - 8:18, 10:10, 21:4, 21:9, 21:14, 21:18, 21:21, 21:23, 22:21, 22:25, 23:20, 27:8, 27:9, 30:1, 30:20, 36:21, 40:3, 40:13, 40:20, 47:9, 62:18, 66:7, 88:10, 90:12, 111:6, 111:15, 125:20, 127:14, 128:23, 128:25, 170:22, 181:1, 181:14, 185:6, 198:5
**processes** [7] - 14:4, 27:20, 28:23, 30:2, 30:11, 62:12, 77:15
**prodrug** [1] - 7:14
**produces** [1] - 195:9
**product** [78] - 7:24, 7:25, 10:7, 16:24, 21:17, 22:1, 22:6, 22:12, 22:17, 23:8, 23:11, 23:14, 23:21, 24:3, 24:7, 25:5, 25:9, 26:17, 26:19, 27:1, 29:6, 29:9, 32:4, 32:7, 32:8, 34:5, 37:5, 45:18, 47:20, 71:3, 78:14, 85:24, 86:22, 86:25, 87:12, 87:17, 87:18, 87:20, 89:22, 90:19, 90:20, 92:23, 111:7, 111:9, 111:10, 111:17, 112:2, 112:14, 114:19, 118:1, 118:4, 118:15, 127:18, 127:19, 127:21, 127:22, 133:14, 133:20, 134:9, 137:25, 146:19, 146:21, 147:4, 148:16, 148:24, 149:20, 163:11, 181:14, 185:4, 185:7, 185:11, 185:12, 185:13, 191:7
**product's** [1] - 148:25
**products** [31] - 7:16, 8:1, 8:2, 8:3, 8:24, 10:21, 11:19, 15:7, 15:9, 17:1, 25:6, 38:15, 38:25, 44:9, 45:2, 61:9, 61:10, 74:2, 74:13, 90:20, 96:3, 111:25, 112:3, 112:4, 114:13, 117:21, 118:2, 159:16, 179:10, 185:15
**professional** [4] - 12:8, 14:19, 14:21, 15:5
**professor** [1] - 5:24

**profile** [25] - 15:19, 22:7, 22:17, 23:12, 24:3, 25:9, 26:17, 27:1, 63:5, 87:17, 87:18, 87:20, 111:7, 111:10, 111:17, 112:2, 127:18, 127:19, 127:21, 127:22, 146:20, 146:21, 147:4, 147:6, 195:9
**profitable** [1] - 118:5
**profound** [1] - 63:6
**program** [12] - 13:4, 13:6, 13:9, 13:11, 13:18, 13:19, 34:24, 35:13, 35:14, 36:9, 70:13, 115:7
**progress** [2] - 69:21, 112:25
**project** [17] - 9:25, 10:1, 10:3, 10:4, 10:13, 10:14, 10:18, 11:14, 20:17, 20:18, 23:24, 23:25, 88:9, 127:7, 136:12, 136:16, 170:21
**projected** [1] - 118:3
**projects** [10] - 11:16, 11:21, 11:23, 23:23, 94:1, 94:4, 94:6, 94:10, 95:9, 95:17
**promising** [1] - 122:6
**prong** [1] - 160:24
**pronounced** [1] - 195:6
**proofs** [1] - 91:6
**proper** [1] - 73:21
**properties** [4] - 48:10, 64:2, 65:17, 183:5
**property** [1] - 87:8
**proportional** [3] - 175:8, 175:23, 176:10
**proposed** [2] - 118:1, 147:6
**proposition** [2] - 124:23, 196:12
**prospects** [1] - 125:12
**protection** [1] - 30:21
**protocol** [2] - 35:6, 35:8
**protocols** [4] - 33:5, 35:1, 41:6, 75:11
**proton** [1] - 50:6
**Protonix** [1] - 173:19
**prove** [3] - 28:21, 145:22, 146:3
**provide** [11] - 5:12, 23:2, 34:6, 34:7, 81:3, 126:1, 126:10, 135:1, 146:19, 154:11, 198:21
**provided** [13] - 81:7, 85:1, 87:17, 89:17, 107:20, 108:19, 117:3, 123:17, 126:5, 150:9, 151:7, 151:19, 170:7
**provides** [3] - 22:9, 76:15, 168:2
**providing** [3] - 148:14, 148:22, 173:18

**prudent** [1] - 82:14
**PTX** [1] - 106:18
**PTX-0042** [1] - 113:11
**PTX-0251** [1] - 141:3
**PTX-0254** [1] - 120:3
**PTX-0254.0003** [1] - 121:3
**PTX-0256** [1] - 115:23
**PTX-0256.0006** [1] - 116:25
**PTX-0256.0007** [1] - 117:8
**PTX-0257** [1] - 192:8
**PTX-0263.0001** [1] - 115:11
**public** [2] - 46:11, 90:19
**publication** [12] - 47:6, 118:20, 120:24, 128:23, 129:12, 139:8, 141:4, 143:8, 143:15, 144:2, 155:2, 167:12
**publications** [4] - 17:20, 17:22, 120:21, 124:1
**publicly** [8] - 46:24, 112:16, 112:21, 115:16, 115:18, 115:24, 116:22, 162:24
**publish** [1] - 55:23, 56:2, 63:20
**published** [20] - 30:10, 46:13, 47:21, 48:1, 56:9, 59:22, 59:25, 63:23, 66:15, 66:17, 66:18, 66:21, 68:5, 68:12, 129:4, 132:13, 132:14, 143:2, 146:2, 192:12
**pull** [4] - 101:2, 105:21, 147:24, 182:15
**pump** [2] - 196:22, 196:23
**purchase** [2] - 114:1, 114:3
**purchased** [1] - 112:19
**purchases** [1] - 114:24
**Purdue** [2] - 6:5, 6:7
**purpose** [12] - 90:12, 133:13, 133:19, 134:10, 140:11, 140:13, 163:4, 164:18, 164:25, 180:25, 181:13, 191:8
**purposes** [7] - 59:11, 74:15, 140:20, 154:16, 164:17, 167:2, 167:4
**pursue** [4] - 88:22, 106:10, 149:13, 149:20
**pursued** [1] - 170:20
**put** [23] - 4:19, 17:22, 35:3, 46:21, 47:5, 50:25, 51:3, 52:21, 72:19, 73:1, 73:22, 74:8, 74:16, 78:6, 85:6, 90:7, 92:2, 107:17, 121:21, 123:5, 130:3, 177:7, 198:25
**puts** [2] - 26:11, 26:13
**putting** [5] - 28:12, 90:21, 149:4, 149:5, 161:19

## Q

**qualified** [1] - 89:5

**quantitatively** [1] - 175:17
**QUESTION** [2] - 97:9, 134:7
**questioning** [4] - 189:16, 190:10, 190:11, 190:16
**questions** [5] - 91:10, 110:20, 183:13, 185:17, 198:24
**quetiapine** [3] - 183:1, 183:6, 185:15
**quickly** [1] - 197:16
**quinuclidine** [10] - 51:10, 51:13, 58:16, 58:17, 59:7, 61:10, 61:12, 63:13, 76:5, 189:3
**QUINUCLIDINE** [1] - 51:13
**quite** [6] - 47:13, 64:7, 82:22, 84:19, 84:21, 109:9
**quote** [3] - 152:19, 155:19, 157:6
**quoted** [2] - 155:18, 155:21
**quoting** [1] - 158:8

## R

**R&D** [1] - 117:4
**R1** [3] - 48:19, 48:22, 48:25
**R2** [2] - 48:19, 48:22
**R3** [3] - 48:19, 48:22, 189:2
**radiation** [1] - 54:8
**raises** [1] - 159:23
**range** [95] - 34:18, 35:4, 35:17, 37:12, 38:8, 38:11, 38:12, 38:13, 38:23, 39:2, 39:24, 40:9, 41:3, 43:3, 43:10, 44:12, 45:11, 62:19, 64:16, 67:2, 67:4, 67:10, 68:13, 68:18, 70:25, 73:21, 74:5, 74:12, 76:19, 76:21, 76:24, 76:25, 77:2, 80:1, 80:4, 80:19, 81:11, 81:23, 81:24, 82:2, 82:6, 82:7, 82:10, 82:20, 82:21, 83:9, 83:13, 83:14, 83:16, 83:20, 83:21, 84:1, 84:5, 84:7, 84:16, 84:20, 88:1, 88:3, 142:1, 154:9, 154:11, 154:15, 154:18, 158:2, 159:21, 164:19, 164:21, 165:5, 165:9, 165:13, 165:14, 166:9, 166:14, 167:14, 167:15, 167:21, 167:25, 168:5, 168:13, 168:20, 168:24, 169:7, 196:19, 197:6, 199:23, 200:2, 201:13, 201:16, 201:20, 201:22, 201:25
**ranges** [13] - 32:14, 34:13, 68:19, 76:15, 79:23, 81:21, 84:12, 84:18, 84:22, 135:14, 150:14, 199:18, 199:20

**ranging** [4] - 66:5, 140:21, 188:6, 190:2
**rapid** [1] - 62:20
**rat** [2] - 142:17, 192:20
**rate** [6] - 62:20, 118:5, 175:8, 175:22, 176:10, 184:13
**rate-of-return** [1] - 118:5
**rather** [5] - 13:18, 120:14, 149:10, 173:9, 180:6
**read** [29] - 97:13, 97:14, 117:12, 117:14, 121:17, 124:22, 131:24, 139:12, 139:24, 143:22, 144:9, 145:12, 152:7, 165:20, 166:3, 166:5, 169:19, 172:10, 172:13, 185:19, 187:7, 188:11, 188:25, 189:10, 189:24, 193:4, 193:8, 195:1, 195:7
**reader** [1] - 178:25
**reading** [6] - 88:15, 118:24, 124:16, 172:19, 180:21, 195:11
**reads** [2] - 117:1, 190:17
**ready** [2] - 91:19, 202:15
**real** [1] - 71:21
**realize** [1] - 108:9
**realized** [1] - 118:14
**really** [26] - 7:7, 13:3, 15:6, 19:2, 22:7, 33:21, 38:22, 51:21, 57:19, 66:20, 66:22, 75:18, 84:18, 84:19, 116:17, 120:2, 125:4, 128:2, 136:23, 141:18, 165:17, 169:19, 170:22, 171:10, 184:12, 193:19
**reason** [9] - 11:25, 122:1, 122:3, 124:5, 124:8, 125:3, 135:8, 170:12, 191:12
**reasonable** [7] - 23:17, 74:18, 76:15, 86:10, 86:15, 168:2, 180:4
**reasons** [7] - 129:25, 131:18, 131:19, 146:19, 146:23, 147:21, 148:21
**rebuttal** [4] - 123:5, 123:9, 123:18, 178:2
**receive** [7] - 6:7, 7:10, 94:7, 94:10, 94:15, 94:17, 180:17
**received** [3] - 6:8, 6:11, 94:3
**recent** [3] - 98:11, 179:18, 179:19
**recently** [1] - 14:9
**Receptor** [1] - 141:8
**receptor** [13] - 57:10, 57:11, 57:16, 57:17, 117:17, 121:7, 122:6, 142:1, 144:13, 144:15, 145:23, 189:19,

193:11
**receptors** [2] - 57:1, 189:14
**Receptors:Molecular** [1] - 143:23
**Recess** [2] - 42:12, 146:12
**recess** [3] - 91:13, 91:15, 91:22
**recognize** [4] - 130:20, 148:1, 148:7, 174:12
**recognized** [2] - 113:22, 113:24
**recollect** [1] - 98:16
**recollection** [6] - 67:16, 94:13, 94:16, 99:24, 132:23, 133:2, 149:12, 164:13
**recombinant** [1] - 10:24
**recommendation** [2] - 45:10, 73:12
**recommended** [1] - 74:5
**record** [31] - 5:5, 30:13, 41:15, 41:19, 42:17, 42:20, 43:20, 46:24, 47:23, 55:22, 56:4, 58:23, 60:17, 61:13, 64:3, 66:2, 66:13, 69:13, 76:7, 76:22, 77:3, 84:8, 108:4, 123:12, 124:21, 144:10, 156:7, 172:4, 172:15, 172:16, 178:5
**RECROSS** [2] - 3:4, 199:6
**red** [1] - 39:19
**REDDY'S** [2] - 1:7, 1:8
**Reddy's** [4] - 2:9, 97:17, 97:21, 159:1
**REDIRECT** [2] - 3:4, 183:17
**reducing** [2] - 72:21, 155:13
**refer** [7] - 49:10, 53:4, 56:6, 60:4, 92:8, 161:19, 188:7
**reference** [33] - 30:9, 40:16, 55:18, 56:20, 69:15, 73:11, 77:4, 101:24, 102:9, 102:16, 102:22, 103:9, 103:10, 103:16, 103:17, 103:22, 103:23, 104:2, 104:3, 115:15, 119:1, 119:4, 133:8, 158:2, 158:4, 158:14, 170:7, 170:10, 176:18, 192:8, 193:14, 196:2, 196:4
**references** [28] - 30:8, 30:18, 47:15, 73:13, 74:7, 75:23, 98:12, 98:14, 98:18, 99:2, 100:12, 100:16, 101:20, 102:3, 102:13, 102:19, 102:25, 103:6, 103:13, 103:20, 103:25, 104:6, 113:9, 176:15, 176:17, 190:13, 190:14
**referencing** [1] - 189:18
**referred** [8] - 101:25, 105:9, 137:5, 138:8, 145:7, 168:19,

176:19, 176:25
**referring** [17] - 54:11, 55:10, 55:12, 57:9, 101:25, 102:10, 108:4, 119:10, 119:18, 134:20, 142:7, 142:9, 142:23, 176:4, 176:9, 181:8
**refers** [2] - 53:7, 161:20
**refine** [1] - 150:25
**reflect** [3] - 133:17, 134:12, 134:17
**Reflex** [1] - 138:10
**reflex** [3] - 192:10, 193:6, 193:14
**refresh** [1] - 164:13
**regard** [7] - 28:12, 46:17, 120:20, 135:17, 183:24, 184:21, 195:12
**regarded** [3] - 17:17, 17:19, 189:15
**regarding** [14] - 19:5, 28:15, 63:20, 71:22, 96:3, 135:4, 135:9, 145:16, 148:15, 157:2, 162:22, 171:21, 189:14, 191:4
**regimen** [1] - 24:17
**Regina** [1] - 1:24
**region** [2] - 34:14, 43:1
**registration** [1] - 22:2
**regulatory** [2] - 15:3, 90:16
**rejected** [5] - 105:16, 182:3, 182:6, 182:11, 183:9
**relate** [6] - 5:15, 5:16, 128:4, 128:14, 128:16, 169:15
**related** [16] - 19:18, 20:5, 38:4, 46:12, 48:8, 55:24, 58:7, 58:8, 59:18, 60:20, 110:21, 113:10, 119:13, 164:4, 169:13
**relates** [2] - 91:6, 188:4
**relating** [5] - 71:25, 72:1, 110:21, 112:25, 113:12
**relationship** [1] - 59:14
**relationships** [1] - 59:13
**relative** [10] - 81:2, 81:13, 82:12, 82:17, 114:18, 140:17, 140:23, 142:22, 167:4, 173:10
**relatively** [4] - 6:17, 82:10, 82:11, 117:20
**release** [13] - 69:25, 70:1, 105:3, 107:1, 114:1, 133:13, 134:8, 147:14, 184:9, 191:6, 191:12, 191:13
**releases** [15] - 69:21, 72:24, 88:19, 112:18, 112:25, 113:9, 113:10, 119:13, 119:24, 119:25, 133:4, 133:8, 133:20, 191:4, 191:22

**relevance** [1] - 65:14
**relevant** [28] - 19:3, 20:25, 21:1, 22:20, 40:24, 46:16, 46:23, 47:3, 47:11, 51:6, 52:7, 52:15, 58:5, 58:14, 61:24, 63:21, 66:10, 67:5, 69:19, 70:4, 80:14, 88:12, 110:22, 113:21, 119:12, 149:21, 164:23, 167:11
**relevantly** [1] - 64:7
**reliability** [2] - 131:7, 191:19
**reliance** [2] - 187:11, 199:10
**relied** [22] - 102:3, 102:13, 102:19, 102:25, 103:6, 103:13, 103:20, 103:25, 104:6, 134:8, 144:5, 191:5, 191:20, 191:22, 192:18, 192:20, 192:25, 194:13, 194:16, 196:1, 196:5, 196:6
**rely** [15] - 4:20, 29:2, 40:15, 46:24, 98:14, 98:18, 113:9, 133:13, 158:1, 191:11, 191:25, 196:4, 198:13, 198:17, 198:19
**remaining** [1] - 11:19
**remarks** [1] - 179:17
**remedies** [14] - 22:22, 29:7, 30:3, 30:6, 30:21, 31:3, 31:13, 31:21, 61:14, 61:17, 62:13, 62:25, 63:15, 76:9
**remedy** [4] - 29:4, 61:21, 76:13, 198:2
**remember** [7] - 38:16, 63:24, 132:16, 152:3, 158:3, 158:4, 171:5
**remembering** [1] - 83:23
**removal** [2] - 31:5
**repeated** [1] - 144:13
**rephrase** [1] - 89:12
**reply** [3] - 155:8, 156:18, 157:2
**report** [43] - 67:2, 80:8, 89:6, 97:19, 99:1, 99:5, 99:9, 99:12, 99:23, 100:4, 100:14, 116:8, 116:10, 116:13, 123:5, 123:9, 123:15, 123:17, 123:18, 123:24, 124:10, 124:22, 151:19, 152:6, 155:8, 155:15, 155:20, 156:2, 157:2, 158:1, 158:6, 171:19, 174:25, 175:1, 177:20, 177:23, 178:2, 179:2, 179:8, 179:18, 179:19
**report's** [1] - 123:4
**reported** [12] - 9:3, 9:5, 9:11, 61:15, 65:6, 70:11, 88:19, 88:20, 132:19,

139:17, 174:9, 174:11
**reporter** [1] - 166:3
**reporters** [1] - 4:19
**reporting** [2] - 70:6, 179:6
**reports** [18] - 66:11, 90:24, 96:11, 96:15, 96:21, 97:9, 97:17, 97:20, 122:24, 124:16, 134:2, 151:7, 151:24, 152:1, 156:19, 174:2, 174:12, 196:9
**represent** [5] - 77:22, 77:24, 105:22, 130:10, 148:2
**representation** [2] - 171:25, 172:17
**representative** [2] - 18:25, 71:19
**represents** [1] - 139:2
**require** [1] - 183:16
**required** [4] - 1:23, 37:4, 162:16, 162:17
**requirement** [4] - 13:16, 26:13, 86:24, 87:14
**requirements** [2] - 10:6, 26:18
**requisite** [1] - 28:9
**Research** [2] - 48:4, 141:13
**research** [18] - 9:4, 12:10, 12:12, 12:14, 13:25, 14:1, 14:2, 14:4, 14:5, 14:8, 17:20, 20:3, 29:21, 114:13, 114:21, 176:24, 177:16, 177:18
**researcher** [1] - 106:2
**resembles** [1] - 195:10
**resistant** [1] - 145:23
**resists** [2] - 41:11, 41:12
**resources** [2] - 19:23, 40:12
**respect** [31] - 19:13, 80:6, 83:9, 85:10, 89:15, 92:19, 100:9, 100:15, 105:12, 111:24, 121:24, 131:23, 133:9, 134:22, 137:15, 139:3, 146:18, 151:14, 167:14, 169:11, 169:12, 174:7, 175:3, 176:2, 176:19, 177:5, 179:6, 180:20, 181:5, 191:19, 198:14
**respects** [1] - 87:7
**response** [4] - 107:25, 111:18, 141:24, 180:2
**responsibility** [1] - 10:16
**responsible** [3] - 10:15, 12:6, 137:24
**rest** [4] - 42:4, 51:1, 72:4, 94:6
**restate** [2] - 165:10, 168:16
**result** [10] - 29:15, 29:16, 89:3, 89:17, 90:11, 90:13, 180:7, 180:25, 181:2, 190:1
**results** [10] - 31:1, 35:11,

56:2, 65:24, 66:8, 70:7, 88:19, 129:5, 136:8, 157:6
**resume** [1] - 91:19
**retained** [3] - 100:20, 101:12, 158:25
**return** [2] - 33:25, 118:5
**returning** [1] - 127:22
**review** [18] - 5:18, 40:18, 42:3, 42:17, 47:19, 97:9, 120:4, 120:9, 120:11, 120:17, 120:19, 121:21, 128:23, 128:25, 137:17, 144:4, 150:3, 150:24
**reviewed** [20] - 17:12, 18:13, 18:20, 46:7, 46:16, 96:11, 96:21, 97:17, 97:20, 98:4, 120:10, 122:24, 129:5, 129:12, 129:19, 129:22, 167:12, 178:2, 178:4, 189:22
**reviewing** [8] - 67:24, 71:9, 116:15, 119:22, 123:15, 123:16, 150:20, 150:22
**reviews** [1] - 47:3
**RG** [9] - 58:10, 58:18, 58:24, 59:22, 60:1, 60:11, 61:1, 63:1, 172:7
**RG-12195** [1] - 175:4
**Rhône** [2] - 58:11, 59:6
**Rhône-Poulenc** [2] - 58:11, 59:6
**right-hand** [6] - 98:23, 116:19, 130:20, 148:13, 187:1, 192:19
**rights** [2] - 112:19, 113:13
**rigorous** [3] - 128:22, 129:2, 129:3
**ring** [11] - 51:10, 51:17, 58:17, 59:2, 59:7, 61:11, 61:12, 63:13, 76:5, 178:22, 178:23
**rise** [1] - 62:19
**risk** [1] - 114:12
**risks** [1] - 114:18
**RMR** [2] - 1:24, 1:25
**ROCHE** [1] - 1:4
**Roche** [8] - 112:13, 112:19, 113:14, 114:25, 115:6, 116:5, 118:20, 119:16
**Roche's** [4] - 114:1, 114:6, 114:22, 118:21
**role** [10] - 8:8, 8:10, 8:12, 24:9, 62:11, 79:18, 79:19, 90:2, 90:4, 121:6
**room** [2] - 75:1, 86:17
**rough** [1] - 81:20
**roughly** [3] - 100:21, 143:4, 159:17
**route** [1] - 193:1
**routes** [3] - 24:21, 71:16, 106:22

**routine** [10] - 28:7, 32:1, 37:5, 39:6, 39:10, 40:1, 40:2, 46:6, 75:14, 86:14
**Roy** [2] - 98:24, 112:10
**RPR** [2] - 1:24, 1:25
**RS-252** [1] - 55:8
**RS-25259-197** [3] - 108:6, 139:2, 140:3
**RS-26259** [1] - 49:9
**RSA** [1] - 1:25
**RS-25259** [1] - 172:18
**runs** [1] - 34:5
**rupture** [1] - 39:19

# S

**S,S)-37** [3] - 56:21, 56:22, 57:4
**S.A** [1] - 1:4
**Saab** [1] - 124:1
**safe** [2] - 67:7, 202:5
**safety** [5] - 12:1, 94:11, 121:10, 121:25, 128:10
**sake** [1] - 169:21
**salt** [5] - 50:3, 50:6, 51:3, 69:7, 105:5
**sameness** [1] - 190:6
**SAS** [3] - 33:20, 34:6, 34:7
**satisfactory** [1] - 181:15
**SAUL** [1] - 2:4
**save** [1] - 72:3
**saw** [6] - 52:11, 68:24, 70:8, 73:11, 121:2, 179:16
**scenario** [1] - 147:16
**schematic** [1] - 23:4
**school** [2] - 12:9, 12:24
**Sci** [1] - 17:15
**science** [7] - 6:8, 6:15, 13:17, 17:16, 20:2, 29:3, 128:15
**Science** [2] - 14:10, 17:14
**Sciences** [1] - 17:7
**sciences** [10] - 6:9, 6:15, 93:16, 128:4, 128:16, 128:19, 128:20, 151:2, 162:20, 198:14
**scientific** [2] - 17:13, 55:23
**scientist** [16] - 7:20, 8:12, 8:17, 9:4, 10:17, 19:17, 22:8, 22:10, 22:13, 22:20, 31:10, 32:11, 33:16, 106:2, 122:16, 158:20
**scientists** [15] - 9:2, 9:5, 9:11, 9:12, 10:4, 10:9, 10:11, 16:17, 20:20, 21:25, 34:7, 36:24, 59:24, 144:3, 145:8
**Scientists** [1] - 17:10
**scope** [1] - 19:23
**screen** [12] - 31:12, 31:16, 92:7, 97:5, 101:4, 101:5,

123:5, 130:5, 156:10, 165:22, 198:2, 198:6
**screened** [1] - 198:4
**screening** [4] - 23:7, 27:19, 31:20, 32:1
**screens** [1] - 198:7
**scrolling** [1] - 148:4
**se** [1] - 128:12
**search** [3] - 46:22, 102:6, 170:15
**seat** [1] - 5:5
**second** [15] - 65:22, 66:2, 66:4, 79:5, 90:8, 113:12, 117:1, 117:9, 117:12, 117:15, 121:5, 131:6, 158:7, 180:20, 180:21
**second-to-last** [1] - 158:7
**secondary** [1] - 88:25
**secondly** [1] - 27:18
**seconds** [1] - 162:2
**section** [11] - 12:11, 15:10, 42:23, 43:23, 44:23, 45:4, 151:22, 176:17, 176:19, 188:4, 199:7
**Section** [4] - 1:23, 42:22, 43:22, 121:4
**sections** [1] - 190:6
**see** [155] - 29:6, 31:17, 31:20, 43:6, 44:2, 46:22, 49:19, 51:13, 53:15, 54:25, 56:22, 57:14, 59:4, 59:7, 62:2, 63:4, 67:10, 84:18, 96:18, 99:1, 99:3, 99:16, 99:17, 99:20, 99:21, 99:22, 100:2, 100:4, 100:14, 100:18, 101:9, 101:17, 101:19, 101:20, 101:22, 101:24, 102:1, 102:11, 102:17, 102:23, 103:3, 103:4, 103:11, 103:18, 104:4, 106:4, 106:5, 107:6, 107:7, 108:12, 113:11, 113:16, 113:17, 113:18, 113:20, 114:4, 114:6, 114:8, 114:9, 115:25, 116:1, 116:20, 117:6, 117:7, 117:14, 117:18, 117:23, 117:24, 118:6, 118:17, 118:18, 119:24, 120:3, 120:5, 120:24, 121:11, 121:12, 121:21, 122:9, 122:10, 123:10, 123:12, 124:2, 124:3, 124:14, 124:19, 130:11, 130:12, 130:15, 131:2, 131:5, 131:16, 131:20, 131:21, 139:5, 139:6, 139:22, 140:6, 140:7, 141:5, 141:9, 141:11, 141:14, 142:3, 142:4, 142:13, 143:15, 143:18,

143:20, 143:25, 144:16, 144:17, 145:17, 146:2, 146:7, 148:3, 148:5, 151:5, 152:11, 153:13, 154:3, 158:11, 158:13, 158:15, 158:16, 165:22, 168:17, 169:18, 169:20, 170:15, 171:23, 175:20, 175:24, 176:5, 176:12, 176:13, 176:20, 177:1, 177:22, 177:23, 178:7, 180:7, 183:7, 188:24, 198:5, 199:13, 199:14, 199:21, 199:25, 201:3, 201:4, 201:7, 201:8, 202:20
**seeing** [6] - 98:6, 115:19, 148:11, 159:5, 171:5, 179:12
**seek** [1] - 185:3
**seem** [1] - 132:16
**seize** [1] - 154:22
**select** [3] - 31:22, 37:12, 87:14, 167:25, 168:4
**selected** [7] - 70:24, 70:25, 95:5, 95:10, 95:16, 95:23, 169:7
**selecting** [4] - 35:16, 92:19, 127:24, 137:24
**selection** [1] - 88:12
**selective** [1] - 145:21
**selling** [1] - 113:13
**semi** [1] - 106:25
**semi-solids** [1] - 106:25
**SENDER** [1] - 2:7
**senior** [1] - 9:3
**sense** [7] - 34:8, 59:9, 59:15, 64:6, 91:14, 114:7, 185:14
**sentence** [24] - 43:7, 117:14, 121:5, 131:6, 139:1, 139:24, 141:22, 144:9, 145:16, 152:7, 153:7, 158:7, 175:14, 187:20, 189:24, 192:25, 193:4, 193:7, 194:17, 194:25, 195:3, 195:7, 195:11
**separate** [9] - 51:1, 51:4, 53:20, 53:22, 99:9, 160:24, 169:18, 169:22, 193:19
**September** [4] - 69:24, 70:17, 99:20, 123:19
**sequence** [1] - 127:11
**serendipity** [1] - 43:10
**series** [5] - 23:7, 31:20, 49:8, 56:13, 58:6
**serious** [1] - 131:7
**serotonin3** [1] - 117:16
**serve** [1] - 9:9
**served** [1] - 17:12
**session** [1] - 42:13
**set** [5] - 92:2, 165:13,

168:14, 171:25
**setron** [5] - 112:20, 114:24,
170:12, 170:16, 171:11
**setrons** [11] - 112:25,
126:8, 159:19, 171:4,
173:12, 173:13, 173:14,
177:24, 179:2, 179:7, 190:14
**setting** [3] - 7:5, 15:1
**settle** [1] - 198:19
**several** [5] - 113:9, 132:10,
132:13, 132:15, 143:8
**shades** [1] - 7:7
**shall** [1] - 4:4
**shape** [2] - 117:4, 161:1
**shaped** [1] - 178:12
**shelf** [2] - 74:19, 92:3
**shift** [2] - 4:24, 41:22
**shines** [1] - 115:19
**short** [1] - 183:14
**shorthand** [1] - 56:23
**short-term** [1] - 161:25
**show** [4] - 31:1, 49:5, 63:8,
163:18
**showed** [4] - 63:5, 189:18,
191:2, 196:10
**showing** [3] - 163:21,
189:13, 192:7
**shown** [15] - 18:15, 21:21,
60:4, 66:1, 72:16, 85:12,
107:21, 108:9, 119:20,
120:21, 139:1, 148:8, 171:3,
175:17, 178:5
**shows** [4] - 40:11, 47:5,
61:24, 191:15
**sic** [1] - 126:14
**side** [5] - 117:1, 130:20,
140:18, 172:18
**side-by-side** [1] - 140:18
**sign** [1] - 50:11
**signed** [1] - 4:21
**significant** [3] - 61:2,
118:1, 139:2
**similar** [9] - 25:6, 59:1,
68:13, 82:22, 83:21, 84:19,
111:20, 173:7, 177:13
**similarities** [2] - 58:12,
58:14
**similarity** [3] - 20:7, 173:8,
177:5
**Similarly** [1] - 189:25
**simple** [4] - 30:18, 40:3,
73:21, 184:15
**simplest** [2] - 34:7, 163:8
**simplifies** [1] - 36:6
**simply** [7] - 28:18, 61:6,
75:12, 140:17, 155:18,
155:21, 178:15
**simulation** [1] - 36:21
**single** [7] - 24:19, 55:21,
72:6, 72:10, 159:7, 160:7,

196:18
**single-use** [4] - 24:19, 72:6,
72:10, 196:18
**single-use-dosage** [1] -
55:21
**single-use** [1] - 55:19
**single-use-dosage** [1] -
55:19
**site** [6] - 160:14, 160:16,
160:20, 174:6, 174:13,
196:24
**sites** [2] - 173:23, 174:3
**sitting** [1] - 49:23
**situation** [2] - 14:24, 46:20
**situations** [3] - 39:4, 44:18,
198:4
**six** [5] - 9:2, 11:18, 13:11,
94:3, 194:17
**size** [1] - 197:10
**sizes** [1] - 197:13
**skill** [10] - 19:12, 19:16,
20:15, 105:25, 187:9,
188:12, 198:13, 199:9,
199:15
**skip** [1] - 73:8
**slide** [23] - 24:2, 40:11,
42:16, 44:21, 47:3, 48:13,
49:5, 52:17, 54:2, 54:12,
68:1, 84:10, 85:8, 87:12,
150:5, 150:8, 151:4, 164:7,
165:9, 165:14, 168:8,
169:12, 171:21
**Slide** [2] - 168:7, 180:5
**slides** [4] - 21:13, 42:4,
194:16, 196:1
**slightly** [1] - 132:14
**slower** [1] - 175:19
**slowly** [2] - 46:3, 193:8
**small** [20] - 11:3, 11:4,
38:18, 45:15, 45:16, 45:17,
45:23, 45:25, 81:22, 81:24,
82:20, 86:22, 154:2, 157:18,
158:8, 172:24, 173:4, 196:7,
196:14, 196:25
**smaller** [2] - 174:22, 199:4
**SmithKline** [1] - 113:13
**so-called** [2] - 138:9, 160:7
**Society** [1] - 65:13
**sodium** [5] - 44:18, 51:3,
69:1, 69:7, 69:10
**software** [11] - 33:4, 33:10,
33:18, 33:19, 33:20, 34:1,
34:15, 34:25, 35:19, 35:22
**solid** [5] - 50:24, 53:8, 53:9
**solids** [1] - 106:25
**solubility** [12] - 22:19,
25:15, 25:25, 26:9, 27:16,
39:1, 49:17, 49:18, 52:15,
52:18, 53:4, 53:6
**solution** [35] - 24:16, 25:9,

25:14, 25:16, 25:18, 25:19,
25:20, 26:8, 27:14, 27:16,
28:15, 38:18, 38:20, 39:11,
39:15, 39:20, 39:22, 40:2,
40:6, 40:7, 42:25, 45:19,
50:25, 51:3, 53:7, 53:14,
62:10, 69:2, 69:4, 73:20,
79:6, 165:2, 172:25, 184:15,
198:1
**solutions** [5] - 25:23, 63:7,
107:1, 155:3, 158:23
**solvent** [5] - 25:25, 26:2,
46:3, 53:11, 53:13
**solvents** [1] - 25:24
**someone** [2] - 9:9, 134:2
**sometimes** [4] - 6:20,
25:24, 148:23, 172:10
**somewhere** [2] - 38:23,
43:3
**soon** [2] - 50:25, 91:18
**sorry** [21] - 4:9, 29:9, 77:5,
95:20, 107:10, 113:3,
116:14, 126:25, 133:18,
136:1, 145:2, 145:13,
155:22, 165:17, 168:16,
172:11, 173:25, 182:9,
186:12, 201:1, 201:7
**sort** [26] - 15:20, 22:9,
22:15, 22:22, 23:6, 24:25,
26:6, 31:24, 35:23, 36:20,
40:11, 51:2, 53:13, 54:19,
57:1, 70:12, 75:24, 76:6,
79:25, 81:4, 81:10, 81:21,
82:5, 84:1, 120:19, 178:17
**source** [1] - 84:14
**sources** [3] - 20:4, 40:16,
54:8
**so-called** [1] - 199:23
**space** [2] - 35:4, 49:24
**speaking** [1] - 149:8
**specialist** [1] - 92:10
**specialty** [1] - 190:8
**species'** [1] - 141:24
**specific** [9] - 97:15, 118:2,
133:8, 149:20, 162:25,
163:25, 190:15, 197:18,
199:18
**specifically** [11] - 22:25,
55:13, 59:22, 67:17, 109:16,
122:22, 134:7, 148:3, 163:6,
168:4, 169:16
**Specifically** [1] - 175:3
**specifications** [1] - 32:15
**specificity** [1] - 105:10
**specified** [1] - 105:17
**specifying** [1] - 78:20
**speculate** [1] - 65:23
**speculating** [3] - 146:4,
146:5, 146:8
**speculation** [1] - 144:20,

146:3
**spell** [3] - 5:4, 51:11, 51:12
**spelled** [1] - 58:16
**spend** [1] - 119:21
**spending** [2] - 114:13,
114:20
**Spilker** [5] - 130:3, 130:7,
130:9, 131:3, 131:17
**Spilker's** [1] - 131:23
**spoon** [1] - 53:16
**stability** [46] - 15:11, 16:22,
18:8, 22:19, 25:17, 26:9,
27:18, 27:19, 28:15, 30:19,
38:5, 41:5, 43:2, 43:25,
74:15, 74:17, 75:7, 75:10,
75:12, 79:10, 79:19, 80:7,
80:21, 81:12, 82:4, 84:17,
84:25, 85:2, 86:17, 86:20,
87:2, 89:22, 90:10, 109:22,
154:17, 165:15, 168:2,
169:20, 172:25, 175:4,
177:12, 177:15, 180:23,
181:15, 197:9
**stabilization** [1] - 164:24
**stabilize** [1] - 165:2
**stabilizers** [1] - 41:3
**stabilizing** [3] - 63:3, 79:21,
164:22
**stable** [11] - 18:19, 28:19,
28:22, 43:1, 59:19, 62:10,
87:3, 89:22, 174:23, 175:12
**stage** [2] - 111:10, 197:5
**stages** [2] - 21:25, 118:11
**stamp** [1] - 130:20
**stand** [2] - 42:10, 184:3
**standard** [18] - 21:9, 30:5,
30:17, 33:2, 35:23, 36:23,
38:8, 38:11, 42:18, 74:14,
75:11, 75:23, 76:9, 77:14,
86:21, 196:14, 196:16,
197:10
**standpoint** [2] - 21:18,
84:25
**star** [1] - 182:16
**start** [10] - 24:3, 68:17,
72:5, 72:22, 75:15, 81:12,
91:17, 138:25, 167:7, 200:7
**started** [1] - 93:18
**starting** [17] - 22:6, 49:16,
61:4, 62:6, 67:11, 79:25,
87:19, 105:21, 138:23,
187:7, 187:20, 188:11,
188:12, 192:25, 193:5,
194:17, 199:8
**starts** [2] - 114:6, 199:19
**State** [4] - 1:12, 6:6, 6:10,
6:20
**state** [17] - 5:4, 20:5, 50:24,
53:7, 53:9, 70:12, 70:21,
96:18, 120:19, 120:23,

122:12, 150:15, 152:14, 155:11, 156:6, 175:3, 189:17

**statement** [12] - 106:14, 121:24, 122:1, 122:3, 122:12, 125:1, 125:3, 157:16, 175:13, 180:1, 183:11, 194:3

**STATES** [2] - 1:1, 1:14

**states** [14] - 106:20, 114:10, 117:15, 117:20, 121:7, 122:5, 123:24, 124:10, 125:5, 125:11, 131:5, 138:25, 141:23, 145:20

**States** [3] - 1:11, 130:16, 177:25

**statistical** [3] - 33:7, 33:13, 33:14

**stay** [1] - 43:13

**stays** [1] - 65:18

**step** [5] - 22:4, 27:9, 28:9, 42:11, 127:14

**steps** [3] - 23:16, 111:2, 111:6

**sterile** [2] - 26:10, 39:12

**sterility** [2] - 37:11, 39:10

**still** [14] - 14:6, 29:19, 29:21, 32:9, 39:21, 52:7, 53:2, 53:8, 53:9, 78:7, 87:1, 135:24, 136:2, 145:11

**stings** [1] - 26:5

**stir** [1] - 52:22

**stopped** [1] - 112:13

**storage** [2] - 75:13, 86:25

**stored** [1] - 86:17

**strategies** [2] - 30:18, 41:2

**STRAWN** [1] - 2:10

**Street** [1] - 1:12

**stress** [5] - 27:23, 28:3, 28:5, 30:22, 179:9

**strike** [1] - 49:12

**strong** [2] - 65:25, 190:1

**structural** [4] - 58:14, 59:1, 173:5, 177:4

**structure** [37] - 48:11, 49:6, 49:7, 49:11, 49:13, 49:16, 49:18, 49:19, 50:4, 50:15, 50:24, 51:1, 51:7, 51:17, 51:21, 52:7, 52:11, 52:13, 52:14, 56:23, 59:4, 59:14, 68:24, 78:13, 100:9, 107:20, 108:1, 108:5, 108:9, 108:12, 172:1, 172:25, 173:3, 177:13, 178:22, 188:15, 189:6

**structures** [5] - 49:20, 52:1, 58:25, 59:8, 59:10, 171:20, 177:22, 178:6, 178:14

**structure-activity** [1] - 59:13

**STUART** [1] - 2:7

**students** [12] - 12:13, 14:14, 14:15, 14:17, 15:5, 15:10, 16:12, 16:13, 16:15, 16:21, 16:25

**studied** [6] - 23:20, 29:23, 62:17, 114:5, 122:7, 172:6

**Studies** [2] - 193:5, 194:15

**studies** [65] - 8:21, 8:24, 9:21, 22:15, 23:6, 23:7, 27:10, 27:19, 27:20, 28:7, 28:9, 28:16, 28:24, 29:16, 31:20, 31:22, 32:2, 32:12, 32:22, 33:3, 35:9, 36:18, 57:10, 57:11, 57:14, 62:15, 65:6, 65:8, 66:1, 66:5, 66:18, 66:19, 66:21, 67:14, 67:19, 67:23, 68:2, 68:4, 68:20, 72:18, 74:23, 74:25, 75:7, 82:8, 82:18, 83:11, 84:14, 84:16, 85:4, 85:19, 88:3, 88:4, 88:20, 93:14, 118:15, 126:5, 128:17, 132:19, 138:4, 139:8, 140:4, 140:22, 154:20

**study** [24] - 29:20, 35:3, 59:23, 61:17, 62:5, 64:9, 67:7, 68:9, 68:15, 81:1, 81:9, 83:12, 93:4, 139:1, 140:2, 140:20, 150:16, 153:4, 190:2, 192:20, 192:23, 194:18, 194:20, 194:22

**studying** [2] - 14:3, 194:7

**stuff** [1] - 199:4

**subcutaneous** [2] - 8:6, 106:24

**subject** [2] - 15:4, 16:20

**submitted** [5] - 96:11, 96:21, 97:9, 99:5, 99:23

**subsequently** [2] - 11:9, 112:19

**substance** [6] - 7:2, 8:19, 22:15, 27:22, 41:10, 63:16

**substances** [3] - 7:4, 16:2, 42:25

**substantial** [9] - 14:25, 38:19, 71:12, 135:16, 135:25, 136:3, 136:6

**substrate** [4] - 175:8, 175:23, 176:10, 176:19

**success** [6] - 23:18, 70:15, 74:19, 86:11, 86:16, 180:5

**successfully** [4] - 21:6, 70:14, 70:19, 114:12

**successively** [1] - 199:20

**sugar** [7] - 52:21, 53:8, 53:10, 53:12, 53:15, 53:16, 53:18

**suggest** [7] - 54:15, 66:6, 77:12, 77:13, 81:22, 169:6

**suggested** [8] - 55:20,

72:8, 72:15, 79:17, 88:20, 117:25, 187:24, 188:15

**suggestion** [4] - 54:18, 88:16, 146:11, 192:9

**suggestions** [2] - 31:4, 54:19

**suggests** [2] - 57:1, 76:1

**suit** [5] - 100:6, 100:10, 100:16, 125:11, 143:3

**suitable** [12] - 11:24, 22:1, 23:2, 23:21, 24:1, 25:24, 45:11, 76:19, 76:21, 76:24, 79:13, 152:10

**sum** [1] - 181:5

**summarize** [2] - 100:5, 168:17

**summarizes** [1] - 191:14

**summary** [1] - 84:11, 115:5, 155:10

**supply** [3] - 8:23, 11:11, 75:4

**support** [4] - 68:5, 134:23, 135:9

**suppose** [3] - 34:9, 185:5, 199:4

**suppository** [1] - 106:23

**surgery** [3] - 152:16, 152:18, 155:14

**surrounded** [2] - 53:11, 53:12

**susceptibility** [1] - 30:22

**susceptible** [3] - 25:18, 28:3, 51:22

**suspect** [2] - 52:12, 197:25

**suspensions** [1] - 107:2

**sustained** [4] - 105:3, 107:1, 147:14, 184:9

**sustained-release** [2] - 105:3, 107:1

**sustained-release** [5] - 148:16, 148:19, 149:14, 182:25, 183:4

**SVP** [1] - 45:16

**SVPs** [2] - 157:19, 158:3

**Swarbrick** [5] - 40:23, 41:17, 77:4, 77:6, 104:3

**SWORN** [1] - 5:8

**sworn** [1] - 5:3

**symbol** [2] - 50:10, 50:16

**symptoms** [1] - 195:10

**Syntex** [11] - 36:19, 48:3, 48:4, 55:23, 63:20, 117:2, 117:10, 118:10, 143:9, 144:3, 145:8

**Syntex/Roche** [1] - 116:5

**syringe** [2] - 196:22, 196:23

**system** [2] - 31:24, 182:25

**systemic** [1] - 106:22

**systems** [1] - 6:22

---

**T**

**Table** [1] - 30:15

**table** [2] - 76:17, 99:25

**tablet** [4] - 24:16, 108:25, 147:10, 147:13

**tablets** [1] - 106:25

**talks** [1] - 53:5

**Tang** [37] - 60:6, 60:9, 68:12, 83:12, 83:21, 84:8, 102:10, 150:2, 150:11, 150:13, 150:15, 151:5, 151:20, 152:1, 152:2, 152:14, 152:19, 152:20, 152:21, 152:24, 153:17, 154:13, 154:22, 155:1, 155:10, 155:11, 155:16, 155:18, 155:19, 155:21, 157:10, 161:11, 162:11, 166:17, 167:6, 167:11

**Tang's** [1] - 157:6

**TARANTINO** [1] - 2:13

**target** [10] - 81:11, 82:3, 82:6, 82:9, 84:5, 84:12, 166:8, 167:14, 168:12, 168:20

**targeted** [3] - 118:14, 152:8, 154:13

**task** [2] - 85:20, 147:2

**taste** [1] - 53:2

**taught** [5] - 30:5, 74:4, 74:10, 151:5, 151:20

**tax** [1] - 33:25

**teach** [12] - 15:5, 15:7, 15:9, 15:10, 16:12, 16:21, 16:22, 16:23, 76:9, 78:4, 79:15, 80:6

**teaches** [1] - 174:22

**teaching** [13] - 12:6, 12:7, 14:14, 15:6, 80:5, 158:2, 167:24, 168:3, 168:6, 169:5, 197:18, 201:15, 201:21

**teachings** [11] - 150:10, 152:1, 153:17, 168:8, 168:11, 168:12, 168:18, 168:19, 169:23, 174:18, 174:21

**team** [11] - 10:3, 10:4, 10:13, 10:14, 10:18, 20:17, 20:18, 23:24, 88:9, 95:16, 136:16

**teams** [6] - 9:25, 10:2, 11:14, 23:23, 93:25, 170:21

**Tech** [1] - 17:15

**tech** [4] - 9:16, 9:17, 36:21, 36:22

**technical** [6] - 22:16, 27:3, 28:11, 29:1, 31:11, 71:14

**technically** [1] - 41:8

**technicians** [1] - 9:13

techniques [3] - 16:25, 37:1, 74:14
technologies [1] - 10:25
technologists [1] - 9:3
Technology [2] - 17:5, 17:15
technology [2] - 17:18, 37:3
tedious [1] - 36:11
temperature [2] - 75:1, 86:18
temperatures [1] - 28:4
ten [2] - 171:4, 171:8
tend [1] - 41:1
tender [1] - 18:6
tends [1] - 27:25
tenth [1] - 78:10
term [3] - 25:20, 55:20, 120:16
terminated [4] - 23:25, 115:6, 118:15, 118:20
terms [28] - 29:25, 30:24, 35:16, 37:11, 38:7, 39:3, 39:23, 40:17, 40:18, 41:5, 51:7, 63:10, 67:9, 67:11, 78:12, 80:23, 84:22, 89:18, 131:8, 135:13, 137:15, 137:21, 146:17, 152:24, 164:21, 175:11, 189:20, 196:5
tertiary [13] - 51:20, 51:21, 52:1, 52:6, 61:12, 76:4, 76:6, 178:10, 178:20, 178:21, 178:24, 179:1
Test [1] - 138:10
test [9] - 138:17, 142:17, 177:15, 192:2, 193:10, 193:16, 193:24, 194:4
testified [29] - 94:7, 100:20, 102:6, 105:11, 115:5, 122:15, 124:4, 125:25, 132:4, 132:10, 132:12, 133:3, 133:12, 146:18, 147:22, 150:23, 151:1, 158:1, 159:6, 159:9, 159:11, 174:6, 174:18, 174:21, 178:3, 180:9, 182:24, 183:23, 190:7
testify [1] - 68:3
testifying [7] - 96:22, 97:10, 104:21, 130:8, 147:17, 149:1, 193:18
testimony [21] - 4:12, 36:16, 94:1, 98:4, 102:14, 107:20, 108:19, 122:14, 147:23, 148:22, 149:9, 159:13, 159:14, 170:7, 173:18, 174:2, 180:5, 181:5, 182:11, 184:1, 198:21
testing [6] - 96:12, 161:11,

162:11, 162:12, 177:11, 192:9
tests [4] - 138:14, 179:9, 193:20, 195:13
TEVA [2] - 1:8, 1:9
Teva [3] - 2:14, 5:3, 101:13
Teva's [3] - 100:25, 101:15, 103:8
TEVA'S [1] - 5:8
text [1] - 187:15
textbook [3] - 30:16, 42:19, 44:5
textbooks [7] - 20:2, 30:5, 40:17, 40:19, 42:18, 46:7, 76:14
THE [412] - 1:2, 1:14, 4:2, 4:4, 4:6, 4:8, 4:16, 5:4, 5:6, 6:13, 6:16, 6:24, 7:1, 7:6, 7:21, 7:22, 9:5, 9:8, 9:16, 9:17, 9:18, 9:20, 11:21, 12:16, 12:17, 12:18, 12:22, 12:23, 13:1, 13:3, 13:4, 13:6, 13:7, 13:12, 13:13, 13:20, 13:22, 13:23, 15:13, 15:14, 15:22, 15:24, 15:25, 16:3, 16:4, 16:5, 18:10, 20:9, 20:10, 23:3, 23:5, 25:6, 25:7, 25:20, 25:22, 26:2, 26:3, 26:5, 26:6, 26:21, 26:23, 28:4, 28:5, 33:17, 33:19, 33:24, 34:2, 34:3, 34:9, 34:19, 34:20, 35:19, 35:21, 35:22, 35:25, 36:13, 37:17, 37:23, 37:24, 38:1, 38:2, 38:6, 38:7, 38:11, 38:24, 38:25, 41:7, 41:10, 41:13, 41:14, 41:21, 41:24, 42:1, 42:5, 42:8, 42:10, 42:13, 43:4, 43:8, 43:15, 43:16, 45:20, 45:21, 45:22, 45:23, 48:21, 48:24, 48:25, 49:2, 49:3, 49:22, 49:25, 50:1, 50:2, 50:8, 50:9, 50:10, 50:11, 50:14, 50:16, 50:18, 50:20, 50:21, 50:23, 51:11, 51:12, 51:14, 51:16, 52:18, 52:20, 52:21, 52:24, 52:25, 53:1, 53:2, 53:3, 53:4, 53:6, 53:15, 53:17, 53:18, 53:20, 53:22, 53:23, 53:24, 53:25, 54:23, 54:24, 54:25, 55:2, 55:3, 55:5, 55:6, 55:9, 55:11, 55:12, 55:14, 57:9, 57:13, 57:17, 57:18, 57:20, 57:21, 57:22, 57:23, 57:24, 58:1, 58:2, 58:18, 58:21, 60:2, 60:3, 60:6, 60:8, 60:10, 60:13, 60:15, 67:13, 67:18, 67:22, 68:1, 68:7, 68:21, 68:23, 69:1, 69:3, 69:4, 69:6,

69:9, 69:10, 69:12, 70:17, 70:21, 70:23, 71:2, 71:5, 71:6, 73:2, 73:5, 73:6, 78:5, 78:9, 78:15, 78:16, 78:17, 78:18, 78:19, 78:21, 78:22, 78:23, 80:11, 80:12, 82:24, 83:1, 83:3, 83:4, 85:13, 86:4, 86:20, 86:23, 87:2, 87:5, 87:6, 87:7, 87:9, 87:24, 88:2, 88:7, 88:8, 89:6, 89:8, 89:11, 89:13, 90:18, 91:1, 91:3, 91:9, 91:11, 91:12, 91:16, 91:18, 91:21, 91:23, 92:1, 92:4, 94:19, 96:14, 96:15, 97:4, 97:7, 97:24, 98:1, 99:8, 107:8, 107:11, 107:13, 108:4, 110:10, 110:11, 115:14, 115:21, 116:3, 116:6, 118:23, 118:25, 119:4, 119:6, 119:7, 120:9, 120:12, 121:13, 123:1, 124:17, 125:6, 125:8, 125:9, 126:20, 126:25, 127:2, 127:3, 127:4, 127:18, 127:19, 130:24, 133:23, 133:25, 134:15, 135:20, 135:24, 136:3, 136:11, 136:14, 136:15, 136:16, 136:21, 136:25, 137:3, 139:11, 139:18, 142:13, 142:15, 145:6, 145:11, 145:14, 146:11, 146:13, 149:8, 149:12, 151:9, 153:6, 153:9, 153:11, 155:22, 155:24, 155:25, 156:4, 156:6, 156:10, 156:14, 156:18, 156:21, 156:24, 159:23, 160:4, 160:10, 160:12, 160:13, 160:14, 160:22, 160:25, 161:1, 161:2, 161:5, 161:7, 161:9, 161:12, 161:19, 161:22, 162:3, 162:7, 165:17, 165:20, 166:3, 171:2, 171:7, 171:8, 171:10, 171:11, 171:13, 172:10, 172:11, 172:13, 172:14, 172:20, 173:12, 173:13, 173:14, 173:15, 175:14, 177:15, 177:17, 178:12, 178:13, 178:17, 178:19, 179:23, 179:25, 181:8, 181:10, 183:16, 185:11, 185:13, 186:20, 187:15, 187:21, 188:1, 188:3, 188:20, 188:22, 189:7, 189:8, 190:13, 190:19, 190:22, 190:24, 192:2, 192:3, 192:4, 192:5, 193:8, 193:9, 193:21, 194:1, 194:5, 194:10, 195:15, 195:18, 195:20,

196:21, 196:22, 197:10, 197:12, 200:11, 200:19, 200:20, 201:17, 202:4, 202:6, 202:9, 202:14, 202:18, 202:20
therapeutic [11] - 7:4, 20:6, 24:9, 58:12, 89:20, 111:25, 112:5, 112:6, 185:5, 199:23
Therapeutic [1] - 143:24
therapeutically [6] - 46:12, 58:8, 187:12, 187:22, 199:12, 199:19
therapeutically-related [1] - 59:12
therapeutics [1] - 5:25
therapy [3] - 24:20, 54:9, 55:20
therefore [4] - 28:19, 93:10, 140:5, 187:20
thereof [1] - 173:9
thermal [2] - 28:5, 30:22
thesis [2] - 7:12, 7:13
they've [7] - 29:8, 34:22, 56:14, 56:16, 113:5, 201:4
thinking [2] - 25:21, 151:17
Thomas [1] - 115:6
three [19] - 47:21, 51:19, 62:24, 64:12, 72:5, 77:25, 84:18, 100:6, 100:10, 100:16, 108:18, 124:12, 132:7, 132:10, 132:12, 151:13, 157:3, 186:5, 189:5
threefold [2] - 82:19, 194:7
throughout [1] - 92:7
tied [1] - 20:25
timeline [3] - 21:23, 47:5, 71:8
tissues [3] - 57:20, 57:22, 57:25
title [8] - 9:1, 9:3, 60:18, 95:4, 101:17, 101:19, 120:7, 143:22
Title [1] - 1:23
today [15] - 4:24, 102:3, 102:14, 102:20, 103:1, 103:6, 103:13, 103:20, 103:25, 104:7, 125:25, 169:11, 169:16, 169:24, 202:3
together [8] - 10:5, 35:3, 47:5, 53:12, 58:25, 105:5, 161:4, 161:5
tonicifying [2] - 73:10, 73:13
tonicity [9] - 39:14, 39:20, 39:22, 40:6, 40:7, 41:4, 44:7, 44:11, 44:15
tonicity-modifying [2] - 40:7, 41:4
took [1] - 179:17

**tools** [3] - 33:2, 33:5, 33:22
**top** [7] - 51:18, 65:12, 77:3, 108:17, 143:13, 143:15, 167:21
**topic** [1] - 120:20
**topical** [3] - 8:6, 24:17, 24:23
**topics** [2] - 41:22, 42:6
**toward** [1] - 67:14
**towards** [3] - 67:17, 100:21, 182:22
**toxicologists** [1] - 10:10
**toxicology** [1] - 128:13
**trained** [3] - 36:7, 92:13, 104:17
**training** [6] - 13:8, 19:25, 20:1, 33:15, 40:15, 46:9
**Transcript** [2] - 97:1, 134:5
**transcript** [4] - 97:2, 98:1, 178:25, 180:22
**transcripts** [2] - 4:19, 191:3
**transdermal** [1] - 106:22
**translational** [1] - 5:25
**traveling** [1] - 202:5
**travels** [1] - 202:5
**treat** [4] - 157:7, 162:12, 162:16, 162:17
**treating** [8] - 24:11, 89:3, 93:7, 145:22, 152:25, 187:9, 199:9
    **Treating** [1] - 180:6
    **Trenton** [1] - 1:12
**trial** [14] - 4:22, 18:2, 18:4, 21:23, 70:7, 75:4, 83:18, 84:3, 88:18, 89:9, 92:7, 92:22, 104:21, 105:24
    **TRIAL** [1] - 1:7
**trials** [7] - 8:13, 72:9, 75:6, 118:16, 128:10, 129:6
**tried** [2] - 21:20, 77:23
**trodden** [1] - 21:4
**tropisetron** [1] - 178:6
**trouble** [1] - 93:3
**True** [1] - 1:23
**true** [9] - 114:10, 114:20, 133:21, 152:3, 157:17, 163:22, 177:10, 177:13, 177:14
**truthfulness** [1] - 195:15
**try** [11] - 27:20, 39:22, 80:19, 148:15, 159:7, 165:19, 167:4, 167:6, 183:14, 197:6, 197:7
**trying** [5] - 71:11, 78:22, 79:9, 168:17, 183:4
**Tuesday** [1] - 36:15
**TurboTax®** [1] - 33:25
**turn** [20] - 99:15, 99:18, 101:20, 103:8, 104:9, 108:15, 116:25, 117:8,

121:3, 122:4, 131:2, 131:16, 134:5, 141:3, 148:13, 150:2, 170:5, 171:18, 176:17, 188:19
    **turning** [2] - 124:9, 133:19
    **tutorial** [1] - 40:10
**two** [31] - 13:8, 15:6, 17:17, 38:3, 50:8, 51:4, 53:12, 57:6, 58:25, 59:10, 63:14, 71:24, 77:20, 78:11, 117:3, 117:21, 140:5, 140:9, 140:18, 140:24, 151:9, 151:13, 151:21, 156:18, 160:17, 173:23, 174:3, 178:20, 183:23, 192:18
    **two-letter** [1] - 49:23
**type** [9] - 14:24, 29:15, 29:16, 30:17, 121:21, 122:17, 125:19, 125:22, 193:24
**types** [4] - 44:23, 49:20, 59:24, 62:12
**typical** [14] - 21:24, 25:10, 32:19, 62:15, 74:12, 83:24, 84:2, 86:20, 86:23, 147:16, 158:3, 160:21, 185:6
**typically** [38] - 6:18, 8:1, 11:25, 13:5, 13:7, 13:11, 15:10, 19:17, 21:10, 22:6, 22:8, 23:7, 24:10, 24:14, 25:18, 25:22, 25:25, 27:1, 29:15, 38:13, 38:22, 39:1, 41:11, 46:2, 111:17, 112:2, 128:10, 146:21, 146:24, 147:2, 147:6, 147:12, 157:22, 158:9, 160:19, 161:22, 191:17, 198:2

### U

**U.S** [3] - 45:17, 117:21, 124:13
**U.S.C** [1] - 1:23
**ultimately** [4] - 8:14, 8:21, 22:24, 154:15
**um-hum** [6] - 52:20, 53:25, 55:5, 87:9, 147:12, 194:19
**umm** [1] - 89:11
**unable** [1] - 129:7
**unclear** [1] - 140:3
**uncommon** [1] - 158:5
**uncovered** [2] - 47:4, 179:14
**under** [11] - 9:18, 12:14, 29:19, 29:20, 58:10, 62:19, 67:19, 121:4, 122:4, 193:4, 194:14
    **Under** [1] - 101:18
**undergo** [2] - 49:21, 76:6
**undergoing** [1] - 152:17

**undergraduate** [4] - 6:5, 13:6, 13:8, 13:15
**underneath** [1] - 172:18
**understood** [9] - 4:23, 36:9, 85:13, 94:1, 134:7, 168:8, 179:25, 193:16, 193:24
**undertaking** [1] - 118:15
**underway** [1] - 66:5
**undissolved** [1] - 53:8
**undue** [2] - 187:10, 199:10
**unexpected** [9] - 89:3, 89:17, 90:10, 90:11, 90:13, 180:7, 180:23, 180:25, 181:2
**unit** [4] - 32:14, 72:6, 72:10, 196:18
    **unit-dose** [3] - 72:6, 72:10, 196:18
    **UNITED** [1] - 1:1
    **United** [3] - 1:11, 130:16, 177:24
    **uNITED** [1] - 1:14
**units** [1] - 201:3
**universe** [1] - 96:6
**University** [8] - 5:20, 5:21, 6:1, 6:5, 6:6, 6:10, 12:5, 17:2
**unreliable** [5] - 129:25, 130:2, 131:18, 131:23, 192:10
**unusual** [2] - 66:18, 66:21
**up** [58] - 11:24, 15:2, 18:23, 21:18, 22:22, 24:1, 25:13, 40:10, 48:19, 50:12, 51:18, 52:22, 60:4, 73:20, 75:15, 77:5, 79:4, 83:25, 85:12, 88:23, 89:9, 91:7, 101:2, 105:21, 107:18, 107:21, 108:16, 112:22, 112:24, 120:21, 121:6, 123:5, 130:3, 142:13, 143:13, 145:17, 146:15, 147:24, 151:24, 154:2, 156:22, 157:22, 157:23, 158:10, 159:8, 162:7, 167:7, 169:10, 172:23, 177:7, 177:22, 182:16, 182:19, 185:17, 198:25, 199:3, 202:8
**upper** [7] - 81:25, 116:19, 148:13, 169:2, 187:1, 192:19, 196:19
**uppermost** [1] - 178:18
**USA** [1] - 1:8
**useful** [37] - 23:9, 24:22, 29:7, 30:3, 31:12, 31:14, 31:21, 34:11, 41:3, 43:24, 44:17, 54:16, 54:17, 61:18, 61:19, 63:3, 67:11, 68:20, 71:16, 83:11, 83:15, 87:1, 126:14, 126:16, 126:23, 127:6, 127:10, 127:24,

134:3, 135:13, 136:13, 140:22, 193:10, 193:16, 193:24, 194:4
    **usefulness** [1] - 30:11
**uses** [2] - 19:10, 33:25
**usual** [2] - 30:3, 30:6
**utility** [6] - 54:6, 63:17, 65:10, 70:2, 72:25, 134:1

### V

**vaguely** [2] - 151:22, 173:20
**validity** [2] - 131:7, 195:18
**valuable** [1] - 135:21
**value** [13] - 74:15, 129:15, 129:21, 129:22, 135:17, 140:17, 158:5, 185:5, 191:13, 191:18, 194:3, 195:12
**values** [1] - 77:20
**variable** [2] - 34:20, 79:21
**variables** [3] - 34:16, 35:24, 48:25
**variety** [4] - 27:23, 30:20, 30:21, 79:13
**various** [18] - 6:17, 8:17, 16:1, 24:5, 40:5, 47:6, 47:14, 54:8, 54:15, 57:15, 76:14, 98:12, 111:2, 121:7, 124:1, 132:19, 190:14
**vast** [1] - 16:16
**vein** [6] - 37:14, 90:6, 160:8, 160:16, 160:18, 160:20
**veracity** [2] - 195:12, 195:15
**verify** [1] - 99:12
**version** [1] - 148:16
**versions** [1] - 124:12
**versus** [6] - 63:4, 92:14, 100:10, 114:19, 171:22, 172:1
**vessel** [1] - 160:1
**vessels** [2] - 39:18
**vial** [6] - 45:22, 79:5, 157:12, 159:25, 161:21, 197:10
**vials** [1] - 197:13
**view** [9] - 78:21, 78:23, 79:7, 79:8, 131:19, 131:23, 133:17, 165:14, 180:11
**vigorously** [1] - 122:6
**vivo** [1] - 193:11
**VOIR** [2] - 3:4, 5:9
**volume** [32] - 38:17, 38:18, 45:16, 45:17, 45:23, 45:25, 46:1, 68:16, 78:3, 78:7, 81:22, 81:24, 82:1, 82:21, 83:17, 84:3, 86:1, 86:22,

137:17, 137:18, 137:19,
154:2, 157:12, 157:18,
158:8, 159:3, 159:7, 160:18,
196:7, 196:14, 196:25
**volumes** [13] - 41:4, 45:13,
115:5, 133:8, 157:22, 158:3,
158:9, 159:17, 159:18,
162:8, 195:23, 196:20, 197:2
**Volunteer** [1] - 141:7
**vomiting** [4] - 67:8, 93:7,
121:16, 122:8
**Von** [2] - 193:5, 193:14
**vs** [1] - 1:6

# W

**Wade** [2] - 76:7, 102:22
**wait** [1] - 201:7
**walk** [1] - 81:6
**WANG** [1] - 2:8
**wants** [4] - 86:21, 136:11,
136:12, 166:13
**watch** [1] - 42:11
**water** [5] - 25:21, 25:23,
26:1, 52:22, 53:19
**ways** [2] - 71:14, 161:7
**weak** [1] - 41:12
**week** [3] - 37:25, 171:15,
202:16
**weight** [1] - 83:24
**welcome** [1] - 107:13
**well-established** [1] - 21:4
**well-known** [2] - 44:1,
75:25
**well-practiced** [1] - 23:20
**well-studied** [1] - 23:20
**well-trodden** [1] - 21:4
**Wells** [11] - 30:10, 31:2,
31:4, 40:22, 41:16, 42:19,
42:23, 43:13, 43:21, 43:23,
103:23
**whereas** [2] - 50:12, 175:19
**whereby** [1] - 100:4
**wherein** [1] - 189:4
**whichever** [1] - 92:8
**whistles** [1] - 71:1
**whole** [9] - 55:7, 55:10,
58:6, 90:12, 132:20, 149:20,
180:25, 181:13, 187:16
**wider** [1] - 154:17
**wildly** [1] - 156:12
**WINSTON** [1] - 2:10
**withdrawn** [1] - 97:25
**witness** [11] - 4:6, 4:8, 5:1,
5:2, 17:24, 91:24, 115:13,
115:16, 115:17, 172:18,
182:14
**WITNESS** [152] - 3:4, 5:6,
5:8, 6:16, 7:1, 7:22, 9:8,
9:17, 9:20, 12:17, 12:22,

13:1, 13:4, 13:7, 13:13,
13:22, 15:14, 15:24, 16:3,
16:5, 20:10, 23:5, 25:7,
25:22, 26:3, 26:6, 26:23,
28:5, 33:19, 34:2, 34:9,
34:20, 35:21, 35:25, 37:23,
38:1, 38:6, 38:11, 38:25,
41:10, 41:14, 43:8, 43:16,
45:21, 45:23, 48:24, 49:2,
49:25, 50:2, 50:9, 50:11,
50:16, 50:20, 50:23, 51:12,
51:16, 52:20, 52:24, 53:1,
53:3, 53:6, 53:17, 53:20,
53:23, 53:25, 54:24, 55:2,
55:5, 55:9, 55:12, 57:13,
57:18, 57:21, 57:23, 58:1,
58:21, 60:3, 60:8, 60:13,
68:23, 69:3, 69:6, 69:10,
70:21, 71:2, 71:6, 73:5, 78:9,
78:16, 78:18, 78:21, 78:23,
80:12, 83:1, 83:4, 86:23,
87:5, 87:7, 88:2, 88:8, 91:11,
96:15, 110:11, 118:25,
119:6, 125:8, 126:25, 127:3,
127:19, 130:24, 133:25,
135:24, 136:3, 136:14,
136:16, 136:25, 142:15,
149:12, 155:24, 156:10,
160:12, 160:14, 160:25,
161:2, 161:7, 161:22, 171:7,
171:10, 171:13, 172:11,
172:14, 172:20, 173:13,
173:15, 177:17, 178:13,
178:19, 179:25, 185:13,
188:3, 188:22, 189:8,
190:19, 192:3, 192:5, 193:9,
194:1, 194:10, 196:22,
197:12, 200:20, 202:6
**women** [1] - 152:17
**Won** [43] - 60:4, 60:7,
60:18, 60:25, 61:13, 61:14,
61:21, 62:13, 62:25, 63:9,
76:14, 77:3, 77:6, 79:17,
80:5, 80:6, 80:8, 103:3,
164:3, 170:5, 170:7, 171:17,
171:21, 172:1, 172:6, 172:8,
173:3, 173:22, 174:1, 174:9,
174:12, 174:19, 174:22,
175:5, 175:7, 175:10, 176:4,
176:14, 177:5, 197:18,
197:21, 197:22
**wonder** [1] - 51:23
**wondered** [1] - 156:11
**wonderful** [1] - 202:18
**wondering** [1] - 188:1
**Wong** [6] - 3:6, 4:6, 4:8,
85:14, 199:2, 202:10
**WONG** [112] - 2:11, 4:5, 4:7,
4:9, 4:23, 5:9, 7:9, 7:23,
9:23, 11:22, 13:24, 16:11,

18:6, 18:11, 20:12, 20:13,
23:15, 25:8, 26:15, 27:7,
28:6, 36:14, 39:5, 41:15,
41:22, 41:25, 42:3, 42:6,
42:9, 42:14, 42:15, 43:12,
43:19, 46:5, 47:23, 47:25,
49:4, 51:5, 51:25, 54:1,
55:15, 58:3, 58:22, 60:16,
67:16, 67:21, 67:24, 68:3,
68:8, 69:13, 69:17, 71:7,
73:7, 77:3, 77:8, 79:11,
80:13, 83:6, 83:7, 85:15,
85:16, 86:6, 87:10, 87:11,
88:11, 89:7, 89:12, 89:14,
90:23, 91:2, 91:7, 91:10,
97:22, 115:12, 115:15,
118:22, 124:15, 130:23,
132:6, 134:13, 165:8,
172:17, 182:13, 183:14,
183:17, 185:16, 186:1,
186:3, 186:19, 186:21,
187:17, 187:18, 187:25,
188:9, 188:23, 189:9,
190:10, 190:20, 190:23,
191:1, 192:6, 193:12,
194:11, 195:17, 195:19,
195:21, 197:1, 197:15,
198:24, 200:10, 202:3, 202:7
**word** [8] - 41:8, 51:11,
105:20, 107:9, 119:18,
130:2, 156:15
**words** [9] - 7:6, 25:6, 37:19,
108:11, 108:12, 124:23,
131:13, 153:9, 188:20
**workers** [1] - 66:12
**world** [1] - 191:24
**worldwide** [1] - 121:9
**worth** [2] - 63:15, 75:2
**wrap** [2] - 40:10, 88:23
**wrote** [1] - 193:23

# Y

**Y-site** [4] - 160:14, 160:16,
160:20, 196:24
**year** [17] - 6:12, 13:4, 13:6,
13:11, 13:18, 30:9, 56:6,
56:9, 60:2, 60:3, 66:15,
101:12, 143:16, 144:5,
145:9, 146:1
**years** [11] - 6:3, 7:19, 9:24,
12:3, 13:8, 13:15, 19:19,
29:23, 93:21, 143:3, 143:4
**yesterday** [1] - 4:11
**yourself** [3] - 10:19,
133:23, 183:25
**Y-site** [1] - 160:12