UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                                                 **DATE: June 8, 2015**
**JUDGE MARY L. COOPER**
**COURT REPORTERS: Regina Tell and Carol Farrell**

**TITLE OF CASE:**                                                                 **CV11-3962(MLC)**

HELSINN HEALTHCARE S.A.
v.
DR. REDDY'S LABORATORIES, LTD.

**APPEARANCES:**

Joseph O'Malley, Esq., Eric Dittman, Esq., Isaac Ashkenazi, Esq.,
    and Charles Lizza, Esq., for plaintiffs
Gorge Lombardi, Esq., Jovial Wong, Esq., Mayra Tarantino, Esq., Julia Johnson, Esq.,
    and Brendan Barker, Esq. for defendant TEVA
Stuart Sender, Esq., Michael Imbacuan, Esq., Howard Wang, Esq., Kenneth Crowell, Esq.
     and Constance Huttner, Esq., for defendant DR. REDDY'S LAB

**NATURE OF PROCEEDINGS:**

Trial without jury continued before the Honorable Mary L. Cooper.

David Frame   SWORN for defendants.

Ordered trial adjourned until 6/9/15 at 9:30am.

Lunch recess: 12:10pm – 12:50pm
**TIME COMMENCED: 9:30am**
**TIME ADJOURNED: 4:15pm**
**TOTAL TIME: 6 hours, 5 minutes**

                                                                                   **s/Elizabeth Heffner**
                                                                                   **Deputy Clerk**