UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON                                         DATE: June 9, 2015
JUDGE MARY L. COOPER
COURT REPORTERS: Regina Tell and Carol Farrell


TITLE OF CASE:                                          CV11-3962(MLC)

HELSINN HEALTHCARE S.A.
v.
DR. REDDY'S LABORATORIES, LTD.


APPEARANCES:

Joseph O'Malley, Esq., Eric Dittman, Esq., Isaac Ashkenazi, Esq., Charles Lizza, Esq.,
    and James Bliss, Esq., for plaintiffs
Gorge Lombardi, Esq., Jovial Wong, Esq., Mayra Tarantino, Esq., Julia Johnson, Esq.,
    and Brendan Barker, Esq. for defendant TEVA
Stuart Sender, Esq., Michael Imbacuan, Esq., Howard Wang, Esq., Kenneth Crowell, Esq.
    and Constance Huttner, Esq., for defendant DR. REDDY'S LAB

NATURE OF PROCEEDINGS:

Trial without jury continued before the Honorable Mary L. Cooper.
Video deposition of Daniele Bonadeo, dated 2/20/13, played into the record by defendants.
Video deposition of Roberta Cannella, dated 2/15/13, played into the record by defendants.
Video deposition of Riccardo Braglia, dated 6/26/13, played into the record by defendants.
DEFENDANTS REST.
Motion by plaintiffs for judgment as a matter of law.
Ordered motion taken under advisement.
Rachid Benhamza    SWORN for plaintiffs.
Zoya Marriott  SWORN for plaintiffs.

Ordered trial adjourned until 6/10/15 at 9:30am.

Lunch recess: 12:15pm – 1:30pm
**TIME COMMENCED: 9:45am**
**TIME ADJOURNED: 5:10pm**
**TOTAL TIME: 6 hours, 10 minutes**

                                                        s/Elizabeth Heffner
                                                        **Deputy Clerk**