UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON   DATE: June 11, 2015
JUDGE MARY L. COOPER
COURT REPORTERS: Regina Tell and Carol Farrell

TITLE OF CASE:   CV11-3962(MLC)

HELSINN HEALTHCARE S.A.
v.
DR. REDDY'S LABORATORIES, LTD.

APPEARANCES:

Joseph O'Malley, Esq., Eric Dittman, Esq., Isaac Ashkenazi, Esq., and
   Charles Lizza, Esq., for plaintiffs
Gorge Lombardi, Esq., Jovial Wong, Esq., Mayra Tarantino, Esq., Julia Johnson, Esq.,
   and Brendan Barker, Esq. for defendant TEVA
Stuart Sender, Esq., Michael Imbacuan, Esq., Howard Wang, Esq., Kenneth Crowell, Esq.
   and Constance Huttner, Esq., for defendant DR. REDDY'S LAB

NATURE OF PROCEEDINGS:

Trial without jury continued before the Honorable Mary L. Cooper.

Carl Peck   SWORN for plaintiffs.

Ordered trial adjourned until 6/12/15 at 9:30am.

Lunch recess: 11:45am – 12:30pm
**TIME COMMENCED: 9:30am**
**TIME ADJOURNED: 3:15pm**
**TOTAL TIME: 5 hours**

   <u>**s/Elizabeth Heffner**</u>
   **Deputy Clerk**