### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                    **DATE: June 16, 2015**
**JUDGE MARY L. COOPER**
**COURT REPORTERS: Regina Tell and Carol Farrell**


**TITLE OF CASE:**                                              **CV11-3962(MLC)**

**HELSINN HEALTHCARE S.A.**
**v.**
**DR. REDDY'S LABORATORIES, LTD.**


**APPEARANCES:**

Joseph O'Malley, Esq., Eric Dittman, Esq., Isaac Ashkenazi, Esq., and
    Charles Lizza, Esq., for plaintiffs
Gorge Lombardi, Esq., Jovial Wong, Esq., Mayra Tarantino, Esq., Julia Johnson, Esq.,
    and Brendan Barker, Esq. for defendant TEVA
Stuart Sender, Esq., Michael Imbacuan, Esq., Howard Wang, Esq., Kenneth Crowell, Esq.
    and Constance Huttner, Esq., for defendant DR. REDDY'S LAB

**NATURE OF PROCEEDINGS:**

Trial without jury continued before the Honorable Mary L. Cooper.

Gordon Amidon continued on direct for plaintiffs.
Video depositions of Patrick DeLuca, dated 2/20/13, played into the record by plaintiffs.

Ordered supplemental briefing schedule to be set.
Ordered trial adjourned on a date to be set.

Lunch recess: 12:50pm – 1:40pm
**TIME COMMENCED: 9:30am**
**TIME ADJOURNED: 3:30pm**
**TOTAL TIME: 5 hours, 10 minutes**

                                          **s/Elizabeth Heffner**
                                          **Deputy Clerk**