3ioUNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                                      **DATE: August 12, 2015**
**JUDGE MARY L. COOPER**
**COURT REPORTERS: Regina Tell**


**TITLE OF CASE:**                                                       CV11-3962(MLC)

**HELSINN HEALTHCARE S.A.**
**v.**
**DR. REDDY'S LABORATORIES, LTD.**


**APPEARANCES:**

Joseph O'Malley, Esq., Eric Dittman, Esq., Isaac Ashkenazi, Esq., and
    Charles Lizza, Esq., for plaintiffs
Gorge Lombardi, Esq., Jovial Wong, Esq., Mayra Tarantino, Esq., Julia Johnson, Esq.,
    and Brendan Barker, Esq. for defendant TEVA
Stuart Sender, Esq., Michael Imbacuan, Esq., and Howard Wang, Esq., for defendant
    DR. REDDY'S LAB

**NATURE OF PROCEEDINGS:**

Trial without jury continued before the Honorable Mary L. Cooper from 6/16/15.

Closing arguments held.
Ordered decision taken under advisement.


Lunch recess: 12:20pm – 1:20pm
**TIME COMMENCED: 10:00am**
**TIME ADJOURNED: 5:00pm**
**TOTAL TIME: 6 hours**

                                                                        s/Elizabeth Heffner
                                                                        **Deputy Clerk**