UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                           **DATE: November 9, 2015**
**JUDGE MARY L. COOPER**
**COURT REPORTER: n/a**

**TITLE OF CASE:**                            **CV11-3962(MLC)**

**HELSINN HEALTHCARE S.A.**
**v.**
**DR. REDDY'S LABORATORIES, LTD., et al.**

**APPEARANCES:**

Charles Lizza, Esq., for plaintiffs
Mayra Tarantino, Esq., for defendant TEVA

**NATURE OF PROCEEDINGS:**

Status conference via telephone held in chambers. (Off the record.)

**TIME COMMENCED: 2:00pm**
**TIME ADJOURNED: 2:20pm**
**TOTAL TIME: 20 minutes**

                                               **s/Elizabeth Heffner**
                                               **Deputy Clerk**