UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: November 12, 2015**
**JUDGE MARY L. COOPER**
**COURT REPORTER: n/a**

**TITLE OF CASE:**  CV11-3962(MLC)

**HELSINN HEALTHCARE S.A.**
v.
**DR. REDDY'S LABORATORIES, LTD., et al.**

**APPEARANCES:**

Joseph O'Malley, Esq., Eric Dittman, Esq., and Charles Lizza, Esq., for plaintiffs
Mayra Tarantino, Esq., Jovial Wong, Esq., Michael Patunas, Esq., and Julia Johnson, Esq., for defendant TEVA

**NATURE OF PROCEEDINGS:**

Status conference via telephone held in chambers. (Off the record.)

**TIME COMMENCED: 4:00pm**
**TIME ADJOURNED: 4:10pm**
**TOTAL TIME: 10 minutes**

<u>s/Elizabeth Heffner</u>
**Deputy Clerk**