UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                            **DATE: November 13, 2015**
**JUDGE MARY L. COOPER**
**COURT REPORTER: n/a**


**TITLE OF CASE:**                                                      CV11-3962(MLC)

**HELSINN HEALTHCARE S.A.**
v.
**DR. REDDY'S LABORATORIES, LTD., et al.**


**APPEARANCES:**

Joseph O'Malley, Esq., Eric Dittman, Esq., Charles Lizza, Esq., and Isaac Ashkenazi, Esq.,
    for plaintiffs
Mayra Tarantino, Esq., Jovial Wong, Esq., George Lombardi, Esq., and Julia Johnson, Esq.,
    for defendant TEVA


**NATURE OF PROCEEDINGS:**

Status conference via telephone held in chambers. (Off the record.)


**TIME COMMENCED: 12:45pm**
**TIME ADJOURNED: 12:55pm**
**TOTAL TIME: 10 minutes**

                                                              s/Elizabeth Heffner
                                                              **Deputy Clerk**