UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| HELSINN HEALTHCARE S.A., et al., | : | CIVIL ACTION NO. 11-3962 (MLC) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DR. REDDY'S LABORATORIES LTD., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**OUTLINE OF SUPPLEMENTAL OPINION**

PRELIMINARY STATEMENT                                                1

I.  Findings of Fact                                                 5
    A.  Medical treatment for emesis                                 5
    B.  The patents-in-suit                                          9
    C.  Factual chronology                                          11
        1.  Syntex and the genus '333 patent                        12
        2.  Roche Syntex further development process               16
        3.  Helsinn license from Roche                              23
        4.  The Oread agreements                                    30
        5.  FDA meeting March 10, 1999                              33
        6.  Phase III protocol                                      40
        7.  Commencement of Phase III trials                        49
        8.  The SP agreements                                       51
        9.  The MGI agreements                                      55
        10. Status of Phase III clinical trials on January 30, 2002 62
        11. Status as of patent application date, January 30, 2003  73
        12. Issuance of patents-in-suit                             78
        13. Claim construction rulings regarding prosecution history 79
        14. ANDA filings by Teva and others                         81

| | | | | | |
|---|---|---|---|---|---|
| II. | Conclusions of Law | | | | 82 |
| | A. | On-sale bar | | | 82 |
| | | 1. | Legal standards and post-AIA statutory construction | | 83 |
| | | | a. | Historical analysis | 83 |
| | | | b. | Parties' arguments regarding on-sale bar | 86 |
| | | | c. | Interpreting the legal standard | 87 |
| | | | | 1. Statutory construction | 87 |
| | | | | 2. Agency guidelines | 89 |
| | | | | 3. Legislative history | 90 |
| | | | | 4. Public policy considerations | 91 |
| | | | d. | Application of legal standards | 92 |
| | | | | 1. Statutory construction | 92 |
| | | | | 2. Agency guidelines | 95 |
| | | | | 3. Legislative history | 96 |
| | | | | 4. Public policy considerations | 98 |
| | | 2. | Findings as to sale or offer to sell pre-AIA | | 100 |
| | | | a. | Applicable legal standards | 101 |
| | | | b. | Parties' arguments | 104 |
| | | | c. | Analysis | 106 |
| | | 3. | Findings as to sale or offer to sell post-AIA | | 109 |
| | | | a. | Legal standard | 109 |
| | | | b. | Parties' arguments | 112 |
| | | | c. | Analysis | 115 |
| | | 4. | Findings on ready for patenting | | 117 |
| | | | a. | Legal standards | 117 |
| | | | b. | Applied legal standards | 121 |
| | | | | 1. Parties' arguments | 122 |
| | | | | 2. Expert opinions | 123 |
| | | | | 3. Analysis | 141 |
| | | 5. | Conclusions as to on-sale bar claims | | 146 |
| | B. | Written Description | | | 146 |
| | | 1. | Legal standards | | 146 |
| | | 2. | Findings and conclusions on written description | | 147 |
| | C. | Infringement | | | 150 |
| | | 1. | Legal standards | | 150 |
| | | 2. | Findings and conclusions on infringement | | 154 |
| | | | a. | Parties' arguments | 154 |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | b. | Analysis | 158 |
|   | D. | Defining the Person of Ordinary Skill in the Art | | 161 |
|   |   | 1. | Expert testimony | 162 |
|   |   | 2. | Analysis | 163 |

CONCLUSION     165